# In the United States Court of Federal Claims

**07-272 C**

**Filed: May 1, 2007**

**MARK G. ABBEY, ET AL.**

**v.**

**THE UNITED STATES**

FULL LISTING OF THE 6458 PLAINTIFFS WITH THE CONSENT TO SUE FORMS

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.