IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-272C |
| | ) | (Judge Emily C. Hewitt) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Hillary A. Stern, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Hillary A. Stern
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Phone: (202) 616-0342
Fax: (202) 514-7965
E-mail: Hillary.Stern@usdoj.gov

Attention: Classification Unit,
8th Floor

s/Hillary A. Stern
Hillary A. Stern
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: May 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of May, 2007, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Hillary A. Stern