IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-272C |
| | ) | (Judge Emily C. Hewitt) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 65 days, to and including September 5, 2007, within which to file its answer or otherwise respond to the complaint. Our response currently is due on July 2, 2007. This is our first request for an enlargement for this purpose. Plaintiffs' counsel has authorized us to state that he does not object to this motion.

As grounds for this motion, we state that, although we promptly forwarded the complaint to the Federal Aviation Administration together with a request for the litigation report that the agency is statutorily obligated to provide, we have not yet received the litigation report. Agency counsel has advised us that additional time is needed to research the employment records of the 6,458 plaintiffs involved in this case in order to provide a useful and comprehensive litigation report. She has indicated that she will not be able to prepare the ligation report until this research is complete and estimates that an additional 60 days will be necessary to accomplish this.

Based upon agency counsel’s representations, we anticipate

that the additional 65 days requested in this motion for an enlargement of time will be sufficient to allow us to receive the litigation report and to prepare and useful and accurate answer to the complaint. Accordingly, we respectfully request that the Court grant this motion for an enlargement of time of 65 days, to and including September 5, 2007, within which to respond to plaintiffs' complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tele: (202) 616-0177
Facsimile: (202) 305-7643

Attorneys for Defendant

June 21, 2007