# In the United States Court of Federal Claims

No. 07-272

(E-Filed: June 21, 2007)

MARK G. ABBEY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Motion) up to and including September 5, 2007.

Based on the representations contained in the Motion, the Motion is GRANTED. Defendant shall respond to plaintiff's complaint on or before Wednesday, September 5, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge