# In the United States Court of Federal Claims

No. 07-272

(E-Filed: August 29, 2007)

| | |
|---|---|
| MARK G. ABBEY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Motion) up to and including October 4, 2007.

Based on the representations contained in the Motion, the Motion is GRANTED. Defendant shall respond to plaintiff's complaint on or before Thursday, October 4, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge