IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-272C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs respectfully request that this Court grant plaintiffs' unopposed motion for an enlargement of time within which to file their response to Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment. Specifically, plaintiffs' response was originally due on November 1, 2007; however, plaintiffs request that their response date be set for December 3, 2007. This is plaintiffs' first request for an enlargement for this purpose. Defendants' counsel has authorized plaintiffs to state that she does not object to this motion.

Plaintiffs need additional time to review Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment and adequately respond to these motions. Plaintiffs' counsel have a brief due in *Matsuo v. U.S.*, Civ. No. 05-00398 (PMP) (D. Haw.) on October 31, 2007, which is on behalf of 20,000 federal employees in Hawaii and Alaska. In that same case, plaintiffs' counsel has another brief due on November 14, 2007. Further, plaintiffs' counsel need additional time to contact individual plaintiffs to address issues raised in defendants' motions. Accordingly, plaintiffs respectfully

request that the Court grant plaintiffs' motion for an enlargement of time within which to respond to defendants' motions, through December 3, 2007.

Respectfully submitted,

Dated: October 29, 2007

/s/ Gregory K. McGillivary

Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Unopposed Motion for an Enlargement of Time was electronically filed on this 29th day of October with the Clerk of the Court using the CM/ECF System which will send notification of such filing to defendant's attorney:

Hillary A. Stern
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
(202) 616-0177 (telephone)
(202) 305-7643 (facsimile)

/s/ Gregory K. McGillivary
Gregory K. McGillivary