IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARK G. ABBEY, et al. )
and )
6459 JOHN A. AARTMAN )
)
6460 DENNIS J. ACCAVALLO ) No. 07-272C
) Judge Emily C. Hewitt
6461 TERRENCE R. ACCOO )
)
6462 BRADLEY DEAN ADAMS )
)
6463 JOHN R. ADAMS )
)
6464 EDWARD F. ALLEN )
)
6465 MARK D. ALLEN )
)
6466 SCOTT E. ALLEN )
)
6467 STEVEN E. ALQUEZA )
)
6468 MARIE ANN AMATO )
)
6469 BRETT W. ANDERSON )
)
6470 DREW O. ANDERSON )
)
6471 ROBERT C. ANDERSON )
)
6472 LOUIS PATRICK ANGOTTI )
)
6473 MAJID K. ARAB )
)
6474 DAVID RICHARD ARCADO )
)
6475 JOSEPH R. ARNOLD )
)
6476 RICHARD L. ARZATE )
)
6477 ALLEN A. ASHLOCK )
)
6478 WILLIAM A. ASLAKSEN )
)

6479 IVENS AUCHET

6480 CYNTHIA M. BACON- STURGIS

6481 KARL BADING

6482 KENNETH BAGNASCO

6483 DAVID A. BAGWELL

6484 RUSSELL E. BAILEY

6485 STEVEN G BAKER

6486 RAYMOND S. BALDWIN

6487 RICHARD BALINSKI, JR.

6488 KIRK S. BANNER

6489 HEATHER A. BANTZ

6490 BYRON M. BARTKIEWICZ

6491 JOHN J. BARTOSIEWICZ

6492 DANIEL DEAN BATES

6493 MICHAEL E. BATES

6494 WILLIAM B. BEELER

6495 ANA BEJAR

6496 JOSEPH M. BELLINO

6497 BRIAN L. BENDIGO

6498 WILLIAM F. BENSBURG

6499 DANIEL W. BENTZ

6500 EDWARD H. BENTZLIN

6501 JEFF BERG

6502 CLIFFORD M. BERINGER )
)
6503 DAVID G. BERRANG )
)
6504 KEVIN M. BETZ )
)
6505 MOLLY B. BIGELOW )
)
6506 RALPH J. BIGELOW )
)
6507 THOMAS L. BILLINGS )
)
6508 ELIZABETH A. BISHOP )
)
6509 VINCENT D. BLABER )
)
6510 BERNARD A. BLACK )
)
6511 DANIELLE STARR BLACK )
)
6512 RICHARD S. BLACKWELL )
)
6513 SEAN A. BLAKE )
)
6514 NATALIE R. BLANCHARD )
)
6515 DAVID L. BLESSINGER )
)
6516 BRIAN L. BOCHENSKI )
)
6517 MARVIN E. BOHANNON )
)
6518 RICHARD C. BOLES )
)
6519 TONYA M. BOLLING )
)
6520 CURTIS A. BOLLINGER )
)
6521 ADAM BOLWELL )
)
6522 ERIC A. BOOE )
)
6523 TED A. BORCHELT )
)
6524 DOUGLAS CLAYTON BOYCE )
)

6525 JOHN E. BOYCE )
)
6526 JASON T. BRADY )
)
6527 LEE A. BRANDT )
)
6528 TERRY O. BRAUN )
)
6529 SCOTT L. BREECE )
)
6530 THOMAS C. BROOKS )
)
6531 JERRY S. BROTHER )
)
6532 DAVID M. BROWN )
)
6533 ROBERT O. BROWN )
)
6534 SHERRY BROWN )
)
6535 DAVID RYAN BRUNKE )
)
6536 GIOVANNI D. BRYANT )
)
6537 WILLIAM BUCHWALD )
)
6538 NICOLE BUFFINGTON )
)
6539 STANLEY C. BULLARD )
)
6540 WILLIAM E. BUPP )
)
6541 JERALD W. BURCH )
)
6542 MATTHEW R. BURGESS )
)
6543 ROBERT G. BURKART )
)
6544 JOSEPH A. BURKE )
)
6545 PAUL F. BURKE )
)
6546 DANIEL G. BURNETT )
)
6547 RICHARD M. BURTON )
)

6548 EDWARD W. BUSH )
)
6549 TIMOTHY A. BUSO )
)
6550 ERIC ALAN BUTSKE )
)
6551 TIMOTHY V. BYRNES )
)
6552 MICHAEL J. CALDWELL )
)
6553 DONALD EDMUND CANDAGE )
)
6554 RODOLFO CANTU )
)
6555 JEANETTE C. CAPROON )
)
6556 MICHAEL W. CARLTON )
)
6557 DANIEL B. CARMACK )
)
6558 JERALD P. CARROLL )
)
6559 JAMES R. CARTER )
)
6560 RICHARD C. CARTER )
)
6561 ROBERT C. CASEY )
)
6562 DENNIS J. CASSALIA )
)
6563 CORT D. CASSENS )
)
6564 TIM P. CHATTERLEY )
)
6565 JOEL I. CHURCH )
)
6566 ALEX CISNEROS )
)
6567 JOHN A. CLARK )
)
6568 JON MILTON CLARK )
)
6569 ERIC M. CLAWSON )
)
6570 SEAN M. CLEMENTS )
)

6571 KATHERINE L. CLIFTON )
)
6572 BRET A. COIL )
)
6573 DAVID W. COLASANTO )
)
6574 DONNA ANN COLE )
)
6575 TRACEY E. COLLINS )
)
6576 DANIEL R. COLLISON )
)
6577 CURTIS G. CONNER )
)
6578 TIMOTHY D. CONNER )
)
6579 GLENN D. CONTOURIS )
)
6580 KENNETH R. COOK )
)
6581 STEVEN G. COOKE )
)
6582 KYLE COOPERSON )
)
6583 MARTY V. COPELAND )
)
6584 DAWN MARIE COPPOCK )
)
6585 TODD D. CORMIER )
)
6586 GORDON D. COSIER )
)
6587 BRIAN H. COX )
)
6588 PAUL S. COX )
)
6589 DANIEL L. CRAMER )
)
6590 RICKY L. CROSE )
)
6591 TINA L. CROUSE )
)
6592 DEBORAH S. CUNNINGHAM )
)
6593 DOMINIC M. CUNNINGHAM )
)

6594 STEVEN M. CURRAN )
)
6595 THOMAS J. CVANCIGER )
)
6596 JOHN S. DANIELS )
)
6597 TROY E. DANIELS )
)
6598 CAMILLE DANZI )
)
6599 JOHN M. D'ARCY )
)
6600 ANTHONY N. DAVIS )
)
6601 DOUGLAS W. DAVIS )
)
6602 ROBERT A. DAVIS )
)
6603 SCOTT A. DAVIS )
)
6604 TRENT D. DAVIS )
)
6605 JOSEPH A. DAVOUST )
)
6606 DARREL K. DAWSON )
)
6607 ROBERT E. DEBRULE )
)
6608 CLAYTON H. DECKMAN )
)
6609 HERBERT M. DEGAN )
)
6610 JEROLD R. DEHMER )
)
6611 PHILLIP J. DELGADO )
)
6612 MICHAEL F. DEML )
)
6613 BRUCE W. DEMOTTS )
)
6614 NORMAN A. DESNOYER )
)
6615 RAFAEL DIAZ )
)
6616 JOHN R. DIETZ )
)

6617 MAI-ANH JOSEPH DOAN )
)
6618 DANIEL ERIC DOERR )
)
6619 RICHARD E. DONOVAN )
)
6620 JOSEPH G. DORR )
)
6621 BOBBY J. DOTSON )
)
6622 RONALD N. DOWNEN )
)
6623 BRIAN ERIC DOWNS )
)
6624 DEBORAH R. DOZIER )
)
6625 WALTER DRAGONETTI )
)
6626 HERBERT R. DRURY )
)
6627 SHEILA L. DUHN )
)
6628 MICHAEL J. DUNBAR )
)
6629 GREGORY S. DUNNE )
)
6630 DONALD G. DURING )
)
6631 JAMES N. DYCKMAN )
)
6632 GREGORY A. DYSON )
)
6633 JOEL J. EASON )
)
6634 JOHN D. EBY )
)
6635 MATTHEW ALLAN ECKMAN )
)
6636 ELIZABETH ANN EDDY )
)
6637 PATRICK K. EDWARDS )
)
6638 JAMES ELLIASON )
)
6639 LISA ELLIOTT )
)

6640 HOWARD JAMES ELLIS )
)
6641 ROGER DEWAYNE ELLIS )
)
6642 KARL W. ELWOOD )
)
6643 TODD E. ERICKSON )
)
6644 BRET W. ETHERIDGE )
)
6645 RAY EVANGELISTA )
)
6646 RAINER L. EVANS )
)
6647 RALPH R. EWING )
)
6648 ROBERT A. FAIRCHILD )
)
6649 FRANCIS J. FALLON )
)
6650 CASSANDRA Y. FAULK )
)
6651 JAMES T. FAZIO )
)
6652 DAVID P. FELLING )
)
6653 JODIE LYNN FENIX )
)
6654 STACY L. FENN )
)
6655 JEFFREY JAMES FISHER )
)
6656 THOMAS W. FITZGERALD )
)
6657 FRANK J. FLEISCHER )
)
6658 STEPHEN E. FORTIN )
)
6659 MICHAEL R. FOUNTAIN )
)
6660 JOHN M. FOX )
)
6661 AARSON FOXWELL )
)
6662 JAIMEE L. FRANK )
)

6663 KEVIN FRANK )
)
6664 WESLEY T. FRANK )
)
6665 FRANK J. FRANZE )
)
6666 AUSTIN S. FRAZAO )
)
6667 THOMAS E. FREDRICKSON )
)
6668 RICHARD J. FREIGANG )
)
6669 DAVID J. FREITAS )
)
6670 JOSE C. FREITAS )
)
6671 DAVID M. FRITZ )
)
6672 LAURA FROEHLICH )
)
6673 CLYDE O. FUSE )
)
6674 LEE ANNE FUTRELL )
)
6675 WILLIAM M. FUTRELL )
)
6676 RONALD C GAGNER )
)
6677 CONSTANCE W. GAHRIS )
)
6678 JOHN A. GALEGO )
)
6679 DAVID F. GANDOLFO )
)
6680 ALAN C. GARCIA )
)
6681 DIANA E. GARCIA )
)
6682 EDWARD O. GARCIA )
)
6683 VERNON J. GARCIA )
)
6684 JAY C. GARD )
)
6685 BARRY L. GARLICK )
)

6686 SARA JAYNE GEORGE )
)
6687 DAVID B. GIBERSON )
)
6688 KWAME R. GIBSON )
)
6689 CINDY S. GILES )
)
6690 JON P. GIULIANI )
)
6691 JEFFREY C. GLIDDEN )
)
6692 MARC ADAM GLORIOSO )
)
6693 GEORGE M. GMITRO )
)
6694 TAMMY J. GOLDENER )
)
6695 SAMUEL L. GORDON )
)
6696 ALLAN M. GOUGH )
)
6697 KEVIN M. GRAFFIUS )
)
6698 ANDRE J. GRAVES )
)
6699 MICHAEL D. GRAVES )
)
6700 TERRY T. GRAYBEAL )
)
6701 TERRY L. GREEN )
)
6702 KEN MARTIN GREENWOOD )
)
6703 WILLIAM A. GREER )
)
6704 JOSEPH L. GRIEVE )
)
6705 MICHAEL P. GROSS )
)
6706 PATRICIA J. GRUSS )
)
6707 KARIN L. GUERRA )
)
6708 DAVID C. GUESS )
)

6709 KELLY M. GUESS )
)
6710 ALISSA D. GUILKEY )
)
6711 THOMAS A. GURULE )
)
6712 BALDEMAR GUTIERREZ )
)
6713 KEVIN D. GUZOWSKI )
)
6714 GREG D. HALE )
)
6715 CHRISTOPHER L. HALL )
)
6716 EDWARD DON HALL )
)
6717 STEPHEN J. HALLER )
)
6718 GLENN B. HAMILTON )
)
6719 BRIAN ROBERT HAMMERLE )
)
6720 GREGORY C. HAMMONDS )
)
6721 ARTHUR L. HAMPTON )
)
6722 SUN N. HAN )
)
6723 SHARON A. HANNAN )
)
6724 STACY M. HANNON )
)
6725 JENNIFER ANNE HANSEN )
)
6726 ROBERT W. HARDING )
)
6727 DONALD L. HARDY )
)
6728 JENIFER LYNDA HARING )
)
6729 JAMES L. HARPER )
)
6730 JEFFREY D. HARRIS )
)
6731 PHILLIP C. HARRIS )
)

6732 RICHARD G. HARRISON )
)
6733 RICHARD S. HARRISON )
)
6734 BETTY HARTER )
)
6735 GARY T. HARTSOUGH )
)
6736 JOHN LEE HAWKINS )
)
6737 TAMMY DENAE HAYNIE )
)
6738 JOHN B HEAMSTEAD )
)
6739 ANDREW C. HEIFNER )
)
6740 LEWIS E. HELMIG )
)
6741 GARY L. HELMS )
)
6742 MELODYE A. HENDRICKSON )
)
6743 STEPHEN WAYNE HERMANN )
)
6744 ENRIQUE J. HERMOSILLO )
)
6745 NELSIDO J. HERNANDEZ )
)
6746 DAVID S. HERNLEY )
)
6747 SHERRI L. HESS )
)
6748 RAYMOND F. HEUSTIS )
)
6749 DAVE H. HEWETT )
)
6750 BRADLEY J. HIATT )
)
6751 DONALD B. HILL )
)
6752 CHARLES A. HINES )
)
6753 TIMOTHY F. HIPSHER )
)
6754 DEBORAH SUE HIVELY )
)

6755 MARK A. HODGKINS )
)
6756 KELLY JEAN HODGSON )
)
6757 AARON K. HOLDEN )
)
6758 CHARLES B. HOLDEN )
)
6759 KRIS P. HOLLARBUSH )
)
6760 SHELLEY K. HOLLINGSHEAD )
)
6761 CHRISTOPHER L. HOLLINGSWORTH )
)
6762 STEPHANIE AILEEN HOLLOWELL )
)
6763 JEFFREY J. HOMA )
)
6764 HEATH W. HONSE )
)
6765 MATTHEW T. HOOKS )
)
6766 STEPHEN M. HOVIS )
)
6767 SUSAN K. HOWARD )
)
6768 DOUGLAS W. HUFFMAN )
)
6769 DANIEL K. HUGHES )
)
6770 PATRICK L. HUGHES )
)
6771 WILLIAM J. HURLEY )
)
6772 LAWRENCE J. HUSKEY )
)
6773 GREGORY WAYNE JACKSON )
)
6774 TAMMY NICHOLE JACKSON (CURRY) )
)
6775 MICHAEL J. JANDURA )
)
6776 JOSEPH A. JEANES )
)
6777 ROBERT C. JENSEN )
)

6778 DIANA J. JESSOP )
)
6779 BENJAMIN G. JOHNSON )
)
6780 BRENDA LEE JOHNSON )
)
6781 DAVID A. JOHNSON )
)
6782 KYLE L. JOHNSON )
)
6783 MICHAEL W. JOHNSON )
)
6784 MITCHELL E. JOHNSON )
)
6785 SARAH J. JOHNSON )
)
6786 WILLIAM D. JOHNSON )
)
6787 BYRON KEITH JONES )
)
6788 CHARLES B. JONES )
)
6789 DARRIN L. JONES )
)
6790 DAVID W. JORDAN )
)
6791 BOBBY ANTHONY JOYNER )
)
6792 WILLIAM C. JOYNER )
)
6793 MATT K. KAILIO )
)
6794 FREDERICK C KAISER )
)
6795 JOSEPH KAMMERLOCHER )
)
6796 GLEN S. KANOW )
)
6797 THOMAS STEPHEN KANTOLA )
)
6798 TAMMY KANTOROWICZ )
)
6799 MARK A. KAPEGHIAN )
)
6800 KATHLEEN KARBOWSKI-EDWARDS )
)

6801 MARY J. KARSTEN )
)
6802 JOSEPH F. KASHULA )
)
6803 AMY JO KEELER )
)
6804 DANIEL J. KELLY )
)
6805 GARY D. KEMPE )
)
6806 LAMONTE M. KENDZIERSKI )
)
6807 MICHAEL E. KENNEDY )
)
6808 JOHN PATRICK KEOGH )
)
6809 JOHN B. KERR )
)
6810 BRUCE A. KESSLER )
)
6811 KURTIS D. KICK )
)
6812 DELISA N. KIK )
)
6813 MICHAEL E. KIK )
)
6814 CHAROLETTE N. KIMERLY )
)
6815 MATTHEW E. KING )
)
6816 MICHAEL RALPH KINGSLEY )
)
6817 NOEL N. KINGSTON )
)
6818 PATRICIA K. KINNEY )
)
6819 EUGENE E. KIRK )
)
6820 EDWARD T. KITCHENS )
)
6821 MALCOLM KITTRELL )
)
6822 JAMES S. KIZER )
)
6823 DIANE L. KLINE )
)

6824 MICHAEL S. KLINE

6825 BARRY W. KLUNDER

6826 KEVIN P. KNICKERBOCKER

6827 MARK G. KNUPP

6828 JOHN J. KNYCH

6829 LISA MARIE KOCH

6830 RICHARD M. KOLODKA

6831 DANIEL S. KOSTON

6832 CHARLES B. KOURY

6833 JOSEPH L. KOVACK

6834 MICHAEL I KRANE

6835 LISA KREMER

6836 CRAIG KREPPS

6837 BOB J. KUHNEN

6838 DERK J. KUYPERS

6839 JEFFREY S LACEY

6840 DARRYL ALAN LADNIER

6841 JEFF M. LAMBERT

6842 JOHN V. LAMBERT

6843 MARK E. LANDERS

6844 MILES H. LANGSTON

6845 MARILYN J. LAUBER

6846 LOUIS LAUCK

6847 STEVEN THOMAS LAUER )
)
6848 JEAN P. LAVAUD )
)
6849 RICHARD L. LAWLESS )
)
6850 DANIEL J. LAWRENCE )
)
6851 RANDAL S. LAWRENCE )
)
6852 PHILLIP W. LAYMAN )
)
6853 ELIZABETH M. LAYTON )
)
6854 LON WARREN LAYTON )
)
6855 SEREIRYTH LEANDRE )
)
6856 KYLE D. LECATES )
)
6857 TAMI LEE )
)
6858 CHARLES R. LEGEE )
)
6859 GREGORY B. LEGER )
)
6860 DOUGLAS A. LEHMANN )
)
6861 DANIEL W. LEKOVISH )
)
6862 DANIEL T. LEWIN )
)
6863 JEFFREY N. LEWIS )
)
6864 RUBEN LICON )
)
6865 LESLEE A. LINDAHL )
)
6866 DAVID ERIC LINDHOLM )
)
6867 REGINALD C. LINDSAY )
)
6868 GREGORY C. LINK )
)
6869 GAYLE LYNNE LIVESAY )
)

6870 ADAM P. LOFTON )
)
6871 ROBERT A. LOFTUS )
)
6872 ERIC J. LOHRMAN )
)
6873 CHARLES E. LONTZ )
)
6874 KEVIN G. LOPES )
)
6875 GREGORY C. LOPEZ )
)
6876 SAMMY LOPEZ )
)
6877 MICHAEL G. LORENZO )
)
6878 JACQUELINE Y. LOUI )
)
6879 MARTIN H. LOWE )
)
6880 JAMES X. LOWERY )
)
6881 DWIGHT D. MACCONNELL )
)
6882 TIMOTHY S. MACDONALD )
)
6883 PAUL K. MACK )
)
6884 ROBERT M. MACKEY )
)
6885 LAWRENCE D. MAESTAS )
)
6886 BRADLEY A. MAGNUSON )
)
6887 MICHAEL F. MAIKOWSKI )
)
6888 KURT D. MALONE )
)
6889 WILLIAM V. MALTESE )
)
6890 CHARLES LOUIS MANBECK )
)
6891 JENNIFER L. MANION )
)
6892 JAMES EUGENE MANNING )
)

6893 LAURA L. MANTZ )
)
6894 NAPOLEON M. MARIANO )
)
6895 BRUCE K. MAROLF )
)
6896 WILLIAM A. MARSH )
)
6897 BRIAN D. MARSHALL )
)
6898 KRISTOPHER I. MARSHALL )
)
6899 ANDREA MARTIN )
)
6900 CARMIE F. MARTIN )
)
6901 CHRISTOPHER W. MARTIN )
)
6902 JESSE T. MARTINEZ )
)
6903 GORDON T. MARZZACCO )
)
6904 BRENDAN J. MASSETT )
)
6905 ERIC J. MAURO )
)
6906 DONALD A. MAYNE )
)
6907 TIMOTHY J. MAZUREK )
)
6908 DOROTHY A. MCBRIDE )
)
6909 JAMES E. MCCANN )
)
6910 DONNIE K. MCCARTER )
)
6911 KEVIN C. MCCARTHY )
)
6912 PATRICIA A. MCCARTY )
)
6913 JOHN R. MCCLAIN )
)
6914 DANIEL T. MCCLURE )
)
6915 MICHAEL P. MCCOY )
)

6916 JOHN C. MCCULLOUGH )
)
6917 MARK A. MCCURDY )
)
6918 JEROME WAYNE MCDANIEL )
)
6919 PAUL G. MCDEVITT )
)
6920 PATRICK JOSEPH MCDONOUGH )
)
6921 PAUL A. MCEWEN )
)
6922 JAMES R. MCHUGH )
)
6923 SCOTT I. MCILVAIN )
)
6924 DOUGLAS B. MCKENZIE )
)
6925 KEITH A. MCKINLEY )
)
6926 KOLETTE LOUISE MCLELLAND )
)
6927 VINCENT M. MCMENAMY )
)
6928 ANDREW T MCMULLEN )
)
6929 DAWN CHRISTINE MCMULLIN )
)
6930 KEVIN M. MCNAIR )
)
6931 VICTOR S. MCNEIL )
)
6932 HERBERT M. MCPHERSON )
)
6933 JOHN MEEKINS )
)
6934 DOUGLAS A. MELLO )
)
6935 MATTHEW P. MENDELSOHN )
)
6936 MICHAEL MICHALIK )
)
6937 JAMES A. MIHALEK )
)
6938 THOMAS OLIVER MIHM )
)

6939 BLAIR MILES )
)
6940 CLOVELL MILLER )
)
6941 DUSTIN J MILLER )
)
6942 JAMES H. MILLER )
)
6943 LOUIS MILLER )
)
6944 SCOTTIE MILLIGAN )
)
6945 MICHAEL MILLS )
)
6946 SEAN MILLS )
)
6947 MARSHALL D. MINNIE )
)
6948 KOBI K. MITCHELL )
)
6949 EDWARD P. MOLLOY )
)
6950 JEROLD A. MONA )
)
6951 RICHARD C. MONTAGUE )
)
6952 RALPH E. MONTGOMERY )
)
6953 GEORGE EARL MOORE )
)
6954 NITASHI MOORE )
)
6955 MICHAEL E. MOOSE )
)
6956 PETER J. MORAN )
)
6957 MARK R. MORETTI )
)
6958 MICHAEL S. MORGAN )
)
6959 JAMES S. MORRIS )
)
6960 DENNE' E. MORRISON )
)
6961 CHARLES PETER MORTENSEN )
)

6962 MICHAEL H. MUELLER )
)
6963 DEBRA A. MULDER )
)
6964 HENRY W. MUNOZ )
)
6965 DAVID T. MUNSINGER )
)
6966 MARGARET M. MURILLO )
)
6967 GLEN R. MURRAY )
)
6968 DEBORAH F. MUSCHA )
)
6969 MICHAEL D. NALL )
)
6970 TIMOTHY S. NAPIER )
)
6971 WILLIAM A. NASCIMENTO )
)
6972 SAMUEL R. NASSAR )
)
6973 ROBERT FRANK NECOCHEA )
)
6974 JONATHAN NELSON )
)
6975 TIMOTHY J. NEUSCHELER )
)
6976 LEONARD A. NICHOLS )
)
6977 TOYE M. NIGUY )
)
6978 DONALD GARY NIX )
)
6979 MICHAEL T. NODLEY )
)
6980 CYNTHIA L. NOETH )
)
6981 JOHN K. NOLAN )
)
6982 MATTHEW Q. NOLIN )
)
6983 JEFFREY R. NORDELL )
)
6984 TAMMY LEE NORMAN )
)

6985 RICHARD A. NORRIS )
)
6986 WESLEY R. NOTTINGHAM )
)
6987 EVERETT OAKES )
)
6988 SHANNON MARIE O'BRIEN )
)
6989 JOHN M. O'CONNOR )
)
6990 MARK A. OLIVAS )
)
6991 STEVEN C. OLSON )
)
6992 GREGORY PAUL OOTHOUDT )
)
6993 JOHNNY B. O'QUINN )
)
6994 ROBERT ORTEGA )
)
6995 JOEL ORTIZ )
)
6996 MICHAEL RAY OSEKOWSKI )
)
6997 GARY T. O'TOOLE )
)
6998 JAMES P. OWENS )
)
6999 SARAH M. OWENS )
)
7000 BILLY J. PACK )
)
7001 CYNTHIA M. PALAMARA )
)
7002 L. KENNETH PALMES )
)
7003 LEE F. PALS )
)
7004 ANDREW C. PAPAGEORGE )
)
7005 MICHAEL D. PAPERO )
)
7006 TIMOTHY N. PARISH )
)
7007 JOEL J. PATTI )
)

7008 JOHN E. PATTISON )
)
7009 SHANNON T. PAUL )
)
7010 TIMOTHY R. PEARCH )
)
7011 RENEE PEAVEY )
)
7012 BREEN L. PECK )
)
7013 JOSEPH PECORARO )
)
7014 GARY L. PETERS )
)
7015 DONALD J. PETERSON )
)
7016 GEORGE PETROVICH )
)
7017 LISA MARIE PHERNETTON )
)
7018 LAURA K. PINCKLEY )
)
7019 MARIO Z. PINHEIRO )
)
7020 TIM PLEZBERT )
)
7021 MARC POLLAK )
)
7022 SAMUEL V. PONO )
)
7023 DOROTHY JEAN POOLE )
)
7024 JOSEPH J. POTKANOWICZ )
)
7025 MARK A. PRESTRUDE )
)
7026 DAVID JAMES PRICE )
)
7027 RANDALL L. PRIVETT )
)
7028 KURTIS J. PROCTOR )
)
7029 MICHAEL PROKOP )
)
7030 MATT PROUDFIT )
)

7031 SCOTT M. QUERRY )
)
7032 JAMES RAIO )
)
7033 MARTIN RAMIREZ )
)
7034 SCOTT A. RAUTIO )
)
7035 LORI REBHAN )
)
7036 JAMES D. REEDY )
)
7037 ROBERT A. REITER )
)
7038 FRED S. REVELS )
)
7039 GEORGE K. REYNOLDS )
)
7040 MARK W. RICHARDSON )
)
7041 FRED B. RICHMOND )
)
7042 DANA RIDER )
)
7043 CRAIG D. RIFE )
)
7044 MICHAEL KEITH RIGGS )
)
7045 BRIAN L. RIVERS )
)
7046 JOHN R. ROBERTS )
)
7047 SHAWN ROBERTS )
)
7048 THOMAS D. ROBINSON )
)
7049 PHILIP G. RODGERS )
)
7050 KEVIN L. ROGERS )
)
7051 LINDA ROMAN )
)
7052 AARON ROSE )
)
7053 JOSEPH A. ROSEMAN )
)

7054 PATRICK ROSS )
)
7055 DANIEL JOSEPH RUSKOSKI )
)
7056 RANDOLPH A. RUSS )
)
7057 PRISCILLA B. RUSSELL )
)
7058 GARY A. RYLE )
)
7059 ROBERT SADOWSKI )
)
7060 AL SAENZ )
)
7061 RANDALL L. SAWYER )
)
7062 CHRISTOPHER V. SCALCIONE )
)
7063 ROGER L. SCHADE )
)
7064 JOSEPH ROBERT SCHAEFER )
)
7065 KARL SCHANKE )
)
7066 GERALD B. SCHMAUCH )
)
7067 DARRELL E. SCHNEIDER )
)
7068 PENNY SCHNEIDER )
)
7069 PHILLIP W. SCHULER )
)
7070 PAUL A. SCHULTZ )
)
7071 JOHN M. SCHUSTER )
)
7072 DAVID FRANCIS SCHWIETZ )
)
7073 COLIN J. SCOGGINS )
)
7074 GLOVER E. SCOTT )
)
7075 BRIAN M. SEAVEY )
)
7076 DAVID M. SERNA )
)

7077 BAXTER N. SHAFFER )
)
7078 RANDY L. SHARBONNO )
)
7079 DAVE VINCENT SHEBER )
)
7080 JON L. SHEEHAN )
)
7081 MATTHEW SHEFFIELD )
)
7082 KENNETH A. SHICK )
)
7083 JONATHAN G. SHINABERY )
)
7084 RICHARD C. SHOCKLEY )
)
7085 MARK T. SICKLE )
)
7086 TRACY A. SIMS )
)
7087 CHAD SIRON )
)
7088 DENNIS J. SLATER )
)
7089 DAVID N. SLEE )
)
7090 BARRY E. SMITH )
)
7091 CHEVIS BARRY SMITH )
)
7092 DANIEL Z. SMITH )
)
7093 MICHAEL A. SMITH )
)
7094 JOHN MICHAEL SMITHSON )
)
7095 JOSEPH A. SMOAK )
)
7096 WILLIAM M. SNYDER )
)
7097 CHRISTINE A. SOBCZYK )
)
7098 KRISTIN L. SOMMERS )
)
7099 ERIKA L. SORUM )
)

7100 ROXANNE M. SPECK )
)
7101 JAMES A. SPENCER )
)
7102 KENNETH W. SPENCER )
)
7103 STEVEN DUANE SPINKS )
)
7104 JAMES G. STAUDAHER )
)
7105 TODD ANDREW STAUFFER )
)
7106 JOSEPH F. STAWASH )
)
7107 BRETT STEFFEY )
)
7108 VON STELL )
)
7109 JASON S. STEWART )
)
7110 JEFFREY L. STEWART )
)
7111 JOHN C. STEWART )
)
7112 THOMAS C. STOCKHAM )
)
7113 WILLIAM W. STOWELL )
)
7114 JAMES P. STRANSKY )
)
7115 ROBERT ALAN STUKEY )
)
7116 MICHAEL J. STYER )
)
7117 DYLAN R. SULLIVAN )
)
7118 KEVIN THOMAS SULLIVAN )
)
7119 KIMBERLY C. SULLIVAN )
)
7120 WILLIAM SUSA )
)
7121 GLORIA L. SUTPHIN )
)
7122 STEVE S. SUTPHIN )
)

7123 CHARLES E. SWARDSON )
)
7124 DEAN SWICKARD )
)
7125 PHILLIP S. SWINNEY )
)
7126 RODNEY K. TADLOCK )
)
7127 SHANNON PAUL TATRO )
)
7128 CHRISTINE A TAYLOR )
)
7129 WILLIAM LAWRENCE TAYLOR )
)
7130 FRANK C. TERNULLO )
)
7131 RICHARD J. THOMAS )
)
7132 WANDA O. THOMAS )
)
7133 CHARLES P. THOMPSON )
)
7134 DAVID MORRIS TONEY )
)
7135 NANCY TOREN )
)
7136 DANIEL K. TRACY )
)
7137 GEORGE E. TRAMMELL )
)
7138 MICHAEL A. TUCCIARONE )
)
7139 BENTON T. TUCKER )
)
7140 JAMES E. TUCKER )
)
7141 JEFFERY W. TURNER )
)
7142 JOHN M. TURNQUIST )
)
7143 MARK A. UNDERWOOD )
)
7144 DAWN MARIE UNGER )
)
7145 EDWARD VACA )
)

7146 JOHN VAGEDES )
)
7147 ROGER J. VAN DAMME )
)
7148 MICHELLE VANHORN )
)
7149 MICHAEL D. VANTIGER )
)
7150 ROBERT E. VENOHR )
)
7151 SUSAN W. VERELINE )
)
7152 JAMES P. VILASUSO )
)
7153 FRED S. VISITACION )
)
7154 JAMES D. VITOIA )
)
7155 STEPHEN J. VOLLARO )
)
7156 CHARLES S. WAHL )
)
7157 RODNEY K. WALKER )
)
7158 WILLIAM D. WALKER )
)
7159 JOHN I. WALLIN )
)
7160 RONALD JOSEPH WALSH )
)
7161 LISA A. WALTER )
)
7162 JEFFERY M. WALUKONIS )
)
7163 ROBIN M. WALUKONIS )
)
7164 MERLE J. WARREN )
)
7165 THOMAS E. WARTELL )
)
7166 ROBERT V. WATERS )
)
7167 MARCELLA WATKINS )
)
7168 JOEL M. WEBER )
)

7169 RICHARD ALAN WEBER )
)
7170 GREGORY T. WEEKS )
)
7171 JOHN K. WEEKS )
)
7172 JAMES H. WEGNER )
)
7173 DONNA ANN WELLER )
)
7174 BRADLEY K. WELLS )
)
7175 RUSSELL H. WELTZIEN )
)
7176 THOMAS WENNEMAN )
)
7177 ALAN JOSEPH WERNERT )
)
7178 DAVID W. WEST )
)
7179 DAVID F. WETHERELL )
)
7180 JERRY L. WHITTAKER )
)
7181 MICHAEL E. WILDER )
)
7182 MICHAEL C. WILLIAMS )
)
7183 RONALD D. WILLIAMS )
)
7184 WILLIAM L. WILLIS )
)
7185 SCOTT G. WILLSON )
)
7186 DARRELL L. WILSON )
)
7187 DAVID WILSON )
)
7188 NANCY WINGERT )
)
7189 ROBERT KELLY WINSTON )
)
7190 JAMES B. WINTON )
)
7191 IRA S. WRIGHT )
)

7192 JANE ELIZABETH WRIGHT )
)
7193 STANLEY W. WRIGHT )
)
7194 WILLIE A. WRIGHT )
)
7195 MARK W. WYATT )
)
7196 PETER WYNKOOP )
)
7197 ALBAN YANKAUSKI )
)
7198 PATRICIA M. YORK )
)
7199 ANCIL YOUNG )
)
7200 JOHN F. YOUNG )
)
7201 KEVIN JOSEPH YOUNG )
)
7202 RICKY A. YOUNG )
)
7203 TRAVIS K. YOUNG )
)
7204 NANCY J. ZAMOISKI )
)
7205 PAUL W. ZARING )
)
7206 TRACY M. ZARING )
)
7207 BRADY J. ZDROJEWSKI )
)
7208 MICHAEL D. ZIMMERMAN )
)
7209 CHARLES E. ZINK )
)
7210 LISA ZMARZLINSKI )
)

| | |
|---|---|
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## FIRST AMENDED COMPLAINT

Pursuant to Rule15(a) of the U.S. Court of Federal Claims, plaintiffs hereby submit the First Amended Complaint, which is amended solely for purposes of adding 752 plaintiffs to the original 6,458 plaintiffs in the above action.

1. The plaintiffs are employees of the defendant United States Government employed in positions classified in occupational code 2152 as Air Traffic Control Specialists (ATCS), Traffic Management Coordinator (TMC) and Staff Specialists by the U.S. Federal Aviation Administration, Department of Transportation. Plaintiffs bring this action on behalf of themselves and other employees similarly situated for a declaratory judgment, backpay and other relief, pursuant to 29 U.S.C. Section 216(b), 28 U.S.C. Section 1346(a)(2) and 28 U.S.C. Sections 1491, 2201 and 2202 and 5 U.S.C. Section 5596, to remedy the defendant's willful and unlawful violations of federal law complained of herein.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1346(a)(2), 28 U.S.C. Section 1491, and 29 U.S.C. Section 216(b). Venue is proper pursuant to 28 U.S.C. Section 1402.

3. Plaintiff is a resident of and he is currently employed as an Air Traffic Control Specialist by defendant in New York and was so employed at all times material herein. A written consent is appended to this complaint as Attachment A. The written consent form sets forth the plaintiff's name and home address.

4. Additional persons who are plaintiffs in this action are also current or former employees of the defendant employed as ATCS, TMC and Staff Specialists at various locations and they have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. Section 216(b). Such written consents are appended to this complaint. These written consent forms set forth each plaintiff's name and home address.

5. Each of the plaintiffs in this action is an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. Section 203(e)(1).

6. The defendant Government of the United States is, and at all material times has been, a "public agency" and "employer" within the meaning of the FLSA, 29 U.S.C. Section 203(x) and Section 203(d). Defendant employs the plaintiffs and other employees in similar activities and has its principal place of business in Washington, D.C.

**FACTS**

7. Section 7(a) of the FLSA (29 U.S.C. Section 207(a)) provides that an employer shall compensate its employees at a rate not less than one and one-half times their regular rate for each hour employed in excess of 40 hours per week. Pursuant to this statutory provision, and at all times material herein, the plaintiffs and other employees similarly situated have been entitled to overtime pay for all hours at which

they have been employed in excess of 40 hours per week.

8. At all or some of the times material herein, and since May 1, 2004, as well as before, the plaintiffs have worked as ATCS, TMC and/or Staff Specialists. While working in these positions, the plaintiffs have worked hours in excess of forty (40) hours per week.

9. At all or some of the times material herein, and since May 1, 2004, as well as before, when plaintiffs have worked as ATCS, TMC and/or Staff Specialists, they have received various types of pay in addition to their basic pay. Among other types of pay, plaintiffs who work in the United States and its territories outside the contiguous 48 states currently receive and have received cost of living allowances (COLA) of up to 25% of their basic pay. Plaintiffs working in the contiguous 48 states currently receive and have received locality pay calculated at the rates set forth under the Federal Employee Pay Comparability Act, 5 U.S.C. §§ 5301, 5304. Plaintiffs have also received Organizational Success Increases (OSI) and Superior Contributions Increases (SCI), which have been paid both as additions to their biweekly pay and in lump sums covering time periods greater than a pay period. Further, certain plaintiffs who have worked at undesirable locations currently receive or have received in the past payments of up to 10% of their basic pay as Controller Incentive Pay (CIP).

10. At all times material herein, and since May 1, 2004, as well as before, when plaintiffs have worked as ATCS, TMC and/or Staff Specialists, plaintiffs have, on occasion, received compensatory time as payment for working in excess of 40 hours a week. Such compensatory time has been paid at the rate of one hour of compensatory time for each hour of overtime worked or in the form of “credit hours”, which is just

another form of compensatory time paid at the rate of one hour per one hour of overtime work.

11. At all times material herein, the defendant has suffered or permitted plaintiffs to work before and after the official starting times of their shifts without compensating plaintiffs with compensation for such work time. For at least some of these instances, and at the larger air traffic facilities at which plaintiffs work, a "CRU-ART" machine is used to record work time. Although the CRU-ART machine permits the machine to be manipulated to reflect a time other than the actual clock in time for the employee, it is plaintiffs' understanding that computerized records exist that reflect the actual work time.

12. At all times material herein, defendant has conducted a system by which the work schedules and vacation dates of plaintiffs and other ATCS are determined pursuant to a bidding process, with those ATCS with the most seniority governing the order in which the process is conducted. At all times material, and in particular within the past two years, defendant has conducted the schedule and vacation leave bidding process for plaintiffs during time periods in which plaintiffs are "off-duty" (time periods defendant does not schedule plaintiffs to be on-duty), such as conducting this process by telephone while plaintiffs are at home or at the facility after plaintiffs have been clocked out. When defendant has conducted the schedule and vacation leave bidding while plaintiffs are "off-duty," defendant has not provided plaintiffs with any compensation for this work time.

## CLAIMS FOR RELIEF FOR
## VIOLATIONS OF THE FAIR LABOR STANDARDS ACT

### COUNT I

**FAILURE TO PROPERLY CALCULATE THE FLSA REGULAR RATE**

13. Plaintiffs incorporate by reference paragraphs 1 through 12 in their entirety and restate them herein.

14. Section 7(a) of the FLSA, 29 U.S.C. § 207(a), provides that overtime shall be paid to employees for work hours in excess of forty (40) hours per week at the rate of one and one-half times an employee's "regular rate of pay." At all times material herein, during the work weeks in which plaintiffs have worked in excess of forty (40) hours per week, defendant United States has failed to properly calculate the "regular rate of pay" used to calculate FLSA overtime pay. Defendant has violated the FLSA by:

a. Failing to use the proper divisor for computing the regular rate for COLA by dividing COLA by all hours worked rather than by plaintiffs work hours used for plaintiffs' basic pay – i.e., 40 hours per week;

b. Failing to include lump sum OSI and SCI payments in the regular rate of pay at which FLSA overtime is paid;

c. Miscalculating the regular rate of pay for those plaintiffs who receive CIP by dividing the CIP received by all hours worked rather than 40 hours; and

d. On those occasions in which compensatory time, including credit hours, is cashed out, failing to include all forms of renumeration received by an employee in the rate at which the compensatory time (and credit hours) is cashed out.

15. By failing to properly calculate the regular rate of pay for plaintiffs and other employees similarly situated as required under law, the defendant has violated,

and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

16. As a result of the defendant's willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined. The employment and work records for the plaintiffs are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amount owing to them. Defendant and its public agencies are under a duty imposed by the Government Accounting Office retention schedule, the FLSA (29 U.S.C. §211 (c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to the plaintiffs and other employees similarly situated from which the amount of defendant's liability can be ascertained.

17. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the Defendant’s failure to pay overtime compensation.

18. Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant’s failure to pay them overtime compensation.

19. Plaintiffs are entitled to recover attorneys’ fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596 as well as other applicable laws and regulations.

**COUNT II**

**IMPROPER PAYMENT OF COMPENSATORY TIME**

20. Plaintiffs incorporate by reference paragraphs 1 through 12 in their entirety and restate them herein.

21. Section 7(a) of the FLSA, 29 U.S.C. § 207(a), provides that overtime shall be paid to employees for work hours in excess of forty (40) hours per week at the rate of one and one-half times an employee's "regular rate of pay." At all times material herein, during the work weeks in which plaintiffs have worked in excess of forty (40) hours per week, defendant United States has violated the FLSA by paying plaintiffs in the form of compensatory time or "credit hours" at the rate of one hour for each hour of overtime hour worked. Payment of compensatory time or credit hours as compensation for FLSA overtime hours is only permitted for employees to whom 5 U.S.C. § 5543 applies. In accordance with 49 U.S.C. § 40122(f)(2), the pay provisions of Title 5 do not apply to the plaintiffs. Thus, at all times material herein, defendant has violated, and continues to violate the premium overtime pay provisions of section 7(a) of the FLSA by failing to pay plaintiffs at the time and one-half rate for each overtime hour worked and, by failing to pay plaintiffs in cash.

22. By failing to pay plaintiffs at the rate of one and one half times their regular rate of pay for each overtime hour worked and by compensating plaintiffs in compensatory time and/or credit hours rather than cash for each overtime hour worked, defendant has violated the FLSA with respect to plaintiffs and other employees similarly situated, and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at all times material herein, the plaintiffs have been

unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

23. As a result of the defendant's willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined. The employment and work records for the plaintiffs are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amount owing to them. Defendant and its public agencies are under a duty imposed by the Government Accounting Office retention schedule, the FLSA (29 U.S.C. §211 (c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to the plaintiffs and other employees similarly situated from which the amount of defendant's liability can be ascertained.

24. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the Defendant’s failure to pay overtime compensation.

25. Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant’s failure to pay them overtime compensation.

26. Plaintiffs are entitled to recover attorneys’ fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596 as well as other applicable laws and regulations.

**COUNT III**

**FAILURE TO COMPENSATE PLAINTIFFS
FOR PRE-SHIFT AND POST-SHIFT WORK ACTIVITIES**

27. Plaintiffs incorporate by reference paragraphs 1 through 12 in their entirety and restate them herein.

28. Section 3(g) and Section 7(a) of the FLSA, 29 U.S.C. §§ 203(g) and 207(a), provide that overtime shall be paid to employees for all hours an employee is suffered or permitted to work in excess of forty (40) hours per week at the rate of one and one-half times an employee's "regular rate of pay." At all times material herein, plaintiffs have been suffered or permitted to perform work activities, without compensation, before their official scheduled starting times for work and after their official starting times for work. Thus, at all times material herein, defendant has violated, and continues to violate the premium overtime pay provisions of section 7(a) of the FLSA by failing to pay plaintiffs for all hours worked.

29. By failing to pay plaintiffs at the rate of one and one half times their regular rate of pay for each overtime hour worked, defendant has violated the FLSA with respect to plaintiffs and other employees similarly situated, and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

30. As a result of the defendant's willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined. The employment and work records for the plaintiffs are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amount owing to them. Defendant

and its public agencies are under a duty imposed by the Government Accounting Office retention schedule, the FLSA (29 U.S.C. §211 (c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to the plaintiffs and other employees similarly situated from which the amount of defendant's liability can be ascertained.

31. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the Defendant's failure to pay overtime compensation.

32. Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant's failure to pay them overtime compensation.

33. Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596 as well as other applicable laws and regulations.

**COUNT IV**

**FAILURE TO COMPENSATE PLAINTIFFS FOR TIME SPENT OFF DUTY BIDDING ON WORK AND LEAVE SCHEDULES**

34. Plaintiffs incorporate by reference paragraphs 1 through 12 in their entirety and restate them herein.

35. Section 3(g) and Section 7(a) of the FLSA, 29 U.S.C. §§ 203(g) and 207(a), provide that overtime shall be paid to employees for all hours an employee is suffered or permitted to work in excess of forty (40) hours per week at the rate of one and one-half times an employee's "regular rate of pay." At all times material herein, plaintiffs have been suffered or permitted to perform work activities off duty, while at

home or after their regular scheduled work hours, without compensation. Specifically, defendant and its supervisors have caused plaintiffs to engage in bidding on their work and vacation leave schedules while off-duty. At all times material herein, defendant's failure to compensate plaintiffs for such work time violates and continues to violate the premium overtime pay provisions of section 7(a) of the FLSA by failing to pay plaintiffs for all hours worked.

36. By failing to compensate plaintiffs and other employees who are similarly situated for time spent bidding on work schedules and vacation leave, defendant has failed to compensate plaintiffs and other employees similarly situated at the rate of one and one half times their regular rate of pay for each overtime hour worked and defendant has violated and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

37. As a result of the defendant's willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined. The employment and work records for the plaintiffs are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amount owing to them. Defendant and its public agencies are under a duty imposed by the Government Accounting Office retention schedule, the FLSA (29 U.S.C. §211 (c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to the plaintiffs and other employees similarly situated from which the amount of

defendant's liability can be ascertained.

38. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the Defendant's failure to pay overtime compensation.

39. Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant's failure to pay them overtime compensation.

40. Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596 as well as other applicable laws and regulations.

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a) Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of his rights;

(b) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c) Award plaintiffs monetary liquidated damages equal to their unpaid compensation, plus interest;

(d) Award plaintiffs their reasonable attorneys' fees to be paid by the defendant, and the costs and disbursements of this action; and

(e) Grant such other relief as may be just and proper.

Respectfully submitted,

Dated: November 1, 2007

/s/ Gregory K. McGillivary
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' First Amended Complaint was electronically filed on this 1st day of November with the Clerk of the Court using the CM/ECF System which will send notification of such filing to defendant's attorney:

Hillary A. Stern
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
(202) 616-0177 (telephone)
(202) 305-7643 (facsimile)

/s/ Gregory K. McGillivary
Gregory K. McGillivary