IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Aartman-Auchet

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: HARTMAN (Last) JOHN (First) ANDREW (Middle)

HOME ADDRESS: 44261 CASANOVA DRIVE (Address)

LANCASTER (City) CA (State) 93536 (Zip Code)

PHONE (home) 661-547-5113 (work) 661-265-8235

EMAIL ADDRESS JohnnyA4JC@aol.com

**EMPLOYMENT HISTORY**

START DATE: 11/1986 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Accavallo, Dennis James
Last First Middle

HOME ADDRESS 209 W. Wabash St.
Address

Bluffton, In 46714
City State Zip Code

PHONE (home) 260-824-5411 (work) 260-479-6500

EMAIL ADDRESS

**EMPLOYMENT HISTORY**

START DATE: 7/00 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ACCOO TERRENCE ROBERT
Last First Middle

HOME ADDRESS: 8136 DOUBLE TREE CT
Address

MANASSAS VA 20109
City State Zip Code

PHONE (home): 703 585-0357 (work) 703 771-3491

EMAIL ADDRESS: TComm801@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 2/85 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPEC

**PLAINTIFF SIGNATURE** T. R. Accoo

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: ADAMS (Last) BRADLEY (First) Dean (Middle)

HOME ADDRESS: 17072 EVEREST PATH (Address)

FARMINGTON (City) Mn (State) 55024 (Zip Code)

PHONE (home) 952-432-1797 (work) 651-463-5582

EMAIL ADDRESS: MABEWAMC@Frontiernet.net

**EMPLOYMENT HISTORY**

START DATE: 1/11/91 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE**: [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

<u>Print</u> clearly, or type the following information:

NAME: Adams (Last) John (First) Russell (Middle)

HOME ADDRESS: 8504 Oakford Dr. (Address)

Springfield (City) VA (State) 22152 (Zip Code)

PHONE (home) 703 866 3041 (work) 703 413-1546

EMAIL ADDRESS russadams@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 2-19-1984 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Allen, Edward Fredrick
Last First Middle

HOME ADDRESS 1546 Del Norte Drive
Address

Corona, Ca. 92879
City State Zip Code

PHONE (home) 951 520 0276 (work) 909 937-0158

EMAIL ADDRESS Edwardallen1964@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 12-4-88 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME ALLEN MARK DANIEL
Last First Middle

HOME ADDRESS 13 VENETIAN CT
Address

TARPON SPRINGS FL 34689
City State Zip Code

PHONE (home) 727-942-4762 (work) 813-855-0000

EMAIL ADDRESS ______________________

**EMPLOYMENT HISTORY**

START DATE: 7-31-1982 END DATE (IF APPLICABLE): ______________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Allen (Last) Scott (First) Edward (Middle)

HOME ADDRESS: 6406 Quailwood Drive (Address)

Floyds Knobs (City) IN (State) 47119 (Zip Code)

PHONE (home) 812 923 6198 (work) 502 375 7440

EMAIL ADDRESS scott.e.a@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 9/18/1988 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCT Specialist

**PLAINTIFF SIGNATURE** Scott E Allen

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ALQUEZA (Last) STEVEN (First) Edward (Middle)

HOME ADDRESS: 11825 FANTAIL LANE (Address)

ORLANDO (City) FLORIDA (State) 32827 (Zip Code)

PHONE (home) (386) 295-9452 (work) (407) 852-7500

EMAIL ADDRESS SALQUEZA@CFL.RR.COM

**EMPLOYMENT HISTORY**

START DATE: 12/87 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME AMATO MARIE ANN
Last First Middle

HOME ADDRESS 5007 HICKORY GREEN
Address

KINGWOOD TX 77345
City State Zip Code

PHONE (home) 281 360 3091 (work) 832 651 4230

EMAIL ADDRESS MIMIAMATO@KINGWOODCABLE.NET

**EMPLOYMENT HISTORY**

START DATE: 12/2/82 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Marie Amato

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ANDERSON (Last) BRETT (First) W (Middle)

HOME ADDRESS: 1629 INDIAN HILL (Address)

ROSELLE (City) IL (State) 60172 (Zip Code)

PHONE (home) 630-351-1641 (work) 773-601-7601

EMAIL ADDRESS BRETT.ANDERSON@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 03/26/84 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME ANDERSON DREW OHM
Last First Middle

HOME ADDRESS 1319 SUNNY LN
Address

ANOKA MN 55303
City State Zip Code

PHONE (home) 612 759-9455 (work) 763 205-5531

EMAIL ADDRESS DREWRST @ AOL . COM

**EMPLOYMENT HISTORY**

START DATE: 10-23-1985 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME ANDERSON ROBERT CLIFFORD
Last First Middle

HOME ADDRESS 3275 149 ST W
Address

Rosemount MN 55068
City State Zip Code

PHONE (home) 651-423-3817 (work) Retired

EMAIL ADDRESS RC55068@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: JAN 2003 END DATE (IF APPLICABLE): FEB 2006

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Angotti (Last) Louis (First) Patrick (Middle)

HOME ADDRESS: 1090 Stallings Rd (Address)

Senoia (City) GA (State) 30276 (Zip Code)

PHONE (home) 770 599 8717 (work) ______

EMAIL ADDRESS: eralou@msn.com

**EMPLOYMENT HISTORY**

START DATE: 2/13/2003 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ARAB (Last) MAJID (First) K (Middle)

HOME ADDRESS: 11744 WINDCREST LN (Address)

SAN DIEGO (City) CA (State) 92128 (Zip Code)

PHONE (home) 858-716-9291 (work) 858-537-5913

EMAIL ADDRESS: Marah@SAN.rr.com

**EMPLOYMENT HISTORY**

START DATE: 6/10/89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME ARCADO DAVID RICHARD
Last First Middle

HOME ADDRESS 9632 FIRE STATION CT.
Address

ELK GROVE CA 95757
City State Zip Code

PHONE (home) (916) 714 6688 (work) (916) 929-5151

EMAIL ADDRESS suprdave22@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 06/20/99 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME ARNOLD JOSEPH RALPH
Last First Middle

HOME ADDRESS 8074 COUNTY RD 40
Address

SHORTER AL 36075
City State Zip Code

PHONE (home) ______ (work) ______

EMAIL ADDRESS YRINBAMA@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 12-90 ← ~~END DATE (IF APPLICABLE):~~ → PRESENT

4-84 ← → 8-89

POSITION / JOB TITLE: 2152 ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Ashlock (Last) Allen (First) A. (Middle)

HOME ADDRESS: 1682 Magnolia Farms Cv (Address)

Cordova (City) TN (State) 38016 (Zip Code)

PHONE (home) (901) 757-8459 (work) 368-8108

EMAIL ADDRESS teneseeAL@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 11/01/88 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS -2152

PLAINTIFF SIGNATURE

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ASLAKSEN William A
Last / First / Middle

HOME ADDRESS: 2196 Cresta Trail
Address

Acton CA 93510
City / State / Zip Code

PHONE (home) 661 6455644 (work) 818 782 2407

EMAIL ADDRESS desertsky@prodigy.net

**EMPLOYMENT HISTORY**

START DATE: 8/81 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: AUCHET (Last) IVENS (First) ______ (Middle)

HOME ADDRESS: 13450 SW 21 STREET (Address)

Miami (City) FL (State) 33175 (Zip Code)

PHONE (home): 305-498-6757 (work): ______

EMAIL ADDRESS: AUCHETI@Bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 4/27/2000 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air traffic Control Specialist

**PLAINTIFF SIGNATURE** ______