IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Bacon-Blackwell

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Bacon-Sturgis (Last) Cynthia (First) Marie (Middle)

HOME ADDRESS: 837 Shelton Rd. (Address)

Golden (City) CO (State) 80401 (Zip Code)

PHONE (home) (303) 809-6310 (work) (303) 466-1327

EMAIL ADDRESS: Bills3jags@wmconnect.com

**EMPLOYMENT HISTORY**

START DATE: 9/27/86 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Cynthia Marie Bacon-Sturgis

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BADING KARL THOMAS
Last First Middle

HOME ADDRESS 6885 BURHAVEN LANE
Address

CINCINNATI OH 45230-3561
City State Zip Code

PHONE (home) (513) 231-4410 (work) (859) 372-6400

EMAIL ADDRESS kbcvg@cinci.rr.com

**EMPLOYMENT HISTORY**

START DATE: 033187 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Certified Profession Air Traffic Controller

**PLAINTIFF SIGNATURE** Karl Bading

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BAGNASCO, KENNETH J., JR.
Last First Middle

HOME ADDRESS 817 ALTA CIRCLE
Address

SALEM VA 24153
City State Zip Code

PHONE (home) 540-986-0391 (work) 540-819-9197

EMAIL ADDRESS ken@bagnasco.com

**EMPLOYMENT HISTORY**

START DATE: 10/14/84 END DATE (IF APPLICABLE): 10/26/07

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BAGWELL (Last) DAVID (First) A (Middle)

HOME ADDRESS 4515 S. PIERCE CT. (Address)

Spokane Valley (City) Wa (State) 99206 (Zip Code)

PHONE (home) (509) 926-6738 (work) (509) 363-6900

EMAIL ADDRESS davebags5@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 3/6/1984 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** David Bagwell

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BAILEY RUSSELL EUGENE
Last First Middle

HOME ADDRESS 189 GOLONDRINA AVE
Address

BARRIGADA GU 96913
City State Zip Code

PHONE (home) 671 632-1967 (work) 671 473-1210

EMAIL ADDRESS RxGuam @ YAHOO.com

**EMPLOYMENT HISTORY**

START DATE: 10/1989 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BAKER STEVEN GREGG
Last First Middle

HOME ADDRESS 22 CENTER Rd
Address

Canterbury NH 03224
City State Zip Code

PHONE (home) 603 783 4871 (work) 603 879 6668

EMAIL ADDRESS SBAKER@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 2/7/1985 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Steven Baker

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BALDWIN RAYMOND SAMUEL
Last First Middle

HOME ADDRESS 13405 STUMPTOWN RD.
Address

HUNTERSVILLE NC 28078
City State Zip Code

PHONE (home) (704)947-3100 (work) (704)359-1000

EMAIL ADDRESS SAMBRACING@BELLSOUTH.NET

**EMPLOYMENT HISTORY**

START DATE: 9/30/87 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Raymond Samuel Baldwin

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BALINSKI RICHARD - JR.
Last First Middle

HOME ADDRESS 209 N JEFFERSON ST
Address

MAHOMET IL 61853
City State Zip Code

PHONE (home) 217-590-4485 (work) 217-355-4030

EMAIL ADDRESS RBALINSKI@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 08/06/2001 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST / KCMI

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BANNER (Last) KIRK (First) S. (Middle)

HOME ADDRESS: 3208 CHATHAM DR. (Address)

URBANA (City) IL (State) 61802 7039 (Zip Code)

PHONE (home) 217-337-7351 (work) 217-355-6060

EMAIL ADDRESS: KSBSLB80@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 5/9/82 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Bantz (Last) Heather (First) Aleyn (Middle)

HOME ADDRESS: 17700 W Highview Drive (Address)

Goddard (City) KS (State) 67052 (Zip Code)

PHONE (home): 316-214-2040 (work): ______

EMAIL ADDRESS: heather.bantz@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 29 MAR 2000 **END DATE (IF APPLICABLE):** ______

POSITION / JOB TITLE: AT-2152-1H/Certified Perfessional Controller

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BARTKIEWICZ (Last) BYRON (First) MATTHEW (Middle)

HOME ADDRESS: 805 Holidon Way (Address)

Folsom (City) CA (State) 95630 (Zip Code)

PHONE (home) 916 983 9589 (work) 916 366 4045

EMAIL ADDRESS mattb1952@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: April 12, 1982 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: CPC / Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [illegible]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Bartosiewicz (Last) John (First) J. (Middle)

HOME ADDRESS: 300 Breckinridge Ct. (Address)

Berryville (City) VA (State) 22611 (Zip Code)

PHONE (home) 540-955-0155 (work) 540-349-7528

EMAIL ADDRESS Kazala05@msn.com

**EMPLOYMENT HISTORY**

START DATE: 11/21/1982 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BATES (Last) DANIEL (First) DEAN (Middle)

HOME ADDRESS: 440 COPPER CIRCLE (Address)

LANTANA (City) TX (State) 76226 (Zip Code)

PHONE (home) 940-725-0236 (work) ____________

EMAIL ADDRESS ____________

**EMPLOYMENT HISTORY**

START DATE: 12/1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Daniel D. Bates

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BATES MICHAEL E
Last First Middle

HOME ADDRESS 119 ROSS TER
Address

SHERRILL NY 13461
City State Zip Code

PHONE (home) 315 363 8437 (work) 315 455 3839

EMAIL ADDRESS MIKE.BATES@FAA.GOV

**EMPLOYMENT HISTORY**

START DATE: 1/22/82 END DATE (IF APPLICABLE): '

POSITION / JOB TITLE: STAFF SPECIALIST (WAS ALSO ATCS DURING LAST 3 YEARS)

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME BEELER (Last) WILLIAM (First) BRADLY (Middle)

HOME ADDRESS 460 N CLAYTON ST (Address)

CENTERBURG (City) OH (State) 43011 (Zip Code)

PHONE (home) 740 625 9555 (work) 614 338 4092

EMAIL ADDRESS WBEELER@COLUMBUS.RR.COM

**EMPLOYMENT HISTORY**

START DATE: 4-1-1982 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATC2152 AIR TRAFFIC CONTRO SPECIALIST

**PLAINTIFF SIGNATURE** William Bradly Beeler

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Bejar (Last) Ana (First) Maria (Middle)

HOME ADDRESS: 7727 SW 102nd Place (Address)

Miami (City) FL (State) 33173 (Zip Code)

PHONE (home) 305-274-2187 (work) ____________

EMAIL ADDRESS 2travelmore@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 4/85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Bensburg (Last) William (First) Frank (Middle)

HOME ADDRESS 9 Hancock Commons (Address)

Yaphank (City) NY (State) 11980 (Zip Code)

PHONE (home) 631-924-9412 (work) ________

EMAIL ADDRESS VXY33PA@OPTONLINE.NET

**EMPLOYMENT HISTORY**

START DATE: 27 January, 1982 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** ________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Bentz Daniel William
Last First Middle

HOME ADDRESS 13021 NW 1st St Apt 307
Address

Pembroke Pines FL 33028
City State Zip Code

PHONE (home) 954 431 9976 (work) 305 716 1784

EMAIL ADDRESS danbentz@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 10/10/2001 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Daniel W Bentz

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Bentzlin Edward H.
Last First Middle

HOME ADDRESS 7185 Shaker Rd
Address

Loudon NH 03307
City State Zip Code

PHONE (home) 603-783-8952 (work) 603-879-6668

EMAIL ADDRESS Bentzlin@ AOL.com

**EMPLOYMENT HISTORY**

START DATE: July 1990 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BERG (Last) JEFF (First) Eugene (Middle)

HOME ADDRESS: 6718 Meadow View Ct. (Address)

Avon (City) IN (State) 46123 (Zip Code)

PHONE (home) (317) 837-8622 (work) (317) 247-2480

EMAIL ADDRESS ~~jbe~~ jrberg@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: SCD 3/15/1994 END DATE (IF APPLICABLE): still working

POSITION / JOB TITLE: FV 334 J / Computer Specialist

**PLAINTIFF SIGNATURE** Jeff E Berg

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BERINGER, CLIFFORD MICHAEL
Last First Middle

HOME ADDRESS 154 MOUNTAIN RD.
Address

LYNDEBOROUGH, NH 03082
City State Zip Code

PHONE (home) 603-654-2441 (work) 603-879-6722

EMAIL ADDRESS BERINGER @ MINDSPRING

**EMPLOYMENT HISTORY**

START DATE: 12/4/87 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** Clifford M. Beringer

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BERRANG DAVID G
Last First Middle

HOME ADDRESS 4642 CANYON RIDGE LN.
Address

RENO NV. 89523
City State Zip Code

PHONE (home) 775-787-3704 (work) ____

EMAIL ADDRESS ASEPR8TR@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 06-12-1984 END DATE (IF APPLICABLE): 07-29-2007

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BETZ KEVIN MICHAEL
Last First Middle

HOME ADDRESS 6543 FRANKENBERGER DR
Address

INDIANAPOLIS IN 46237
City State Zip Code

PHONE (home) 317-859-9112 (work) 317-247-2201

EMAIL ADDRESS BETZ95@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 03/02 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BIGELOW MOLLY BRYAN
Last First Middle

HOME ADDRESS 117 Center Dr.
Address

Hampstead NC 28443
City State Zip Code

PHONE (home) 910 270 3063 (work) 910 815 4676

EMAIL ADDRESS mbbigelow@att.net

**EMPLOYMENT HISTORY**

START DATE: 9/86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Molly B Bigelow

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BIGELOW JR. (Last) RALPH (First) JORDAN (Middle)

HOME ADDRESS: 117 Center Dr. (Address)

HAMPSTEAD (City) NC (State) 28443 (Zip Code)

PHONE (home) 910-270-3063 (work) 910-815-4676

EMAIL ADDRESS rjbigelow@att.net

**EMPLOYMENT HISTORY**

START DATE: 7/87 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BILLINGS, THOMAS Luther
Last First Middle

HOME ADDRESS 1709 SW HAILEY LN
Address

PENDLETON, OREGON 97801-2722
City State Zip Code

PHONE (home) (541) 276-5915 (work) (509) 542-4269

EMAIL ADDRESS thomas.l.billings@us.army.mil

**EMPLOYMENT HISTORY**

3 MAY 70 ——— 24 AUG 81

START DATE: 1 AUG 99 END DATE (IF APPLICABLE): PRESENT

POSITION / JOB TITLE: AIR TRAFFIC Controller

**PLAINTIFF SIGNATURE** Thomas L Billings

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Bishop Elizabeth Anne
Last First Middle

HOME ADDRESS 1020 Blossom Dr.
Address

Rockville MD 20850
City State Zip Code

PHONE (home) 301-424-2547 (work) ____________

EMAIL ADDRESS eabishop17@yahoo.com

EMPLOYMENT HISTORY

START DATE: Aug 13 1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Blaber Vincent DePaul
Last / First / Middle

HOME ADDRESS: 611 Glen Park Rd Glen Ellyn Il 60137
Address

City / State / Zip Code

PHONE (home) 630-858-8323 (work) 630-906-~~87~~8371

EMAIL ADDRESS vblaber@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 4-9-1985 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Vincent D. Blaber

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

Print clearly, or type the following information:

NAME BLACK BERNARD ALLAN
Last First Middle

HOME ADDRESS 135 Golden Glen Way
Address

Fayetteville GA 30214
City State Zip Code

PHONE (home) 770-486-1313 (work) 678-364-6103

EMAIL ADDRESS dnbblack@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 8.27.1985 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Bernard A. Black

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Black (Last) Danielle (First) Starr (Middle)

HOME ADDRESS: 135 Golden Glen Way (Address)

Fayetteville (City) GA (State) 30214 (Zip Code)

PHONE (home) 770-486-1313 (work) ~~77~~ 678-364-6103

EMAIL ADDRESS Rockyinpepper@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 12/4/1989 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Danielle S Black

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Blackwell (Last) Richard (First) Stratton (Middle)

HOME ADDRESS: 660 Laurie Lane (Address)

Hudson (City) WI (State) 54016 (Zip Code)

PHONE (home) 715-531-0452 (work) 612-713-4000

EMAIL ADDRESS RBLACKWELL@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 7/2002 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]