IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Blake-Burgess

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Blake Sean Alan
Last First Middle

HOME ADDRESS 2202 Knoll Dr.
Address

Beavercreek OH 45431
City State Zip Code

PHONE (home) 937-304-4273 (work) 812-877-7740

EMAIL ADDRESS Sean.blake@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 1-07 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE Sean Alan Blake

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Blanchard, Natalie Ruth
Last First Middle

HOME ADDRESS 2302 Pine Heights Dr
Address

Atlanta, GA 30324
City State Zip Code

PHONE (home) 267-626-5567 (work) ________

EMAIL ADDRESS nat78blan@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 10/20/2002 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** N Blanchard

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BLESSINGER DAVID LOUIS II
Last First Middle

HOME ADDRESS 311 ABBOTT RUN VALLEY Rd.
Address

CUMBERLAND RI 02864
City State Zip Code

PHONE (home) 401 334 1796 (work) 401 734 2810

EMAIL ADDRESS DBLESS9766@AOL.Com

**EMPLOYMENT HISTORY**

START DATE: 5/3/82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS - SUPPORT SPECIALIST FOR TRAINING (SST)

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Bochenski Brian Lowell
Last First Middle

HOME ADDRESS 5440 Keating Rd NW
Address

Olympia WA 98502
City State Zip Code

PHONE (home) 360-866-6625 (work) 253-351-3505

EMAIL ADDRESS Kellybo5@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 12/4/87 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** B. L. Bochenski

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Bohannon (Last) Marvin (First) Edward (Middle)

HOME ADDRESS: 200 Lake Pointe Cove (Address)

Rossville (City) TN (State) 38066 (Zip Code)

PHONE (home) 901-457-5122 (work) 901-368-8238

EMAIL ADDRESS: Chippa @ Comcast.Net

**EMPLOYMENT HISTORY**

START DATE: 5/6/2001 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

VERIFIED

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Boles (Last) Richard (First) C (Middle)

HOME ADDRESS: 4 West Rd (Address)

Merrimack (City) . N.H. (State) 03054 (Zip Code)

PHONE (home) 603-424-3824 Cell ~~(work)~~ 603-493-5555

EMAIL ADDRESS RCBOLES@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 8/27/1987 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Richard C Boles

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Bolling (Last) Tonya (First) Maria (Middle)

HOME ADDRESS: 8209 Forest Park (Address)

Wichita (City) KS. (State) 67205 (Zip Code)

PHONE (home) (316) 773-3035 (work) (316) 946-0064

EMAIL ADDRESS bolltome@yahoo.com

EMPLOYMENT HISTORY

START DATE: 19 Nov 2000 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: CPC (certified professional controller)

PLAINTIFF SIGNATURE Tonya M. Bolling

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Bollinger (Last) Curtis (First) A. (Middle)

HOME ADDRESS: 478 Rising Star Rd (Address)

Brooks (City) GA (State) 30205 (Zip Code)

PHONE (home) 770-460-8474 (work) 770-210-7634

EMAIL ADDRESS Curtdawn1@earthlink.net

**EMPLOYMENT HISTORY**

START DATE: 04-04-1984 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Curtis A. Bollinger

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BOLWELL ADAM JASON-LESLIE
Last First Middle

HOME ADDRESS 10628 HIDDEN GROVE CIRCLE
Address

STOCKTON CA 95209
City State Zip Code

PHONE (home) 209-951-4435 (work) 510-745-3442

EMAIL ADDRESS badlad51@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 9-03 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller GS-2152

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BOOE (Last) ERIC (First) A (Middle)

HOME ADDRESS: 3109 Boardwalk ST. (Address)

Pleasanton (City) CA (State) 94588 (Zip Code)

PHONE (home): 925 484-9248 (work): ~~925~~

EMAIL ADDRESS: ERICANDMERCI@ ~~[illegible]~~ COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: ~~10-88~~ OCT 89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BORCHELT (Last) TED (First) A (Middle)

HOME ADDRESS: 12728 SOUTH SCOTTSDALE DR (Address)

HAUBSTADT (City) IN (State) 47639 (Zip Code)

PHONE (home) 812-768-6191 (work) 812-436-4690

EMAIL ADDRESS __________

**EMPLOYMENT HISTORY**

START DATE: 1/29/1989 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Ted A. Borchelt

# REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BOYCE (Last) DOUGLAS (First) CLAYTON (Middle)

HOME ADDRESS: 3101 MATADOR DR. NE (Address)

ALBUQUERQUE (City) NM (State) 87111 (Zip Code)

PHONE (home) (505) 298-2952 (work) (505) 856-4571

EMAIL ADDRESS DUGNABQ @ HOTMAIL . COM

**EMPLOYMENT HISTORY**

START DATE: 10/30/87 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Douglas C. Boyce

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BOYCE JOHN EDWARD
Last First Middle

HOME ADDRESS 1495 EUCALYPTUS ROAD
Address

NIPOMO CA 93444
City State Zip Code

PHONE (home) (805) 343-4447 (work) (805) 478-2964

EMAIL ADDRESS ELAINE JOHNBOYCE@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 2-25-80 END DATE (IF APPLICABLE): 11-1-06

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER / AT-2152

**PLAINTIFF SIGNATURE** John E. Boyce

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: BRADY (Last) JASON (First) Thomas (Middle)

HOME ADDRESS: 645 NE 80th ST (Address)
Pleasant Hill (City) IA (State) 50327 (Zip Code)

PHONE (home) 515 967 9575 (work) 515 974 7034

EMAIL ADDRESS JASON@Toadvalley.com

**EMPLOYMENT HISTORY**

START DATE: 7/17/89 END DATE (IF APPLICABLE): 2/18/07

POSITION / JOB TITLE: Air traffic Controller

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: BRANDT (Last) LEE (First) ALLEN (Middle)

HOME ADDRESS: 220[illegible] GRAYMOOR DR (Address) BROOMALL (City) PA (State) 19008 (Zip Code)

PHONE (home) 610 356-8535 (work) 215 492 4123

EMAIL ADDRESS: LABRANDT1@VERIZON.NET

**EMPLOYMENT HISTORY**

START DATE: 11/21/82 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Braun (Last) Terry (First) Oliver (Middle)

HOME ADDRESS: 36619 6th ave. S. W. (Address)

Federal Way (City) WA (State) 98023 (Zip Code)

PHONE (home) 253-874-6807 (work) 206-214-4657

EMAIL ADDRESS TerryBraun2@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 7-19-1993 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BREECE (Last) SCOTT (First) LEE (Middle)

HOME ADDRESS 13680 KAREN St. (Address)

ANCHORAGE (City) AK (State) 99515 (Zip Code)

PHONE (home) 907 345 1620 (work) 907 269 1103

EMAIL ADDRESS SCBREECE@GCI.NET

**EMPLOYMENT HISTORY**

START DATE: 18 DEC 1988 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Scott L B[signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Brooks, Thomas C.
Last / First / Middle

HOME ADDRESS: 9486 Hawkeye Drive
Address

~~Brewerton~~ [partly illegible] NY 13029
City / State / Zip Code

PHONE (home) 315-676-3167 (work) 315-345-1237

EMAIL ADDRESS TBROOKS1@TWCNY.RR.COM

**EMPLOYMENT HISTORY**

START DATE: 9/9/1982 END DATE (IF APPLICABLE): 5/2/2006

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Thomas C. Brooks

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BROTHER (Last) JERRY (First) S (Middle)

HOME ADDRESS: 1805 CRYSTAL DR (Address)

ARLINGTON (City) VA (State) 22202 (Zip Code)

PHONE (home) 703-685-1848 (work) 703-478-1495

EMAIL ADDRESS bro52 @ comcast, net

**EMPLOYMENT HISTORY**

START DATE: 10/19/75 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Jerry Brother

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Brown (Last) David (First) M (Middle)

HOME ADDRESS: 4555 Bellmeade Groves (Address)
Florissant (City) MO (State) 63034 (Zip Code)

PHONE (home) 314 713-1317 (work) ______

EMAIL ADDRESS dbrown5750@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 9/27/90 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME BROWN (Last) ROBERT (First) ORVILLE (Middle)

HOME ADDRESS 4142 BEACH DR SW (Address)

SEATTLE (City) WA (State) 98116 (Zip Code)

PHONE (home) 206-938-1597 (work) 253-351-3507

EMAIL ADDRESS boatingbob@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 11-02-82 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Ro

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Brown Sherry A
Last First Middle

HOME ADDRESS 2344 Pembrook Dr
Address

Fernandina FL 32034
City State Zip Code

PHONE (home) 904-261-8869 Cell (work) 904-617-7936

EMAIL ADDRESS Sam17282@cs.com

**EMPLOYMENT HISTORY**

START DATE: 2/5/95 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE Sherry A. Brown

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

BRUNKE

Print clearly, or type the following information:

NAME: BRUNKE (Last) DAVID (First) RYAN (Middle)

HOME ADDRESS: 45069 E. HAMILTON ST (Address)

OBERLIN (City) OH (State) 44074 (Zip Code)

PHONE (home) 440-774-4868 (work) 440-935-4130

EMAIL ADDRESS DAVEKW1@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 7-02 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: BRYANT (Last) GIOVANNI (First) DIONISIO (Middle)

HOME ADDRESS: 18598 SW 132 PLACE (Address)

MIAMI (City) FL (State) 33177 (Zip Code)

PHONE (home) 786-242-8246 (work) 305-716-1782

EMAIL ADDRESS JBisSolo @ AOL.com

**EMPLOYMENT HISTORY**

START DATE: 9/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS ZDC 97-02 ZMA 02-PRESENT

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: BUCHWALD / William Charles
Last / First / Middle

HOME ADDRESS: PO BOX 101992 ANCHORAGE AK 99510
Address

ANCHORAGE AK 99510
City / State / Zip Code

PHONE (home) (907) 243-2333 (work) (907) 271-2711

EMAIL ADDRESS BillBuchwald@GCI.NET

**EMPLOYMENT HISTORY**

START DATE: 3/27/1985 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Buffington (Last) Nicole (First) Marie (Middle)

HOME ADDRESS: 707 Clark Ct NE Apt 304 (Address)

Leesburg (City) VA (State) 20176 (Zip Code)

PHONE (home) 703-771-8750 (work) ______

EMAIL ADDRESS hiflyer007@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 9/29/06 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS 1 - Developmental

**PLAINTIFF SIGNATURE** Nicole M Buffington

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Bullard (Last) Stanley (First) Clifford (Middle)

HOME ADDRESS 1410 Strawbridge Rd. (Address)

Lewisburg (City), PA (State) 17837 (Zip Code)

PHONE (home) 570-524-2674 (work) None

EMAIL ADDRESS None

EMPLOYMENT HISTORY

START DATE: 11-6-84 END DATE (IF APPLICABLE): 12-31-04 retired

POSITION / JOB TITLE: CPC - Williamsport '85-'95
Wilmington '96-'04

PLAINTIFF SIGNATURE Stanley C. Bullard

Received these forms 4-27-07

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Bupp (Last) William (First) E (Middle)

HOME ADDRESS 22 SHAMROCK RD (Address)

LUMBERTON (City) NJ (State) 08048 (Zip Code)

PHONE (home) 609-267-2515 (work) 215-492-4100

EMAIL ADDRESS WBUPP@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 8/2/91 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Burch (Last) Jerald (First) Watson (Middle)

HOME ADDRESS: 703 Winding Bend Circle (Address)

Highland Village (City) TX (State) 75077 (Zip Code)

PHONE (home) 972-317-8481 (work) 214-493-6654

EMAIL ADDRESS: ironman.jerr@verizon.net

**EMPLOYMENT HISTORY**

START DATE: Dec 1990 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Jerald Burch

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Burgess Matthew R.
Last First Middle

HOME ADDRESS 817 Armstrong ct.
Address

Brentwood CA 94513
City State Zip Code

PHONE (home) (925) 634-3142 (work) (510) 745-3000

EMAIL ADDRESS matt12de@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 6/20/90 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Matthew R. Burgess