IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Caldwell-Cole

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CALDWELL (Last) MICHAEL (First) JOSEPH (Middle)

HOME ADDRESS: 160 Kiowa CT (Address)

VACAVILLE (City) CA (State) 95688 (Zip Code)

PHONE (home) 707 448 7807 (work) ~~707~~ 916 366 4048

EMAIL ADDRESS madcow58@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 2/2/1982 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Michael Caldwell

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Candage (Last) Donald (First) Edmund (Middle)

HOME ADDRESS: 7001 SW 8 Ct (Address)

Plantation (City), Fl (State) 33317 (Zip Code)

PHONE (home) 954-791-2270 (work) 305-716-1784

EMAIL ADDRESS DCandage@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 7/10/1989 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Donald Candage

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: CARLTON MICHAEL WAYNE
Last First Middle

HOME ADDRESS: 7508 HEATHROW CT
Address

FT. WORTH TX 76123
City State Zip Code

PHONE (home) 817-346-4847 (work) 817-858-7527

EMAIL ADDRESS FDUB@CHARTER.NET

**EMPLOYMENT HISTORY**

START DATE: 2/17/88 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIK CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CARMACK DANIEL BRUCE
Last First Middle

HOME ADDRESS: 1801 BONNET CREEK CT
Address

OVIEDO FL 32765
City State Zip Code

PHONE (home) 4076204372 (work) 407 852 7500

EMAIL ADDRESS DCARMACK2@CFL.RR.com

**EMPLOYMENT HISTORY**

START DATE: 11-15-1983 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: CARROLL, JERALD PHILLIPS
(Last, First, Middle)

HOME ADDRESS: 233 WILLOW CT
(Address)

PASCO WA 99301
(City, State, Zip Code)

PHONE (home) (509) 547-3547 (work) (509) 542-4209

EMAIL ADDRESS jcarroll3547@charter.net

**EMPLOYMENT HISTORY**

START DATE: 6/28/86 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS - Air Traffic Controller

**PLAINTIFF SIGNATURE** Jerald P Carroll

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Carter James Rufus
Last First Middle

HOME ADDRESS P.O. Box 18701
Address

Jacksonville, FL 32229
City State Zip Code

PHONE (home) 904-565-7798 cell 904-534-5565 pref. (work) 904-741-0700

EMAIL ADDRESS carter4@bellsouth.net

**EMPLOYMENT HISTORY**

AUG 74-AUG 81
START DATE: 17SEP97 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS JAX TRACON

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: CARTER (Last) RICHARD (First) C (Middle)

HOME ADDRESS: 9409 PENROSE STREET (Address)

FREDERICK (City) MARYLAND (State) 21704 (Zip Code)

PHONE (home) (301) 874 2774 (work) (703) 771 3496

EMAIL ADDRESS richardcater@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: AUG 1998 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROL

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CASEY (Last) ROBERT (First) C (Middle)

HOME ADDRESS: 1195 SPRING MEADOW DRIVE (Address)

QUAKERTOWN (City) PA (State) 18951 (Zip Code)

PHONE (home) 267-373-9146 (work) 215 492-4100

EMAIL ADDRESS: mets-yanks @ Hotmail .com

**EMPLOYMENT HISTORY**

START DATE: 01/87 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** ________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CASSALIA (Last) DENNIS (First) J (Middle)

HOME ADDRESS: 19271 LAKE CHABOT RD (Address)

CASTRO VALLEY (City) CA (State) 94546 (Zip Code)

PHONE (home) (510) 582-3167 (work) (510) 745-3000

EMAIL ADDRESS: BENSONBUM@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 5/8/85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CASSENS (Last) CORT (First) DOUGLAS (Middle)

HOME ADDRESS: 3417 CANTERBURY DR. (Address)

BLOOMINGTON (City) MN (State) 55431 (Zip Code)

PHONE (home) 952-921-9800 (work) 651-463-5583

EMAIL ADDRESS cortimer2@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 12/04/89 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Cort D Cassens

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Chatterley (Last) Tim (First) Paul (Middle)

HOME ADDRESS: 66 Meetinghouse Ln. (Address)

Manchester (City) NH (State) 03109 (Zip Code)

PHONE (home) 603-232-6345 ~~(work)~~ cell 603-264-4584

EMAIL ADDRESS: t.chatterley@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 3-17-88 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: CPC (ZBW)

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CHURCH (Last) JOEL (First) IVES (Middle)

HOME ADDRESS: 318 OSTRANDER RD (Address)

DELANSON (City) NY (State) 12053 (Zip Code)

PHONE (home) 518 895-5451 (work) 518 862-1487

EMAIL ADDRESS: cato79@peoplepc.com

**EMPLOYMENT HISTORY**

START DATE: 6-29-1987 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Controller / CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME CISNEROS ALEX
Last First Middle

HOME ADDRESS 10709 ARDEN VILLA DR
Address

BAKERSFIELD CA 93311
City State Zip Code

PHONE (home) 661 663-8472 (work) 619 889 2539

EMAIL ADDRESS alex.CISNEROS @NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 02/19/2000 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: CLARK JOHN ALAN
Last / First / Middle

HOME ADDRESS: 1663 Schneider Street
Address

Giddings Texas 78942
City / State / Zip Code

PHONE (home) 979 542 1370 (work) 512 369 7841

EMAIL ADDRESS cjongo44@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 2/3/1983 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CLARK (Last) JON (First) M (Middle)

HOME ADDRESS: 1512 29TH AVE. (Address)

SEATTLE (City) WA (State) 98122 (Zip Code)

PHONE (home) 206-949-4288 (work) 206-214-4661

EMAIL ADDRESS JON.M.CLARK@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 11/2/1982 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS / TMC

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Clawson Eric M.
Last First Middle

HOME ADDRESS 5826 Skyhaven Ln.
Address

Spring TX 77379
City State Zip Code

PHONE (home) 281-257-9113 (work) 281-230-5553

EMAIL ADDRESS buckeyes3@peoplepc.com

**EMPLOYMENT HISTORY**

START DATE: 9/28/1993 END DATE (IF APPLICABLE): still employed

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CLEMENTS (Last) SEAN (First) M (Middle)

HOME ADDRESS: 8662 N EMERALD BLVD (Address)

MCCORDSVILLE (City) IN (State) 46055 (Zip Code)

PHONE (home): 317 335 1862 (work): 317 407 2636

EMAIL ADDRESS: ATCS3333@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: MARCH 99 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: 2152 AIR TRAFFIC CONTROL

**PLAINTIFF SIGNATURE** ________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Clifton Katherine Lynn
Last First Middle

HOME ADDRESS 10118 S. Marion Ave
Address

Tulsa OK 74137
City State Zip Code

PHONE (home) 918 299-1450 (work) 918 831-6714

EMAIL ADDRESS mkclifton@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 8/15/99 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Katherine L. Clifton

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: COIL (Last) BRET (First) ALAN (Middle)

HOME ADDRESS: 503 BLACKBEAR LOOP NE (Address)

ALBUQUERQUE (City), NM (State) 87122 (Zip Code)

PHONE (home) 505-856-7117 (work) 505-856-4500

EMAIL ADDRESS olzab2@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 11-06-1984 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS 2152

**PLAINTIFF SIGNATURE** ________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: COLASANTO (Last) DAVID (First) WAYNE (Middle)

HOME ADDRESS: 3832 KEPLER DR (Address)

FORT COLLINS (City) CO (State) 80528 (Zip Code)

PHONE (home): (970) 225-9252 (work) (303) 461-4241

EMAIL ADDRESS: dnlis@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 9/10/2001 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: COLE (Last) DONNA (First) ANN (Middle)

HOME ADDRESS: 10790 SUN DA GO DRIVE (Address)

MIDDLEVILLE (City) MI (State) 49333 (Zip Code)

PHONE (home) 616-891-5981 (work) 616-575-1905

EMAIL ADDRESS dolmstcole@aol.com

**EMPLOYMENT HISTORY**

START DATE: 12/07/1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Donna A Cole