IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Collins-Cvanciger

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Collins (Last) Tracey (First) E (Middle)

HOME ADDRESS: 140 Breton Highlands (Address)

McDonough (City) GA (State) 30253 (Zip Code)

PHONE (home) 678 565-7708 (work) 770 210-7132

EMAIL ADDRESS tks97c5@aol.com

**EMPLOYMENT HISTORY**

START DATE: 6/84 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Collison (Last) Daniel (First) Ray (Middle)

HOME ADDRESS: 299 Lake Street (Address)

Nashua (City) NH (State) 03060 (Zip Code)

PHONE (home) 443-336-2829 (work) 603-879-6668

EMAIL ADDRESS: DRCollison@aol.com

**EMPLOYMENT HISTORY**

START DATE: 3-6-2006 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** __________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME CONNER CURTIS GLENN
Last First Middle

HOME ADDRESS 10 CEDAR
Address

BEDFORD TX 76021
City State Zip Code

PHONE (home) 817 545 7795 (work) 817 858 7529

EMAIL ADDRESS C9148CON@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 2/17/88 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Conner Timothy D
Last First Middle

HOME ADDRESS 1702 Portside Dr
Address

Vermilion OH 44089
City State Zip Code

PHONE (home) (440) 628-5091 (work) (440) 328-5435

EMAIL ADDRESS ____________

**EMPLOYMENT HISTORY**

START DATE: 9/13/05 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: CONTOURES, Glenn D.
Last / First / Middle

HOME ADDRESS: 109 Silo Court
Address

[illegible] CO 80542
City / State / Zip Code

PHONE (home) 970 535 9540 (work) 303 651 4245

EMAIL ADDRESS: Glenn997@HOTMAIL.Com

**EMPLOYMENT HISTORY**

START DATE: 9/23/85 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Cook Kenneth Ray
Last First Middle

HOME ADDRESS 143 Valley Hill Road
Address

Griffin, GA. 30223
City State Zip Code

mailing Address:
P.O. Box 238
Hampton, GA. 30228

PHONE (home) 770-467-9187 (work) 678-984-0277

EMAIL ADDRESS Kencookatc@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 5-3-1984 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Cooke Sr. (Last) Steven (First) G. (Middle)

HOME ADDRESS: 3885 Fun Valley Dr. (Address)

Memphis (City) Tn (State) 38125 (Zip Code)

PHONE (home) (901) 755-4695 (work) (901) 368-8238

EMAIL ADDRESS: Vectrs4u@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: Feb 1986 END DATE (IF APPLICABLE): present

POSITION / JOB TITLE: AIR TRAFFIC Controller

**PLAINTIFF SIGNATURE** Steven G. Cooke Sr.

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: COOPERSON KYLE
Last / First / Middle

HOME ADDRESS: 2154 PLEASANT GROVE ROAD
Address

ENCINITAS CA 92024
City / State / Zip Code

PHONE (home) 760·635·0320 (work) ____

EMAIL ADDRESS kycoo@roadrunner.com

**EMPLOYMENT HISTORY**

START DATE: 11/3/86 END DATE (IF APPLICABLE): 2/6/07

POSITION / JOB TITLE: ATCS FPL (SCT)

**PLAINTIFF SIGNATURE** Kyle C[signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME COPELAND MARTY VON
Last First Middle

HOME ADDRESS 4495 GLENLEIGH CIR.
Address

SOUTHAVEN MS. 38671
City State Zip Code

PHONE (home) 901-581-0051 (work) 901-368-8252

EMAIL ADDRESS MCOPELAND 87@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 7-86 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Coppock (Last) Dawn (First) Marie (Middle)

HOME ADDRESS 18155 Eventide Way (Address)

Farmington (City) MN (State) 55024 (Zip Code)

PHONE (home) 952-484-2182 (work) 952-941-1188

EMAIL ADDRESS dmcoppock@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 9-29-98 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Dawn M Coppock

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME CORMIER TODD D
Last First Middle

HOME ADDRESS 3574 WILLIAMS RD
Address

SAN JOSE CA 95117
City State Zip Code

PHONE (home) 408-246-5901 (work) 510-745-3857/3858

EMAIL ADDRESS knutnordby-faa@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: SEPTEMBER 1997 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATC SPECIALIST (2152)

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: COSIER (Last) GORDON (First) DWIGHT (Middle)

HOME ADDRESS: 557 ULUKANU ST. (Address)

KAILUA (City) HI (State) 96734 (Zip Code)

PHONE (home) 808 499-4113 (work) 808 840 6201

EMAIL ADDRESS N/A

**EMPLOYMENT HISTORY**

START DATE: 3 APR. 89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Cox (Last) Brian (First) Harold (Middle)

HOME ADDRESS: 750 S Wagon Train Dr (Address)

Milliken (City) CO (State) 80543 (Zip Code)

PHONE (home) 970 587-6434 (work) 303-651-4244

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 09 / 95 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

PLAINTIFF SIGNATURE ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: COX (Last) PAUL (First) STEVEN (Middle)

HOME ADDRESS: 526 1ST AVE S. #327 (Address)

SEATTLE (City) WA (State) 98104 (Zip Code)

PHONE (home) 206-903-8258 (work) 253-351-3506

EMAIL ADDRESS: PCOX@ESKIMO.COM

**EMPLOYMENT HISTORY**

START DATE: 1/16/1991 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic control specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME CRAMER (Last) DANIEL (First) LOWELL (Middle)

HOME ADDRESS 8872 BUTLER-WARREN RD (Address)

MASON (City) OHIO (State) 45040 (Zip Code)

PHONE (home) 513-398-1455 (work) 879-372-6400

EMAIL ADDRESS DANLC@NETZERO.NET

**EMPLOYMENT HISTORY**

START DATE: 11/22/1985 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Daniel Lowell Cramer

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME CROSE RICKY LEE
Last First Middle

HOME ADDRESS 734 WHITE RIVER DRIVE
Address

ORLANDO FL 32828-8953
City State Zip Code

PHONE (home) 407-658-1726 (work) ____________

EMAIL ADDRESS RLCrose@CFL.RR.COM

**EMPLOYMENT HISTORY**

START DATE: MAY 1982 END DATE (IF APPLICABLE): MARCH 3, 2007

POSITION / JOB TITLE: ATCS / CPC ORLANDO INTL ATCT

**PLAINTIFF SIGNATURE** Rick L Crose

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CROUSE (Last) TINA (First) VISNICH (Middle)

HOME ADDRESS: PO BOX 354 (Address)

LOVETTSVILLE (City) VA (State) 20180 (Zip Code)

PHONE (home) 540-822-9134 (work) 703-771-3494

EMAIL ADDRESS PSUCrouse@aol.com

**EMPLOYMENT HISTORY**

START DATE: 6/1/83 **END DATE (IF APPLICABLE):** 6/1/09

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Tina V. Crouse

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Cunningham Deborah Stephens
Last First Middle

HOME ADDRESS 3950 Kings Pointe Dr.
Address

Mansfield OH 44903
City State Zip Code

PHONE (home) 419-756 8062 (work) ——

EMAIL ADDRESS iculand@aol.com

**EMPLOYMENT HISTORY**

START DATE: 8/3/82 END DATE (IF APPLICABLE): 7/4/05

POSITION / JOB TITLE: (Retired) Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Deborah Stephens Cunningham

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

Print clearly, or type the following information:

NAME Cunningham, Dominic Matthias
Last First Middle

HOME ADDRESS 1420 KUPAU PLACE
Address

KAILUA HAWAII 96734
City State Zip Code

PHONE (home) 808-262-7999 (work) 808-840-6201

EMAIL ADDRESS dominiccunningham@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 6-98 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC / CPC

PLAINTIFF SIGNATURE ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CURRAN (Last) STEVEN (First) M (Middle)

HOME ADDRESS: 101 COMEGYS ROAD (Address)

DALTON (City) PA (State) 18414 (Zip Code)

PHONE (home) 570-563-1146 (work) 570-457-0267

EMAIL ADDRESS smc2464@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 2/88 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: CPC Air Traffic Controller

**PLAINTIFF SIGNATURE** __________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CVANCIGER (Last) THOMAS (First) JEFFREY (Middle)

HOME ADDRESS: 1760 STONEGATE DRIVE (Address)

Montgomery (City) IL (State) 60538 (Zip Code)

PHONE (home) 224-578-2497 (work) ____________

EMAIL ADDRESS: CVANCIGER@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 9/21/2003 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** ____________