IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Daniels-Dotson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME DANIELS JOHN S.
Last First Middle

HOME ADDRESS 4600 FIELDING DR.
Address

N. OLMSTED OH 44070
City State Zip Code

PHONE (home) ______ (work) (440) 774-0442

EMAIL ADDRESS torrid_racing@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 7/02 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DANIELS TROY E.
Last First Middle

HOME ADDRESS 2516 NE 21ST TERRACE
Address

LIGHTHOUSE POINT FL 33064
City State Zip Code

PHONE (home) 954-770-2611 (work) 305 869 5433

EMAIL ADDRESS td4obama@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 12-4-86 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Troy E. Daniels

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Danzi Camille
Last First Middle

HOME ADDRESS: Po Box 4035
Address

Oakland CA 94614
City State Zip Code

PHONE (home) 510 350-7829 (work) 510 273 7410

EMAIL ADDRESS cd521@earthlink.net

**EMPLOYMENT HISTORY**

START DATE: 1/90 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Camille D

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME D'Arcy John Matthew
Last First Middle

HOME ADDRESS 731 Overla Blvd
Address

Clayton, Ohio 45315
City State Zip Code

PHONE (home) (937) 832-3403 (work) (937) 454-7300

EMAIL ADDRESS Jdarcy3403@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 5/29/87 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** John Matthew D'Arcy

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: DAVIS (Last) ANTHONY (First) NEAL (Middle)

HOME ADDRESS: 504 ROCKWOOD CT (Address)

AVON LAKE (City) OH (State) 44012 (Zip Code)

PHONE (home) 440-930-5215 (work) 440-774-0448

EMAIL ADDRESS ____________________

**EMPLOYMENT HISTORY**

START DATE: JULY 31, 2002 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER (20B)

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DAVIS (Last) DOUGLAS (First) W (Middle)

HOME ADDRESS: 410 Fairfield Place (Address)

Amherst (City) Ohio (State) 44001 (Zip Code)

PHONE (home) 440-988-3900 (work) 440-774-0428

EMAIL ADDRESS: dd20b@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 9/85 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: TMC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DAVIS (Last) ROBERT (First) ALAN (Middle)

HOME ADDRESS: 16 JEFFREY WAY (Address)

NORWALK (City) OH. (State) 44857 (Zip Code)

PHONE (home) 419-668-3219 (work) ______

EMAIL ADDRESS rdavis22@neo.rr.com

**EMPLOYMENT HISTORY**

START DATE: 7/25/82 END DATE (IF APPLICABLE): 8/2/07

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DAVIS (Last) SCOTT (First) ALAN (Middle)

HOME ADDRESS: 5651 STUCKEY ROAD (Address)

CRESTON ~~CRESTON~~ (City) OH (State) 44217 (Zip Code)

PHONE (home) 330 435 4314 (work) 440-774-0485

EMAIL ADDRESS davisaaj@verizon.net

**EMPLOYMENT HISTORY**

START DATE: 7/1997 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Davis Trent D
Last First Middle

HOME ADDRESS P.O. Box 671433
Address

Houston Texas 77267-1433
City State Zip Code

PHONE (home) 281 682-6941 (work) 281 230

EMAIL ADDRESS TrentDavis@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 12-21-1987 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Trent D Davis

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DAVOUST (Last) JOSEPH (First) ANTHONY (Middle)

HOME ADDRESS: 7752 FREDERIKSEN LN (Address)

DUBLIN (City) CA (State) 94568 (Zip Code)

PHONE (home) 925 828 3252 (work) 510 563 3340

EMAIL ADDRESS joe@joesandanliz.com

**EMPLOYMENT HISTORY**

START DATE: 1/8/1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DAWSON, DArrel Keith
Last First Middle

HOME ADDRESS: 240 Walnut Leaf DRive
Address

Cordova TN 38018
City State Zip Code

PHONE (home) 901-413-5408 (work) 901-368-8107

EMAIL ADDRESS dawson38018@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 2-17-88 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DEBRULE (Last) ROBERT (First) EUGENE (Middle)

HOME ADDRESS: 1516 COVENTRY LANE (Address)

FERNANDINA BEACH (City) FL (State) 32034 (Zip Code)

PHONE (home): 904 277-2516 (work) 904 549-1547

EMAIL ADDRESS: rdebrule@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 1985 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Robert E DeBrule Jr.

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME DECKMAN, CLAYTON H II
Last First Middle

HOME ADDRESS 3808 ARBOR WAY
Address

CRESTWOOD, KY 40014
City State Zip Code

PHONE (home) 502-241-6436 (work) 502-753-3691

EMAIL ADDRESS JETSET48 @ INSIGHTBB.COM

**EMPLOYMENT HISTORY**

START DATE: 6-22-1975 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCT / CPC

**PLAINTIFF SIGNATURE** Clayton H Deckman II

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DEGAN III HERBERT M
Last First Middle

HOME ADDRESS: 4 McDaniels Ct
Address

WOODBINE NJ 08270
City State Zip Code

PHONE (home) 609-602-5588 (work) 609-485-6192

EMAIL ADDRESS: exp2ex@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 5/28/91 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Dehmer (Last) Jerold (First) Raymond (Middle)

HOME ADDRESS: 4714 E 255th St (Address)

Elko (City) Mn (State) 55020 (Zip Code)

PHONE (home) 952-461-3628 (work) 952-826-9022

EMAIL ADDRESS dehmers@integra.net

**EMPLOYMENT HISTORY**

START DATE: 3 [illegible] 1982 END DATE (IF APPLICABLE): [illegible]/2006 (retired)

POSITION / JOB TITLE: [illegible]

PLAINTIFF SIGNATURE [illegible]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Delgado, Phillip John
Last / First / Middle

HOME ADDRESS: 1155 Oak Knoll Ter.
Address

La Verne CA 91750
City / State / Zip Code

PHONE (home) (909) 753-6542 (work) (661) 277-3843

EMAIL ADDRESS: pjdelgado21@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: July/2006 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME DEML MICHAEL FINN
Last First Middle

HOME ADDRESS 3952 AVON CT
Address

EAGAN MINN. 55123
City State Zip Code

PHONE (home) 651-686-4679 (work) 651-463-5583

EMAIL ADDRESS mdeml@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 3/28/82 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Michael R. Deml

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DeMotts Bruce William
Last First Middle

HOME ADDRESS 827 BAY CLIFF RD.
Address

GULF BREEZE FL 32561
City State Zip Code

PHONE (home) 850 916-9873 (work) 850 444-5700

EMAIL ADDRESS jbdemots@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 11/85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** Bruce DeMotts

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DESNOYER, NORMAN A
Last First Middle

HOME ADDRESS 3204 ASHEBURY POINT
Address

GREENWOOD AR 72936
City State Zip Code

PHONE (home) 479-996-4813 (work) ________

EMAIL ADDRESS LASVEGASDR@peoplepc.com

**EMPLOYMENT HISTORY**

START DATE: 2/12/86 END DATE (IF APPLICABLE): 4/29/07

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Norman Desnoyer

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Diaz (Last) Rafael (First) ______ (Middle)

HOME ADDRESS: 17 Eleanor Dr. (Address)

Massapequa (City) NY (State) 11758 (Zip Code)

PHONE (home) 516-342-9056 (work) 631-468-1495

EMAIL ADDRESS RDIAZ25@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 12-01 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Dietz (Last) John (First) R (Middle)

HOME ADDRESS 1812 Paprika Way (Address)

Henderson (City) NV (State) 89014 (Zip Code)

PHONE (home) 702 458 8058 (work) 202 262 5933

EMAIL ADDRESS JRDIETZ@COX.NET

**EMPLOYMENT HISTORY**

START DATE: 10/22/1989 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AT-KI Staff Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME DOAN MAI-ANH JOSEPH
Last First Middle

HOME ADDRESS 341 LAMP POST LN
Address

Hershey PA 17033-1883
City State Zip Code

PHONE (home) ______ (work) ______

EMAIL ADDRESS MDOAN@NATCA.O

**EMPLOYMENT HISTORY**

START DATE: 03/31/1987 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DOERR, DANIEL ERIC
Last / First / Middle

HOME ADDRESS: 9 BEECHWOOD CT
Address

RACINE WI 53402
City / State / Zip Code

PHONE (home) (262) 498-1274 (work) (414) 489-2150

EMAIL ADDRESS: SING4PRT@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 10/27/91 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DONOVAN (Last) Richard (First) E (Middle)

HOME ADDRESS: 4 Lewis St (Address)
Setaukat (City) NY (State) 11733 (Zip Code)

PHONE (home) 631 675-6199 (work) 516-683-2963

EMAIL ADDRESS Donovan1@optonline.net

**EMPLOYMENT HISTORY**

START DATE: 10/23/88 END DATE (IF APPLICABLE): presently employed

POSITION / JOB TITLE: Air traffic control specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME DORR (Last) JOSEPH (First) GREGORY (Middle)

HOME ADDRESS 1189 CLAY SPRING DR (Address)

CARMEL (City) IN (State) 46032 (Zip Code)

PHONE (home) 317 581 1359 (work) 317 247 2201

EMAIL ADDRESS JDORR1@INDY.RR.COM

**EMPLOYMENT HISTORY**

START DATE: 6/12/1989 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Dotson (Last) Bobby (First) Joe (Middle)

HOME ADDRESS 42083 Cherish Court (Address)

Aldie (City) VA (State) 20105 (Zip Code)

PHONE (home) (703) 542-2992 (work) (540) 349-7500

EMAIL ADDRESS CGENDOT@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 1/17/1989 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

PLAINTIFF SIGNATURE Bobby J Dotson