IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Downen-Ewing

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DOWNEN (Last) RONALD (First) NEAL (Middle)

HOME ADDRESS: 33062 PEARL ST (Address)

KIRKLAND (City) IL (State) 60146 (Zip Code)

PHONE (home) 815/522-2113 (work) ______

EMAIL ADDRESS: RDOWNEN @ ATCYBER.NET

**EMPLOYMENT HISTORY**

START DATE: 9/27/81 **END DATE (IF APPLICABLE):** 10/3/06

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Ronald N. Downen

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DOWNS BRIAN ERIC
Last First Middle

HOME ADDRESS 44140 Riverpoint DR
Address

Lansdowne VA 20176
City State Zip Code

PHONE (home) 703 858 5665 (work) 703 771 3498

EMAIL ADDRESS airchildz @ smartneighborhood.net

**EMPLOYMENT HISTORY**

START DATE: Nov 1989 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: CPC ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Dozier (Last) Deborah (First) Cannon (Middle)

HOME ADDRESS 916 Field View Drive (Address)

McDonough (City) GA (State) 30253 (Zip Code)

PHONE (home) 678-432-0145 (work) 678-357-9084

EMAIL ADDRESS debocannon@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 02/88 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Deborah Cannon Dozier

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME DRAGONETTI WALTER E
Last First Middle

HOME ADDRESS 8281 OBERLIN RD
Address

ELYRIA OH 44035
City State Zip Code

PHONE (home) 440 323 0519 (~~work~~) cell 440 864 3051

EMAIL ADDRESS WALT_hof@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 5/86 END DATE (IF APPLICABLE): 4/28/07 Retired

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DRURY (JR) (Last) HERBERT (First) R (Middle)

HOME ADDRESS: 5 SHORE AVE (Address)

MAYNARD, (City) MA (State) 01754 (Zip Code)

PHONE (home) 508-561-1638 (work) 617-567-6675

EMAIL ADDRESS HR-DRURYJR@VERIZON.NET

**EMPLOYMENT HISTORY**

START DATE: 01 MARCH 1982 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Herbert R Drury

# REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME DUHN SHEILA L
Last First Middle

HOME ADDRESS 6200 Saint Albans Circle
Address

EDINA MN 55439
City State Zip Code

PHONE (home) 952-943-7386 (work) 651-463-5588 (I can not accept personal calls at work)

EMAIL ADDRESS sheilad@usfamily.net all small letters

**EMPLOYMENT HISTORY**

START DATE: 4/1995 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist till 9/1/07 title ~~cor~~ change after 9/1/07

**PLAINTIFF SIGNATURE** Sheila L Duhn

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Dunbar (Last) Michael (First) John (Middle)

HOME ADDRESS 45728 Tiana Rose St. (Address)

Lancaster (City) CA (State) 93536 (Zip Code)

PHONE (home) 661-948-8256 (work) 661-265-8232

EMAIL ADDRESS mdunbar40@roadrunner.com

**EMPLOYMENT HISTORY**

START DATE: 9/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Certified Professional Controller

**PLAINTIFF SIGNATURE** Michael J. Dunbar

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Dunne (Last) Gregory (First) Scott (Middle)

HOME ADDRESS 213 Longwood Trail (Address)

Pike Road (City) AL (State) 36064 (Zip Code)

PHONE (home) 334-233-1568 (work) 334-284-0384

EMAIL ADDRESS dunnegs@msn.com

**EMPLOYMENT HISTORY**

START DATE: June 2002 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DURING, DONALD GENE
Last First Middle

HOME ADDRESS 15 JAMES LANE
Address

LEVITTOWN NY 11756
City State Zip Code

PHONE (home) (516)735-1730 (work) ____________

EMAIL ADDRESS dduring4@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 10/20/82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: TRAFFIC MANAGEMENT COORDINATOR (TMC)

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Dyckman James N
Last First Middle

HOME ADDRESS 288 Fairview Cir.
Address

Middle Island NY 11953
City State Zip Code

PHONE (home) 516 702-1356 (work) 516 683-2925

EMAIL ADDRESS jimmyd70@msn.com

**EMPLOYMENT HISTORY**

START DATE: 4-1-98 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: DYSON (Last) GREGORY (First) ALLEN (Middle)

HOME ADDRESS: 232 GREGG LANE (Address)

IMPERIAL (City) PA (State) 15126 (Zip Code)

PHONE (home): (724) 695-3079 (work) (412) 269-9237

EMAIL ADDRESS: DICEMAN63@Hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 1-8-1984 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS-2152

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: EASON (Last) Joel (First) J (Middle)

HOME ADDRESS: 5002 Verbena Dr (Address)

Acworth (City) GA (State) 30102 (Zip Code)

PHONE (home) 770-517-6178 (work) ____________

EMAIL ADDRESS JJEASON@Bellsouth.Net

**EMPLOYMENT HISTORY**

START DATE: JUNE 1988 END DATE (IF APPLICABLE): 0

POSITION / JOB TITLE: Air Traffic Controll Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME EBY (Last) JOHN (First) O (Middle)

HOME ADDRESS 26870 COACHLIGHT ST (Address)

WOODHAVEN (City) MI (State) 48183 (Zip Code)

PHONE (home) (734) 692-9643 (work) —

EMAIL ADDRESS EBYJO@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 2/25/85 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME ECKMAN MATTHEW ALLAN
Last First Middle

HOME ADDRESS 6538 SALISBURY RD. APT. #301
Address

MAUMEE OH 43537
City State Zip Code

PHONE (home) 419-866-2132 (work) ______

EMAIL ADDRESS ECKMAN77@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 1/26/2003 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Matthew A. Eckman

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: EDDY (Last) ELIZABETH (First) ANN (Middle)

HOME ADDRESS: 49 CHAMPLIN AVE (Address)

E. ISLIP (City) NY (State) 11730 (Zip Code)

PHONE (home) 631-224-7586 (work) 631-468-1495

EMAIL ADDRESS: EDDYTWTY@OPTONLINE.NET

**EMPLOYMENT HISTORY**

START DATE: 7/1999 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: EDWARDS, PATRICK, Keith
Last / First / Middle

HOME ADDRESS: 10006 305th ST. W.
Address

NORTHFIELD MN 55057
City / State / Zip Code

PHONE (home) 507-645-5868 (work) ______

EMAIL ADDRESS: Kared@myclearwave.net

**EMPLOYMENT HISTORY**

START DATE: 12/30/81 END DATE (IF APPLICABLE): 5/3/07

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Patrick K Edwards

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ELLIASON (Last) JAMES (First) DENNIS (Middle)

HOME ADDRESS: 8508 LAKEVIEW TERRACE (Address)

SAVAGE (City) MN (State) 55378 (Zip Code)

PHONE (home) 952-226-6037 (work) —

EMAIL ADDRESS jelliason@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 3/20/05 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** ______________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME ELLIOTT, LISA —
Last First Middle

HOME ADDRESS 3705 WEST CAROLINE AVENUE
Address

WICHITA, KANSAS 67203-5240
City State Zip Code

PHONE (home) (316) 941-4020 (work) (316) 946-0060

EMAIL ADDRESS SCULPTUREGIRL1@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 27 JUL 78 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ELLIS (Last) Howard (First) James (Middle)

HOME ADDRESS: 29516 Wolf Rd. (Address)
Bay Village (City), OH (State) 44140 (Zip Code)

PHONE (home) 440-871-3143 (work) 440-774-0386

EMAIL ADDRESS ellis.h@oh.rr.com

**EMPLOYMENT HISTORY**

START DATE: MAR 2002 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air traffic Control Specialist

**PLAINTIFF SIGNATURE** Howard J Ellis

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Ellis (Last) Roger (First) DeWayne (Middle)

HOME ADDRESS 2050 W Glen Ave (Address)

Riverton (City) UT (State) 84065 (Zip Code)

PHONE (home) 801-253-1863 (work) 801-320-2561

EMAIL ADDRESS ellisdc44@msn.com

**EMPLOYMENT HISTORY**

START DATE: 12/1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS 2152

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME ELWOOD KARL WILLIAM
Last First Middle

HOME ADDRESS 6801 ROUND TREE DRIVE
Address

ANCHORAGE ALASKA 99507
City State Zip Code

PHONE (home) (907) 344-3483 (work) (907) 271-6549

EMAIL ADDRESS bushter@gci.net

**EMPLOYMENT HISTORY**

START DATE: 8/30/1981 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER / TOWER

**PLAINTIFF SIGNATURE** Karl W. Elwood

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ERICKSON (Last) TODD (First) EVAN (Middle)

HOME ADDRESS: 14604 S. BLACKFEATHER DRIVE (Address)

OLATHE (City) KS (State) 66062 (Zip Code)

PHONE (home) 913-390-5462 (work) 913-254-8510

EMAIL ADDRESS T2ØØØSS@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 12/1984 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST (ZKC)

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Etheridge Bret W
Last First Middle

HOME ADDRESS 3706 Pinto Way
Address

Indianapolis IN 46228
City State Zip Code

PHONE (home) 317-299-0225 (work) 317-247-2547

EMAIL ADDRESS betheridge13@netzero.net

**EMPLOYMENT HISTORY**

START DATE: 8-20-85 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: EVANGELISTA (Last) RAYNALDO (First) LOS LOSO (Middle)

HOME ADDRESS: 676 JUBILEE LN (Address)

AVON (City) IN (State) 46123 (Zip Code)

PHONE (home) (317)272-4539 (work) (317) 247-2201

EMAIL ADDRESS BREWCITY09627@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 01/2003 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: EVANS (Last) RAINER (First) L (Middle)

HOME ADDRESS: 1640 ACADEMY SQ (Address)
COLLEGE PARK (City) GA (State) 30337 (Zip Code)

PHONE (home) 4042349841 (work) ______

EMAIL ADDRESS superfly92@HOTMAIL.Com

**EMPLOYMENT HISTORY**

START DATE: 1-3-83 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: EWING (Last) RALPH (First) R (Middle)

HOME ADDRESS: 705 N HILLTOP ROAD (Address)

SALT LAKE CITY (City) UT (State) 84103-3311 (Zip Code)

PHONE (home): 801 539 0936 ~~(work)~~ C 801 580 6664

EMAIL ADDRESS: rewingsprint@earthlink.net

**EMPLOYMENT HISTORY**

START DATE: 3-31-1986 **END DATE (IF APPLICABLE):** ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Ralph Ewing