IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Fairchild-Futrell

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: FAIRCHILD (Last) ROBERT (First) ALAN (Middle)

HOME ADDRESS: PO BOX 775 (Address)

MORGAN (City), UT (State) 84050 (Zip Code)

PHONE (home) 801-829-6451 (work) 801-320-2562

EMAIL ADDRESS rdjnm@msn.com

**EMPLOYMENT HISTORY**

START DATE: 11-2-82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME FALLON FRANCIS J
Last First Middle

HOME ADDRESS 6637 PLANTATION LN.
Address

WARRENTON VA 20187
City State Zip Code

PHONE (home) 540-428-6005 (work) ______

EMAIL ADDRESS FFMKP28@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 2/28/1982 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Faulk (Last) Cassandra (First) Yolanda (Middle)

HOME ADDRESS: 7543 W. Liberty Pkwy. Unit 664 (Address)

Fontana (City) CA (State) 92336 (Zip Code)

PHONE (home) 909-899-0731 (work) 909-593-2530

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 6/9/06 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Cassandra Y. Faulk

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: FAZIO (Last) JAMES (First) TIMOTHY (Middle)

HOME ADDRESS: 4903 E. CAMBRIDGE AVE (Address)

PHOENIX (City) AZ (State) 85008 (Zip Code)

PHONE (home) 602-381-1760 (work) 602-306-2566

EMAIL ADDRESS FUZZMONKEY@COX.NET

**EMPLOYMENT HISTORY**

START DATE: 1-11-91 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER PHOENIX TRACON

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Felling David Perry
Last First Middle

HOME ADDRESS 5911 W 152nd Terr
Address

Overland Park KS 66223
City State Zip Code

PHONE (home) 913 897 1419 (work) 913 254 8514

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 2/89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: FENIX (Last) JODIE (First) LYNN KUEHN (Middle)

HOME ADDRESS: 3613 CLOVER CREEK LN (Address)

LONGMONT (City) CO (State) 80503 (Zip Code)

PHONE (home) (303) 808-1584 (work) (303) 651-4243

EMAIL ADDRESS: COphred@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 1/25/93 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Fenn (Last) Stacy (First) L (Middle)

HOME ADDRESS: 2315 S. Douglas Ave. (Address)

Loveland (City) CO (State) 80537 (Zip Code)

PHONE (home) (970) 635-2773 (work) (303) 651-4246

EMAIL ADDRESS: stacy_fenn@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 9-30-02 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control

**PLAINTIFF SIGNATURE** Stacy L Fenn

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME FISHER JEFFREY JAMES
Last First Middle

HOME ADDRESS 627 PENN BLVD
Address

LINDENHURST IL 60046
City State Zip Code

PHONE (home) (847) 265-0076 (work) (414) 489-2150

EMAIL ADDRESS NETCHAGER @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 11/3/86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: TERMINAL MKE/ AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Fitzgerald (Last) THOMAS (First) W (Middle)

HOME ADDRESS: 3 Sossese Lane (Address)

Nesconset (City) NY (State) 11767 (Zip Code)

PHONE (home) 631-584-5511 (work) 516-683-2564

EMAIL ADDRESS JBCTFC@optonline.net

**EMPLOYMENT HISTORY**

START DATE: 10/88 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ____________________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Fleischer (Last) FRANK (First) John (Middle)

HOME ADDRESS: 1 Rice Lane (Address)

Smithtown (City) NY (State) 11787 (Zip Code)

PHONE (home) 631.863.0753 (work) 631.468.1420

EMAIL ADDRESS fleischerzny@msn.com

**EMPLOYMENT HISTORY**

START DATE: 11/08/1988 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME FORTIN STEPHEN EDWARD
Last First Middle

HOME ADDRESS 2922 12TH AVE SO.
Address

MOORHEAD MN 56560
City State Zip Code

PHONE (home) 630-544-8960 (work) 701 235 8894

EMAIL ADDRESS JENFAA @ JUNC. COM

**EMPLOYMENT HISTORY**

START DATE: DEC 1985 **END DATE (IF APPLICABLE):** STILL WORKING

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Fountain (Last) Michael (First) Raymond (Middle)

HOME ADDRESS: 30122 Falher Drive (Address)

Spring (City) Tx (State) 77386 (Zip Code)

PHONE (home) 281-364-1274 (work) 281-230-8441

EMAIL ADDRESS mfoun10@swbell.net

**EMPLOYMENT HISTORY**

START DATE: 5/9/1988 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Michael R Fountain

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Fox (Last) John (First) M (Middle)

HOME ADDRESS: 56-55 205 Street (Address)

Bayside (City) N.Y. (State) 11364 (Zip Code)

PHONE (home) (718) 224-9768 (work) ______

EMAIL ADDRESS jfox@natca.net

**EMPLOYMENT HISTORY**

START DATE: 2/5/02 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS 2152

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Foxwell Aaron C
Last First Middle

HOME ADDRESS 9407 Chadesberry Ct
Address

Montgomery AL 36117
City State Zip Code

PHONE (home) 334-396-1032 (work) ______

EMAIL ADDRESS foxac78@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 9/20/01 **END DATE (IF APPLICABLE):** ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: FRANK (Last) JAIMEE (First) LYNN (Middle)

HOME ADDRESS: 301 BASTIAN DR (Address)

SUGAR GROVE (City) IL (State) 60554 (Zip Code)

PHONE (home) (630) 466-3915 (work) (630) 803-5098

EMAIL ADDRESS jaimee_frank@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 3/20/05 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Frank (Last) Kevin (First) Joseph (Middle)

HOME ADDRESS P.O. Box 851 (Address)

Sugar Grove (City) IL (State) 60554 (Zip Code)

PHONE (home) 630 466-3915 (work) 630 906-8373

EMAIL ADDRESS kiloatc0Z@msn.com

**EMPLOYMENT HISTORY**

START DATE: 9-19-02 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Frank (Last) Wesley (First) Tyler (Middle)

HOME ADDRESS 137 Rendition Drive (Address)

McDonough (City) GA (State) 30253 (Zip Code)

PHONE (home) (678) 432-5132 (work) (678) 733-3033

EMAIL ADDRESS wes_frank@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 10/2005 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Wesley Tyler

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME FRANZE FRANK JOSEPH
Last First Middle

HOME ADDRESS 15 COTTON TAIL CT.
Address

WADING RIVER NY 11792
City State Zip Code

PHONE (home) 631 929-1831 (work) 631 468-1323

EMAIL ADDRESS FFRANZE98@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 4/1/89 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: CPC ATCS SERS 2152

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Frazao (Last) Austin (First) S (Middle)

HOME ADDRESS: 8393 SW 112TH ST (Address)

Miami (City) FL (State) 33156 (Zip Code)

PHONE (home): 305-596-7912 Cell ~~(work)~~ 786-376-1713

EMAIL ADDRESS: AustinFrazao@Bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 1/7/92 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air traffic control specialist

**PLAINTIFF SIGNATURE** Austin Frazao

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Fredrickson Thomas Edward
Last First Middle

HOME ADDRESS 4510 Serenity Trail
Address

Palm Harbor FL 34685
City State Zip Code

PHONE (home) 727 939 4788 (work) 727 442 2499

EMAIL ADDRESS TJESFRED@YAHOO.Com

**EMPLOYMENT HISTORY**

START DATE: 5/82 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME FREIGANG RICHARD JOHN
Last First Middle

HOME ADDRESS 1301 N COURTHOUSE RD #1807
Address

ARLINGTON VA 22201
City State Zip Code

PHONE (home) 7036285616 (work) 7039044510

EMAIL ADDRESS RFREIGANG@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 9/26/86 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS / TRAFFIC MANAGEMENT SPECIALIST

PLAINTIFF SIGNATURE ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME FREITAS DAVID J
Last First Middle

HOME ADDRESS 200. OAK WOOD DR
Address

LARGO FL 33770
City State Zip Code

PHONE (home) (727) 585-8151 (work) (813) 371 7750

EMAIL ADDRESS ATCTPA@Aol.com

**EMPLOYMENT HISTORY**

START DATE: 8-29--84 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC contoller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME FREITAS JOSE Carlos
Last First Middle

HOME ADDRESS 67-15 242 st Apt 251
Address

Douglaston NY 11362
City State Zip Code

PHONE (home) 718 357 7161 (work) 201-288 1889

EMAIL ADDRESS joseatc@msn.com

**EMPLOYMENT HISTORY**

START DATE: 2/2003 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: FRITZ (Last) DAVID (First) MICHEAL (Middle)

HOME ADDRESS: 20 PHILLIPS PL. (Address)

ZIONSVILLE (City) IN. (State) 46077 (Zip Code)

PHONE (home) 317-873-4921 (work) 317-247-2201

EMAIL ADDRESS NANCY46077@YAHOO.com

**EMPLOYMENT HISTORY**

START DATE: 3-20-1983 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS 2152 ~~[illegible]~~ FAA

**PLAINTIFF SIGNATURE** [illegible]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Froehlich (Last) Laura (First) Ann (Middle)

HOME ADDRESS: 6582 157 St #108B (Address)

Apple Valley (City) MN (State) 55124 (Zip Code)

PHONE (home) 952-454-3045 (work) ____

EMAIL ADDRESS lfroeh@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 6/14/06 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATC specialist

**PLAINTIFF SIGNATURE** ____

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: FUSE (Last) CLYDE (First) OTOICHI (Middle)

HOME ADDRESS: 95-197 WAIMAKUA DRIVE (Address)

MILILANI (City) HI (State) 96789 (Zip Code)

PHONE (home) (808) 625-1884 (work) (808) 840-6127

EMAIL ADDRESS clyde.fuse@faa.gov

**EMPLOYMENT HISTORY**

START DATE: 9/5/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC SUPPORT SPECIALIST

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME FUTRELL (Last) LEE (First) ANNE (Middle)

HOME ADDRESS 11796 SPRING MANOR LANE (Address)

EADS (City) TN (State) 38028 (Zip Code)

PHONE (home) 901-850-1560 (work) 901-368-8520

EMAIL ADDRESS lant@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 1/6/1986 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: MEMPHIS ARTCC, ATCS / CPC

**PLAINTIFF SIGNATURE** L A Futrell

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: FUTRELL (Last) WILLIAM (First) MARK (Middle)

HOME ADDRESS: 11796 SPRING MANOR LANE (Address)

EADS (City) TN (State) 38028 (Zip Code)

PHONE (home) 901 850-1560 (work) 901 368-8237

EMAIL ADDRESS billlee143@netscape.net

**EMPLOYMENT HISTORY**

START DATE: 1-6-1984 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: MEMPHIS ARTCC, ATCS / CPC

**PLAINTIFF SIGNATURE** William M. Futrell