IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Gagner-Gough

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Gagner (Last) Ronald (First) Charles (Middle)

HOME ADDRESS: 2131 N. Wild Hyacinth DR (Address)

Tucson (City) AZ (State) ~~8575~~ pb 85715 (Zip Code)

PHONE (home) 520 886-2073 (work) retired

EMAIL ADDRESS squarepants1@cox.net

**EMPLOYMENT HISTORY**

START DATE: July 8, 1978 - ~~August~~ pb May 1981   March 1982   SPLIT TIME

END DATE (IF APPLICABLE): April 1, 2007

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Ron Gagner

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GAHRIS CONSTANCE W
Last First Middle

HOME ADDRESS 34577 HATHAWAY DRIVE
Address

CALLAHAN FL 32011
City State Zip Code

PHONE (home) (904)879-5966 (work) (904) 549-1569

EMAIL ADDRESS dugnceni @ alltel.net

**EMPLOYMENT HISTORY**

START DATE: 12/25/1983 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS & STAFF SPECIALIST

**PLAINTIFF SIGNATURE** Constance W. Gahris

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Galego (Last) John (First) A. (Middle)

HOME ADDRESS: 4915 N. Knollwood Ave (Address)

Boise (City) Id (State) 83703 (Zip Code)

PHONE (home) (208) 336-3504 (work) (208) 334-1692

EMAIL ADDRESS: jgalego@cableone.net

**EMPLOYMENT HISTORY**

START DATE: 8/23/81 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GANDOLFO, DAVID F
Last First Middle

HOME ADDRESS 205 SEAMAN Ave
Address

BAYPORT N.Y. 11705
City State Zip Code

PHONE (home) 631-29[illegible]-0352 (work) ________

EMAIL ADDRESS DGAND93489@AOL

**EMPLOYMENT HISTORY**

START DATE: 11-82 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GARCIA (Last) ALAN (First) CRAIG (Middle)

HOME ADDRESS 7327 Roosles DR (Address)

INDIANAPOLIS (City) IN (State) 46217 (Zip Code)

PHONE (home) 317-509-6424 (work) ______

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 6-27-86 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Alan Garcia

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GARCIA DIANA ELAINE
Last First Middle

HOME ADDRESS 3929 GATEWOOD ST.
Address

AMARILLO TX 79109
City State Zip Code

PHONE (home) (806) 681-5491 (work) (806) 335-4002

EMAIL ADDRESS dgarcia1972@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 12/2001 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Diana Garcia

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: GARCIA (Last) Edward (First) OMAR (Middle)

HOME ADDRESS: 45 Highland Terrace (Address)

Fords (City) N.J. (State) 08863 (Zip Code)

PHONE (home) 732 266 6812 (work) 973 565-5044

EMAIL ADDRESS: eddieg2569@Hotmail

**EMPLOYMENT HISTORY**

START DATE: 3/29/98 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Specialist

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GARCIA VERNON J
Last First Middle

HOME ADDRESS 1654 MARBELLA DR.
Address

VISTA, CA 92081
City State Zip Code

PHONE (home) (760) 734-1122 (work) (858) 537-5912

EMAIL ADDRESS garcia_vj@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 25 JUL 1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Gard Jay Christopher
Last First Middle

HOME ADDRESS 4919 S 283rd Pl
Address

Auburn WA 98001
City State Zip Code

PHONE (home) 253-856-7161 (work) 253-351-3506

EMAIL ADDRESS jaygard7@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 6/12/1989 END DATE (IF APPLICABLE): NA

POSITION / JOB TITLE: Air traffic control specialist

**PLAINTIFF SIGNATURE** Jay C Gard

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME GARLICK, BARRY
Last First Middle

HOME ADDRESS 7890 KNIGHTS CT
Address

WARRENTON VA 20186
City State Zip Code

PHONE (home) 540-222-9791 (work) 540-349-7527

EMAIL ADDRESS BIGGARLICK@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 2/1/98 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** Barry Garlick

09/30/2007 13:58

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Georgn (Last) Sara (First) Jayne (Middle)

HOME ADDRESS: 2465 Eagleridge Dr. (Address)

Henderson (City) NV (State) 89074 (Zip Code)

PHONE (home) 702-804-7960 (work) 702-743-8426

EMAIL ADDRESS littleone60540@aol.com

**EMPLOYMENT HISTORY**

START DATE: 12/2000 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: GIBERSON (Last) DAVID (First) BARRY (Middle)

HOME ADDRESS: 10 Doolin Bay Dr. (Address)

Bear (City) DE (State) 19701 (Zip Code)

PHONE (home) 302 345 9725 (work) 215 492 4100

EMAIL ADDRESS DGATCINVA@yAHoo.Com

**EMPLOYMENT HISTORY**

START DATE: 8/26/2001 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Gibson Kwame Rogers
Last First Middle

HOME ADDRESS 2201 OAK MANOR DR
Address

BEDford TX 76021
City State Zip Code

PHONE (home) (817) 354-7724 (work) (817) 800-4568

EMAIL ADDRESS Kwamegibson@Yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 2/13/00 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Giles, Cindy Sue
Last First Middle

HOME ADDRESS 7345 N. Co. Rd. 850E
Address

Brownsburg, INDIANA 46112
City State Zip Code

PHONE (home) (317)858-0854 (work) 317/227-5843

EMAIL ADDRESS LGiles50@AOL.Com

**EMPLOYMENT HISTORY**

START DATE: 2/27/86 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC Specialist (Controller)

**PLAINTIFF SIGNATURE** Cindy S. Giles

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: GIULIANI (Last) JON (First) PAUL (Middle)

HOME ADDRESS: 824 W. Superior #511 (Address)

Chicago (City) IL (State) 60622 (Zip Code)

PHONE (home) 254 7336076 (work) ______

EMAIL ADDRESS: jongiuliani1@gmail.com

**EMPLOYMENT HISTORY**

START DATE: Sept 2003 END DATE (IF APPLICABLE): n/a (yet)

POSITION / JOB TITLE: Air Traffic Controller ORD ATCT

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Glidden (Last) Jeffrey (First) Charles (Middle)

HOME ADDRESS: 8381 Meadowview CT A24 (Address)

Park City (City) UT (State) 84098 (Zip Code)

PHONE (home) 435 649 8492 (work) 801 320-2560

EMAIL ADDRESS jeffglidden@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 7/29/87 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Glorioso (Last) Marc (First) Adam (Middle)

HOME ADDRESS: 4 Fiona Way (Address)

Brunswick (City) MD (State) 21758 (Zip Code)

PHONE (home): (301) 834-3773 (work): ([illegible]) 771-3491

EMAIL ADDRESS: mglorioso@natca.org

**EMPLOYMENT HISTORY**

START DATE: 9/29/02 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Spec.

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Gmitro (Last) George (First) M (Middle)

HOME ADDRESS: 1795 Neighbors Dr (Address)

DeLand (City) FL (State) 32724 (Zip Code)

PHONE (home) 386-822-5036 (work) ____________

EMAIL ADDRESS: Traceegmitro@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 12/04/89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GOLDENER, TAMMY JANINE
Last First Middle

HOME ADDRESS 462 ROBERT AVE
Address

FRANKLIN SQ. NY. 11010
City State Zip Code

PHONE (home) (516)481-1962 (work) ______

EMAIL ADDRESS NYRDRCNTRL@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 12/7/97 **END DATE (IF APPLICABLE):** PRESENT

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST (TMC)

**PLAINTIFF SIGNATURE** T Goldener

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: GORDON (Last) SAMUEL (First) LOUIS (Middle)

HOME ADDRESS: 770 WILD ROSE LN (Address)

GREENWOOD (City) IN (State) 46142 (Zip Code)

PHONE (home) 317 888 2006 (work) 317 247 2242

EMAIL ADDRESS KB4L@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 13 SEP 98 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Gough Allan M.
Last First Middle

HOME ADDRESS 13 Red Fox Trail
Address

Sicklerville, NJ 08081
City State Zip Code

PHONE (home) (609) 561-8613 (work) ____________

EMAIL ADDRESS allangough@comcast.net

**EMPLOYMENT HISTORY**

START DATE: Nov. 1984 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** X Allan Gough