IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Graffius-Gvzowski

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Graffius Kevin McClellan
Last First Middle

HOME ADDRESS 10230 Shady Moss Ct.
Address

Leland NC 28451
City State Zip Code

PHONE (home) 910-383-0759 (work) 910-815-4530 x226

EMAIL ADDRESS Kevin.Graffius@FAA.GOV

**EMPLOYMENT HISTORY**

START DATE: ~~Sept~~ KMG ~~May 28, 2007~~ KMG May 28, 1985 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Support Specialist

**PLAINTIFF SIGNATURE** K. M. Graffius

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: GRAVES (Last) ANDRE (First) JAMAR (Middle)

HOME ADDRESS: 21239 GARY DR #107 (Address)

HAYWARD (City) CA (State) 94546 (Zip Code)

PHONE (home) (510) 888-1172 (work) (707) 803-1125

EMAIL ADDRESS: DRIZZLE2119@gmail

**EMPLOYMENT HISTORY**

START DATE: 5/5/05 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC SPECIALIST

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GRAVES (Last) MICHAEL (First) DOUGLAS (Middle)

HOME ADDRESS 7906 RUNNYMEADE DRIVE (Address)

FREDERICK (City) MD (State) 21702 (Zip Code)

PHONE (home) 301 696-1883 (work) 703 771-3496

EMAIL ADDRESS MBGRAVES@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: Sept. 1987 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Michael D Graves

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GRAYBEAL TERRY THANE
Last First Middle

HOME ADDRESS 1105 PADDINGTON PLACE
Address

FAYETTEVILLE NC 28314
City State Zip Code

PHONE (home) 910-487-6469 (work) 910-484-8012

EMAIL ADDRESS T-GRAYBEAL@NC.RR.COM

**EMPLOYMENT HISTORY**

START DATE: MARCH 1999 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: GREEN (Last) TERRY (First) LYNN (Middle)

HOME ADDRESS: 1120 NOBLE LANE (Address)

BERRYVILLE (City) VA (State) 22611 (Zip Code)

PHONE (home) (540)955-6199 (work) (703)771-3498

EMAIL ADDRESS KODIAK @ WAVE2NET.COM

**EMPLOYMENT HISTORY**

START DATE: 12/23/83 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Terry Lynn Green

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Greenwood Ken Martin
Last First Middle

HOME ADDRESS 25618 35th PL S
Address

Kent WA 98032
City State Zip Code

PHONE (home) 253-946-9147 (work) 206-658-6406

EMAIL ADDRESS 65MUSTANGKEN@GMAIL.Com

**EMPLOYMENT HISTORY**

START DATE: 3/24/93 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Ken Greenwood

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: GREER, JR. (Last) WILLIAM (First) ALTON (Middle)

HOME ADDRESS: 42563 BISCAY ST. (Address)

QUARTZ HILL (City) CA (State) 93536 (Zip Code)

PHONE (home): 661-943-4926 cell ~~(work)~~ 661-932-1836

EMAIL ADDRESS: teejisme@msn.com

**EMPLOYMENT HISTORY**

START DATE: 01/07/03 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GRIEVE JOSEPH LEE
Last First Middle

HOME ADDRESS 21101 HAWLEY RD.
Address

WELLINGTON OH. 44090
City State Zip Code

PHONE (home) 440-647-4314 (work) 440-774-0442

EMAIL ADDRESS jpgrieve@verizon.net

**EMPLOYMENT HISTORY**

START DATE: 8-21-85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: GROSS (Last) MICHAEL (First) PAUL (Middle)

HOME ADDRESS: 1013 HUNTERS CHASE (Address)

GRAFTON (City) OHIO (State) 44044 (Zip Code)

PHONE (home) 440-926-1507 (work) 440-506-1512

EMAIL ADDRESS HUSKER @ GLW8.NET

**EMPLOYMENT HISTORY**

START DATE: 8-21-85 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: AIR TRAFFIC CONTROL - FPL

**PLAINTIFF SIGNATURE** Michael P. Gross

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: GRUSS (Last) PATRICIA (First) J (Middle)

HOME ADDRESS: 190E 1200N (Address)

OSSIAN (City) IN (State) 46777 (Zip Code)

PHONE (home) 260 638 4965 (work) 260 479-5150

EMAIL ADDRESS: ______

**EMPLOYMENT HISTORY**

START DATE: 10/1982 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Guerra Karin Lynn
Last First Middle

HOME ADDRESS 368 De Salle Terrace
Address

Fremont CA 94536
City State Zip Code

PHONE (home) (510) 796-4231 (work) (510) 785-5260

EMAIL ADDRESS Kguerra1@aol.com

**EMPLOYMENT HISTORY**

START DATE: 5/7/85 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller, HWD ATCT

**PLAINTIFF SIGNATURE** Karin Guerra

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME GUESS DAVID C.
Last First Middle

HOME ADDRESS 143 COLLEGE ST.
Address

MCDONOUGH, GA 30253
City State Zip Code

PHONE (home) 770-957-3118 CELL ~~(work)~~ 770-316-2824

EMAIL ADDRESS DCG500@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 1-29-82 END DATE (IF APPLICABLE): FEB., 3, 2007

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** David C. Guess

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME GUESS KELLY M.
Last First Middle

HOME ADDRESS 143 COLLEGE ST.
Address

McDONOUGH, GA 30253
City State Zip Code

PHONE (home) 770-957-3118 (work) 770-210-7135

EMAIL ADDRESS KLMTG143@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 6-10-89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** Kelly M Guess

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Guilkey, Alissa Desiree
Last First Middle

HOME ADDRESS 4854 Egret Drive
Address

Frederick CO 80504
City State Zip Code

PHONE (home) 303-678-9143 (~~work~~ cell) 303-775-9121

EMAIL ADDRESS ~~ALBad~~ ALBABE28@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 9/30/2002 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Alissa D. Guilkey

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME GURULE THOMAS ANTONY
Last First Middle

HOME ADDRESS 1279 AULEPE ST
Address

KAILUA HI 96734
City State Zip Code

PHONE (home) 808 263 6051 (work) 808 840 6201

EMAIL ADDRESS guruletø01@hawaii.rr.com

**EMPLOYMENT HISTORY**

START DATE: 5.28.91 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GUTIERREZ BALDEMAR
Last First Middle

HOME ADDRESS 2429 S.C.R. 1120
Address

MIDLAND TX. 79706
City State Zip Code

PHONE (home) (432) 687-2810 (work) (432) 488-2000

EMAIL ADDRESS BAL.GUT@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 05/00 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: GUZOWSKI (Last) KEVIN (First) DALE (Middle)

HOME ADDRESS: 1129 FOOTHILL ST. (Address)

SOUTH PASADENA (City) CA (State) 91030 (Zip Code)

PHONE (home) 626-441-4229 (work) 310-398-1525

EMAIL ADDRESS citybench@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 7/18/88 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: SMO ~~[illegible]~~, ATCS

**PLAINTIFF SIGNATURE** [signature]