IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Hale-Hermosillo

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hale (Last) Greg (First) Dean (Middle)

HOME ADDRESS: 303 Glade Rd. (Address)

Rogersville, (City) MO. (State) 65742 (Zip Code)

PHONE (home) 417 582 1954 (work) ____________

EMAIL ADDRESS greg_hale1@excite.com

**EMPLOYMENT HISTORY**

START DATE: 7/83 **END DATE (IF APPLICABLE):** 1/07

POSITION / JOB TITLE: ZKC ATCS

**PLAINTIFF SIGNATURE** Greg D. Hale

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hall (Last) Christopher (First) Lee (Middle)

HOME ADDRESS: 319 Englewood Place W (Address)

Anderson (City) IN (State) 46011 (Zip Code)

PHONE (home) (765) 622-9646 (work) (317) 227-5843

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: MAY 1998 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS / IND ATCT

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: HALL (Last) EDWARD (First) Don (Middle)

HOME ADDRESS: 440 Lone Oak Dr (Address)

Senoia (City) GA (State) 30276 (Zip Code)

PHONE (home) 770 478 2656 (work) ____________

EMAIL ADDRESS buckeyeed75@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 10/6/05 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Ed D Hall

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Haller (Last) Stephen (First) John (Middle)

HOME ADDRESS 16510 SW 77 ct. (Address)

Palmetto Bay (City) FL (State) 33157 (Zip Code)

PHONE (home) (305)-253-3243 (work) (305) 716-1531

EMAIL ADDRESS Shaller4 e bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 9/26/84 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: C.P.C.

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HAMILTON GLENN B
Last First Middle

HOME ADDRESS 690 CAMBERWELL DR
Address

EAGAN MN 55123
City State Zip Code

PHONE (home) 651-406-8018 (work) 651-463-5585

EMAIL ADDRESS GB78c COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 12/2/82 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Glenn Hamilton

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: HAMMERLE (Last) BRIAN (First) ROBERT (Middle)

HOME ADDRESS: 16 SIRE WAY (Address)

WARRENTON (City) VA (State) 20186 (Zip Code)

PHONE (home) 540-905-7503 (work) 540-349-7526

EMAIL ADDRESS: BHAMMERLE_1@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 2/13/1995 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HAMMONDS GREGORY CLARENCE
Last First Middle

HOME ADDRESS 43199 ROCKFIELD ct
Address

ASHBURN VA 20147
City State Zip Code

PHONE (home) ____________ (work) 703 361 1516

EMAIL ADDRESS ____________

**EMPLOYMENT HISTORY**

START DATE: 1986 END DATE (IF APPLICABLE): 2011

POSITION / JOB TITLE: TOWER CONTROLLER MANASSAS ARPT

**PLAINTIFF SIGNATURE** Gregory C. Hammonds

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME ____ Last ____ Middle

HOME ADDRESS ____ Addr

Arthur L. Hampton
6800 Laurel Springs Ct.
Fairview Heights, IL. 62208-2046

City ____ State ____ Zip Code

PHONE (home) 618) 624-2560 (work) 314) 890-7290

EMAIL ADDRESS R_Hampton@charter.net

**EMPLOYMENT HISTORY**

START DATE: 10/10/1988 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist (ATCS) CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Han, Sun Nam
Last First Middle

HOME ADDRESS 24301 EL MOLINA AV
Address

VALENCIA, CA 91355
City State Zip Code

PHONE (home) ~~(661)~~ (213) 703-5653 (work) (310) 342-4900

EMAIL ADDRESS sun@koamlaw.com

**EMPLOYMENT HISTORY**

START DATE: 5/1989 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS / CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HANNAN SHARON ANN
Last First Middle

HOME ADDRESS 426 HELM LN.
Address

MT. WASHINGTON KY 40047
City State Zip Code

PHONE (home) 502-741-3015 (work) 502-375-7400

EMAIL ADDRESS SHANNANARTL@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 01-02 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: SOF | CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Hannon Stacy M.
Last First Middle

HOME ADDRESS 4102 Aspen Avenue
Address

Juneau Alaska 99801
City State Zip Code

PHONE (home) 907-790-1636 (work) ______

EMAIL ADDRESS Towerdiva@gci.net

**EMPLOYMENT HISTORY**

START DATE: 9/13/98 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Stacy M. Hannon

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Hansen (Last) Jennifer (First) Anne (Middle)

HOME ADDRESS: 919 Yucca Court (Address)

Longmont (City) CO (State) 80501 (Zip Code)

PHONE (home) 303-485-2307 (work) 303-651-4241

EMAIL ADDRESS JenGalis@aol.com

**EMPLOYMENT HISTORY**

START DATE: 8/1/99 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC Specialist

**PLAINTIFF SIGNATURE** Jennifer A. Hansen

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: HARDING (Last) ROBERT (First) W. (Middle)

HOME ADDRESS: 13575 N. PARTRIDGE DR. (Address)

VALLEY VIEW (City) OH (State) 44125 (Zip Code)

PHONE (home) 216-642-0545 (work) 440-774-0489

EMAIL ADDRESS AVICATORS (A) ADELPHIA NET

**EMPLOYMENT HISTORY**

START DATE: 9-21-85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [illegible]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: HARDY (Last) DONALD (First) LYNN (Middle)

HOME ADDRESS: 39 STONEGATE TRAIL (Address)

WETUMPKA (City) AL (State) 36093 (Zip Code)

PHONE (home) (334) 731-3028 (work) (334) 284-0384

EMAIL ADDRESS: dkrhardy@elmore.rr.com

**EMPLOYMENT HISTORY**

START DATE: 3/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Faring (Last) Jenifer (First) Lynda (Middle)

HOME ADDRESS: 1110 Centennial Dr. (Address)

Cheyenne (City) WY (State) 82001 (Zip Code)

PHONE (home) (307) 635-2356 (work) (303) 651-4245

EMAIL ADDRESS nordo@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 9/10/2000 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: HARPER (Last) JAMES (First) L (Middle)

HOME ADDRESS: 15180 Palomino Valley PL (Address)

San Diego (City) CA (State) 92127 (Zip Code)

PHONE (home) 858 618 3858 (work) 858 537 5895

EMAIL ADDRESS 4HARPERS @ EXCITE.COM

**EMPLOYMENT HISTORY**

START DATE: 3/18/1988 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLE 2152

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME HAWKINS JOHN Lee
Last First Middle

HOME ADDRESS 1049 WOOLDRIDGE LN
Address

Lawrenceburg KY 40342
City State Zip Code

PHONE (home) 5028397771 (work) 502 600 1705

EMAIL ADDRESS HAWKINS150@Bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 9/88 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** John L Hawkins

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: HAynie (Last) Tammy (First) Denae (Middle)

HOME ADDRESS: 1307 N. Sioux Ave. (Address)

Claremore (City) OK (State) 74017 (Zip Code)

PHONE (home) (918) 341-0199 (work) (918) 299-6355

EMAIL ADDRESS muzikmakr@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 6/30/90 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Control Specialist / CPC

**PLAINTIFF SIGNATURE** Tammy Haynie

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HEAMSTEAD JOHN BRIAN
Last First Middle

HOME ADDRESS 2901 BALLENGER CREEK PIKE
Address

FREDERICK MD 21703
City State Zip Code

PHONE (home) 3018740150 (work) 7034781494

EMAIL ADDRESS THEGURU@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 8/24/1986 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HEIFNER ANDREW C
Last First Middle

HOME ADDRESS 26 QUIET BROOK CT.
Address

SAINT CHARLES MO 63303
City State Zip Code

PHONE (home) (636)946 3140 (work) (314)960 9362

EMAIL ADDRESS aheifner@aol.com

**EMPLOYMENT HISTORY**

START DATE: 12/27/92 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS / AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE Andrew C. Heifner

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Helmig (Last) Lewis (First) Edward (Middle)

HOME ADDRESS: 285 Westbrook Rd (Address)

DAYTON OH, 45415 (City, State, Zip Code)

PHONE (home) 937-776-8426 (work) 937-454-7336

EMAIL ADDRESS LHELMIG1@WOH.RR.COM

**EMPLOYMENT HISTORY**

START DATE: 2-18-98 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Lewis L Helmig

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HELMS GARY L
Last First Middle

HOME ADDRESS 14007 GARROW COURT
Address

BRISTOW VA 20136
City State Zip Code

PHONE (home) 703-369-1464 (work) 540-349-7500

EMAIL ADDRESS spctn@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 4-4-1982 ~~END~~ DATE (IF APPLICABLE): PRESENT

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Hendrickson Melodye Anne
Last First Middle

HOME ADDRESS 10315 Norwalk Road
Address

Litchfield OH 44253
City State Zip Code

cell 330 388-4012

PHONE (home) 330 723 7858 (work) 440-774 0448

EMAIL ADDRESS Hmelodye @ Hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 5/22/1977 END DATE (IF APPLICABLE): Retired 6/1/2007

POSITION / JOB TITLE: Air traffic controller

**PLAINTIFF SIGNATURE** Melodye Anne Henderson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hermann (Last) Stephen (First) Wayne (Middle)

HOME ADDRESS: 3215 W. Oaks Blvd (Address)

Pearland (City) Tx (State) 77584 (Zip Code)

PHONE (home) 210-403-0046 (work) ____________

EMAIL ADDRESS shermann@satx.rr.com

**EMPLOYMENT HISTORY**

START DATE: 9/30/93 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Stephen W. Hermann

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HERMOSILLO ENRIQUE JUAN
Last First Middle

HOME ADDRESS 3654 DAWES ST
Address

MADISON WI 53714
City State Zip Code

PHONE (home) (504) 214-2428 (work) (608) 221-0091

EMAIL ADDRESS hank0127@aol.com

**EMPLOYMENT HISTORY**

START DATE: 8/99 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ____________________