IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Hernandez-Husky

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Hernandez Nelsido J.
Last First Middle

HOME ADDRESS 14627 SW 112 Street
Address

Miami FL 33186
City State Zip Code

PHONE (home) (305) 386-4696 (work) (305) 716-1784

EMAIL ADDRESS AJHONE@BELLSOUTH.NET

**EMPLOYMENT HISTORY**

START DATE: 5/85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: HERNLEY (Last) DAVID (First) SCOT (Middle)

HOME ADDRESS: 39649 PINE MEADOW LANE (Address)

ALDIE (City) VA (State) 20105 (Zip Code)

PHONE (home) 703-771-1734 (work) 703-771-3400

EMAIL ADDRESS OUTBACK@BDUMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 1-2-1983 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hess (Last) Sherri (First) Lynn (Middle)

HOME ADDRESS: 6747 Par Ln. Apt. 902 (Address)

Wichita (City) KS (State) 67212 (Zip Code)

PHONE (home) 316-946-0728 **(work)** 316-946-0060

EMAIL ADDRESS ____________________

**EMPLOYMENT HISTORY**

START DATE: 06/29/87 **END DATE (IF APPLICABLE):** ____________

POSITION / JOB TITLE: Air traffic controler

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Heustis Jr. (Last) Raymond (First) F (Middle)

HOME ADDRESS: 10711 Pebble Dr. (Address)

Huntley (City) IL (State) 60142 (Zip Code)

PHONE (home) 847-961-6164 (work) 224-489-3882

EMAIL ADDRESS rayanddaynah@fvi.net

**EMPLOYMENT HISTORY**

START DATE: 5-29-87 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Raymond F. Heustis

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Hewett Dave Holland
Last First Middle

HOME ADDRESS 96334 Oyster Bay Drive
Address

Fernandina Beach FL 32034
City State Zip Code

PHONE (home) (904) 261-4383 (work) (904) 237-6024

EMAIL ADDRESS dhwttl@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 1/23/89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Dave H Hewett

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hiatt (Last) Bradley (First) Jay (Middle)

HOME ADDRESS: 101 Red Eagle Pass (Address)

Fort Wayne (City) IN (State) 46845 (Zip Code)

PHONE (home) 260-637-5389 (work) 260-479-6550

EMAIL ADDRESS rvhiatt@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 4-4-1982 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Bradley J Hiatt

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HILL DONALD B
Last First Middle

HOME ADDRESS 10705 KIELICH AVE NE
Address

ALBUQUERQUE, NM 87111
City State Zip Code

PHONE (home) 505-298-2430 (work) 505-856-4695

EMAIL ADDRESS DONHILL@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: OCT 10, 1991 END DATE (IF APPLICABLE): CONTINUING

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hines (Last) Charles (First) Alfred (Middle)

HOME ADDRESS: 27 Hannah Dr (Address)

Hollis (City) NH (State) 03049 (Zip Code)

PHONE (home) 603-886-2925 (work) 603-879-6656

EMAIL ADDRESS: ChasHines@charter.net

**EMPLOYMENT HISTORY**

START DATE: 1/90 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hipsher (Last) Timothy (First) Frank (Middle)

HOME ADDRESS: 2526 22nd Dr. (Address)

Longmont (City) Co (State) 80503 (Zip Code)

PHONE (home) 720-244-5887 (work) 303-651-4100

EMAIL ADDRESS Hipsher16@msn.com

**EMPLOYMENT HISTORY**

START DATE: 7/1974 Start 3/1998 Rehired END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE Timothy Frank Hipsher

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HIVELY DEBORAH SUE
Last First Middle

HOME ADDRESS 42253 61ST ST. WEST
Address

QUARTZ HILL CA 93536
City State Zip Code

PHONE (home) 661-943-3464 (work) 661-265-8200

EMAIL ADDRESS TINPUSHING@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 9/29/90 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Deborah Sue Hively

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Hodgkins (Last) Mark (First) Anthony (Middle)

HOME ADDRESS: 20 Boyd Rd (Address)
Derry (City) NH (State) 03038 (Zip Code)

PHONE (home) 603-434-4028 (work) 603-490-2082

EMAIL ADDRESS mark.hodgkins@verizon.net

**EMPLOYMENT HISTORY**

START DATE: 8/3/1981 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller (CPC)

**PLAINTIFF SIGNATURE** Mark Hodgkins

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hodgson (Last) Kelly (First) Jean (Middle)

HOME ADDRESS: 956 - 23rd St. SE (Address)

Rochester (City) Mn (State) 55904 (Zip Code)

PHONE (home) 507-292-0333 (work) 507-289-3198

EMAIL ADDRESS hodgsonke@aol.com

**EMPLOYMENT HISTORY**

START DATE: 9/7/97 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** Kelly Hodgson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Holden (Last) Aaron (First) Keith (Middle)

HOME ADDRESS: 10 Jerrys Court (Address)

Sicklerville (City) NJ (State) 08081 (Zip Code)

PHONE (home) 856 374-3274 (work) 215 492 4123

EMAIL ADDRESS: AARONHOLDEN3@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 11-1-1996 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE [illegible signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: CHARLES (Last) BENNETT (First) HOLDEN (Middle)

HOME ADDRESS: 119 SESAR CT (Address)

WINCHESTER (City) VA (State) 22602 (Zip Code)

PHONE (home) 540 678 0885 (work) ~~54~~ 703 771 3491

EMAIL ADDRESS ~~5E~~ CABEEGEE @ ADELPHIA .NET

**EMPLOYMENT HISTORY**

START DATE: JULY 12, 2002 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS - 2152

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: HOLLARBUSH (Last) KRIS (First) P (Middle)

HOME ADDRESS: 402 JOSEPH CT (Address)

OSWEGO (City) IL (State) 60543 (Zip Code)

PHONE (home) 630554-0193 (work) 630 906 8375

EMAIL ADDRESS BUSHATC @ HOTMAIL . COM

**EMPLOYMENT HISTORY**

START DATE: SEPT. 2001 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATC SPECIALIST

**PLAINTIFF SIGNATURE** Kris Hollarbush

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Hollingshead, Shelley Kim
Last First Middle

HOME ADDRESS 1318 Halifax Drive
Address

Grand Prairie TX 75050
City State Zip Code

PHONE (home) 972 263-3448 (work) 817 858-7527 cell 214 707-4075

EMAIL ADDRESS Shelltd@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 4-30-82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Shelley K. Hollingshead

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: HOLLINGSWORTH (Last) CHRISTOPHER (First) LYNN (Middle)

HOME ADDRESS: 3309 BAUMANN (Address)

MIDLAND (City) TEXAS (State) 79703 (Zip Code)

PHONE (home) (432) 262-1142 (work) (432) 488-2000

EMAIL ADDRESS GOTCHAGEEK@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 7-18-1999 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: 2152 ATC SPECIALIST

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hollowell (Last) Stephanie (First) Aileen (Middle)

HOME ADDRESS: 9212 Flickering Shadow Dr. (Address)

Dallas (City) TX (State) 75243 (Zip Code)

PHONE (home) 972-664-0415 (work) 972-628-2420

EMAIL ADDRESS sagitta@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: Nov 1, 1990 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Stephanie Hollowell

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Homa (Last) Jeffrey (First) J (Middle)

HOME ADDRESS: 6919 Augusta Pines Cove (Address)

Spring (City) TX (State) 77389 (Zip Code)

PHONE (home) 281 255 2573 (work) 281 230 8400

EMAIL ADDRESS geeteez @ yahoo . com

**EMPLOYMENT HISTORY**

START DATE: 2/10/1983 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HONSE HEATH W.
Last First Middle

HOME ADDRESS 11490 BARTHOLOMEW RD.
Address

MANTUA OH 44255
City State Zip Code

PHONE (home) (440) 708-2751 (work) (440) 313-7506

EMAIL ADDRESS JETWORKS72@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 4/27/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Hooks Matthew Todd
Last First Middle

HOME ADDRESS 8822 County Line Rd
Address

Coldwater MS 38618
City State Zip Code

PHONE (home) 662 233 2241 (work) 901 368 8106

EMAIL ADDRESS thooks64@netzero.com

**EMPLOYMENT HISTORY**

START DATE: 1/8/90 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Hovis (Last) Stephen (First) Michael (Middle)

HOME ADDRESS: 5340 Rocky Mountain Blvd (Address)

Billings (City) MT (State) 59106 (Zip Code)

PHONE (home) 406 656 7100 (work) 2552780

EMAIL ADDRESS: Darahovis00@bresnan.net

**EMPLOYMENT HISTORY**

START DATE: 8/23/81 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Howard (Last) Susan (First) D. (Middle)

HOME ADDRESS: 7355 Browns Lk. Rd. (Address)

Jackson (City) MI (State) 49201 (Zip Code)

PHONE (home) 517-784-8688 (work) 734-769-1830

EMAIL ADDRESS Dooner93@modempool.com

**EMPLOYMENT HISTORY**

START DATE: 11/1979 END DATE (IF APPLICABLE): present

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Susan D. Howard

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HUFFMAN DOUGLAS WAYNE
Last First Middle

HOME ADDRESS 7412 W. 39th ST.
Address

TULSA OK 74107
City State Zip Code

PHONE (home) (918) 398-7558 (work) (918) 299-6355

EMAIL ADDRESS HUFFMAN24@COX.NET

**EMPLOYMENT HISTORY**

START DATE: 9·26-89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hughes (Last) Daniel (First) Kirk (Middle)

HOME ADDRESS: 2101 Springhouse Rd (Address)

Broomall (City) PA (State) 19008 (Zip Code)

PHONE (home) 610 804 3783 (work) ~~610~~ 302 324 0823

EMAIL ADDRESS: RADARTWIN@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 5/23/1999 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Hughes Patrick Lee
Last First Middle

HOME ADDRESS 3388 Mask Rd.
Address
Brooks GA. 30205
City State Zip Code

PHONE (home) 770 716-0173 (work) ____________

EMAIL ADDRESS patman5@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 12/4/87 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE Patrick L Hughes

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Hurley (Last) William (First) J (Middle)

HOME ADDRESS: 5356 Palmetto St (Address)

Ft Myers Bch (City) FL (State) 33931 (Zip Code)

PHONE (home) 239 765 1234 (work) 239 768 1377

EMAIL ADDRESS: ____________

**EMPLOYMENT HISTORY**

START DATE: 2 Feb 85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HUSKEY, LAWRENCE
Last First Middle

HOME ADDRESS 7100 OLINE CIR.
Address

ANCHORAGE, AK 99507
City State Zip Code

PHONE (home) 907 332-5181 (work) ____________

EMAIL ADDRESS iopete@ALASKA.NET

**EMPLOYMENT HISTORY**

START DATE: 11/30/1970 END DATE (IF APPLICABLE): 1/3/2007

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Lawrence Huskey