IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Jackson-Joyner

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: JACKSON (Last) GREGORY (First) WAYNE (Middle)

HOME ADDRESS: 17602 MOSSY BROOK CT. (Address)

CYPRESS (City) TX (State) 77443 (Zip Code)

PHONE (home) 713-540-4393 (work) 281-230-5300

EMAIL ADDRESS gregwjackson@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 1/13/91 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Jackson (Last) Tammy (First) Nichole (Middle)

HOME ADDRESS: 469 S. Dobbs Dell (Address)

Terre Haute (City) IN (State) 47803 (Zip Code)

PHONE (home) 812 243 3933 (work) 812 877 7740

EMAIL ADDRESS: Tyoga_1@Yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 5/92 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Control

PLAINTIFF SIGNATURE: Tammy Jackson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME JANDURA MICHAEL JOSEPH
Last First Middle

HOME ADDRESS 745 N. YUCCA ST.
Address

CHANDLER AZ 85224
City State Zip Code

PHONE (home) 602-909-6795 (work) 602-306-2566

EMAIL ADDRESS NICKANDRITA @ COX. NET

**EMPLOYMENT HISTORY**

START DATE: 8/18/81 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Jeanes (Last) Joseph (First) Allen (Middle)

HOME ADDRESS: 3816 Emilia Dr. (Address)

Wilbur by the Sea (City) FL (State) 32127 (Zip Code)

PHONE (home) 386-761-4153 (work) 386-226-3900

EMAIL ADDRESS jjeanes@cfl.rr.com

**EMPLOYMENT HISTORY**

START DATE: 6/18/82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS 2152

**PLAINTIFF SIGNATURE** Joseph A. Jeanes

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME JENSEN ROBERT C.
Last First Middle

HOME ADDRESS 3130 CHAMBLEE LN.
Address

CLEARWATER FL 33759
City State Zip Code

PHONE (home) 727-796-9152 (work) 727-539-6867

EMAIL ADDRESS __________

**EMPLOYMENT HISTORY**

START DATE: 7-20-83 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Robert C. Jensen

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Jessop Diana Joan
Last First Middle

HOME ADDRESS 11146 Beacon Way
Address

Lusby MD 20657
City State Zip Code

PHONE (home) 410-326-2448 (work) 301-735-2380

EMAIL ADDRESS dianajessop-dj@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 8/1987 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Diana Jessop

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME JOHNSON BENJAMIN GERALD
Last First Middle

HOME ADDRESS 210 Wells Avenue #9
Address

El Cajon Ca 92020
City State Zip Code

PHONE (home) 619 261 9356 (work) 619 448 9518 x 701

EMAIL ADDRESS benrj@pacbell.net

**EMPLOYMENT HISTORY**

START DATE: 10/26/1981 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: CPC SEE ATCT

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Johnson Brenda Lee
Last First Middle

HOME ADDRESS 986 Carver Bluffs Pkwy
Address

Carver MN 55315
City State Zip Code

PHONE (home) (952) 448-6626 (work) (952) 941-1188

EMAIL ADDRESS Brendalee72@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 7/6/97 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air traffic control specialist

**PLAINTIFF SIGNATURE** ____________

# REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**<u>Print</u> clearly, or type the following information:**

NAME: JOHNSON DAVID ALLAN
Last / First / Middle

HOME ADDRESS: 8640 GEORGIANA AVE
Address

MORTON GROVE IL 60053
City / State / Zip Code

PHONE (home) 847-581-0245 (work) 630-587-7800

EMAIL ADDRESS HOLLY_DAVIZ@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 7/26/1986 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: JOHNSON (Last) KYLE (First) LEE (Middle)

HOME ADDRESS: 4816 SILVERADO DR (Address)
FAIRFIELD (City) CA. (State) 94534 (Zip Code)

PHONE (home) 707-864-2320 (work) NA

EMAIL ADDRESS Kyle.Johnson@NATCA.Net

**EMPLOYMENT HISTORY**

START DATE: 9/6/1981 END DATE (IF APPLICABLE): 2/1/2007

POSITION / JOB TITLE: Air Traffic Control Specialist.

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Johnson (Last) Michael (First) Willi (Middle)

HOME ADDRESS: 13595 Whitetail Drive (Address)

Bloomington (City) IL (State) 61704 (Zip Code)

PHONE (home) (309) 828-1987 (work) (217) 355-4060

EMAIL ADDRESS: ATC0Z1CMI@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 3/98 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Michael W Johnson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME JOHNSON MITCHELL EDWARD
Last First Middle

HOME ADDRESS 805 E. 3rd St.
Address

SUPERIOR WI 54880
City State Zip Code

PHONE (home) 218 590 1837 (work) 218 722-7326

EMAIL ADDRESS WRECKDIVE@GMAIL.Com

**EMPLOYMENT HISTORY**

START DATE: EOD 7/84 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: 2154 84'-87' 2152 AIR TRAFFIC CONTROLLER 87-PRESENT

**PLAINTIFF SIGNATURE** ________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME JOHNSON SARAH JUDE
Last First Middle

HOME ADDRESS 5252 OCHS AVE
Address

INDIANAPOLIS IN 46254
City State Zip Code

PHONE (home) 317-328-9050 (work) 317-247-2585

EMAIL ADDRESS SALLYSUE1128@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 7-25-1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST / STAFF SUPPORT SPECIALIST

**PLAINTIFF SIGNATURE** Sarah Jude Johnson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME JOHNSON WILLIAM D.
Last First Middle

HOME ADDRESS 413 MORNING DOVE PT.
Address

JUPITER FL 33458
City State Zip Code

PHONE (home) 561-575-3169 (work) 305-256-0632

EMAIL ADDRESS bjphlt@aol.com

**EMPLOYMENT HISTORY**

START DATE: 6/1/82 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** William D Johnson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME JONES Byron Keith
Last First Middle

HOME ADDRESS 39198 Clocktower Drive
Address

Romulus , MI 48174
City State Zip Code

PHONE (home) (734) 467-2216 (work) (734) 769-1830

EMAIL ADDRESS KeithJONES67@Yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 12/18/1988 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: CPC AT-2152 KH

PLAINTIFF SIGNATURE Byron Jones

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Jones (Last) Charles (First) Barnett (Middle)

HOME ADDRESS 9844 Cypress Cv (Address)

Olive Branch (City) Ms. (State) 38654 (Zip Code)

PHONE (home) 662-895-2541 (work) 901-368-8238

EMAIL ADDRESS Charles.Jones@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 11-1-90 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Charles B. Jones

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME JONES DARRN L
Last First Middle

HOME ADDRESS 257 PEBBLEVIEW DR
Address

Rochester NY 14612
City State Zip Code

PHONE (home) 585-663-2307 (work) ____________

EMAIL ADDRESS DJONES4@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 2/21/92 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: JORDAN (Last) DAVID (First) W (Middle)

HOME ADDRESS: 111 S 5th AVE UNIT H (Address)

ST CHARLES (City) IL. (State) 60174 (Zip Code)

PHONE (home) 630 675 4261 (work) ____________

EMAIL ADDRESS davidwjordan@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 9-23-03 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: JOYNER (Last) BOBBY (First) ANTHONY (Middle)

HOME ADDRESS: P.O. BOX 151214 ~~SAN~~ (Address)

SAN DIEGO (City) CA (State) 92175 (Zip Code)

PHONE (home) (919) 225-7783 (work) (858) 277-5601

EMAIL ADDRESS ______________________

**EMPLOYMENT HISTORY**

START DATE: NOV 89 / SEP 05 END DATE (IF APPLICABLE): MAR 02 / PRESENT

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER 2152

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Joyner III (Last) William (First) Cary (Middle)

HOME ADDRESS: 2332 Claremont Ct (Address)

Flower Mound (City) Tx (State) 75028 (Zip Code)

PHONE (home) 972 539 7495 (work) ____________

EMAIL ADDRESS joynercb@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 6-72 END DATE (IF APPLICABLE): 1-2007

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** William Cary Joyner