IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Kinney-Lavaud

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: KINNEY (Last) PATRICIA (First) KELLY (Middle)

HOME ADDRESS: 19210 CLAIR MANOR DR (Address)
CULPEPER (City) VA (State) 22701 (Zip Code)

PHONE (home) 540 829 1072 (work) 540 349 7528

EMAIL ADDRESS RIVERTROLL@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 9/26/86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Kirk, Jr (Last) Eugene (First) Edward (Middle)

HOME ADDRESS 1506 S. Smith Road (Address)

Urbana (City) IL (State) 61802 (Zip Code)

PHONE (home) 217-384-1829 (work) 217-355-4060

EMAIL ADDRESS ~~gene~~ gene02@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 5/20/02 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Kitchen, Jr Edward Talmadge
Last First Middle

HOME ADDRESS 3607 S. Georgetown Dr.
Address

Montgomery AL 36109
City State Zip Code

PHONE (home) (334) 782-3057 (work) (334) 284-0584

EMAIL ADDRESS TALNRO@YAHOO.com

**EMPLOYMENT HISTORY**

START DATE: 11/87 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCT

**PLAINTIFF SIGNATURE** ____

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Kittrell Malcolm B
Last First Middle

HOME ADDRESS 154 Carrollwood Dr
Address

Fayetteville GA 30215
City State Zip Code

PHONE (home) 770 461 8457 (work) 404-305-5565

EMAIL ADDRESS MALCOLM.B.KITTRELL@FAA.GOV

**EMPLOYMENT HISTORY**

START DATE: Sept 29, 1982 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME KNICKERBOCKER KEVIN PAUL
Last First Middle

HOME ADDRESS 318 JUNIPER AVE. #7
Address

CARLSBAD CA. 92008
City State Zip Code

PHONE (home) 760-730-0511 (work) ____________

EMAIL ADDRESS KNICKMON @ YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 6-30-82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Knupp (Last) Mark (First) Gary (Middle)

HOME ADDRESS 712 Boling Ranch Rd. (Address)

Azle, (City) Texas (State) 76020 (Zip Code)

PHONE (home) 817 448-8039 (work) 817 475-1838

EMAIL ADDRESS TexasEnergyInv@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 10/25/1981 END DATE (IF APPLICABLE): 3/31/2007

POSITION / JOB TITLE: Air Traffic Control Specialist / Controller

**PLAINTIFF SIGNATURE** Mark G Knupp

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

Print clearly, or type the following information:

NAME KNYCH (Last) JOHN (First) JOSEPH (Middle)

HOME ADDRESS 57-120 LALO KUILIMA WAY #32 (Address)

KAHUKU (City) HI (State) 96731 (Zip Code)

PHONE (home) 808 2935761 (work) ——

EMAIL ADDRESS maid23cats@hawaii.rr.com

**EMPLOYMENT HISTORY**

START DATE: 8/1997 END DATE (IF APPLICABLE): 01/2005

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE John J Knych

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME KOCH (Last) LISA (First) MARIE (Middle) ANDERSON

HOME ADDRESS 4479 FAWN RIDGE TR. (Address)

EAGAN (City) MN. (State) 55123 (Zip Code)

PHONE (home) 651-686-9431 (work) 651-463-5581

EMAIL ADDRESS NOAHKOCH2000@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 1/12/92 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Lisa Koch

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Kolodka (Last) Richard (First) M (Middle)

HOME ADDRESS: 21549 Remington Drive (Address)

Westlake (City) OH (State) 44145 (Zip Code)

PHONE (home) 440-309-0337 (work) 440-774-0425

EMAIL ADDRESS KKMA @ adelphia.net

**EMPLOYMENT HISTORY**

START DATE: 11-8-83 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic controller

PLAINTIFF SIGNATURE Richard M Kolodka

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME KOSTON DANIEL S.
Last First Middle

HOME ADDRESS 4417 STONE CREEK DRIVE
Address

BRUNSWICK OHIO 44212
City State Zip Code

PHONE (home) 330-225-7481 (work) 216-258-8777

EMAIL ADDRESS airmandan@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 1/29/1986 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Koury (Last) Charles (First) Bernard (Middle)

HOME ADDRESS: 105 Lockwood Avenue (Address)

Farmingdale (City) NY (State) 11735 (Zip Code)

PHONE (home) 516 293 3887 (work) 917 733 6061

EMAIL ADDRESS KngCharles@Verizon.net

**EMPLOYMENT HISTORY**

START DATE: 8/13/2000 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE ____

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Kovack (Last) Joseph (First) Laddie (Middle)

HOME ADDRESS 1621 Fantail court (Address)

Fort collins (City) CO (State) 80528 (Zip Code)

PHONE (home) (970)402-1403 (work) (970) 225-0560

EMAIL ADDRESS Joelkov@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 7/29/1986 END DATE (IF APPLICABLE): ——

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME KRANE MICHAEL I
Last First Middle

HOME ADDRESS 4 AZUREAN CT
Address

MT. SINAI NY 11766
City State Zip Code

PHONE (home) 631 642 7964 (work) 631 468 1403

EMAIL ADDRESS MIKLK@OPTONLINE.NET

**EMPLOYMENT HISTORY**

START DATE: JAN 1982 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Kremer Lisa
Last First Middle

HOME ADDRESS 322 Peconic Ave
Address

Medford NY 11763
City State Zip Code

PHONE (home) (631) 730-5665 (work) (631) 468-1403

EMAIL ADDRESS Lisaqu@optonline.net

**EMPLOYMENT HISTORY**

START DATE: 9-25-89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic Controller

**PLAINTIFF SIGNATURE** Lisa Kremer

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Krepps (Last) Craig (First) Edward (Middle)

HOME ADDRESS: 375 Eden St. (Address)

Kingsley (City) MI (State) 49649 (Zip Code)

PHONE (home) 231 668 4698 (work) 231 947 0453

EMAIL ADDRESS ckrepps@charter.net

**EMPLOYMENT HISTORY**

START DATE: 9/2000 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Kuhnen Robert J.
Last First Middle

HOME ADDRESS 3212 Muleshoe
Address

Ft. Worth, TX 76179
City State Zip Code

PHONE (home) (817) 925-6620 (work) (817) 858-7529

EMAIL ADDRESS bobkuhnen@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 4/3/89 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Robert J. Kuhnen

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: KUYPERS (Last) DERK (First) JOHAN (Middle)

HOME ADDRESS: 19902 GRAYLAND AVE. (Address)

CERRITOS (City) CA (State) 90703 (Zip Code)

PHONE (home) 562-865-0781 (work) 562-708-0911

EMAIL ADDRESS: DERKJOHAN@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 6/14 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE: [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

***Print clearly, or type the following information:***

NAME Lacey Jeffrey Scott
Last First Middle

HOME ADDRESS 30441 108th Ave SE
Address

Auburn WA 98092
City State Zip Code

PHONE (home) (253) 833-3766 (work) (253) 351-3506

EMAIL ADDRESS laceyhoops16@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 4-2-1989 END DATE (IF APPLICABLE): n/a

POSITION / JOB TITLE: ATCS - ZSE

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Ladnier (Last) Darryl (First) Alan (Middle)

HOME ADDRESS: 13736 Blue Lagoon Way (Address)

Orlando (City) Fl (State) 32828 (Zip Code)

PHONE (home) 407-277-4082 (work) 407-852-7553

EMAIL ADDRESS: Darrylad60 @ aol. com

**EMPLOYMENT HISTORY**

START DATE: 7/83 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air traffic controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Lambert (Last) Jeffrey (First) Morgan (Middle)

HOME ADDRESS: 265 Thornhill Rd (Address)

Columbia (City) SC (State) 29212 (Zip Code)

PHONE (home) 803-407-7181 (work) 803-822-4510

EMAIL ADDRESS: Romans1513@aol.com

**EMPLOYMENT HISTORY**

START DATE: 11/02/89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Jeff Lambert

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Lambert (Last) John (First) V. (Middle)

HOME ADDRESS: 6381 E. OLD OTTO ct (Address)

Camby (City) IN (State) 46113 (Zip Code)

PHONE (home) 317 856 1118 (work) 317 247 2242

EMAIL ADDRESS: LambertCLAN@Comcast.NET

**EMPLOYMENT HISTORY**

START DATE: 18 SEP ~~[illegible]~~ 1998 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: LANDERS (Last) MARK (First) EDWARD (Middle)

HOME ADDRESS: 14527 VICTORIA ESTATES LN. (Address)

POWAY (City) CA (State) 92064 (Zip Code)

PHONE (home) 858 679 7181 (work) 858 537 5900

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 5-29-87 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER COAST AREA (SCT)

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Langston (Last) Miles (First) Howard (Middle)

HOME ADDRESS 18942 Maisons Drive (Address)

Lutz (City) FL (State) 33558 (Zip Code)

PHONE (home) 813-909-2843 (work) 813-371-7750

EMAIL ADDRESS MILESJR@JUNO.COM

**EMPLOYMENT HISTORY**

START DATE: 12/7/81 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Professional CPC TPA/ATCT

**PLAINTIFF SIGNATURE** Miles H. Langston Jr

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME LAUER STEVEN THOMAS
Last First Middle

HOME ADDRESS 425 LAZY Z LANE
Address

OAK HILL FL 32759
City State Zip Code

PHONE (home) 386 345 4990 (work) 386-226-3900

EMAIL ADDRESS ravensteve9@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 2/15/1999 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE**

# REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: LAVAUD (Last) JEAN (First) P (Middle)

HOME ADDRESS: 2220 BEACON HILL PLACE (Address)

EL DORADO HILLS (City) CAL (State) 95762 (Zip Code)

PHONE (home) 916-939-7079 (work) 916-366-4042

EMAIL ADDRESS 1GREYWOLF@PEOPLEPC.COM

**EMPLOYMENT HISTORY**

START DATE: 1/70 END DATE (IF APPLICABLE): 1/3/08

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Jean Lavaud