IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Lawless-Lowery

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: LAWLESS (Last) RICHARD (First) L (Middle)

HOME ADDRESS: 1410 CENTRAL STREET (Address)

LAFAYETTE (City) INDIANA (State) 47905 (Zip Code)

PHONE (home) 765-742-1089 (work) ______

EMAIL ADDRESS: RICKLAWLESS88 @ INSIGHTBB.COM

**EMPLOYMENT HISTORY**

START DATE: 5/12/82 END DATE (IF APPLICABLE): 2/3/07

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LAWRENCE, DANIEL JAMES
Last First Middle

HOME ADDRESS 11936 MIL PITRERO RD.
Address

SAN DIEGO, CA. 92128
City State Zip Code

PHONE (home) 858-486-6442 (work) 858-537-5914 (EMPIRE AREA)

EMAIL ADDRESS dlawrence@san.rr.com

**EMPLOYMENT HISTORY**

START DATE: 7-19-89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: LAWRENCE (Last) RANDAL (First) SCOTT (Middle)

HOME ADDRESS: 9587 Inverness Drive (Address)

Huntley (City) IL (State) 60142 (Zip Code)

PHONE (home): 847 400 4039 (work) 847 608 5517

EMAIL ADDRESS: ATCRLAW@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 10/14/87 END DATE (IF APPLICABLE): present

POSITION / JOB TITLE: ATCS C90

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LAYMAN (Last) PHILLIP (First) WAYNE (Middle)

HOME ADDRESS 6340 COBBLESTONE LN (Address)

ARLINGTON (City) TX (State) 76001 (Zip Code)

PHONE (home) 817 557 0508 (work) 817 858 7529

EMAIL ADDRESS PWLAYMAN@aol.com

**EMPLOYMENT HISTORY**

START DATE: 5/22/88 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Layton Elizabeth Lacouture
Last First Middle

HOME ADDRESS 13971 Sound Overlook Dr. S.
Address

Jacksonville Fl 32224
City State Zip Code

PHONE cell ~~(home)~~ 904-838-8743 (work) 904 549 1547

EMAIL ADDRESS Fsubet @ comcast.net

**EMPLOYMENT HISTORY**

START DATE: 1/1991 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: LAYTON (Last) LON (First) WARREN (Middle)

HOME ADDRESS: 13971 Sand Overlook Dr. S. (Address)

Jacksonville (City) FL (State) 32224 (Zip Code)

PHONE (home) 9048388743 (work) 904 549 1547

EMAIL ADDRESS ksubet@comcast.net

**EMPLOYMENT HISTORY**

START DATE: Feb /91 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME LEANDRE, SEREIRYTH
Last First Middle

HOME ADDRESS 5610 CAPRI CT,
Address

PALMDALE CA 93552
City State Zip Code

PHONE (home) (661) 285-2534 (work) (661) 265-8200

EMAIL ADDRESS SEREIRYTH@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 09/27/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: LeCates, Kyle Douglas
(Last / First / Middle)

HOME ADDRESS: 10055 Mystic Circle
(Address)

Highland UT 84003
(City / State / Zip Code)

PHONE (home) 801-492-6243 (work) 801-320-2562

EMAIL ADDRESS lecatz@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 6/12/89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Kyle Douglas LeCates

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: LEE (Last) TAMI (First) KATHLEYN (Middle)

HOME ADDRESS: 2856 Bremen Ct. (Address)

HURST (City) TX (State) 76054 (Zip Code)

PHONE (home) 817-485-6057 (work) 817-491-6127

EMAIL ADDRESS: NTSL@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 01-07-90 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Legee Charles Rosaire
Last First Middle

HOME ADDRESS 116 Exeter Rd.
Address

Kingston NH 03848
City State Zip Code

PHONE (home) (603) 793-1474 (work) (603) 594-5551

EMAIL ADDRESS blegee@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 3-1-82 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LEGER GREGORY BEN
Last First Middle

HOME ADDRESS 2913 MEADOWS HAWK WAY
Address
ANTELOPE CA 95843-4038
City State Zip Code

PHONE (home) (916) 348-7480 (work) (916) 366-4046

EMAIL ADDRESS gregory.leger@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 08/17/1981 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Lehmann (Last) Douglas (First) Alan (Middle)

HOME ADDRESS: 705 NE Bright Ln (Address)

Blue Springs (City) Mo (State) 64014 (Zip Code)

PHONE (home) 816-220-9373 (work) 913 254 8512

EMAIL ADDRESS: ______

**EMPLOYMENT HISTORY**

START DATE: 11-2-82 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** Douglas A Lehmann

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LEKOVISH DANIEL WILLIAM
Last First Middle

HOME ADDRESS 833 COLLIER DRIVE
Address

SAN LEANDRO CA 94577
City State Zip Code

PHONE (home) 510 205 7622 (work) 510 205 7622

EMAIL ADDRESS dan.lekovish@earthlink.net

**EMPLOYMENT HISTORY**

START DATE: 8-17-1981 **END DATE (IF APPLICABLE):** 6-21-2007

POSITION / JOB TITLE: ATCS 2152 / TRAFFIC MGMT COORDINATOR

**PLAINTIFF SIGNATURE** Daniel William Lekovish

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: LEWIN (Last) DANIEL (First) T (Middle)

HOME ADDRESS: 3075 MAGNOLIA CT (Address)

Edgewood (City) KY (State) 41017 (Zip Code)

PHONE (home) 859-341-9037 (work) 859-372-6407

EMAIL ADDRESS ~~Da...~~ DANIELLEWIN @ FUSE.NET

**EMPLOYMENT HISTORY**

START DATE: 6/17/82 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: STAFF Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: LEWIS (Last) JEFFREY (First) NATHAN (Middle)

HOME ADDRESS: 28242 S. SALO RD (Address)

MULINO (City), OR (State) 97042 (Zip Code)

PHONE (home) 503-710-1515 (work) –

EMAIL ADDRESS LSJEF@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 12-4-1986 END DATE (IF APPLICABLE): ?

POSITION / JOB TITLE: ATCS, CCR ATCT, CONCORD, CA

**PLAINTIFF SIGNATURE** ______________________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME LICON Ruben
Last First Middle

HOME ADDRESS 1113 DRIPPING SPRINGS DR
Address

KELLER TX 76248
City State Zip Code

PHONE (home) 817-431-1437 (work) 972-615-2541

EMAIL ADDRESS licon@verizon.net

**EMPLOYMENT HISTORY**

START DATE: MAY 9, 1982 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: TRAFFIC MANAGEMENT COORDINATOR

**PLAINTIFF SIGNATURE** Ruben Licon

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Lindahl (Last) Leslee (First) Ann (Middle)

HOME ADDRESS 2120 Birch St. (Address)

White Bear Lake (City) mn (State) 55110 (Zip Code)

PHONE (home) 612-242-0557 (work) 651-463-5585

EMAIL ADDRESS Sierrafranz @ hotmail. com

**EMPLOYMENT HISTORY**

START DATE: fall 98 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATC - ZMP

**PLAINTIFF SIGNATURE** Leslee Lindahl

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: LINDHOLM (Last) DAVID (First) ERIC (Middle)

HOME ADDRESS: 16162 SW 87 CT (Address)

MIAMI (City) FL (State) 33157 (Zip Code)

PHONE (home) 3052527612 (work) 305 716 1672

EMAIL ADDRESS: EL8C BELL SOUTH . NET

**EMPLOYMENT HISTORY**

START DATE: 9/21/88 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Lindsay (Last) Reginald (First) Charles (Middle)

HOME ADDRESS 108 Kendall Ridge (Address)

Boerne (City) TX (State) 78015 (Zip Code)

PHONE (home) 830-981-9525 (work) 210-685-4670

EMAIL ADDRESS CUATDACLUBHOUSE@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 9/6/82 END DATE (IF APPLICABLE): 1/2/07

POSITION / JOB TITLE: ATC 10 Air Traffic Controller

**PLAINTIFF SIGNATURE** Reginald C Lindsay

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Link (Last) Gregory (First) Charles (Middle)

HOME ADDRESS 4915 Kacey Elaine Ct. (Address)

High Point (City) NC (State) 27265 (Zip Code)

PHONE (home) (336) 931-1041 (work) (336) 358-3449

EMAIL ADDRESS GLink@triad.rr.com

**EMPLOYMENT HISTORY**

START DATE: 12/5/83 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Gregory Link

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME LIVESAY GAYLE LYNNE
Last First Middle

HOME ADDRESS 336 FISHPAW ROAD
Address

BERRYVILLE VA 22611
City State Zip Code

PHONE (home) 540-955-4767 (work) 703-771-3498

EMAIL ADDRESS pfff4221@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: November 1991 **END DATE (IF APPLICABLE):** current

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Gayle L. Livesay

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME LOFTON, ADAM P.
Last First Middle

HOME ADDRESS P.O. BOX 258 ~~LEONARD~~
Address

LEONARD OK 74043
City State Zip Code

PHONE (home) 918-366-3649 (work) 918-299-6355

EMAIL ADDRESS adam1@OLP.NET

**EMPLOYMENT HISTORY**

START DATE: 9-26-86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS SATCS

**PLAINTIFF SIGNATURE** Adam P. Lofton

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: LOFTUS (Last) Robert (First) Arthur (Middle)

HOME ADDRESS: PO Box 8448 (Address)

Fremont (City) CA (State) 94537 (Zip Code)

PHONE (home) 925-234-5101 (work) 510 745-3442

EMAIL ADDRESS: RALOFTY @ YAHOO . COM

**EMPLOYMENT HISTORY**

START DATE: 9/97 **END DATE (IF APPLICABLE):** Present

POSITION / JOB TITLE: Air TRAFFIC controller OAKLAND Center

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LOHRMAN ERIC JAMES
Last First Middle

HOME ADDRESS 18334 OAK CANYON Rd # 315
Address

SANTA CLARITA, CA 91387
City State Zip Code

PHONE (home) (661) 298-8698 (work) 265-8205 (ZLA)

EMAIL ADDRESS Lohrman4@Hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 4/1999 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE 

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LONTZ CHARLES E
Last First Middle

HOME ADDRESS 6473 CANAK DRIVE
Address

AVON IN 46123
City State Zip Code

PHONE (home) (317) 837-1766 (work) ____

EMAIL ADDRESS Celontz3@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 6/86 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Lopes (Last) Kevin (First) G (Middle)

HOME ADDRESS: 345-A Olomana St (Address)
Kailua (City) Hi (State) 96734 (Zip Code)

PHONE (home) 808 261-7113 (work) 808 840-6201

EMAIL ADDRESS kevinlopes@hawaii.rr.com

**EMPLOYMENT HISTORY**

START DATE: 8/86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Kevin G Lopes

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: LOPEZ (Last) GREGORY (First) CHARLES (Middle)

HOME ADDRESS: 1072 ROSEGOLD St. (Address)

FRANKLIN SQ (City) NY. (State) 11010 (Zip Code)

PHONE (home) 914-374-0729 (work) 516-683-2962

EMAIL ADDRESS gz_1@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 3/20/1992 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS N90 JFK

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: LOPEZ (Last) SAMMY (First) ______ (Middle)

HOME ADDRESS: 38121 25TH ST E. APT BB-101 (Address)

PALMDALE (City) CA (State) 93551 (Zip Code)

PHONE (home) (909) 969-0763 (work) ______

EMAIL ADDRESS ATC4ME9@MSN.com

**EMPLOYMENT HISTORY**

START DATE: OCT 20 2005 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME LORENZO MICHAEL GEORGE
Last First Middle

HOME ADDRESS 9931 INDIAN KEY TRAIL
Address

SEMINOLE FL. 33776
City State Zip Code

PHONE (home) 727-593-7402 (work) 727-512-7676

EMAIL ADDRESS MLORE41 @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 8/24/81 END DATE (IF APPLICABLE): 2/4/07

POSITION / JOB TITLE: CPC TPA ATCT

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: LOUI (Last) JACQUELINE (First) YUK LIN (Middle)

HOME ADDRESS: 46-170 Yacht Club St (Address)

Kaneohe (City) Hawaii (State) 96744 (Zip Code)

PHONE (home) 808-737-7048 808-247-1177 (work) 808-840-6204 (808) 387-5737 cell

EMAIL ADDRESS jyllori@gmail.com

**EMPLOYMENT HISTORY**

START DATE: July 30, 1982 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: TMC (Traffic Management Coordinator)

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Lowe (Last) MARTIN (First) H. (Middle)

HOME ADDRESS: 136 WATERWAY RD (Address)
Royal Palm Bch (City) FL (State) 33411 (Zip Code)

PHONE (home) 561 7989332 (work) ✓

EMAIL ADDRESS: MLOWE200@BELLSOUTH.NET

**EMPLOYMENT HISTORY**

START DATE: 8/2/1982 END DATE (IF APPLICABLE): 12/1/2006

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Martin Lowe

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: LOWERY (Last) JAMES (First) XAVIER (Middle)

HOME ADDRESS: 3959 WILLIAM STREET (Address)

SEAFORD (City) NEW YORK (State) 11783 (Zip Code)

PHONE (home) 516-826-2991 (work) 718-656-0345

EMAIL ADDRESS: JXL57@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: JUN 82 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** James X. Lowery