IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms MacConnell-Mazurek

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MACCONNELL DWIGHT DAVID
Last First Middle

HOME ADDRESS 7999 BONNIE BRIAR LOOP
Address

GAINESVILLE VA 20155
City State Zip Code

PHONE (home) 571-261-1158 (work) 703-904-4530

EMAIL ADDRESS DWIGHT.MACCONNELL@FAA.GOV

**EMPLOYMENT HISTORY**

START DATE: 1/89 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS/TMS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MACDONALD (Last) TIMOTHY (First) SCOTT (Middle)

HOME ADDRESS: 197 SLEEPY HOLLOW DR (Address)

AMHERST (City) OHIO (State) 44001-2782 (Zip Code)

PHONE (home) 440-984-3268 (work) 440-774-0464

EMAIL ADDRESS tmacdo@mail.com

**EMPLOYMENT HISTORY**

START DATE: 11-22-1981. END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: TRAFFIC MANAGEMENT COORDINATOR

**PLAINTIFF SIGNATURE** ____

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MACK (Last) PAUL (First) KEVIN (Middle)

HOME ADDRESS 656 SARA CT (Address)

LEWISTON (City) NY (State) 14092 (Zip Code)

PHONE (home) (716) 754-4031 (work) (716) 633-0660

EMAIL ADDRESS KCAM656@ROADRUNNER.NET

**EMPLOYMENT HISTORY**

START DATE: 8/3/82 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Paul Mack

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Mackey (Last) Robert (First) M (Middle)

HOME ADDRESS: 17415 Apache Hills Dr. (Address)

Tomball (City) TX (State) 77377 (Zip Code)

PHONE (home) 281-450-1165 (work) 281-230-5555

EMAIL ADDRESS robertmackey@uspip.com

**EMPLOYMENT HISTORY**

START DATE: 11/88 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MAESTAS (Last) LAWRENCE (First) DANIEL (Middle)

HOME ADDRESS: 2036 PINYON JAY DR (Address)

COLORADO SPRINGS (City) CO (State) 80915 (Zip Code)

PHONE (home) 719-390-3137 (work) 719-556-4410

EMAIL ADDRESS Maestas56@aol.com

**EMPLOYMENT HISTORY**

START DATE: 03/31/03 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Magnuson (Last) Bradley (First) Allen (Middle)

HOME ADDRESS 3333 Cactus CT. (Address)

Lincoln (City) NE (State) 68516 (Zip Code)

PHONE (home) 402-420-5689 (work) 402-294-3631

EMAIL ADDRESS SirTalyn@aol.com

**EMPLOYMENT HISTORY**

START DATE: Nov 4th 1988 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS at R90 (Omaha Approach)

**PLAINTIFF SIGNATURE** Bradley A. Magnuson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Majkowski (Last) Michael (First) F. (Middle)

HOME ADDRESS 19807 SE 281st ST (Address)

Kent (City) WA (State) 98042 (Zip Code)

PHONE (home) 253-631-7736 (work) 253-631-7736

EMAIL ADDRESS [illegible] 41 @ COMCAST.NET

EMPLOYMENT HISTORY

START DATE [illegible] END DATE IF APPLICABLE: 11/12/06

POSITION / JOB TITLE Air Traffic Controller

PLAINTIFF SIGNATURE [illegible signature] - executor of estate of Michael F. Majkowski deceased on 11/12/06

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MALONE (Last) KURT (First) DEAN (Middle)

HOME ADDRESS: 3220 FOXFIRE LANE (Address)

SOUTHLAKE (City) TX. (State) 76092 (Zip Code)

PHONE (home) 817 488 2319 (work) 972 615 2556

EMAIL ADDRESS carrolldragonfan@verizon.net

**EMPLOYMENT HISTORY**

START DATE: Oct 1986 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Support Specialist / Quality Assurance

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MALTESE WILLIAM V
Last First Middle

HOME ADDRESS 16 DALE DRIVE
Address

OAKDALE NY 11769
City State Zip Code

PHONE (home) 631 750-5460 (work) 631 468-1450

EMAIL ADDRESS WILLIAM.MALTESE@FAA.GOV

**EMPLOYMENT HISTORY**

START DATE: 1/31/99 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: COMPUTER SPEC

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MANBECK (Last) CHARLES (First) LOUIS (Middle)

HOME ADDRESS: 2616 E 900 N (Address)

PITTSBORO (City) IN (State) 46167 (Zip Code)

PHONE (home) 317 892 3737 (work) ______

EMAIL ADDRESS: TALES 26920 @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: MAY 8 1985 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Manion (Last) Jennifer (First) L. (Middle)

HOME ADDRESS 7098 Hawaii Kai Dr. #33 (Address)

Honolulu (City) HI (State) 96825 (Zip Code)

PHONE (home) 808-754-5851 (work) 808-840-6100

EMAIL ADDRESS surfing_rainbows@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 1-7-92 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Manning (Last) James (First) Eugene (Middle)

HOME ADDRESS: 21 Tyler Ct (Address)

Brownsburg (City) IN (State) 46112 (Zip Code)

PHONE (home): (317) 852-0294 (work): (317) 247-2201

EMAIL ADDRESS: RTCasbah@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 9/91 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Mantz (Last) Laura (First) Lee (Middle)

HOME ADDRESS: 505 2nd Ave. (Address)

Brunswick, (City) MD. (State) 21216 (Zip Code)

PHONE (home) 301-834-4222 (work) 301-771-

EMAIL ADDRESS: LLW8 @ AOL.com

**EMPLOYMENT HISTORY**

START DATE: 04/29/86 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______________________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MARIANO, NAPOLEON M.
Last First Middle

HOME ADDRESS 860 BERKSHIRE DR. APT. D
Address

READING, PA 19601
City State Zip Code

PHONE (home) 301.332.0710 (work) 610.374.8039

EMAIL ADDRESS mariano@att.net

**EMPLOYMENT HISTORY**

START DATE: SEPT. 2002 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** N. Mariano

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: MAROLF (Last) BRUCE (First) KEVIN (Middle)

HOME ADDRESS: 610 N. COLORADO AVE. (Address)

LOVELAND (City) CO (State) 80537 (Zip Code)

PHONE (home) 970-663-0397 (work) 303-651-4100

EMAIL ADDRESS BMBRUMAR @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 2-3-1984 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: MARSH (Last) WILLIAM (First) ALGC (Middle)

HOME ADDRESS: 304 MILL VALLEY DR (Address)

COLLEYVILLE (City) TX (State) (Zip Code)

PHONE (home) 817 281 7285 (work) 817 858 7515

EMAIL ADDRESS SKIPMARSH@TX.RR.COM

**EMPLOYMENT HISTORY**

START DATE: 7-22-1979 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** William G Marsh

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MARShall Brian Dean
Last First Middle

HOME ADDRESS 1650 star Tulip St
Address

MAnteca CA 95337
City State Zip Code

PHONE (home) 209) 823-7890 (work) 510) 745-3440

EMAIL ADDRESS BMARshall@NATCA.net

**EMPLOYMENT HISTORY**

START DATE: 5/26/98 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Marshall, Kristopher Ives
Last First Middle

HOME ADDRESS 4981 E. Los Coyotes Diagonal
Address

Long Beach, CA 90815
City State Zip Code

PHONE (home) 562-597-9141 (work) ______

EMAIL ADDRESS KRIS_of_230@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: May 13, 1982 **END DATE (IF APPLICABLE):** December 30, 2006

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Martin Andrea R
Last First Middle

HOME ADDRESS 5539 Amber Way
Address

Ypsilanti MI 48197
City State Zip Code

PHONE (home) 734-528-1448 (work) 734 955-5026

EMAIL ADDRESS anrema44@aol.com

**EMPLOYMENT HISTORY**

START DATE: 12/78 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: CPC 2152

PLAINTIFF SIGNATURE Andrea R Mart

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MARTIN CARMIÉ MARTIN
Last First Middle

HOME ADDRESS 18909 CREEKVIEW DR
Address

LOCKEFORD CA 95237
City State Zip Code

PHONE (home) (209) 727-3294 (work) (559) 4875405

EMAIL ADDRESS ____________________

**EMPLOYMENT HISTORY**

START DATE: 2-17-1982 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** Carmie Martin

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Martin, Christopher Wade
Last / First / Middle

HOME ADDRESS: 107 BENT TREE
Address

ALEDO TX 76008
City / State / Zip Code

PHONE (home) 817 441 (work) 817 858-7529

EMAIL ADDRESS QUAZIMOTO25@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 6/30/91 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS - ZFW ARTCC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Martinez, Jr. (Last) Jesse (First) Torrez (Middle)

HOME ADDRESS: 5424 Old Barn Dr (Address)

Indianapolis (City) IN (State) 46268 (Zip Code)

PHONE (home): (317) 297-7065 (work) (317) 247-2201

EMAIL ADDRESS: JMartinez236@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 4/1/1989 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: ATC Specialist

**PLAINTIFF SIGNATURE** [illegible]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MARZZACCO GORDON
Last First Middle

HOME ADDRESS 20790 QUIET BROOK PLACE
Address

STERLING VA 20165
City State Zip Code

PHONE (home) 703 430-6350 (work) 703 661-6076

EMAIL ADDRESS GORDOMIN @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 1-26-81 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MASSETT (Last) BRENDAN (First) JOSEPH (Middle)

HOME ADDRESS: 5 CATALINA COURT (Address)

HILTON HEAD ISLAND (City), SC (State) 29926 (Zip Code)

PHONE (home) (843) 682-4436 (work) (912) 964-3700

EMAIL ADDRESS: MASSETT @ ADELPHIA . NET

**EMPLOYMENT HISTORY**

START DATE: 2/1989 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Mauro Eric Joseph
Last First Middle

HOME ADDRESS 1101 Florice Dr.
Address

North Pole AK 99705
City State Zip Code

PHONE (home) 907-488-6212 (work) 907 -

EMAIL ADDRESS KENAIKING@gmail.com

**EMPLOYMENT HISTORY**

START DATE: Sep 2005 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic control specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Mayne Donald Allen
Last First Middle

HOME ADDRESS PMB 12050 PO Box 2428
Address

Pensacola Fl. 32513
City State Zip Code

PHONE (home) 404-372-9162 (work) N/A

EMAIL ADDRESS Dmayne4692@aol.com

**EMPLOYMENT HISTORY**

START DATE: 9/20/1981 END DATE (IF APPLICABLE): 9/28/2006

POSITION / JOB TITLE: ATCS / FPL

**PLAINTIFF SIGNATURE** D Allen Mayne

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Timothy MAZUREK James
Last First Middle

HOME ADDRESS 52654 ALAINA
Address

CHESTERFIELD TWP MI 48051
City State Zip Code

PHONE (home) 586-948-2164 (work) 248-886-8500

EMAIL ADDRESS TJMAZUREK@AOL.Com

**EMPLOYMENT HISTORY**

START DATE: 2/28/80 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: AIR TRAFFIC ConTroller / CPC

**PLAINTIFF SIGNATURE** Timothy J Mazurek