IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms McClain-Miller,L

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Mcclain (Last) John (First) Ryan (Middle)

HOME ADDRESS: 754 The Alameda Apt 5104 (Address)

San Jose (City) CA (State) 95126 (Zip Code)

PHONE (home) (805) 302-4265 (work) ______

EMAIL ADDRESS JohnR.Mcclain@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 6/16/06 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME McClure Daniel Thomas
Last First Middle

HOME ADDRESS 6535 E Virginia St
Address

Mesa Az 85215
City State Zip Code

PHONE (home) 480-229-0896 (work) 602-306-2566

EMAIL ADDRESS P5ØDAN@COX.NET

**EMPLOYMENT HISTORY**

START DATE: 3-11-1985 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE Daniel T. McClure

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME McCoy Michael Patrick
Last First Middle

HOME ADDRESS 339 Avena
Address
Naperville, IL 60565
City State Zip Code

PHONE (home) 630-637-1158 (work) 847-608-5641

EMAIL ADDRESS bigredmccoy1@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 10/85 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: air Traffic controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME McCullough, John Christopher
Last First Middle

HOME ADDRESS 1473 Kolln St,
Address

Pleasanton CA 94566
City State Zip Code

PHONE (home) (925)462-4905 (work) ____________

EMAIL ADDRESS johnmccullough13@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 3-31-1987 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME McCurdy MARK A.
Last First Middle

HOME ADDRESS 4468 MAPLEVIEW Dr.
Address

VERMILION OH 44089
City State Zip Code

PHONE (home) 440-967-2429 (work) 440-774-0386

EMAIL ADDRESS MCCURDY1@ADELPHIA.NET

**EMPLOYMENT HISTORY**

START DATE: 8-21-85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** mark a. mccurdy

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME McDaniel (Last) Jerome (First) Wayne (Middle)

HOME ADDRESS 121 Carnmore Drive (Address)

Winchester (City) VA (State) 22602 (Zip Code)

PHONE (home) 540-665-5270 Cell ~~(work)~~ 816-679-7637

EMAIL ADDRESS ~~JMcDaniel~~ JMCDANIEL@natca.net

**EMPLOYMENT HISTORY**

START DATE: 2/14/91 END DATE (IF APPLICABLE): Current

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Jerome McDaniel

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**<u>Print</u> clearly, or type the following information:**

NAME: McDEVITT (Last) PAUL (First) G (Middle)

HOME ADDRESS: 11277 SOUTH 2865 WEST (Address)

SOUTH JORDAN (City) UT (State) 84095 (Zip Code)

PHONE (home) 801 550 3930 (work) 801 320 2565

EMAIL ADDRESS plmcdevitt@msn.com

**EMPLOYMENT HISTORY**

START DATE: 7/1983 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS/TMC

**PLAINTIFF SIGNATURE** Paul G. McDevitt

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: McDonough (Last) Patrick (First) Joseph (Middle)

HOME ADDRESS: 40 WEST SHORE RD (Address)

OAKDALE (City) NY (State) 11769 (Zip Code)

PHONE (home) 631-5631951 (work) 631 468 1496

EMAIL ADDRESS: PATMcDonough@VERIZON.NET

**EMPLOYMENT HISTORY**

START DATE: 7/1/1988 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: CPC ZNY

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME McEwen (Last) Paul (First) Alfred (Middle)

HOME ADDRESS 427 18th Street (Address)

West Babylon (City) NY (State) 11704 (Zip Code)

PHONE (home) 631-956-1572 (work) 631-468-1400

EMAIL ADDRESS Mcwinstn@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 8/24/88 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME McHugh James Robert
Last First Middle

HOME ADDRESS 11 Smyth Lane
Address

Manchester NH 03108
City State Zip Code

PHONE (home) 603-668-3051 (work) 603-879-6669

EMAIL ADDRESS MQZBW@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 3/3/82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS - Boston ARTCC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME McIlvain Scott Irish
Last First Middle

HOME ADDRESS 79 Valleyview Dr
Address

Mountaintop PA 18707
City State Zip Code

PHONE (home) 570-403-1125 (work) 570-451-0267

EMAIL ADDRESS scottbobbij@aol.com

**EMPLOYMENT HISTORY**

START DATE: 7-22-97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MCKENZIE (Last) DOUGLAS (First) BRUCE (Middle)

HOME ADDRESS: 1091 CHAPARREL RD. SW (Address)

HARTVILLE (City) OH (State) 44632 (Zip Code)

PHONE (home) 330 877 0133 (work) 330 492 3828

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: SERVICE COMP DATE 5/29/1987 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST CPC

**PLAINTIFF SIGNATURE** Douglas B McKenzie

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME McKinley Keith Andrew
Last First Middle

HOME ADDRESS 11 HADLEY DR.
Address

NASHUA NH 03062
City State Zip Code

PHONE (home) 603-595-2762 (work) 603-879-6665

EMAIL ADDRESS mckinleyK1 @ verizon.net

**EMPLOYMENT HISTORY**

START DATE: 4/25/87 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air traffic Control specialist

**PLAINTIFF SIGNATURE** Keith A McKinley

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Mcclelland Kolette Louise
Last / First / Middle

HOME ADDRESS: 1908 Park Manor Ct
Address

Euless, TX 76039
City / State / Zip Code

PHONE (home) 214-727-4440 (work) 817-858-7551

EMAIL ADDRESS Kolette.mcclelland@tx.RR.com

**EMPLOYMENT HISTORY**

START DATE: 9/28/03 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic controller CPC

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME McMENAMY (JR) VINCENT M
Last First Middle

HOME ADDRESS 5762 N. MERIDIAN ST
Address

INDIANAPOLIS IN 46208
City State Zip Code

PHONE (home) 317-465.9048 (work) 317.247.2201

EMAIL ADDRESS VINCEMCD7@ YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 02.19.88 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MCMULLEN ANDREW THOMAS
Last First Middle

HOME ADDRESS 1866 IRENE Rd.
Address

SANDWICH IL. 60548
City State Zip Code

PHONE (home) 815-498-9041 (work) 630-906-8375

EMAIL ADDRESS ATMAC@HUGHESNET.COM

**EMPLOYMENT HISTORY**

START DATE: 29 JULY 1987 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIRTRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** A. T. McMullen

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME McMULLIN, DAWN C.
Last First Middle

HOME ADDRESS 148 Beth Drive
Address

PLEASANT HILL CA 94523
City State Zip Code

PHONE (home) 925 825 4870 (work) ______

EMAIL ADDRESS mcmullindawn@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 10/15/93 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER SPECIALIST

**PLAINTIFF SIGNATURE** Dawn C. McMullin

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME McNAIR KEVIN M
Last First Middle

HOME ADDRESS 2385 Willow Lakes DR
Address
Plainfield IL 60586
City State Zip Code

PHONE (home) 815 230 2668 (work) 815 557 8775

EMAIL ADDRESS mauricenm78@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 22 Sep 03 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: M^cNEIL (Last) VICTOR (First) Scott (Middle)

HOME ADDRESS: 4015 Ifo Ct. (Address)

Cameron Park (City) CA (State) 95682 (Zip Code)

PHONE (home) 530-6721989 (work) 916 366-4045

EMAIL ADDRESS VSM4@Yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 7-3-84 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MCPHERSON (Last) HERBERT (First) MICHAEL (Middle)

HOME ADDRESS: 1307 BRIGHTON (Address)

WHEATON (City) IL (State) 60187 (Zip Code)

PHONE (home) (630) 690 9961 (work) (630) 865-2357

EMAIL ADDRESS: MCPHMIKE@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 6/70 END DATE (IF APPLICABLE): 5/07

POSITION / JOB TITLE: ATCS - TMU

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MEEKINS JOHN
Last First Middle

HOME ADDRESS 1653 82 ST.
Address

BROOKLYN NY 11214
City State Zip Code

PHONE (home) 718-331-3951 (work) 718-656-0527

EMAIL ADDRESS PADRAIG22@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 8-7-81 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** John Meekins

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MELLO (Last) DOUGLAS (First) A (Middle) JR.

HOME ADDRESS: 46-304 Kam Hwy (Address)

Kaneohe (City) Hawaii (State) 96744 (Zip Code)

PHONE (home) (808) 358-2896 (work) (808) 840-6201

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 11-16-81 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER.

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Mendelsohn Matthew P
Last First Middle

HOME ADDRESS 302 Long Pond Rd.
Address

Wading River NY 11792
City State Zip Code

PHONE (home) 631 886 1553 (work) 631 4681403

EMAIL ADDRESS MM55@optonline.net

**EMPLOYMENT HISTORY**

START DATE: 8/97 END DATE (IF APPLICABLE): current

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MICHALIK MICHAEL
Last First Middle

HOME ADDRESS 6930 EYLERS VALLEY FLINT RD
Address

SABILLASVILLE MD 21780
City State Zip Code

PHONE (home) ____________ (work) 703 771 3491

EMAIL ADDRESS YIPROC @ GMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 11/8/88 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MIHALEK (Last) JAMES (First) ADAM (Middle)

HOME ADDRESS: 10012 161ST STREET WEST (Address)
LAKEVILLE (City) MN (State) 55044 (Zip Code)

PHONE (home) 952-898-2077 (work) 651-463-5500

EMAIL ADDRESS: ——

**EMPLOYMENT HISTORY**

START DATE: 5/28/91 END DATE (IF APPLICABLE): ——

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Mihm (Last) Thomas (First) Oliver (Middle)

HOME ADDRESS: 194 Twp Rd 1345 (Address)

South Point (City) OH (State) 45680 (Zip Code)

PHONE (home) (740) 867-0584 (work) (304) 347-3389

EMAIL ADDRESS: Mihmatc@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 12/12/02 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MILES (Last) BLAIR (First) (Middle)

HOME ADDRESS: 2515 St. Rt. 162 (Address)

NEW LONDON (City) OH (State) 44851 (Zip Code)

PHONE (home) 419-929-8416 (work) 440-774-0448

EMAIL ADDRESS 90plugs@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 5-88 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: CPC - ZOB ARTCC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MILLER CLOVELL
Last First Middle

HOME ADDRESS 35286 OVERLOOK DRIVE
Address

LOCUST GROVE, VA. 22508
City State Zip Code

PHONE (home) 540 399 9620 (work) 540 399 7526

EMAIL ADDRESS CJMILLER952 C AOL

**EMPLOYMENT HISTORY**

START DATE: 9-94 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Clovell Miller

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Miller Dustin J
Last First Middle

HOME ADDRESS 12831 S. Widmer St.
Address

Olathe KS 66062
City State Zip Code

PHONE (home) 913-782-8987 (work) 913-254-8511

EMAIL ADDRESS dutjrm@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 4/29/1987 END DATE (IF APPLICABLE): still current

POSITION / JOB TITLE: ATC II / ATCS - ZKC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Miller, Jr James Henry
(Last / First / Middle)

HOME ADDRESS: 1309 Clipper Road
(Address)

North Myrtle Beach SC 29582
(City / State / Zip Code)

PHONE (home) 843 663 1439 (work) Retired 2/2/07

EMAIL ADDRESS catnjim1@Netzero.com

**EMPLOYMENT HISTORY**

START DATE: 7/1/82 END DATE (IF APPLICABLE): 2/2/07

POSITION / JOB TITLE: Traffic Management Coordinator

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Miller III Louis —
Last First Middle

HOME ADDRESS 8949 SAHALEE DRIVE
Address

Anchorage AK 99507
City State Zip Code

PHONE (home) 344-2726 (work) 269-1103

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 1/13/88 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]