IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Milligan-Muscha

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Milligan Scottie WAYNE
Last First Middle

HOME ADDRESS 608 WHALEN Ct
Address

W. AURORA, IL 60542
City State Zip Code

PHONE (home) 630-907-0807 (work) 630-906-8376

EMAIL ADDRESS Scp81801@comcast.net

**EMPLOYMENT HISTORY**

START DATE: June 2003 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC Specialist

**PLAINTIFF SIGNATURE** Scott M[illegible]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Mills (Last) Michael (First) R (Middle)

HOME ADDRESS: 1541 CENTER ST (Address)

Hillside (City) N.J (State) 07205 (Zip Code)

PHONE (home) 973-318-7536 (work) ____

EMAIL ADDRESS mm@. mmatfwrcm@aol.com

**EMPLOYMENT HISTORY**

START DATE: 11/91 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME MILLS (Last) SEAN (First) Christopher (Middle)

HOME ADDRESS 13821 Gillette (Address)

OP (City) KS (State) 66221 (Zip Code)

PHONE (home) 913 499-7129 (work) 913-486-5175

EMAIL ADDRESS SEANCMILLS @ AOL.com

**EMPLOYMENT HISTORY**

START DATE: April 2005 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MINNIE MARSHALL DAVID
Last First Middle

HOME ADDRESS 22723 E DAVIES DR.
Address

AURORA CO 80016
City State Zip Code

PHONE (home) 303-200-0669 (work) 303-335-6222

EMAIL ADDRESS MDMINNIE @ COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 3/89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Mitchell, Kobi Kenyamma
Last First Middle

HOME ADDRESS 2011 Sharpsburg Drive
Address

Euless, TX 76040-4099
City State Zip Code

PHONE (home) 817-545-0828 (work) 817-858-7526

EMAIL ADDRESS kobimitchell@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 12/99 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Kobi K. Mitchell

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Molloy Edward P.
Last First Middle

HOME ADDRESS 61-20 Grand Central Pkwy Apt. B903
Address

Forest Hills NY 11375
City State Zip Code

PHONE (home) 347-678-6373 (work) 631-468-1495

EMAIL ADDRESS emolloy@nyc.rr.com

**EMPLOYMENT HISTORY**

START DATE: 9/26/1986 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS - CPC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: MONA (Last) JEROLD (First) ALLEN (Middle)

HOME ADDRESS: 410 KICKAPOO (Address)

BATAVIA (City) IL (State) 60510 (Zip Code)

PHONE (home) (630) 406-9450 (work) (630) 906-8376

EMAIL ADDRESS: JMONA60510@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 01/26/1986 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Montague Richard Charles
Last First Middle

HOME ADDRESS 4120 Willhi St
Address

Eugene, OR 97402
City State Zip Code

PHONE (home) 541-255-2820 (work) 541-607-4630

EMAIL ADDRESS vectoringfool@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 12-4-86 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller Eugene ATCT

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: MONTGOMERY (Last) RALPH (First) EDWARD (Middle)

HOME ADDRESS: 1914 LONGMIRE RD (Address)

CONROE (City) TX (State) 77304 (Zip Code)

PHONE (home) 936-756-9780 (work) ______

EMAIL ADDRESS: RALPHEMONTGOMERY @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: May 3, 1968 END DATE (IF APPLICABLE): Sept 30, 2006

POSITION / JOB TITLE: ATCS DEPT OF TRANSPORTATION, FAA

**PLAINTIFF SIGNATURE** R E Montgomery

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MOORE (Last) GEORGE (First) EARL (Middle)

HOME ADDRESS: 723 ORIOLE LANE (Address)

Coppell (City) Tx (State) 75019 (Zip Code)

PHONE (home) 972-745-0681 (work) 972-615-2541

EMAIL ADDRESS bigmo001@gmail.Com

**EMPLOYMENT HISTORY**

START DATE: 3-7-1973 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS TMU

**PLAINTIFF SIGNATURE** George Moore

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MOORE NITASHI
Last First Middle

HOME ADDRESS 148 ARROW CT
Address

ELYRIA OH 44035
City State Zip Code

PHONE (home) (440) 610-7614 (work) (440) 774-0300

EMAIL ADDRESS TASHIM@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 9/27/99 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MOOSE (Last) MICHAEL (First) E. (Middle)

HOME ADDRESS: 8415 TAYLOR COURT (Address)

DE SOTO (City) KS (State) 66018 (Zip Code)

PHONE (home) 913/583-3096 (work) 913/254-8505

EMAIL ADDRESS MICHAEL.MOOSE@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 12/05/1982 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: TRAFFIC MANAGEMENT COORDINATOR

**PLAINTIFF SIGNATURE** Michael E. Moose

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MORAN (Last) PETER (First) JAMES (Middle)

HOME ADDRESS: PO BOX 476 (Address)

COMO (City) MS (State) 38619 (Zip Code)

PHONE (home): ~~907 368~~ 662 526 6087 (work) 901 368 8237

EMAIL ADDRESS: PEEJAY MORAN@ HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 12-6-83 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MORETTI (Last) MARK (First) ROHAN (Middle)

HOME ADDRESS: 1401 NE 14th COURT (Address)

FT. LAUDERDALE (City) FL (State) 33304 (Zip Code)

PHONE (home) 954-551-2330 (work) 954-351-9230

EMAIL ADDRESS asderadarturns@aim.com

**EMPLOYMENT HISTORY**

START DATE: 11/15/92 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MORGAN (Last) MICHAEL (First) STEPHEN (Middle)

HOME ADDRESS: 31422 GANADO ROAD (Address)

SAN JUAN CAPISTRANO (City), CA (State) 92675 (Zip Code)

PHONE (home) 949-661-7460 (work) 858-537-5900

EMAIL ADDRESS MORGANSMADHOUSE@COX.NET

**EMPLOYMENT HISTORY**

START DATE: 12-17-1989 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER — CPC - SCT

**PLAINTIFF SIGNATURE** Michael S Morgan

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: MORRIS (Last) JAMES (First) S (Middle)

HOME ADDRESS: 11649 HIGLEY CIR. W. (Address)

SCHOOLCRAFT (City) MI (State) 49087 (Zip Code)

PHONE (home) (269) 679-3202 (work) (269) 343-6026

EMAIL ADDRESS: ______

**EMPLOYMENT HISTORY**

START DATE: SEPT 1981 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

PLAINTIFF SIGNATURE ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: MORRISON (Last) DENNÉ (First) ELIZABETH (Middle)

HOME ADDRESS: 972 Annandale Dr. (Address)

Elgin (City) IL (State) 60123 (Zip Code)

PHONE (home) (224) 535-6187 (work) (847) 608-6541

EMAIL ADDRESS denne.morrison@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 01/12/03 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: air traffic control specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MORTENSEN CHARLES PETER
Last First Middle

HOME ADDRESS 8134 SOUTH FAIRVIEW ROAD
Address

SUPERIOR WI 54880
City State Zip Code

PHONE (home) 715-392-3298 (work) —

EMAIL ADDRESS —

**EMPLOYMENT HISTORY**

START DATE: 7 NOV 1981 END DATE (IF APPLICABLE): 3 JAN 07

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Mueller Michael Howard
Last First Middle

HOME ADDRESS 616 Dogwood Ln
Address

Vermilion OH 44089
City State Zip Code

PHONE (home) (440) 967-2373 (work) (440) 774 0442

EMAIL ADDRESS mueller38@roadrunner.com

**EMPLOYMENT HISTORY**

START DATE: 2/1985 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic controller

**PLAINTIFF SIGNATURE** Michael Mueller

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MULDER (Last) DEBRA (First) ANNE (Middle)

HOME ADDRESS P.O. BOX 1580 (Address)

Folsom (City) CA (State) 95763 (Zip Code)

PHONE (home) 916 817 2439 (work) ______

EMAIL ADDRESS MULDERDEBRA@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 3/24/1982 END DATE (IF APPLICABLE): 12/1/2006

POSITION / JOB TITLE: 65-2152 / AT-2152-LI

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Munoz (Last) Henry (First) William (Middle)

HOME ADDRESS: 6387 Franklin Summit (Address)

El Paso, (City) TX (State) 79912 (Zip Code)

PHONE (home) (915)587-5242 (work) (915) 774-9400

EMAIL ADDRESS hmunoz05@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: Oct 31, 1989 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME MUNSINGER DAVID TIMOTHY
Last First Middle

HOME ADDRESS P.O. BOX 573
Address

DASSEL MN 55325
City State Zip Code

PHONE (home) (320) 275-9456 (work) (612) 213-4031

EMAIL ADDRESS SILVERADO@UNIONPLUS.NET

**EMPLOYMENT HISTORY**

START DATE: 2/1982 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: SUPPORT SPECIALIST

**PLAINTIFF SIGNATURE** David T Munsinger

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Murillo Margaret Mercedes
Last First Middle

HOME ADDRESS 613 NW 10th St
Address

Dania FL 33004
City State Zip Code

PHONE (home) 954 921-2160 (work) ______

EMAIL ADDRESS margaret_murillo@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: May 1989 END DATE (IF APPLICABLE): 6/9/07

POSITION / JOB TITLE: AIR Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: MURRAY, Jr, Glenn R
(Last, First, Middle)

HOME ADDRESS: POB 7441
(Address)

Wilmington DE 19803
(City, State, Zip Code)

PHONE (home): 3024771486 ~~(work)~~ cell 443-480-5977

EMAIL ADDRESS: ATCGman@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 8/9/81 END DATE (IF APPLICABLE): 12/1/7

POSITION / JOB TITLE: ATCS (T)

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: MUSCHA (Last) DEBORAH (First) FAYE (Middle)

HOME ADDRESS: 102 moonlight valley Drive (Address)

Ash grove (City) MO (State) 65604 (Zip Code)

PHONE (home): 4177512229 (work) 417 868 5600

EMAIL ADDRESS: m7muscha @ aol.com

**EMPLOYMENT HISTORY**

START DATE: 3/83 **END DATE (IF APPLICABLE):** n/a

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]