IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Nall-Nottingham

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: NAZZ, Michael David
(Last / First / Middle)

HOME ADDRESS: 270 Revell St.
(Address)

Collierville TN 38017
(City / State / Zip Code)

PHONE (home) 901 861 4314 (work) 901 240 3464

EMAIL ADDRESS nallm@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 1-16-85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS CPC

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Napier (Last) Timothy (First) S (Middle)

HOME ADDRESS: 7755 Three Notch Road (Address)

Ringgold (City) Ga. (State) 30736 (Zip Code)

PHONE (home) 706 375 3057 (work) ____________

EMAIL ADDRESS timnapier@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 7/29/86 END DATE (IF APPLICABLE): 1/31/07

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Timothy S. Napier

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Nascimento (Last) William (First) Anthony (Middle)

HOME ADDRESS: 40 Windsong Dr (Address)
Richmond Hill (City) GA (State) 31324 (Zip Code)

PHONE (home) 912 727 4082 (work) ______

EMAIL ADDRESS Bansas @ Aol.com

**EMPLOYMENT HISTORY**

START DATE: 1 Mar 89 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: NASSAR (Last) SAMUEL (First) R (Middle)

HOME ADDRESS: 14736 DEMING DRIVE, APT. 302 (Address)

GAINESVILLE (City) VA (State) 20155 (Zip Code)

PHONE (home) 410 353-1818 (work) ______

EMAIL ADDRESS sam-nassar@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 12/31/1978 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** S R Nassar

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Necochea Robert Frank
Last First Middle

HOME ADDRESS 2175 Avenida Toronja
Address

Carlsbad CA. 92009
City State Zip Code

PHONE (home) 760 632 1643 (work) 858 537 5900

EMAIL ADDRESS bcnecochea@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 10/1991 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Nelson (Last) Jonathan (First) Andrew (Middle)

HOME ADDRESS: 12089 Coleman Avenue (Address)

Felton (City) CA (State) 95018 (Zip Code)

PHONE (home) 831-335-1227 (work) 570-745-3000

EMAIL ADDRESS nelsonredwoods@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 9/24/2003 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: NEUSCHELER (Last) TIMOTHY (First) JOHN (Middle)

HOME ADDRESS: RR1 BOX 190 (Address)

PRICHARD (City) WV (State) 25555 (Zip Code)

PHONE (home) (304) 486-5162 (work) (304) 453-1201

EMAIL ADDRESS: —

**EMPLOYMENT HISTORY**

START DATE: 4/23/2000 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST - DOT/FAA 2152

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: NICHOLS (Last) LEONARD (First) ALLEN (Middle)

HOME ADDRESS: 22 CANYON HILLS CT (Address)

SAN RAMON (City) CA (State) 94582 (Zip Code)

PHONE (home) 925-830-8954 (work) 650-876-2727

EMAIL ADDRESS LEOSFO@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 4-19-88 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE**

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Nigey (Last) Toye (First) Michelle (Middle)

HOME ADDRESS: 5136 Mount Saint Vrain Ave (Address)
Frederick (City) Colorado (State) 80504 (Zip Code)

PHONE (home) 303-485-9293 (work) 303-466-1327

EMAIL ADDRESS Toyes Toye@Mesanetworks.net

**EMPLOYMENT HISTORY**

START DATE: Jan 98 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Toye M. Nigey

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Nix (Last) Donald (First) Gary (Middle)

HOME ADDRESS 1283 NW 188th Ave (Address)

Plantation (City) FL (State) 33322 (Zip Code)

PHONE (home) 954 476-8486 (work) 954 536-3153

EMAIL ADDRESS dgnix@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 8/29/90 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME NODLEY (Last) MICHAEL (First) T (Middle)

HOME ADDRESS 1410 ELIZABETH DR (Address)

LEBANON (City) IN (State) 46052 (Zip Code)

PHONE (home) 765-482-4775 (work) 317-227-5543

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 4-78 END DATE (IF APPLICABLE): 5-13-07

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Michael T. Nodley

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Noeth Cynthia L
Last First Middle

HOME ADDRESS 430 Edgewood Ave
Address

Rochester NY 14618
City State Zip Code

PHONE (home) 585-271-6768 (work) ______

EMAIL ADDRESS Cindi @ netacc.net

**EMPLOYMENT HISTORY** (3/15/2004 +)

START DATE: 4/86 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Cynthia Noeth

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: NOLAN (Last) JOHN (First) KONSTANTIN (Middle)

HOME ADDRESS: 5837 E. TIERRA BUENA LN. (Address)

SCOTTSDALE (City) AZ (State) 85254 (Zip Code)

PHONE (home) 602-953-0140 ~~(work)~~ CELL 602-502-3352

EMAIL ADDRESS: JKATC @ COX. NET

**EMPLOYMENT HISTORY**

START DATE: 4/1974 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME NOLIN MATTHEW QUINTIN
Last First Middle

HOME ADDRESS 1331 COUNTY ROAD 124
Address
FLORESVILLE TEXAS ~~78114~~ 78114
City State Zip Code

PHONE (home) (830) 393-9271 (work) (210) 805-5508

EMAIL ADDRESS MQNOLIN@HOTMAIL.COM

EMPLOYMENT HISTORY

START DATE: 12/31/1989 END DATE (IF APPLICABLE): CURRENT

POSITION / JOB TITLE: ATCS SAT ATCT

PLAINTIFF SIGNATURE Matthew Q. Nolin

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: NORDELL (Last) JEFFREY (First) Roland (Middle)

HOME ADDRESS: 624 Hickory ST. (Address)

SUGAR GROVE (City) IL (State) 60554 (Zip Code)

PHONE (home) 630 466 7965 (work) 847 608-5641

EMAIL ADDRESS JNORDELL@MCHSI.COM

**EMPLOYMENT HISTORY**

START DATE: 4/91 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: AIR TRAFFIC Control Spec.

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: NORMAN (Last) TAMMY (First) LEE (Middle)

HOME ADDRESS: 114 MORALLION HILLS (Address)

PEACHTREE CITY (City), GA (State) 30269 (Zip Code)

PHONE (home) 770-631-0573 (work) 770-210-7136

EMAIL ADDRESS marlee318@aol.com

**EMPLOYMENT HISTORY**

START DATE: 5/21/87 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Tammy L. Norman

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: NORRIS (Last) Richard (First) Allen (Middle)

HOME ADDRESS: 38998 ARBOR CT. (Address)

Grafton (City) OH (State) 44044 (Zip Code)

PHONE (home) 440-452-4152 (work) 440-774-6485

EMAIL ADDRESS RNORRIS1@alltel.net

**EMPLOYMENT HISTORY**

START DATE: 05/29/86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Richard A Norris

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: NOTTINGHAM, WESLEY RAYMOND
Last / First / Middle

HOME ADDRESS: 129 VFW Rd
Address

DUSON LA. 70529
City / State / Zip Code

PHONE (home) 337-993-3244 (work) 337-

EMAIL ADDRESS HARLEYNOTT@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: August of 1987 8/87 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: GS-2152 ATCS

**PLAINTIFF SIGNATURE**