IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Oakes-Owens

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME OAKES EVERETT MERRILL
Last First Middle

HOME ADDRESS 813 BLACK SWEEP RD
Address

WARRENTON VA 20186
City State Zip Code

PHONE (home) 540-428-7078 (work) 703-771-2389

EMAIL ADDRESS EVERETTANDLAUREN@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 12/29/02 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER 2152

**PLAINTIFF SIGNATURE** E M Oakes

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME O'Brien Shannon Marie
Last First Middle

HOME ADDRESS P.O. Box 924
Address

Longmont, CO 80502-0924
City State Zip Code

PHONE (~~home~~ cell) 720.985.37.53 (work) 303.651.42.02

EMAIL ADDRESS owcprep@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: Nov ~~2~~ 1992 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist until Feb ~~4~~, 2006
Traffic Management Coordinator since Feb 5, 2006

**PLAINTIFF SIGNATURE** [signature: S M O'Brien]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME O'Connor John Mike
Last First Middle

HOME ADDRESS 344 Swint Rd.
Address

Griffin GA 30224
City State Zip Code

PHONE (home) 770-227-4635 (work) 770-210-7135

EMAIL ADDRESS jmikeoconnor@cs.com

**EMPLOYMENT HISTORY**

START DATE: 9-26-84 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** John M O'Connor

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: OLIVAS (Last) MARK (First) ALAN (Middle)

HOME ADDRESS: 606 DOVE NEST CT (Address)

MIDDLETOWN (City) DE (State) 19709 (Zip Code)

PHONE (home) (215)431-6199 (work) ____________

EMAIL ADDRESS MARK @ OLIVAS . INFO

**EMPLOYMENT HISTORY**

START DATE: 8/20/2006 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME OLSON STEVEN CHARLES
Last First Middle

HOME ADDRESS 92-101 Kohea Way
Address
Kapolei HI 96707
City State Zip Code

PHONE (home) 808-672-4367 (work) 808-840-6201

EMAIL ADDRESS byteme@hawaii.rr.com

**EMPLOYMENT HISTORY**

START DATE: 7/19/89 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Oothoudt Gregory Paul
Last First Middle

HOME ADDRESS 315 Woodstream Drive
Address

Newnan GA. 30265
City State Zip Code

PHONE (home) 770-304-0610 (work) 678-364-6168

EMAIL ADDRESS goothoudt@Yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 6/9/83 END DATE (IF APPLICABLE): 11/3/06

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME O'Quinn Johnny Brian
Last First Middle

HOME ADDRESS 74475 Long Leaf Loop
Address

Yulee FL 32097
City State Zip Code

PHONE (home) 9042252109 (work) 9045491558

EMAIL ADDRESS nole01@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 06/2001 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ORTEGA (Last) ROBERT (First) (Middle)

HOME ADDRESS: 5440 SW 153RD AVE RD (Address)

MIAMI (City) FL (State) 33185 (Zip Code)

PHONE (home) 305-223-5508 (work) 305-256-0628

EMAIL ADDRESS: ROBERTORTEGA@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 10/91 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: ORTIZ (Last) JOE (First) WILLIAM (Middle)

HOME ADDRESS: 2536 DAKIN DR (Address)

CORONA (City) CA (State) 92882 (Zip Code)

PHONE (home) (928) 210-2915 (work) ____________

EMAIL ADDRESS ____________

**EMPLOYMENT HISTORY**

START DATE: 8/20/06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME OSEKOWSKI MICHAEL R.
Last First Middle

HOME ADDRESS 116 SCENERY HILL DRIVE
Address

CANONSBURG PA 15317
City State Zip Code

PHONE (home) 724-873-7656 (work) 412-269-9247

EMAIL ADDRESS BURGHLESS @ COMCAST. NET

**EMPLOYMENT HISTORY**

START DATE: 6/8/97 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Michael R Osekowski

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME O'TOOLE GARY THOMAS
Last First Middle

HOME ADDRESS 1704 WHITETHORNE RD.
Address

VA. BEACH VA 23455
City State Zip Code

PHONE (home) 757-363-8693 (work) 757-460-5142

EMAIL ADDRESS GTEXIT03@COX.NET

**EMPLOYMENT HISTORY**

START DATE: 2/28/82 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Owens (Last) James (First) Patrick (Middle)

HOME ADDRESS: 20921 W. 117th St. (Address)

Olathe (City) KS (State) 66061 (Zip Code)

PHONE (home) 913-764-0086 (work) 913-254-8510

EMAIL ADDRESS JPO∅9 @ comcast. net

**EMPLOYMENT HISTORY**

START DATE: July 2002 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE James Owens

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME OWENS (Last) SARAH (First) MICHELLE (Middle)

HOME ADDRESS 20921 W. 117th St. (Address)

Olathe (City) KS (State) 66061 (Zip Code)

PHONE (home) 913-764-0086 (work) 913-254-8513

EMAIL ADDRESS SOwens333@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 2-10-02 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE Sarah Owens