IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _________________________________ | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Pack-Proudeit

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME PACK Billy J.
Last First Middle

HOME ADDRESS 8324 Orleans BLVD
Address

Union KY 41091
City State Zip Code

PHONE (home) 859-384-1779 (work) 859-372-6440

EMAIL ADDRESS icepac19@fuse.net

**EMPLOYMENT HISTORY**

START DATE: 4/4/83 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: TMC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: PALAMARA (Last) CYNTHIA (First) MARIE (Middle)

HOME ADDRESS: 281 SHADY GLEN DRIVE (Address)

MOON TOWNSHIP (City) PA (State) 15108 (Zip Code)

PHONE (home) 724 457 1765 (work) —

EMAIL ADDRESS tuscany281@comcast.net

**EMPLOYMENT HISTORY**

START DATE: June 18, 1982 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Cynthia M. Palamara

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Palmes Lowell Kenneth
Last First Middle

HOME ADDRESS 704 Sentinel Dr NE
Address

Leesburg VA 20176
City State Zip Code

PHONE (home) 703-777-1884 (work) 703-904-4400

EMAIL ADDRESS Colts22@verizon.net

**EMPLOYMENT HISTORY**

START DATE: 7-19-1985 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS Traffic Management Specialist

**PLAINTIFF SIGNATURE** L. Kenneth Palmes

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: PALS (Last) LEE (First) FRANCIS (Middle)

HOME ADDRESS: 399 MARLIN COVE ROAD. (Address)

HENDERSON (City) NV. (State) 89012 (Zip Code)

PHONE (home) (702) 361-3980 (work) (602) 262-5910

EMAIL ADDRESS: NEVADAPALS@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 7/12/82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Lee F. Pals

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Papageorge, ANDREW CHARLES
Last First Middle

HOME ADDRESS 715 SHAMROCK COURT
Address

FAIRFIELD, CA. 94533
City State Zip Code

PHONE (home) 707-290-1506 (work) 707-448-1681

EMAIL ADDRESS ANDYPGRE@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 8/3/82 END DATE (IF APPLICABLE): 3/3/07

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Andrew C. Papageorge

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME PAPERO MICHAEL DOUGLAS
Last First Middle

HOME ADDRESS 2200 NORTH D'ANDREA PKY Apt 1624
Address

SPARKS NV 89434
City State Zip Code

PHONE (home) 503 330 6192 (work) ____________

EMAIL ADDRESS 1RMMIKE72@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: SEP 18 2005 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: DEV AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Parish Timothy Nelson
Last First Middle

HOME ADDRESS 1701 Twelve Oaks Lane
Address

Prattville AL 36066
City State Zip Code

PHONE (home) 334 491 0107 (work) 334 284 0384

EMAIL ADDRESS Parish @ Knology . net

**EMPLOYMENT HISTORY**

START DATE: 01 - 29 - 87 END DATE (IF APPLICABLE): –

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: PATTI, Joel J.
Last / First / Middle

HOME ADDRESS: 12420 SW 1st street
Address

Coral Springs FL 33071
City / State / Zip Code

PHONE (home) 954 3469455 (work) 305 7161781

EMAIL ADDRESS Arbus24@BellSouth

**EMPLOYMENT HISTORY**

START DATE: NOV 1986 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: PATTISON (Last) JOHN (First) ERIK (Middle) (SR.)

HOME ADDRESS: 7720 O'NEIL RD NE (Address)

KEIZER (City) OR (State) 97303 (Zip Code)

PHONE (home) 503-463-6752 (work) 503-493-7513

EMAIL ADDRESS: JOHNSR1124@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 2/10/83 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: SUPPORT SPECIALIST / PDXT

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Paul, Shannon Thomas
Last First Middle

HOME ADDRESS 11 Rebecca Dr.
Address

Denver, PA 17517
City State Zip Code

PHONE (home) (717) 484-1133 (work) (610) 374-8039

EMAIL ADDRESS stpl@dejazzd.com

**EMPLOYMENT HISTORY**

START DATE: 22 May 1988 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST 2152

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: PEARCH (Last) TIMOTHY (First) RICHARD (Middle)

HOME ADDRESS: 916 W. MARTIN AVE (Address)

AMHERST (City) OH (State) 44001 (Zip Code)

PHONE (home) (330) 322-4327 (work) (440) 774-0424

EMAIL ADDRESS perry_92@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 8/01 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATC SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Peavey Reneé Marie
Last First Middle

HOME ADDRESS 13420 99th St. Ct. KPN
Address
Gig Harbor WA 98329
City State Zip Code

PHONE (home) (253) 857-8959 (work) (253) 851-3505

EMAIL ADDRESS peaveys@centurytel.net

**EMPLOYMENT HISTORY**

START DATE: 9/87 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller (CPC)

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME PECK BREEN LYDELL
Last First Middle

HOME ADDRESS 9404 Sunset ct. #407
Address

MANASSAS PARK VA 20111
City State Zip Code

PHONE (home) 703.369.1717 (work) 540 349 7529

EMAIL ADDRESS breenpeck@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 4/29/2000 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Pecoraro (Last) Joseph (First) Anthony (Middle)

HOME ADDRESS: 3514½ Bancroft St. (Address)

San Diego (City) CA (State) 92104 (Zip Code)

PHONE (home) 619-894-1333 (work) ____________

EMAIL ADDRESS sdsuman@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 6/17/05 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: air traffic control specialist

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: PETERS (Last) GARY (First) LEE (Middle)

HOME ADDRESS: 4162 SUMMIT CHASE (Address)
GAINESVILLE (City) GA (State) 30506 (Zip Code)

PHONE (home): 770-536-6307 (work): N/A

EMAIL ADDRESS: DLINKE@MINDSPRING.COM

**EMPLOYMENT HISTORY**

START DATE: 10/81 END DATE (IF APPLICABLE): 11/06

POSITION / JOB TITLE: ATCS/CPE

**PLAINTIFF SIGNATURE** Gary L Peters

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Peterson (Last) Donald (First) Jonathan (Middle)

HOME ADDRESS: 20006 Shavon Springs Dr (Address)

Spring (City) TX (State) 77388 (Zip Code)

PHONE (home) 8322481550 (work) ______

EMAIL ADDRESS mbjes@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 2/22/82 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME PETROVICH GEORGE
Last First Middle

HOME ADDRESS 1674 VINEYARD DRIVE
Address

GURNEE IL 60031
City State Zip Code

PHONE (home) 847-548-5641 (~~work~~ cell) 847-302-1344

EMAIL ADDRESS NATCAGP@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: April 1982 END DATE (IF APPLICABLE): 1-3-2007

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Phernetton (Last) Lisa (First) Marie (Middle)

HOME ADDRESS: 3444 Zoar Church Rd (Address)

Elberfeld (City) IN (State) 47613 (Zip Code)

PHONE (home) (812) 925-3929 (work) (812) 436-4690

EMAIL ADDRESS: atcepa@netzero.com

**EMPLOYMENT HISTORY**

START DATE: 9/14/98 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** ________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Pinckley Laura K
Last First Middle

HOME ADDRESS 4205 Rebecca Cv
Address

Olive Branch MS 38654
City State Zip Code

PHONE (home) 662-890-0094 (work) ____________

EMAIL ADDRESS lauraklittle@earthlink.net

**EMPLOYMENT HISTORY**

START DATE: 9/2000 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: PINHEIRO, MARIO ZEFERINO
(Last / First / Middle)

HOME ADDRESS: 60 ROCKERY TERRACE
(Address)

W. SAND LAKE NY 12196-1734
(City / State / Zip Code)

PHONE (home): 518 674 1075 (work) ______

EMAIL ADDRESS: PINHEIRO @ NYCAP.RR.COM

**EMPLOYMENT HISTORY**

START DATE: JAN 11, 1982 END DATE (IF APPLICABLE): JAN 31, 2007

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST / ALBANY, NY

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME PLEZBERT TIM
Last First Middle

HOME ADDRESS 3N360 FREELAND ROAD
Address

MAPLE PARK IL 60151-9202
City State Zip Code

PHONE (home) (630) 365-5505 (work) ______

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 4/25/82 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: POLLAK (Last) MARC (First) H (Middle)

HOME ADDRESS: 7 KAREN CT (Address)
WADING RIVER (City) NY (State) 11792 (Zip Code)

PHONE (home): 631-886-1317 (cell ~~work~~) ~~631~~ 914-450-5777

EMAIL ADDRESS: mhp2@aol.com

**EMPLOYMENT HISTORY**

START DATE: 8/22/2004 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: air traffic controller

**PLAINTIFF SIGNATURE** Marc H Pollak

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME PONO SAMUEL VILDA
Last First Middle

HOME ADDRESS 32 Jennifer Place
Address

San Francisco CA 94107
City State Zip Code

PHONE (home) (415) 538 9491 (work) 650 876 2883

EMAIL ADDRESS samuelpono@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 10/10/91 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: CPC AIR TRAFFIC Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME POOLE DOROTHY JEAN
Last First Middle

HOME ADDRESS 92-1249 UMENA STREET
Address

KAPOLEI HI 96707-1597
City State Zip Code

PHONE (home) 808-672-5069 (work) 808-8406146

EMAIL ADDRESS dottie.poole@faa.gov or djp1hi@hawaii.rr.com

**EMPLOYMENT HISTORY**

START DATE: 02/88 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Support Specialist

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Potkanowicz Joseph James
Last First Middle

HOME ADDRESS 3620 Rocky Stream Dr.
Address

Ft. Collins CO 80528
City State Zip Code

PHONE (home) 970-204-0525 (work) 303-651-4246

EMAIL ADDRESS JPotkanowicz4@Hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 11/88 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: PresTrude (Last) MARK (First) Anders (Middle)

HOME ADDRESS: 1227 Bogey Drive (Address)

FruiT HeighTs (City) UT. (State) 84037 (Zip Code)

PHONE (home) 801-444-7334 (work) 801-721-0886

EMAIL ADDRESS PMANDLYN @ AOl.COM

**EMPLOYMENT HISTORY**

START DATE: Sep 97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: GS-2152

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME PRICE (Last) DAVID (First) JAMES (Middle)

HOME ADDRESS 141 S. COUNTRYSIDE DR (Address)

ASHLAND (City) OH (State) 44805 (Zip Code)

PHONE (home) 419 282 9595 (work) 440 774 0436

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 5/28/91 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME PRIVETT RANDALL L.
Last First Middle

HOME ADDRESS 1660 LONGLEAF DRIVE
Address

SURFSIDE BEACH SC 29575-5403
City State Zip Code

PHONE (home) 843-650-0796 (work) 843-238-3008

EMAIL ADDRESS RPHOODSIER87@GMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 12/27/85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME PROCTOR, KURTIS J.
Last First Middle

HOME ADDRESS 1425 VAN BUREN AVE
Address

SALT LAKE CITY, UT 84104
City State Zip Code

PHONE (home) (801) 604-1893 (work) (801) 320-2561

EMAIL ADDRESS KURTACTOR@msn.com

**EMPLOYMENT HISTORY**

START DATE: 12/90 - 7/00 & 2/05 - PRESENT END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME PROKOP MICHAEL DENNIS
Last First Middle

HOME ADDRESS 16702 INNSBROOK DRIVE
Address

LAKEVILLE MN 55044
City State Zip Code

PHONE (home) 952-431-9060 (work) ______

EMAIL ADDRESS MIKE PROKOP @ CHARTER . NET

**EMPLOYMENT HISTORY**

START DATE: 9/14/97 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: PROUDFIT (Last) MATTHEW (First) F. (Middle)

HOME ADDRESS: 2674 FOOTHILL DR. (Address)

City: ________ State: UT Zip Code: 84403

PHONE (home) ________ (work) 801 320 3103

EMAIL ADDRESS ________

**EMPLOYMENT HISTORY**

START DATE: 10 · 4 · 81 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ________