IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Ramirez-Ryle

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME RAMIREZ, MARTIN
Last First Middle

HOME ADDRESS 401 W. ELMGATE ST.
Address

MONTEREY PARK CA 91754
City State Zip Code

PHONE (home) 323-707-1941 (work) 661-265-8234

EMAIL ADDRESS EZ69NUSAF@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 15 FEB 2006 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** : [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: REVELS (Last) FRED (First) SCOTT (Middle)

HOME ADDRESS: 1412 BEACH CLUB LANE (Address)

APOLLO BCH (City) FL (State) 33572 (Zip Code)

PHONE (home) 813-641-7091 (work) 813-371-7700

EMAIL ADDRESS: ______

**EMPLOYMENT HISTORY**

START DATE: 5-13-82 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: CPC TPA ATCT

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Reynolds George Kono
Last First Middle

HOME ADDRESS 752 Trevan Way
Address

Livermore CA 94551
City State Zip Code

PHONE (home) (925) 606-6182 (work) (510) 745-3000

EMAIL ADDRESS

**EMPLOYMENT HISTORY**

START DATE: 06/12/89 END DATE (IF APPLICABLE): present

POSITION / JOB TITLE: Air Traffic Control Specialist - ZC

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME RICHARDSON MARK William
Last First Middle

HOME ADDRESS 727 Lincoln Ct
Address

HOOKSTOWN PA 15050
City State Zip Code

PHONE (home) 724 573 1079 (work) 412 269 9247

EMAIL ADDRESS 1terpsfan@verizon.net

**EMPLOYMENT HISTORY**

START DATE: ~~3/16/83~~ 3/23/83 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Mark W. Richardson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: RICHMOND, FREDERICK B.
Last / First / Middle

HOME ADDRESS: 3836 CAINE CT.
Address

NAPERVILLE, IL 60564
City / State / Zip Code

PHONE (home) 630-922-6703 (work) 773-601-7600

EMAIL ADDRESS frichmondj@wideopenwest.com

**EMPLOYMENT HISTORY**

START DATE: 5/88 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: RIDER (Last) DANA (First) JEAN (Middle)

HOME ADDRESS: 1479 North VALLEYVIEW CT (Address)

WICHITA (City) KS (State) 67212 (Zip Code)

PHONE (home) 3164405599 (work) 946 0064

EMAIL ADDRESS: DRIDER25@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 7/16/00 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: RIFE (Last) CRAIG (First) DAVID (Middle)

HOME ADDRESS: 2900 N APPERSON WAY #288 (Address)

KOKOMO (City) IN (State) 46901 (Zip Code)

PHONE (home) 765-868-2645 (work) 317-247-2242

EMAIL ADDRESS rifleman61@insightbb.com

**EMPLOYMENT HISTORY**

START DATE: 5/18/1990 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Craig D Rife

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Riggs, Michael Keith
Last First Middle

HOME ADDRESS 1690 Lambert Court
Address

Culpeper VA 22701
City State Zip Code

PHONE (home) (540) 829-8522 (work) (540) 349-7527

EMAIL ADDRESS Kaacriggs@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 10-9-2001 END DATE (IF APPLICABLE): NA

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Rivers ~~Brian~~ Brian Lee
Last First Middle

HOME ADDRESS 9018 Tradd Street
Address

Boca Raton FL 33434
City State Zip Code

PHONE (home) 772-285-7077 (work) 561-478-4456

EMAIL ADDRESS brileeriv@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 12/89 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Roberts (Last) JOHN (First) Reese (Middle)

HOME ADDRESS: 4583 Club View Dr (Address)

Bessemer (City) AL (State) 35022 (Zip Code)

PHONE (home) 205 821 3045 (work) 205 599 0900

EMAIL ADDRESS JR3045@Hotmail.Com

**EMPLOYMENT HISTORY**

START DATE: 9/14/1998 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

# REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Roberts (Last) Shawn (First) Ralph (Middle)

HOME ADDRESS 2407 MATTHEW LANE (Address)

Selma (City) AL (State) 36703 (Zip Code)

PHONE (home) 334 874-3909 (work) 334 284-0384

EMAIL ADDRESS SRR3638@YAHOO.com

**EMPLOYMENT HISTORY**

START DATE: 9/01 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Robinson Thomas D
Last First Middle

HOME ADDRESS 14 Reisling Pl
Address

Swedesboro NJ 08085
City State Zip Code

PHONE (home) 856 4673191 (work) 609 485 6182

EMAIL ADDRESS philtwr69 @ comcast.net

**EMPLOYMENT HISTORY**

START DATE: 1/94 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME RODGERS PHILIP GERARD
Last First Middle

HOME ADDRESS 16 GARY ST
Address

PT. JEFF STA. N.Y. 11776
City State Zip Code

PHONE (home) 631 828 2792 (work) 516 683 2967

EMAIL ADDRESS CHARGERPHIL@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 12/29/1969 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ~~AIRT~~ AIR TRAFFIC CONTROL SPEC.

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Rogers (Last) Kevin (First) Lavoy (Middle)

HOME ADDRESS 6930 Oak Shadow Lane (Address)

Olive Branch (City) MS. (State) 38654 (Zip Code)

PHONE (home) 662-895-9306 (work) ____________

EMAIL ADDRESS Karo2744 @ AOL.Com

**EMPLOYMENT HISTORY**

START DATE: 12-5-89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Roman (Last) LINDA (First) (Middle)

HOME ADDRESS 21863 Hawksbury Tec (Address)

Ashburn (City) Va (State) 20148 (Zip Code)

PHONE (home) 571-333-9920 (work) ______

EMAIL ADDRESS DJETERFANLR @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 3-29-98 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Linda Roman

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Rose (Last) Aaron (First) Michael (Middle)

HOME ADDRESS: 4737 Broome Place (Address)

El Dorado Hills (City), CA (State) 95762 (Zip Code)

PHONE (home) 9169340330 (work) ____

EMAIL ADDRESS maadcoow@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: March 2002 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS AT-2152

**PLAINTIFF SIGNATURE** ____

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Roseman Joseph Albert
Last First Middle

HOME ADDRESS 9511 Duck Lodge Rd
Address

Magnolia Tx 77354
City State Zip Code

PHONE (home) 281-259-5989 (work) Same cell: 281-797-0218

EMAIL ADDRESS ymralaslans @ SBCGLOBAL.net

**EMPLOYMENT HISTORY**

START DATE: 12-29-1975 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE [signature]

# REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME ROSS (Last) PATRICK (First) JOSEPH (Middle)

HOME ADDRESS 1494 23RD ST. (Address)

HOULTON (City) WI (State) 54082 (Zip Code)

PHONE (home) 715-549-6953 (work) 651-463-5583

EMAIL ADDRESS PATROSS@PEOPLEPC.COM

**EMPLOYMENT HISTORY**

START DATE: 1-22-2003 END DATE (IF APPLICABLE): NONE

POSITION / JOB TITLE: ATCS-CPC

**PLAINTIFF SIGNATURE** ______________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Ruskoski (Last) Daniel (First) Joseph (Middle)

HOME ADDRESS: RR 2, Box 103E (Address)

Haskell (City) OK (State) 74436 (Zip Code)

PHONE (home) (918) 482-9914 (work) (918) 851-3034

EMAIL ADDRESS dan.ruskoski@windstream.net

**EMPLOYMENT HISTORY**

START DATE: 1-7-92 END DATE (IF APPLICABLE): 10-28-06

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Daniel J Ruskoski

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Russ (Last) Randolph (First) Alan (Middle)

HOME ADDRESS 21 Landing Lane (Address)

Port Jefferson (City) NY (State) 11777 (Zip Code)

PHONE (home) 631 476 9593 (work) 631 468-1402

EMAIL ADDRESS randyru59@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: April 91 END DATE (IF APPLICABLE): still employed

POSITION / JOB TITLE: Air traffic control specialist

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Russell, Priscilla Benedetto
Last First Middle

HOME ADDRESS 144 Danube Trail
Address

Stockbridge, GA 30281
City State Zip Code

PHONE (home) 770-898-9786 (work) 770-210-7135

EMAIL ADDRESS bruss40295@aol.com

### EMPLOYMENT HISTORY

START DATE: Sept. 1985 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Ryle (Last) Gary (First) Allen (Middle)

HOME ADDRESS: 1748 Meyers Cove Drive (Address)

Tarpon Springs (City) FL (State) 34689 (Zip Code)

PHONE (home) 727-947-4987 (work) 813-371-7750

EMAIL ADDRESS akdeniz@tampabay.rr.com

**EMPLOYMENT HISTORY**

START DATE: 9-26-86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Gary A. Ryle