IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _ | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Sadowski-Smith, D

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SADOWSKI ROBERT —
Last First ~~Middle~~

HOME ADDRESS: 1679 EAST 45 STREET
Address

BROOKLYN N.Y. 11234
City State Zip Code

PHONE (home) 718-253-4577 (work) 718-656-0335

EMAIL ADDRESS MIDGE1951@AOL.COM.

**EMPLOYMENT HISTORY**

START DATE: 10/13/1990 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SAENZ AL
Last / First / Middle

HOME ADDRESS: 1280 NW 114 Ave.
Address

Coral Springs FL 33071
City / State / Zip Code

PHONE (home) 9543418354 (work) 8057161783

EMAIL ADDRESS ALSZ@BELLSOUTH.NET

**EMPLOYMENT HISTORY**

START DATE: 6/1/82 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Sawyer (Last) Randall (First) Lynn (Middle)

HOME ADDRESS 411 Verdant Circle (Address)

Longmont (City) Co. (State) 80501 (Zip Code)

PHONE (home) 303-702-1729 (work) 303-913-4923

EMAIL ADDRESS soggyone@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 11/2/82 END DATE (IF APPLICABLE): 1/1/07

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Randall Lynn Sawyer

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Scalcione Christopher V
Last First Middle

HOME ADDRESS 232 Atlantic Avenue
Address

Massapequa Park NY 11762
City State Zip Code

PHONE (home) 516 541-2322 (work) ZNY

EMAIL ADDRESS scalce232@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 2/23/04 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: [illegible]

PLAINTIFF SIGNATURE [illegible]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Schade (Last) Roger (First) Lee (Middle)

HOME ADDRESS: 6103 Whitefriars Way (Address)
Rockford (City) IL (State) 61109 (Zip Code)

PHONE (home): 815-713-4736 (work) ~~774~~ 773-601-7600

EMAIL ADDRESS: Schadesix@insightbb.com

**EMPLOYMENT HISTORY**

START DATE: 10/18/1982 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Certified Professional Controller

**PLAINTIFF SIGNATURE** Roger L. Schade

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Schaefer Joseph Robert
Last First Middle

HOME ADDRESS 24624 Framingham Dr.
Address

Westlake OH 44145
City State Zip Code

PHONE (home) (440) 979-1719 (work) (440) 476-1322

EMAIL ADDRESS jrsxpress@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 4/17/91 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: CPC / Air Traffic Controller

**PLAINTIFF SIGNATURE** 

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Schanke Karl Thomas
Last First Middle

HOME ADDRESS 900 Nandina Dr
Address

Weston FL 33327
City State Zip Code

PHONE (home) 954-237-1913 (work) ______

EMAIL ADDRESS KSCHANKE4@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 09/21/03 **END DATE (IF APPLICABLE):** Present

POSITION / JOB TITLE: ATCS / Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Schmauch (Last) Gerald (First) Byron (Middle)

HOME ADDRESS: 222 Countryside Circle (Address)

Park City (City) Utah (State) 84098 (Zip Code)

PHONE (home) (435) 649-0828 (work) (801) 325-9600

EMAIL ADDRESS: gbcruzer@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 7/19/89 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Schneider Darrell Eugene
Last First Middle

HOME ADDRESS 211 Floral Way
Address

O'Fallon MO 63368-6883
City State Zip Code

PHONE (home) (636) 980-3542 (work) (618) 337-5660

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 12/4/1986 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller / Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Darrell E. Schneider

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Schneider Penny Lynn
Last First Middle

HOME ADDRESS 1610 Haylie Hollow Ct.
Address

Spring TX 77386
City State Zip Code

PHONE (home) 281-528-9452 (work) 281-682-9049

EMAIL ADDRESS pennySchneider@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 11/30/00 **END DATE (IF APPLICABLE):** ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Penny Schneider

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

Print clearly, or type the following information:

NAME: Schuler (Last) Phillip (First) W. (Middle)

HOME ADDRESS: 15916 S. Stagecoach Dr. (Address)

Olathe (City) KS (State) 66062 (Zip Code)

PHONE (home) (913) 829-5691 (work) (913) 254-8500

EMAIL ADDRESS: PhillipSchuler@MSN.com

**EMPLOYMENT HISTORY**

START DATE: July 1, 1991 END DATE (IF APPLICABLE): current

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE: [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Schultz (Last) Paul (First) Andrew (Middle)

HOME ADDRESS 15600 Scenic Ln. (Address)

Burnsville (City) Mn. (State) 55306 (Zip Code)

PHONE (home) 952-435-1846 (work) 651-463-5586

EMAIL ADDRESS Pauls1us@frontiernet.net

**EMPLOYMENT HISTORY**

START DATE: 12/27/85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SCHUSTER (Last) JOHN (First) MICHAEL (Middle)

HOME ADDRESS: 37723 TACKSTEM ST (Address)

PALMDALE (City) CA (State) 93552 (Zip Code)

PHONE (home) 661 285-4568 (work) 661 265 8245

EMAIL ADDRESS: SCHOOS2@EARTHLINK.NET

**EMPLOYMENT HISTORY**

START DATE: OCT 30, 1982 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: SUPPORT SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Schwietz (Last) David (First) Francis (Middle)

HOME ADDRESS 28220 Hopewood Pl. (Address)

Northfield (City) MN (State) 55057 (Zip Code)

PHONE (home) 952-469-9458 (work) 651-463-5581

EMAIL ADDRESS Schwietz4@frontiernet.net

**EMPLOYMENT HISTORY**

START DATE: 7-1-1991 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS 2152

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: SCOGGINS (Last) COLIN (First) S (Middle)

HOME ADDRESS: 41 TAYLOR ST (Address)

NASHUA (City) NH (State) 03060 (Zip Code)

PHONE (home) 603 595-4905 (work) 603 879-6811

EMAIL ADDRESS SCOGGZ@aol.com

**EMPLOYMENT HISTORY**

START DATE: 3/2/1982 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR SPACE & PROCEDURES/MILITARY SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Scott Glover Erben
Last First Middle

HOME ADDRESS 13810 Harbor Creek Pl.
Address

Jacksonville FL 32224
City State Zip Code

PHONE (home) (904) 923-0695 (work) (904) 549-1547

EMAIL ADDRESS GloverEScott@aol.com

**EMPLOYMENT HISTORY**

START DATE: 4-30-82 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: Air Traffic Controller Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SEAVEY BRIAN MICHAEL
Last First Middle

HOME ADDRESS 4064 ALKEN AVE
Address

SEAFORD NY 11783
City State Zip Code

PHONE (home) 516 799-7395 (work) 516 683 2961

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 4/27/87 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Brian M Seavey

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SERNA DAVID MARIO
Last First Middle

HOME ADDRESS 2704 BOTTICELLI DR
Address

HENDERSON NV 89052
City State Zip Code

PHONE (home) 702-617-2569 (work) 702-262-5930

EMAIL ADDRESS DMSERNA@MAC.COM

**EMPLOYMENT HISTORY**

START DATE: 8-1-83 END DATE (IF APPLICABLE): C

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Shaffer III, Baxter Nathaniel
Last, First, Middle

HOME ADDRESS: 15950 S. Lora Ct
Address

Oregon City, OR 97045
City, State, Zip Code

PHONE (home) 503-723-9625 (work) 503-493-7580

EMAIL ADDRESS: NATHAN@GRANDVACHE.COM

**EMPLOYMENT HISTORY**

START DATE: JUNE 30, 1991 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Portland, OR TRACON Air Traffic Controller

PLAINTIFF SIGNATURE

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Shatbourne Randy Lee
Last First Middle

HOME ADDRESS 7115 Creekwood Lane
Address

Prior Lake MN 55372
City State Zip Code

PHONE (home) 952-447-6330 (work) ______

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 1-4-84 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Randy Shatbourne

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SHEBER DAVE VINCENT
Last First Middle

HOME ADDRESS 268 ALDEN CT
Address

WINDSOR CA 95492
City State Zip Code

PHONE (home) 707 836 7447 (work) 707 5964295

EMAIL ADDRESS DSHEBER@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 10/9/01 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS AIR TRAFFIC CONTROL SPEC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Sheehan Jon Lewis
Last First Middle

HOME ADDRESS 10 Shaker Lane
Address
Hyde Park NY 12538
City State Zip Code

PHONE (home) 845-229-1543 (work) 845-462-3434

EMAIL ADDRESS xpb99@yahoo.com

EMPLOYMENT HISTORY

START DATE: 8/3/83 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Sheffield, Matthew Allen
Last First Middle

HOME ADDRESS 470 Oak Creek Circle
Address

Luling TX 78648
City State Zip Code

PHONE (home) 830.875.3248 (work) 512.369.7841

EMAIL ADDRESS sheffield@grandecom.net

**EMPLOYMENT HISTORY**

START DATE: 3·23·2003 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Mathew A. Sheffield

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SHICK (Last) KENNETH (First) ALLEN (Middle)

HOME ADDRESS: 6535 S. WENATCHEE CT. (Address)

AURORA (City) Co (State) 80016 (Zip Code)

PHONE (home) 303 627 9093 (work) 303 342 1590

EMAIL ADDRESS THESHICKSTER@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 4/3/89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Shinaberry (Last) Johnathan (First) Gill (Middle)

HOME ADDRESS: 206 Adele Cv. (Address)

Marion (City) AR (State) 72364 (Zip Code)

PHONE (home) 870 739-8411 (work) 901 368-8108

EMAIL ADDRESS gshinaberry@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 3/25/01 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SHOCKLEY (Last) RICHARD (First) C (Middle)

HOME ADDRESS: 100 ROLLING HILL DR. (Address)

WILLIAMSON (City) GA (State) 30292 (Zip Code)

PHONE (home) 770 228 5723 (work) 770 210 7133

EMAIL ADDRESS rcshockley@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: JAN 1989 **END DATE (IF APPLICABLE):** PRESENT

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Richard C Shockley

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME SICKLE MARK T.
Last First Middle

HOME ADDRESS 2180 WINDERMERE COURT
Address

FREDERICK MD 21702
City State Zip Code

PHONE (home) 301-695-4742 (work) 703-771-3498

EMAIL ADDRESS ATCONTROLR@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 1-27-80 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Sims Tracy A
Last First Middle

HOME ADDRESS 101 Black Oak Trl
Address

Woodstock GA 30189
City State Zip Code

PHONE (home) 770-926-7593 (work) 770-210-7137

EMAIL ADDRESS ____________________

**EMPLOYMENT HISTORY**

START DATE: 11/8/1988 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Tracy Sims

# REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SIRON (Last) CHAD (First) (Middle)

HOME ADDRESS: 8924 62ND DR NE (Address)

MARYSVILLE (City) WA (State) 98270 (Zip Code)

PHONE (home) 425-231-2367 (work) 206 658-6406

EMAIL ADDRESS RAD169x@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 9-30-03 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SLATER, DENNIS JAMES
Last / First / Middle

HOME ADDRESS: 29126 VAN RIPER ST.
Address

FLAT ROCK, MI. 48134
City / State / Zip Code

PHONE (home) (734) 782-0931 (work) N/A

EMAIL ADDRESS: DENANDDEBS@AMERITECH.NET

**EMPLOYMENT HISTORY**

START DATE: 9-30-1984 END DATE (IF APPLICABLE): 4-28-2007

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Dennis J Slater

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Slee (Last) David (First) Neal (Middle)

HOME ADDRESS: 537 Appomattox Ct (Address)

LaGrange (City) OH (State) 44050 (Zip Code)

PHONE (home) 440-355-5422 (work) 440-774-0425

EMAIL ADDRESS neverwins@alltel.net

**EMPLOYMENT HISTORY**

START DATE: April 1988 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic controller

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SMITH (Last) BARRY (First) E (Middle)

HOME ADDRESS: 2411 W. 119th St. S. (Address)

Jenks (City) OK (State) 74037 (Zip Code)

PHONE (home) 918-607-6269 (work) 918-831-6700

EMAIL ADDRESS DADNATEBRETT @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 4-1-87 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Barry E. Smith

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SMITH, CHEVIS BARRY
Last First Middle

HOME ADDRESS 8936 ALLENBROOK WAY
Address

SAN DIEGO CA. 92129
City State Zip Code

PHONE (home) 858-484-8990 (work) 858-449-4371

EMAIL ADDRESS ATCGOD777 @ yAhoo. Com

**EMPLOYMENT HISTORY**

START DATE: 2-85 END DATE (IF APPLICABLE): 2-07

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Chevis Barry Smith

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME SMITH, DANIEL Z.
Last First Middle

HOME ADDRESS 2051 CEDAR RIDGE LOOP
Address

PRATTVILLE, AL 36067
City State Zip Code

PHONE (home) 334-467-9764 (work) 334-284-0384

EMAIL ADDRESS roozie @ charter.net

**EMPLOYMENT HISTORY**

START DATE: 9/24/2000 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]