IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Smith, M-Swinney

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Smith Michael Aaron
Last First Middle

HOME ADDRESS 7540 Dunbridge DR.
Address

Odessa Fl 33556
City State Zip Code

PHONE (home) 813-926-3975 (work) ____________

EMAIL ADDRESS MASAPS @ TAMPABAY.RR.com

**EMPLOYMENT HISTORY**

START DATE: 9-29-87 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS - Air Traffic control specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SMITUSON (Last) JOHN (First) MICHAEL (Middle)

HOME ADDRESS: 131 FLINT PATH (Address)
SYRACUSE (City) NY (State) 13219 (Zip Code)

PHONE (home) 315.488-3630 (work) 315.455.3240

EMAIL ADDRESS smithson@twcny.rr.com

**EMPLOYMENT HISTORY**

START DATE: FEB 1985 END DATE (IF APPLICABLE): EXPECT TO RETIRE ON JAN 27, 2008

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** John Michael Smithson

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SMOAK (Last) JOSEPH (First) ALAN (Middle)

HOME ADDRESS: 395 MERRYDALE DR (Address)

FAYETTEVILLE (City) GA (State) 30215 (Zip Code)

PHONE (home) 770 460 0381 (work) 770 210 7134

EMAIL ADDRESS bigal-1955@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 6 JAN 1983 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SNYDER WILLIAM MICHAEL
Last First Middle

HOME ADDRESS 2596 OLD POST ROAD
Address

COPLAY PA 18037
City State Zip Code

PHONE (home) 610-769-5338 (work) 610-264-4530

EMAIL ADDRESS RADAR@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: ~~6/15/03~~ ~~3/88~~ 9/26/89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIRTRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Sobczyk Christine A.
Last First Middle

HOME ADDRESS 4622 Arlington St
Address

Loves Park IL 61111
City State Zip Code

PHONE (home) 815-282-8874 (work) 630-587-7810

EMAIL ADDRESS imsasc2@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 4-11-91 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Christine A. Sobczyk

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Sommers Kristin Lauren
Last First Middle

HOME ADDRESS 6038 Camelia Ln
Address

Bartlett TN 38134
City State Zip Code

PHONE (home) 901-371-0867 (work) 901-368-8107

EMAIL ADDRESS kk38112@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 3-14-99 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC Specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME SORUM ERIKA LYNN
Last First Middle

HOME ADDRESS 8550 WILLIWA AVE
Address

ANCHORAGE AK 99504
City State Zip Code

PHONE (home) 907-250-053 (work) ______

EMAIL ADDRESS nelochick @yahoo.com

**EMPLOYMENT HISTORY**

START DATE: APRIL 1993 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Speck (Last) Roxanne (First) Marie (Middle)

HOME ADDRESS 569 Auburn Trail SE (Address)

Ada (City) MI (State) 49301 (Zip Code)

PHONE (home) 616-682-2021 (work) 616-575-1905

EMAIL ADDRESS rmspeck@myself.com

**EMPLOYMENT HISTORY**

START DATE: 10/10/91 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Roxanne Speck

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SPENCER / JAMES / ANTHONY
Last First Middle

HOME ADDRESS 4813 EASTWICK DR.
Address

TOLEDO / OHIO 43614
City State Zip Code

PHONE (home) 419-385-1190 (work) 419-865-6686

EMAIL ADDRESS JJSPENCER1973@BEX.NET

**EMPLOYMENT HISTORY**

START DATE: 6-13-82 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** James A. Spencer

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME SPENCER KENNETH WILLIAM
Last First Middle

HOME ADDRESS 811 ROCK SPRING RD
Address

NAPERVILLE IL 60565
City State Zip Code

PHONE (home) 6304161245 (work) 7736017866

EMAIL ADDRESS SPENCE71@GMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: JULY 1978 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Spinks Steven Duane
Last First Middle

HOME ADDRESS P.O. Box 236
Address

Eagle Rock Va
City State Zip Code

PHONE (home) (540) 960-0473 (work) ____________

EMAIL ADDRESS piplayr@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 7/1999 **END DATE (IF APPLICABLE):** still employed

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** SD Spinks

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME STAUDAHER JAMES GEORGE
Last First Middle

HOME ADDRESS 9402 S. TANYA AVE
Address

SOUTH JORDAN UT 84095
City State Zip Code

PHONE (home) 801-446-9979 (work) 801-325-9670

EMAIL ADDRESS jstaud63@msn.com

**EMPLOYMENT HISTORY**

START DATE: 3/31/87 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: TMC S56 Salt Lake City TRACON

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: STAUFFER (Last) TODD (First) ANDREW (Middle)

HOME ADDRESS: 5351 GOLD CREEK CIRCLE (Address)

BYRON (City) CA (State) 94505 (Zip Code)

PHONE (home) 925 989 7010 (work) 510 745 3342

EMAIL ADDRESS TODDSTAUFFER@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 5/23/1999 END DATE (IF APPLICABLE): ——

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ______________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME STAWASH, JOSEPH, FRANCIS
Last First Middle

HOME ADDRESS 7502 E. BENT TREE DR.
Address

SCOTTSDALE, AZ, 85266
City State Zip Code

PHONE (home) 480-563-5922 (work) 602-306-2500

EMAIL ADDRESS JSPHXTWR@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 4/5/82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: STEFFEY (Last) BRETT (First) B (Middle)

HOME ADDRESS: 1015 WINDING HART DR. (Address)

INDPLS (City) IN (State) 46229 (Zip Code)

PHONE (home) 317-490-5317 (work) 317-247-2313

EMAIL ADDRESS: BROCK_HR@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 10/89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS - TMC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME STELL (Last) VON (First) RAYMOND (Middle)

HOME ADDRESS 4400 RANCHO CENTRO NW (Address)

ALBUQUERQUE (City) NM (State) 87120 (Zip Code)

PHONE (home) (505) 792-0863 (work) (505) 856-4500

EMAIL ADDRESS Stellfamilyof5@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 6/18/2000 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME STEWART JASON SEAN
Last First Middle

HOME ADDRESS 7 ROBERTA JEAN CIR.
Address

E. FALMOUTH MA 02536
City State Zip Code

PHONE (home) (508) 457 1733 (work) (508) 563 1428

EMAIL ADDRESS JAYBSTEWART@MSN.COM

**EMPLOYMENT HISTORY**

START DATE: 6/17/02 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME STEWART JEFFREY L
Last First Middle

HOME ADDRESS 5320 VARIETY AVE
Address

N LAS VEGAS NEVADA 89031
City State Zip Code

PHONE (home) 702 644-4804 (work) 9286382628

EMAIL ADDRESS STEWPENDUS @ COX.NET

**EMPLOYMENT HISTORY**

START DATE: 030903 **END DATE (IF APPLICABLE):**

POSITION / JOB TITLE: AIR TRAFFIC CONTROL

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME STEWART (Last) John (First) Christopher (Middle)

HOME ADDRESS 3810 SPRUCE GLEN (Address)

KINGWOOD (City) TEXAS (State) 77339 (Zip Code)

PHONE (home) 281-359-9906 (work) 281-230-8400

EMAIL ADDRESS JCSTEWART@KINGWOODCABLE.NET

**EMPLOYMENT HISTORY**

START DATE: 5-29-1983 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME [illegible]
Last First Middle

HOME ADDRESS [illegible]
Address

[illegible]
City State Zip Code

PHONE (home) [illegible] (work) [illegible]

EMAIL ADDRESS [illegible]

**EMPLOYMENT HISTORY**

START DATE: [illegible] END DATE (IF APPLICABLE): [illegible]

POSITION / JOB TITLE: [illegible]

**PLAINTIFF SIGNATURE** [illegible] [illegible]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Stowell (Last) William (First) Wakefield (Middle)

HOME ADDRESS: 2424 Shetland Dr. (Address)

Highland Village (City) TX (State) 75077 (Zip Code)

PHONE (home) 972-317-1001 (work) 817-858-7525

EMAIL ADDRESS: jus4weezer@verizon.net

**EMPLOYMENT HISTORY**

START DATE: 5-28-91 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** W. Stowell

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME STRANSKY JAMES P.
Last First Middle

HOME ADDRESS 5915 E. VERNON AVE.
Address

SCOTTSDALE AZ 85257
City State Zip Code

PHONE (home) 480-807-0059 (work) 602-360-2566

EMAIL ADDRESS jpjag@cox.net

**EMPLOYMENT HISTORY**

START DATE: 6/21/90 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: STUKEY (Last) ROBERT (First) ALAN (Middle)

HOME ADDRESS: 344 APPLE CROSS RD. (Address)

HARPERS FERRY (City) WV (State) 25425 (Zip Code)

PHONE (home) (304) 728-8749 (work) (703) 771-3497

EMAIL ADDRESS: WVSTUKE @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 2/28/86 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME STYER Michael John
Last First Middle

HOME ADDRESS 842 McMAKIN Rd
Address

BARTONVILLE TX 76226
City State Zip Code

PHONE (home) 817 313 7401 (work) 972 615 2541

EMAIL ADDRESS STYERM @ ATT . NET

**EMPLOYMENT HISTORY**

START DATE: 08/23/1982 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: TMC TRAFFIC MANAGEMENT COORDINATOR

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SULLIVAN DYLAN R
Last First Middle

HOME ADDRESS 57B HARBOR BEACH RD
Address

MILLER PLACE NY 11764
City State Zip Code

PHONE (home) 631 642 70[illegible]5 (work) 516 683 2961

EMAIL ADDRESS DYLAN_SULLIVAN@HOTMAIL.com

**EMPLOYMENT HISTORY**

START DATE: 07/20/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Dylan Sullivan

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Sullivan (Last) Kevin (First) Thomas (Middle)

HOME ADDRESS: 5491 BeechTree Drive (Address)

Warrenton (City) VA (State) 20187 (Zip Code)

PHONE (home) (540) 347-9775 (work) (540) 349-7500

EMAIL ADDRESS dodie5491@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 3-2-87 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SULLIVAN KIMBERLY CAROL
Last First Middle

HOME ADDRESS 15145 REEF DR. W.
Address

JACKSONVILLE FL. 32226
City State Zip Code

PHONE (home) (904) 751-2293 (work) (904) 549-1548

EMAIL ADDRESS prancingnoodle@yahoo.com.

**EMPLOYMENT HISTORY**

START DATE: 5/19/2002 END DATE (IF APPLICABLE): still there

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Kimberly Sullivan

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Susa (Last) William (Jr) (First) — (Middle)

HOME ADDRESS: PO Box 236 (Address)

Burkittsville (City) MD (State) 21718 (Zip Code)

PHONE (home) 301 834 9242 (work) 703 771 3496

EMAIL ADDRESS: ____________

**EMPLOYMENT HISTORY**

START DATE: 12/10/1987 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller, Washington ARTCC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: SUTPHIN (Last) GLORIA (First) L. (Middle)

HOME ADDRESS: 5303 MARSH BUTTE ST. (Address)

LAS VEGAS (City) NV (State) 89148 (Zip Code)

PHONE (home) 702 541 8561 (work) 702 262-5910

EMAIL ADDRESS TEANOLEMON@GMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: GOV 6/29/1980 FAA 1/1984 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: SUTPHIN (Last) STEVEN (First) SCOTT (Middle)

HOME ADDRESS: 5303 MARSH BUTTE ST (Address)

LAS VEGAS (City) NV (State) 89148 (Zip Code)

PHONE (home) 702 541 8561 (work) ____

EMAIL ADDRESS TEA NO LEMON @ GMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 9/23/01 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SWARDSON CHARLES ERIC
Last First Middle

HOME ADDRESS 8201 E. WILSHIRE DR
Address

SCOTTSDALE AZ 85257
City State Zip Code

PHONE (home) 480-948-1664 (work) 602-306-2566

EMAIL ADDRESS MONCHAZ@COX.NET

**EMPLOYMENT HISTORY**

START DATE: 9-26-86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: SWICKARD (Last) DEAN (First) OWEN (Middle)

HOME ADDRESS: 18435 SUGARBERRY LANE (Address)
SPRING HILL (City) FL (State) 34610 (Zip Code)

PHONE (home) 727 857-1533 (work) ______

EMAIL ADDRESS esso58@verizon.net

**EMPLOYMENT HISTORY**

START DATE: 9-26-86 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** 

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME SWINNEY PHILLIP S.
Last First Middle

HOME ADDRESS 291 SHEPHERD LANE
Address

SHEPHERDSTOWN, WV 25443
City State Zip Code

PHONE (home) 304-876-1597 (work) 703-771-3473

EMAIL ADDRESS PHIL.S.SWINNEY@FAA.GOV

**EMPLOYMENT HISTORY**

START DATE: FEB. 2, 1982 END DATE (IF APPLICABLE): STILL EMPLOYED

POSITION / JOB TITLE: MILITARY OPERATIONS SPECIALIST

**PLAINTIFF SIGNATURE** Phillip S. Swinney