IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Tadlock-Vollaro

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Tadlock (Last) Rodney (First) K. (Middle)

HOME ADDRESS 1541 W. Forest (Address)

Olathe (City) KS. (State) 66061 (Zip Code)

PHONE (home) 913-782-9096 (work) 913-254-8512

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 4-29-86 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME TATRO SHANNON DAR
Last First Middle

HOME ADDRESS 20100 MOSHER RD
Address

WELLINGTON OH 44090
City State Zip Code

PHONE (home) 4409350622 (work) ________

EMAIL ADDRESS Sptatro @ msn.com

**EMPLOYMENT HISTORY**

START DATE: 4/1/01 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTRL

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Taylor (Last) Christine (First) A. (Middle)

HOME ADDRESS: 2450 Airport Rd. K1108 (Address)

Longmont (City) CO (State) 80503 (Zip Code)

PHONE (home) 303-704-0382 (work) ____________

EMAIL ADDRESS: CJ2Taylor@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: March 28, 2006 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME TAYLOR, WILLIAM LAWRENCE
Last / First / Middle

HOME ADDRESS 603 S. CEDAR
Address

OTTAWA KS 66067
City / State / Zip Code

PHONE (home) 785-242-7873 (work) N/A

EMAIL ADDRESS RG8AL@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 12-16-1988 END DATE (IF APPLICABLE): 10-14-2006

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

PLAINTIFF SIGNATURE [signature]

[illegible] TAYLOR [illegible] FOR [illegible] TAYLOR

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME TERNULLO FRANK CARL
Last First Middle

HOME ADDRESS 61B FLETCHER LN
Address
BREWSTER MA 02631
City State Zip Code

PHONE (home) 508 896 7840 (work) ______

EMAIL ADDRESS ternullo_02563@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 1/17/82 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Thomas Richard John
Last First Middle

HOME ADDRESS 10803 N. Klickitat Ct.
Address

Spokane WA 99208
City State Zip Code

PHONE (home) 509-468-4163 (work) 509-363-6910

EMAIL ADDRESS rjthomas227@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 3-31-1987 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Richard J. Thomas

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Thomas, Wanda Ophelia
Last First Middle

HOME ADDRESS 6605 Forget-me-not Commons
Address

Livermore, CA 94551
City State Zip Code

PHONE (home) 925.922.1824 (work) 510.745.3000

EMAIL ADDRESS Wanda.Thomas@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: Jan 8, 1984 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Wanda O. Thomas

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME THOMPSON (Last) CHARLES (First) PATRICK (Middle)

HOME ADDRESS 21522 SULLIVAN FOREST DR. (Address)

PORTER (City) TX (State) 77365 (Zip Code)

PHONE (home) 281 577 9187 (work) 281 450 3257

EMAIL ADDRESS CHUCKYTIZ @ EARTHLINK .NET

**EMPLOYMENT HISTORY**

START DATE: 09/03 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ____________________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME TONEY DAVID M.
Last First Middle

HOME ADDRESS 188 BANNOCKBURN BLVD
Address

BLACKLICK OH. 43004
City State Zip Code

PHONE (home) (614) 322-2206 (work) (614) 338-4030

EMAIL ADDRESS dave458@insight.rr.com

**EMPLOYMENT HISTORY**

START DATE: 3/27/88 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** ______

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME TOREN (Last) NANCY (First) E (Middle)

HOME ADDRESS 4168 KNOB CIRCLE (Address)

EAGAN (City) MN (State) 55122 (Zip Code)

PHONE (home) 651-994-0202 (work) ______

EMAIL ADDRESS N.TOREN@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 11/01/89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Nancy Toren

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Tracy (Last) Daniel (First) Kent (Middle)

HOME ADDRESS 836 Buttonwood Cir. (Address)

Naperville (City) IL (State) 60540 (Zip Code)

PHONE (home) 630 983 0899 (work) 773 601 7647

EMAIL ADDRESS danandsusant@SBCGlobal.net

**EMPLOYMENT HISTORY**

START DATE: 1/9/85 END DATE (IF APPLICABLE): NA

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Trammell (Last) George (First) Edgar (Middle)

HOME ADDRESS: 7231 Skylark Court (Address)

Okla. City (City) OK (State) 73162 (Zip Code)

PHONE (home) 405-721-6993 (work) 405-686-4717

EMAIL ADDRESS gtrammell2@cox.net

**EMPLOYMENT HISTORY**

START DATE: 6/30/87 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Ge Trammell

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Tucciarone Michael Angelo
Last First Middle

HOME ADDRESS 248 Downhill Run
Address

Toms River NJ 08755
City State Zip Code

PHONE (home) 732-244-1883 (work) 609-485-6192

EMAIL ADDRESS MikeACY@Comcast.net

**EMPLOYMENT HISTORY**

START DATE: 11/6/81 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Tucker (Last) Benton (First) Thomas (Middle)

HOME ADDRESS 22739 Eagles Watch Drive (Address)

Land O Lakes (City) FL (State) 34639 (Zip Code)

PHONE (home) 813-996-4540 (work) 813-855-0000

EMAIL ADDRESS bakedzt@tampabay.rr.com

**EMPLOYMENT HISTORY**

START DATE: 4/3/89 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Tucker (Last) James (First) Edwin (Middle)

HOME ADDRESS: 3004 Beverly Court (Address)

McDonough (City) Ga (State) 30252 (Zip Code)

PHONE (home) 678 432 2788 (work) 770 596 0883

EMAIL ADDRESS JET Blue 004 @charter.net

**EMPLOYMENT HISTORY**

START DATE: Dec 7, 1984 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** James Tucker

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Turner Jeffery Wilson
Last First Middle

HOME ADDRESS 527 Hermitage Ct
Address

Charlotte, NC 28207
City State Zip Code

PHONE (home) 704.343.0067 (work) ____________

EMAIL ADDRESS FullofesB[illegible]2000@Yahoo.Com

EMPLOYMENT HISTORY

START DATE: July 29, 1986 END DATE (IF APPLICABLE): n/a

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME TURNQUIST JOHN MARLIN
Last First Middle

HOME ADDRESS 17315 HARDING LANE
Address

LAKEVILLE MN 55044
City State Zip Code

PHONE (home) 952-953-3811 (work) 651-463-5586

EMAIL ADDRESS (NONE)

**EMPLOYMENT HISTORY**

START DATE: 11/26/1985 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** John M. Turnquist

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME UNDERWOOD MARK ANDREW
Last First Middle

HOME ADDRESS 39530 BANYAN TREE COURT
Address

FREMONT CA 94538
City State Zip Code

PHONE (home) 510-445-0989 (work) 510-745-3440

EMAIL ADDRESS underwood_m@msn.com

**EMPLOYMENT HISTORY**

START DATE: 4-18-1993 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC Specialist, FPL, CPC

**PLAINTIFF SIGNATURE** Mark A. Underwood

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Unger (Last) Dawn (First) Marie (Middle)

HOME ADDRESS: 7911 W. Joliet Dr N. (Address)

Tinley Park (City) IL (State) 60477 (Zip Code)

PHONE (home) 708-342-0096 (work) 773-884-3680

EMAIL ADDRESS URATCMDW@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 4/18/93 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Dawn M Unger

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: VACA (Last) Edward (First) — (Middle)

HOME ADDRESS: 1713 Tyler Ave. (Address)

Euless (City) Tx (State) 76040 (Zip Code)

PHONE (home) 817 267 3515 (work) 817 858 7300

EMAIL ADDRESS evaca1@tx.rr.com

**EMPLOYMENT HISTORY**

START DATE: 8-23-81 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS / CPC

**PLAINTIFF SIGNATURE** Edward Vaca

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: VAGEDES (Last) JOHN (First) JACOB (Middle)

HOME ADDRESS: 309 ELM ST. PO BOX 82 (Address)

BRONSON (City) IA (State) 51007 (Zip Code)

PHONE (home) (712) 948-3781 (work) (712) 277-3424

EMAIL ADDRESS ATCJOHN@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: MAY 11, 2001 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL (CPC)

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: VanDamme (Last) Roger (First) Joseph (Middle)

HOME ADDRESS: PO Box 421345 (Address)

Indianapolis (City) IN (State) 46242 (Zip Code)

PHONE (home) 317 535 3015 (work) 317 247 2201

EMAIL ADDRESS Zidrq c Yahoo

**EMPLOYMENT HISTORY**

START DATE: 2-17-88 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME VanHorn Michelle Elizabeth
Last First Middle

HOME ADDRESS 1795 Silverwood Ct.
Address

Danville CA 94526
City State Zip Code

PHONE (home) 925 804 6434 (work) ____

EMAIL ADDRESS docdocgoose@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 8/16/05 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Controller Developmental

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Vantiger (Last) Michael (First) David (Middle)

HOME ADDRESS: 12818 Magnolia Leaf St. (Address)

Houston (City) TX (State) 77065 (Zip Code)

PHONE (home) 281-890-7426 (work) 281-744-5011

EMAIL ADDRESS tigercontroller@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 9-26-1984 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Michael D. Vantiger

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME VENOHR (Last) ROBERT (First) ETNYRÉ (Middle)

HOME ADDRESS 4037 S. SABLE CIR (Address)

AURORA (City) CO (State) 80014 (Zip Code)

PHONE (home) 303-~~3~~ 766-0712 (work) 303-342-1600

EMAIL ADDRESS RKVENOHR @ COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 6-23-85 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Certified Professional Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME VERELINE SUSAN W.
Last First Middle

HOME ADDRESS 768 Brookedge Terrace
Address

Sebastian FL 32958
City State Zip Code

PHONE (home) 772-589-5201 (work) 772-299-0629

EMAIL ADDRESS atcsuvrb@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 04/85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Susan Vereline

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: VILASUSO (Last) JAMES (First) P (Middle)

HOME ADDRESS: 65 SCARBOROUGH RD (Address)

MANCHESTER (City) CT (State) 06040 (Zip Code)

PHONE (home) 860 432 0551 (work) 860 356 3500

EMAIL ADDRESS USEATC @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 12-04-86 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: VISITACION, FRED S
(Last / First / Middle)

HOME ADDRESS: 1034 WESTRIDGE DR.
(Address)

MILPITAS CA 95035
(City / State / Zip Code)

PHONE (home) 408.946-2021 (work) 510. 745. 3440

EMAIL ADDRESS FSVISIT@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 8-23-77 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: VITOlA JR. (Last) JAmeS (First) Daniel (Middle)

HOME ADDRESS: 906 WAYne Drive (Address)

Winchester (City) VA (State) 22601 (Zip Code)

PHONE (home) 540 662 6276 (work) 703 771 3494

EMAIL ADDRESS: JV2221@Aol.Com

**EMPLOYMENT HISTORY**

START DATE: 2/11/03 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME VOLLARO STEPHEN J
Last First Middle

HOME ADDRESS 3 LANCELOT LANE
Address

SETAUKET N.Y. 11733
City State Zip Code

PHONE (home) (631) 689-3719 (work) (516) 683-2967

EMAIL ADDRESS HOLLYDOG14@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 8-90 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]