IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _________________________________ | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Wahl-Weltzen

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WAHL Charles Steven
Last First Middle

HOME ADDRESS 3045 Boeing Rd
Address

Cameron Park CA 95682
City State Zip Code

PHONE (home) 530-677-2828 (work) 916-366-4001

EMAIL ADDRESS T28Pilot@earthlink.net

**EMPLOYMENT HISTORY**

START DATE: 9-29-82 END DATE (IF APPLICABLE): Soon!

POSITION / JOB TITLE: Air Traffic Control specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: WALKER (Last) RODNEY (First) K (Middle)

HOME ADDRESS: 53 SHARON DR (Address)

CORAM (City) NY (State) 11727 (Zip Code)

PHONE (home) 631 642 7033 (work) 6314681402

EMAIL ADDRESS EMROD1@OPTONLINE.NET

**EMPLOYMENT HISTORY**

START DATE: 3/03 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME WALKER William David
Last First Middle

HOME ADDRESS 486 June dr.
Address

Arnold MO 63010
City State Zip Code

PHONE (home) (636)296-9054 (work) (314) 890-7280

EMAIL ADDRESS WDub@Aol.com

**EMPLOYMENT HISTORY**

START DATE: 08-16-81 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** William Walker

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: WALLIN (Last) JOHN (First) IVAR (Middle) JR.

HOME ADDRESS: 1931 BRIERBROOK RD. (Address)

GERMANTOWN (City) TN (State) 38138 (Zip Code)

PHONE (home): 901-484-1537 (work) 901-322-3308

EMAIL ADDRESS: JWALLING1@ COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 6/8/82 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: CERTIFIED PROFFESSIONAL CONTROLLER (CPC) MEM ATCT

PLAINTIFF SIGNATURE

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME WALSH RONALD J
Last First Middle

HOME ADDRESS 10791 WILDHURST St.
Address

LAS VEGAS NV. 89183
City State Zip Code

PHONE (home) 702-270-8719 (work) 702-262-5944

EMAIL ADDRESS RONTON888@NETZERO.COM

**EMPLOYMENT HISTORY**

START DATE: 1-7-92 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WALTER LISA ANNE
Last First Middle

HOME ADDRESS 9204 181st AVE. E.
Address

Bonney Lake WA 98391
City State Zip Code

PHONE (home) (253)863-1360 (work) (253) 351-3508

EMAIL ADDRESS LISA2010@Comcast.net

**EMPLOYMENT HISTORY**

START DATE: 2/7/85 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: ATCS SEATTLE ARTCC

**PLAINTIFF SIGNATURE** Lisa A Walter

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WALUKONIS Jeffery M
Last First Middle

HOME ADDRESS 95186 Captains Way
Address

Fernandina Beach FL 32034
City State Zip Code

PHONE (home) 904-261-0290 (work) 904-753-2214

EMAIL ADDRESS jeff753@Bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 6-1-82 END DATE (IF APPLICABLE): 2-3-07

POSITION / JOB TITLE: LH / ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: WALUKONIS (Last) Robin (First) S (Middle)

HOME ADDRESS: 95186 CAPTAIN WAY (Address)
Fernandina Beach (City) FL (State) 32034 (Zip Code)

PHONE (home) 904-261-0290 (work) —

EMAIL ADDRESS: Rmwally@Bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 9/ END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: LH/ATCS

**PLAINTIFF SIGNATURE** Robin Walukonis

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME WARREN MERLE JAY
Last First Middle

HOME ADDRESS 4440 MUIR AVE
Address

SAN DIEGO CA 92107-2311
City State Zip Code

PHONE (home) (619) 223-2262 (work) (858) 537-5900

EMAIL ADDRESS MJTIMES4 @ YAHOO. COM

**EMPLOYMENT HISTORY**

START DATE: 11/22/83 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: CPC / ATCS, ~~SFO~~ SCT TRACON

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WARTELL, THOMAS E.
Last First Middle

HOME ADDRESS 2210 S. WASHINGTON
Address

NAPERVILLE, IL 60565
City State Zip Code

PHONE (home) 630 983-8407 (work) N/A - RETIRED

EMAIL ADDRESS LLETRAW@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: SCD 03/18/82 END DATE (IF APPLICABLE): 01/07/07

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Thomas E Wartell

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: WATERS (Last) ROBERT (First) V (Middle)

HOME ADDRESS: 240 ALBATROSS TERRACE (Address)

SEBASTIAN (City) FL (State) 32958 (Zip Code)

PHONE (home) 772 589 8852 (work) 772 299 0129

EMAIL ADDRESS

**EMPLOYMENT HISTORY**

START DATE: 12-19-99 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ROBERT V. WATERS

Note! WAS forced to use Compensatory time in 2006 (44hrs) instead of use or Loose Annual Leave

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Watkins Marcella M
Last First Middle

HOME ADDRESS P O Box 18605
Address

Memphis TN 38181-0605
City State Zip Code

PHONE (home) 901-794-0440 (work) 901-3688282 cell 901 335-3897

EMAIL ADDRESS NA

**EMPLOYMENT HISTORY**

START DATE: 5/83 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: CPC Certified Professional Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WEBER JOEL MATTHEW
Last First Middle

HOME ADDRESS 31377 MACKINAW ST
Address

UNION CITY CA 94587
City State Zip Code

PHONE (home) 510 441-1539 (work) 510 745-3440

EMAIL ADDRESS joelsp51@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 04/89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** Joel M. Weber

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: WEBER (Last) RICHARD (First) ALAN (Middle)

HOME ADDRESS: 10765 CHAMPION FOREST (Address)

CONROE (City) TX (State) 77303 (Zip Code)

PHONE (home) (936) 445-3754 (work) (281) 230-5554

EMAIL ADDRESS: WEBER7@aol.com

**EMPLOYMENT HISTORY**

START DATE: 08-87 END DATE (IF APPLICABLE): CURRENT

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Richard A. Weber

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WEEKS GREGORY T.
Last First Middle

HOME ADDRESS 5S497 RT. 47
Address

SUGAR GROVE IL. 60554
City State Zip Code

PHONE (home) (630) 466.4129 (work) (630) 906.8371

EMAIL ADDRESS G.WEEKS@MCHSI.COM

**EMPLOYMENT HISTORY**

START DATE: 9-29-82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Weeks John K
Last First Middle

HOME ADDRESS 1442 Wolf Hunt Drive
Address

Collierville TN 38017
City State Zip Code

PHONE (home) 901 854 6696 (work) 901 368 8237

EMAIL ADDRESS JWhunts@Gmail.com

**EMPLOYMENT HISTORY**

START DATE: 8/29/04 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** John Weeks

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Wegner James H
Last First Middle

HOME ADDRESS: 552 Murphys Estate Dr.
Address
The Villages FL 32162
City State Zip Code

PHONE (home): 352-702-1873 (work) ______

EMAIL ADDRESS: JWegner@NATCA.net

**EMPLOYMENT HISTORY**

START DATE: 1982-8-17 END DATE (IF APPLICABLE): 6/30/2007

POSITION / JOB TITLE: NUF ATCT - Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** James H Wegner

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WELLER DONNA ANN
Last First Middle

HOME ADDRESS 377 YEAGER ROAD
Address

NEWNAN GA 30265
City State Zip Code

PHONE (home) 770-304-3485 (work) ______

EMAIL ADDRESS gihoney17@aol.com

**EMPLOYMENT HISTORY**

START DATE: 1/26/2003 END DATE (IF APPLICABLE): N/A.

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: WELLS (Last) BRADLEY (First) KEITH (Middle)

HOME ADDRESS: 20211 N. NORTHWOOD, DR. (Address)

MEAD (City) WA. (State) 99021 (Zip Code)

PHONE (home) (509) 238-2202 (work) (504) 363-6910

EMAIL ADDRESS bnnls @ netscape.com

**EMPLOYMENT HISTORY**

START DATE: 9/90 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Brady K Wells

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

THIS MAY BE A DUPLICATE

NAME WELTZION RUSSELL H
Last First Middle

HOME ADDRESS 17606 White Tail CT.
Address

PARRISH FL 34219
City State Zip Code

PHONE (home) 941-776-5061 (work) 727-536-8712

EMAIL ADDRESS NATCABUM @ NETZERO . COM

**EMPLOYMENT HISTORY**

START DATE: 7/01/91 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]