IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Wenneman-Wynkoop

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WENNEMAN, THOMAS JOHN
Last First Middle

HOME ADDRESS 3702 W 130th ST
Address

CLEVELAND, OHIO 44111
City State Zip Code

PHONE (home) 216 534-2796 (work) 216 898-2020

EMAIL ADDRESS TJWENNEMAN @ YAHOO. COM

**EMPLOYMENT HISTORY**

START DATE: 2-14-1984 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______________________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME WERNERT (Last) ALAN (First) JOSEPH (Middle)

HOME ADDRESS 3159 GRANVIEW LANE (Address)

DEWITT (City) MI. (State) 48820 (Zip Code)

PHONE (home) (517) 669-8294 (work) (517) 321-6003

EMAIL ADDRESS ALWERNERT@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 04/06/94 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Alan J. W

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: WEST DAVID WAYNE
Last First Middle

HOME ADDRESS: 4267 DAVIS GROVE BLVD
Address

OLIVE BRANCH MS 38654
City State Zip Code

PHONE (home) 662 895 2545 (work) 901 368 8250

EMAIL ADDRESS DWEST16@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 4-30-82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME WETHERELL DAVID FRANCIS
Last First Middle

HOME ADDRESS 2907 CARONE DR,
Address

JEFFERSON MD 21755
City State Zip Code

PHONE (home) 301 834 6008 (work) ______

EMAIL ADDRESS DAWEWJUNIOR@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 2/16/06 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Whittaker Jerry Lee
Last / First / Middle

HOME ADDRESS: 13037 Champlain Drive
Address

Manassas VA 20112
City / State / Zip Code

PHONE (home) 703791 5055 (work) ______

EMAIL ADDRESS Jerry.Whittaker@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 1/21/82 END DATE (IF APPLICABLE): 12/06/06

POSITION / JOB TITLE: ATCS 2152 ATC12

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME WILDER MICHAEL EARL
Last First Middle

HOME ADDRESS 6462 REGENTS COVE
Address

BARTLETT TN 38135
City State Zip Code

PHONE (home) (901) 213-3557 (work) (901) 368-8238

EMAIL ADDRESS mwilder1@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 4/2/95 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL ~~SPEC~~ SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Williams Michael C
Last First Middle

HOME ADDRESS 438 Sweetbriar Dr.
Address

Warminster PA 18974
City State Zip Code

PHONE (home) 215 357 4023 (work) 215 677-6008

EMAIL ADDRESS mwwarminster@AOL.com

**EMPLOYMENT HISTORY**

START DATE: [illegible] END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: [illegible]

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Williams (Last) Ronald (First) Dean (Middle)

HOME ADDRESS: 9 Eastbrook Rd (Address)

Eastport (City) NY (State) 11941 (Zip Code)

PHONE (home) (631) 286-8390 (work) (631) 465-1069

EMAIL ADDRESS: KARRS2000@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: Feb 1986 END DATE (IF APPLICABLE): Still employed

POSITION / JOB TITLE: 2152 Air Traffic Controller

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WILLIS WILLIAM LEE
Last First Middle

HOME ADDRESS 2011 BURNSIDE DR.
Address

FREDERICK MD
City State Zip Code

PHONE (home) 301 846 0793 (work) ____________

EMAIL ADDRESS golejw@netscape.com

**EMPLOYMENT HISTORY**

START DATE: 4-87 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** William L. Willis

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: WILLSON Scott
Last / First / Middle

HOME ADDRESS: 12324 Gillette St
Address

Overland Park, KS 66213
City / State / Zip Code

PHONE (home) 913-681-0043 (work) 913-593-3284

EMAIL ADDRESS scottgwillson@aol.com

**EMPLOYMENT HISTORY**

START DATE: 9/28/1987 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WILSON DARRELL L
Last First Middle

HOME ADDRESS 195 LEE'S OVERLOOK
Address

FAYETTEVILLE GA 30214
City State Zip Code

PHONE (home) 770 306 1707 (work) 770 210 7133

EMAIL ADDRESS LATHEL@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 5-21-83 END DATE (IF APPLICABLE): CURRENT

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME WILSON DAVID C.
Last First Middle

HOME ADDRESS 2343 RED DOE RD.
Address

FLORENCE SC 29506
City State Zip Code

PHONE (home) (843) 662-2451 (work) (843) 669-5194

EMAIL ADDRESS dwilson35@sc.rr.com

**EMPLOYMENT HISTORY**

START DATE: 4-17-2000 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC CPC (TERMINAL)

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Wingert Nancy Eileen
Last First Middle

HOME ADDRESS 8016 NW Pleasant Ford Road
Address

Weatherby Lake Mo 64152
City State Zip Code

PHONE (home) 816 769 4849 (work) ______

EMAIL ADDRESS rogerwingert@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: August 7 1981 END DATE (IF APPLICABLE): January 2005

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Nancy Wingert

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: WINSTON (Last) ROBERT (First) KELLY (Middle)

HOME ADDRESS: 205 Huntleigh Dr (Address)

Belleville (City) IL (State) 62220 (Zip Code)

PHONE (home) (618) 541-7115 (work) (618) 337-5660

EMAIL ADDRESS ~~Sky~~ SKYRANGR69@cs.com

**EMPLOYMENT HISTORY**

START DATE: 2/5/95 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Robert K. Winston

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Winton (Last) James (First) B (Middle)

HOME ADDRESS: 2145 Whispering Pines Ln (Address)

McDonough (City) Ga (State) 30253 (Zip Code)

PHONE (home) 770 914 9744 (work) 770 210 7135

EMAIL ADDRESS mcdonoughjim @ yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 12-4-89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: WRIGHT (Last) IRA (First) STANTON (Middle)

HOME ADDRESS: 3402 E NIGHTHAWK WAY (Address)

PHOENIX (City) AZ (State) 85048 (Zip Code)

PHONE (home) 480 7592123 (work) 480 9811230

EMAIL ADDRESS IWRIGHT@QWEST.NET

**EMPLOYMENT HISTORY**

START DATE: 12/01/1980 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Wright (Last) Jane (First) Elizabeth (Middle)

HOME ADDRESS: 1630 Wyndham Place (Address)

Hastings (City) MN (State) 55033 (Zip Code)

PHONE (home) 651-438-7467 (work) 651-463-5586

EMAIL ADDRESS jane.wright@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 5-1991 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: air traffic control specialist

**PLAINTIFF SIGNATURE** Jane E Wright

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: WRIGHT (Last) STANLEY (First) WAYNE (Middle)

HOME ADDRESS: 136 SILVER DR (Address)

ELIZABETHTOWN (City) PA (State) 17022 (Zip Code)

PHONE (home) 717 580-5455 (work) 717 948 2696

EMAIL ADDRESS ~~PAFLY~~ PAFLYTYER @ YAHOO . COM

**EMPLOYMENT HISTORY**

START DATE: 8-21-00 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Wright Willie A
Last First Middle

HOME ADDRESS 185 Ashley Forest Dr
Address

Fayetteville GA 30214
City State Zip Code

PHONE (home) 770 716 9962 (work) 678 364 6103

EMAIL ADDRESS Willie_stylz @ yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 6-18-2000 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Willie [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Wyatt (Last) Mark (First) Wesley (Middle)

HOME ADDRESS: 5907 Tiffany Ct (Address)
Arlington (City) Texas (State) 76016 (Zip Code)

PHONE (home): 817-704-3134 (work) 817-858-7526

EMAIL ADDRESS: Mlaa7301@tx.rr.com

**EMPLOYMENT HISTORY**

START DATE: Feb 1998 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air traffic controller

PLAINTIFF SIGNATURE: Mark Wyatt

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: WYNKOOP (Last) Peter (First) DAVID (Middle)

HOME ADDRESS: 19 SOUND ROAD (Address)

WADING RIVER (City) NY (State) 11792 (Zip Code)

PHONE (home) 631 764 4441 (work) 516-683 2963

EMAIL ADDRESS: CDMKOOP@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 4/83 END DATE (IF APPLICABLE): → Present

POSITION / JOB TITLE: ATC SPECIALIST NY TRACON

**PLAINTIFF SIGNATURE** Peter D Wynkoop