IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _ | ) | |

**Plaintiffs' First Amended Complaint**

# Consent Forms Yankauski-Zmarzlinski

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: YANKAUSKI (Last) ALBAN (First) — (Middle)

HOME ADDRESS: 4552 Goodell Rd (Address)
MANTUA (City) OH (State) 44255 (Zip Code)

PHONE (home) 330-274-0722 (work) ____________

EMAIL ADDRESS KEGOBud@ATT.NET

**EMPLOYMENT HISTORY**

START DATE: 4/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME YORK PATRICIA MAE
Last First Middle

HOME ADDRESS 10610 WILLOW LANE
Address

PENN VLY CA 95946
City State Zip Code

PHONE (home) 530 575 7381 (work) ______

EMAIL ADDRESS sweetbutno16@softcom.net

**EMPLOYMENT HISTORY**

START DATE: 4-18-82 END DATE (IF APPLICABLE): 9-2-06

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Patricia Mae York

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: YOUNG (Last) ANCIL (First) LEE (Middle)

HOME ADDRESS: 1848 S. CHOKECHERRY DR (Address)

BOUNTIFUL (City) UT (State) 84010 (Zip Code)

PHONE (home) 801 2961864 (work) ______

EMAIL ADDRESS: A YOUNG JR MAN @ YAHOO

**EMPLOYMENT HISTORY**

START DATE: 9/10/70 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Ancil Young

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Young (Last) John (First) Frederick (Middle)

HOME ADDRESS P.O. Box 306 (Address)

Hilliard (City) FL (State) 32046 (Zip Code)

PHONE (home) 904-696-6482 (work) 904-549-1548

EMAIL ADDRESS JOHNYOUNG@USA.NET

**EMPLOYMENT HISTORY**

START DATE: 10-5-88 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** John Young

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Young (Last) Kevin (First) Joseph (Middle)

HOME ADDRESS 31023 Autumn Canyon Lane (Address)

Spring (City) TX (State) 77386 (Zip Code)

PHONE (home) 281-419-4707 (work) ____________

EMAIL ADDRESS Kevbri@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: Jan 21 2003 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: Air Traffic Control specialists Enroute

**PLAINTIFF SIGNATURE** Kevin Young

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME YOUNG RICKY ANDREAS
Last First Middle

HOME ADDRESS 817 HOLSCHUH LANE
Address

GREEN BAY WI 54311
City State Zip Code

PHONE (home) (920) 469-1240 (work) (608) 244-5691

EMAIL ADDRESS RYOUNG@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 2-24-02 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST (CPC)

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Young Travis Keith
Last First Middle

HOME ADDRESS 3404 Westway Ct.
Address

Plano, TX 75093
City State Zip Code

PHONE (home) 972 378-9140 (work) ________

EMAIL ADDRESS tyoung@natca.net

**EMPLOYMENT HISTORY**

START DATE: 2/10/83 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME ZAMOISKI NANCY JANE
Last First Middle

HOME ADDRESS 32 SCOTT ROAD
Address

WILTON NH 03086
City State Zip Code

PHONE (home) (603) 654-7198 (work) N/A

EMAIL ADDRESS NANCY 273 @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 5/31/1977 END DATE (IF APPLICABLE): 5/31/2007

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Zaring Paul W
Last First Middle

HOME ADDRESS 125 Mattis Dr
Address

Richland Wa 99352
City State Zip Code

PHONE (home) 509-492-3463 (work) 509-542-4200

EMAIL ADDRESS paul.zaring@natca.net

**EMPLOYMENT HISTORY**

START DATE: 4/30/2000 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ~~A~~ Certified Professional Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME: Zaring (Last) Tracy (First) May (Middle)

HOME ADDRESS: 125 Mattis Dr (Address)

Richland (City) WA (State) 99352 (Zip Code)

PHONE (home) 509 554-0826 (work) 509 542-4209

EMAIL ADDRESS ~~ta~~ traciezaring@charter.net

**EMPLOYMENT HISTORY**

START DATE: Oct 31, 04 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Zdrojewski (Last) Brady (First) Joseph (Middle)

HOME ADDRESS: 8855 Ridge Rd (Address)

Gasport (City) NY (State) 14067 (Zip Code)

PHONE (home) 716 772-7182 (work) 716 633-0664

EMAIL ADDRESS BLAIZ57@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 8/86 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Brady J. Zdrojewski

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME ZIMMERMAN MICHAEL DALE
Last First Middle

HOME ADDRESS 4370 W 118th WAY
Address

WESTMINSTER CO 80031
City State Zip Code

PHONE (home) 303 4663049 (work) 3036514244

EMAIL ADDRESS m.zimmr@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 6/12/89 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Zink Jr. (Last) Charles (First) Edward (Middle)

HOME ADDRESS: 28530 W 159th Terr (Address)

Gardner (City) KS (State) 66030 (Zip Code)

PHONE (home) 913-244-5751 (work) 913-254-8511

EMAIL ADDRESS bobbyzz@aol.com

**EMPLOYMENT HISTORY**

START DATE: Dec 11, 2002 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Zmarzlinski Lisa MacPherson
Last First Middle

HOME ADDRESS 2624 Brompton Ct.
Address

Orlando. FL 32833
City State Zip Code

PHONE (home) (407) 568-2161 (work) ——

EMAIL ADDRESS

**EMPLOYMENT HISTORY**

START DATE: 9-21-2002 END DATE (IF APPLICABLE): Etern[illegible]

POSITION / JOB TITLE: ATC

PLAINTIFF SIGNATURE