IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARK G. ABBEY, et al.<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 07-272C<br>Judge Emily C. Hewitt |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs respectfully request an enlargement of time of fourteen (14) days up to and including December 17, 2007 in which to file their response to Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment. Specifically, plaintiffs' response was originally due on November 1, 2007; this Court granted plaintiffs' prior unopposed motion for an enlargement of time to December 3, 2007. For the reasons set forth below, plaintiffs request that they be granted fourteen (14) more days to respond up to and including December 17, 2007. Defendants' counsel has authorized plaintiffs to state that she does not object to this motion.

Plaintiffs need additional time to respond to Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment in order to receive affidavits from individual plaintiffs with whom plaintiffs' counsel has spoken to counter the claims raised in defendant's motion. Due to the factual issues raised in the defendants' motion, it has been necessary for plaintiffs to provide individual information pertaining to some of the different types of air traffic facilities. Plaintiffs' counsel needs additional time to receive

declarations from individual plaintiffs to address issues raised in defendants' motions. Plaintiffs anticipate that 14 days should be sufficient and this will be plaintiffs last request. Accordingly, plaintiffs respectfully request that the Court grant plaintiffs' motion for an enlargement of time within which to respond to defendants' motions, through December 17, 2007.

Respectfully submitted,

Dated: December 3, 2007

/s/ Gregory K. McGillivary

Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Unopposed Motion for an Enlargement of Time was electronically filed on this 3rd day of December with the Clerk of the Court using the CM/ECF System which will send notification of such filing to defendant's attorney:

Hillary A. Stern
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
(202) 616-0177 (telephone)
(202) 305-7643 (facsimile)

/s/ Gregory K. McGillivary
Gregory K. McGillivary