# In the United States Court of Federal Claims

No. 07-272

(E-Filed: December 5, 2007)

| | |
|---|---|
| MARK G. ABBEY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiffs' Unopposed Motion for an Enlargement of Time (Motion) up to and including December 17, 2007.

Based on the representations contained in the Motion, the Motion is GRANTED. Plaintiffs shall respond to defendant's motions on or before December 17, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge