IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-272C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPENDIX TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS**

**(Pages 1-18)**

Gregory K. McGillivary
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, DC 20005
Phone: (202) 833-8855

Attorney of Record for Plaintiffs

Lauren E. Schwartzreich
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, DC 20005
Phone: (202) 833-8855

Of Counsel

Table of Contents


Declaration of Katherine H. Adcock........1

Declaration of Gary A. Bukovskey........7

Declaration of Barry Krasner........14

Declaration of Donald A. Peterson........19

Declaration of Michael F. Robicheau........25

Declaration of Frank J. Savasta........30

FAA Memorandum, Subject: Vacation Leave........36

Roanoke ROA 7110.1A........39

Plans and Programs Bulletin........40

FAA Payroll Management System........41

Hot Binder........66

FAA Training Memoranda........67

FAA Order 7210.3U, § 2-2........76

DOL W&H Opinion Letter (September 17, 1992)........88

DOL W&H Opinion Letter (November 19, 1998)........89

DOL W&H Opinion Letter (April 24, 1999)........92

FAA Pay Order........94

56 Fed. Reg. 20339........97

62 Fed. Reg. 28305........106

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARK G. ABBEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-272C<br>Judge Emily C. Hewitt |

**DECLARATION OF KATHERINE H. ADCOCK**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the following is true and correct:

1. I am a current employee of the Federal Aviation Administration ("FAA") and have been working for the FAA for approximately 20 years.

2. I presently work at the Miami Terminal Radar Approach Control center ("TRACon")/Tower located in the Southern region. My job title is Air Traffic Controller. I have worked in this position at the Miami Terminal Radar Approach Control center ("TRACon")/Tower for approximately 16 years.

3. All of the following statements pertain to the period of time from May 1, 2004 through the present, unless specifically noted otherwise.

4. I am regularly scheduled to work eight hour shifts for five days each week.

Bidding Time

5. I engage in bidding for work schedules and vacation dates. Since approximately September 2006, my employer has established and enforced the bidding processes and procedures.

6. My supervisor notifies me of the date and time during which I am allowed to bid for my work schedule and vacation dates.

7. The bidding dates and times are posted in a binder kept in my general work area. My supervisor also works in this same area.

8. Attached to this declaration as Exhibit A is my bidding schedule for the years 2006 and 2007. To give context to the attached bid schedule, the following is a summary of my work schedule on those dates during which I bid outside my scheduled work hours: October 3, 2006, October 30, 2006, October 6, 2007 and October 13, 2007 were my days off; October 24, 2007, I worked the 10:30 – 18:30 (military time) shift; October 12, 2007 I worked the 5:30-13:30 (military time) shift; November 9, 2007 I worked the 6:00-14:00 (military time) shift.

9. Exhibit A demonstrates that I bid without pay in 2006 and 2007. For instance, on October 3, 2006 and October 30, 2006, I was scheduled to bid on vacation leave outside my regular work hours because the document shows that on 10/3/2006 my bidding time was 12:00-15:00, but my work schedule indicates that I was off duty that day; and on 10/30/2006 my bidding time was 12:00-15:00 but again, I was off duty that day. Again in 2007, I bid from 14:00-17:00 on 10/6/2007 and bid again at the same time on 10/13/07, but my schedule indicates that I was off duty on both dates. On 10/24/2007, I bid from 18:00-21:00, however, my flex shift started around 10:30-11:00,

therefore it ending around 18:30-19:00. Thus, unless I completed my bidding in 30 minutes on that date, some of my bidding time was outside of my regular work hours. On 10/12/2007, I bid from 18:00-21:00, but I worked the 5:30-13:30 shift. Thus, I bid entirely outside of my regular work hours on that date. On 11/9/2007, I bid from 18:00-21:00, but I worked the 6:00-14:00 shift. Thus, I bid entirely outside of my regular work hours on that date

10. I have not been compensated for bidding performed outside my scheduled hours of work.

11. It is my understanding that other employees engage in similar bidding outside scheduled hours of work. I have observed other employees bidding outside what I know to be their scheduled hours of work.

12. Prior to 2006, bidding was performed during scheduled hours of work.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the aforementioned is true and correct:

DATE: 12-14-07

Katherine A. Adcock

| | | | | | | |
|---|---|---|---|---|---|---|
| DELAMO, | 10/1/2006 06:00 - 09:00 | 10/10/2006 06:00 - 09:00 | 10/19/2006 06:00 - 09:00 | 10/28/2006 06:00 - 09:00 | 11/6/2006 06:00 - 09:00 | 11/15/2006 06:00 - 0 |
| STEWART, | 10/1/2006 09:00 - 12:00 | 10/10/2006 09:00 - 12:00 | 10/19/2006 09:00 - 12:00 | 10/28/2006 09:00 - 12:00 | 11/6/2006 09:00 - 12:00 | 11/15/2006 09:00 - 1 |
| SPRINGER, | 10/1/2006 12:00 - 15:00 | 10/10/2006 12:00 - 15:00 | 10/19/2006 12:00 - 15:00 | 10/28/2006 12:00 - 15:00 | 11/6/2006 12:00 - 15:00 | 11/15/2006 12:00 - 1 |
| TAVANO, | 10/1/2006 15:00 - 18:00 | 10/10/2006 15:00 - 18:00 | 10/19/2006 15:00 - 18:00 | 10/28/2006 15:00 - 18:00 | 11/6/2006 15:00 - 18:00 | 11/15/2006 15:00 - 1 |
| DUGGAN, | 10/1/2006 18:00 - 21:00 | 10/10/2006 18:00 - 21:00 | 10/19/2006 18:00 - 21:00 | 10/28/2006 18:00 - 21:00 | 11/6/2006 18:00 - 21:00 | 11/15/2006 18:00 - 2 |
| FOLZ, | 10/2/2006 06:00 - 09:00 | 10/11/2006 06:00 - 09:00 | 10/20/2006 06:00 - 09:00 | 10/29/2006 06:00 - 09:00 | 11/7/2006 06:00 - 09:00 | 11/16/2006 06:00 - 0 |
| MURTHA, | 10/2/2006 09:00 - 12:00 | 10/11/2006 09:00 - 12:00 | 10/20/2006 09:00 - 12:00 | 10/29/2006 09:00 - 12:00 | 11/7/2006 09:00 - 12:00 | 11/16/2006 09:00 - 1 |
| PEREZ, | 10/2/2006 12:00 - 15:00 | 10/11/2006 12:00 - 15:00 | 10/20/2006 12:00 - 15:00 | 10/29/2006 12:00 - 15:00 | 11/7/2006 12:00 - 15:00 | 11/16/2006 12:00 - 1 |
| WADLE, | 10/2/2006 15:00 - 18:00 | 10/11/2006 15:00 - 18:00 | 10/20/2006 15:00 - 18:00 | 10/29/2006 15:00 - 18:00 | 11/7/2006 15:00 - 18:00 | 11/16/2006 15:00 - 1 |
| DIAZ, | 10/2/2006 18:00 - 21:00 | 10/11/2006 18:00 - 21:00 | 10/20/2006 18:00 - 21:00 | 10/29/2006 18:00 - 21:00 | 11/7/2006 18:00 - 21:00 | 11/16/2006 18:00 - 2 |
| JARR, | 10/3/2006 06:00 - 09:00 | 10/12/2006 06:00 - 09:00 | 10/21/2006 06:00 - 09:00 | 10/30/2006 06:00 - 09:00 | 11/8/2006 06:00 - 09:00 | 11/17/2006 06:00 - 0 |
| HOLDEN, | 10/3/2006 09:00 - 12:00 | 10/12/2006 09:00 - 12:00 | 10/21/2006 09:00 - 12:00 | 10/30/2006 09:00 - 12:00 | 11/8/2006 09:00 - 12:00 | 11/17/2006 09:00 - 1 |
| ADCOCK, | 10/3/2006 12:00 - 15:00 | 10/12/2006 12:00 - 15:00 | 10/21/2006 12:00 - 15:00 | 10/30/2006 12:00 - 15:00 | 11/8/2006 12:00 - 15:00 | 11/17/2006 12:00 - |
| GEITH, SF | 10/3/2006 15:00 - 18:00 | 10/12/2006 15:00 - 18:00 | 10/21/2006 15:00 - 18:00 | 10/30/2006 15:00 - 18:00 | 11/8/2006 15:00 - 18:00 | 11/17/2006 15:00 - |
| GEITH, RG | 10/3/2006 18:00 - 21:00 | 10/12/2006 18:00 - 21:00 | 10/21/2006 18:00 - 21:00 | 10/30/2006 18:00 - 21:00 | 11/8/2006 18:00 - 21:00 | 11/17/2006 18:00 - |
| BAKER, RB | 10/4/2006 06:00 - 09:00 | 10/13/2006 06:00 - 09:00 | 10/22/2006 06:00 - 09:00 | 10/31/2006 06:00 - 09:00 | 11/9/2006 06:00 - 09:00 | 11/18/2006 06:00 - |
| CORCINO, | 10/4/2006 09:00 - 12:00 | 10/13/2006 09:00 - 12:00 | 10/22/2006 09:00 - 12:00 | 10/31/2006 09:00 - 12:00 | 11/9/2006 09:00 - 12:00 | 11/18/2006 09:00 - |
| MARTIN-HITE, | 10/4/2006 12:00 - 15:00 | 10/13/2006 12:00 - 15:00 | 10/22/2006 12:00 - 15:00 | 10/31/2006 12:00 - 15:00 | 11/9/2006 12:00 - 15:00 | 11/18/2006 12:00 - |
| HITE, | 10/4/2006 15:00 - 18:00 | 10/13/2006 15:00 - 18:00 | 10/22/2006 15:00 - 18:00 | 10/31/2006 15:00 - 18:00 | 11/9/2006 15:00 - 18:00 | 11/18/2006 15:00 - 1 |
| MATHES, | 10/4/2006 18:00 - 21:00 | 10/13/2006 18:00 - 21:00 | 10/22/2006 18:00 - 21:00 | 10/31/2006 18:00 - 21:00 | 11/9/2006 18:00 - 21:00 | 11/18/2006 18:00 - |
| REBHAN, | 10/5/2006 06:00 - 09:00 | 10/14/2006 06:00 - 09:00 | 10/23/2006 06:00 - 09:00 | 11/1/2006 06:00 - 09:00 | 11/10/2006 06:00 - 09:00 | 11/19/2006 06:00 - |
| SACK, | 10/5/2006 09:00 - 12:00 | 10/14/2006 09:00 - 12:00 | 10/23/2006 09:00 - 12:00 | 11/1/2006 09:00 - 12:00 | 11/10/2006 09:00 - 12:00 | 11/19/2006 09:00 - |
| WELSH, | 10/5/2006 12:00 - 15:00 | 10/14/2006 12:00 - 15:00 | 10/23/2006 12:00 - 15:00 | 11/1/2006 12:00 - 15:00 | 11/10/2006 12:00 - 15:00 | 11/19/2006 12:00 - |
| FISHER, | 10/5/2006 15:00 - 18:00 | 10/14/2006 15:00 - 18:00 | 10/23/2006 15:00 - 18:00 | 11/1/2006 15:00 - 18:00 | 11/10/2006 15:00 - 18:00 | 11/19/2006 15:00 - |
| SICKLES, | 10/5/2006 18:00 - 21:00 | 10/14/2006 18:00 - 21:00 | 10/23/2006 18:00 - 21:00 | 11/1/2006 18:00 - 21:00 | 11/10/2006 18:00 - 21:00 | 11/19/2006 18:00 - |
| ANDERSON, | 10/6/2006 06:00 - 09:00 | 10/15/2006 06:00 - 09:00 | 10/24/2006 06:00 - 09:00 | 11/2/2006 06:00 - 09:00 | 11/11/2006 06:00 - 09:00 | 11/20/2006 06:00 - |
| ALCORN, | 10/6/2006 09:00 - 12:00 | 10/15/2006 09:00 - 12:00 | 10/24/2006 09:00 - 12:00 | 11/2/2006 09:00 - 12:00 | 11/11/2006 09:00 - 12:00 | 11/20/2006 09:00 - 1 |
| ARGALAS, | 10/6/2006 12:00 - 15:00 | 10/15/2006 12:00 - 15:00 | 10/24/2006 12:00 - 15:00 | 11/2/2006 12:00 - 15:00 | 11/11/2006 12:00 - 15:00 | 11/20/2006 12:00 - |
| ASH, | 10/6/2006 15:00 - 18:00 | 10/15/2006 15:00 - 18:00 | 10/24/2006 15:00 - 18:00 | 11/2/2006 15:00 - 18:00 | 11/11/2006 15:00 - 18:00 | 11/20/2006 15:00 |
| YOUNG, | 10/6/2006 18:00 - 21:00 | 10/15/2006 18:00 - 21:00 | 10/24/2006 18:00 - 21:00 | 11/2/2006 18:00 - 21:00 | 11/11/2006 18:00 - 21:00 | 11/20/2006 18:00 - |

55

A-SIDE

LD
RA
KK
SF
RG

SA
EH
EO
CH
AJ
AS

MG
LR
MH
ZX
SS
WW

LN
Y
FX
KS

QZ
ZA
EZ
YU
EE
EV

| Name | RDO Bids | Round 1 | Round 2 | Round 3 | Round 4 |
|---|---|---|---|---|---|
| Admin DELAMO, . | Done | 10/23/2007 06:00 - 09:00 | 10/31/2007 06:00 - 09:00 | 11/8/2007 06:00 - 09:00 | 11/16/2007 0 |
| Admin STEWART, . | Done | 10/23/2007 09:00 - 12:00 | 10/31/2007 09:00 - 12:00 | 11/8/2007 09:00 - 12:00 | 11/16/2007 0 |
| Admin TAVANO, . | Done | 10/23/2007 12:00 - 15:00 | 10/31/2007 12:00 - 15:00 | 11/8/2007 12:00 - 15:00 | 11/16/2007 1 |
| Admin DUGGAN, . | Done | 10/23/2007 15:00 - 18:00 | 10/31/2007 15:00 - 18:00 | 11/8/2007 15:00 - 18:00 | 11/16/2007 1 |
| Admin FOLZ, . | Done | 10/23/2007 18:00 - 21:00 | 10/31/2007 18:00 - 21:00 | 11/8/2007 18:00 - 21:00 | 11/16/2007 1 |
| Admin PEREZ, . | Done | 10/24/2007 06:00 - 09:00 | 11/1/2007 06:00 - 09:00 | 11/9/2007 06:00 - 09:00 | 11/17/2007 0 |
| Admin WADLE, . | Done | 10/24/2007 09:00 - 12:00 | 11/1/2007 09:00 - 12:00 | 11/9/2007 09:00 - 12:00 | 11/17/2007 0 |
| Admin DIAZ, . | Done | 10/24/2007 12:00 - 15:00 | 11/1/2007 12:00 - 15:00 | 11/9/2007 12:00 - 15:00 | 11/17/2007 1 |
| Admin HOLDEN, . | Done | 10/24/2007 15:00 - 18:00 | 11/1/2007 15:00 - 18:00 | 11/9/2007 15:00 - 18:00 | 11/17/2007 1 |
| Admin ADCOCK, . | Done | 10/24/2007 18:00 - 21:00 | 11/1/2007 18:00 - 21:00 | 11/9/2007 18:00 - 21:00 | 11/17/2007 1 |
| Admin ESCUDERO, . | Done | 10/25/2007 06:00 - 09:00 | 11/2/2007 06:00 - 09:00 | 11/10/2007 06:00 - 09:00 | 11/18/2007 0 |
| Admin GEITH, SF | Done | 10/25/2007 09:00 - 12:00 | 11/2/2007 09:00 - 12:00 | 11/10/2007 09:00 - 12:00 | 11/18/2007 0 |
| Admin GEITH, RG | Done | 10/25/2007 12:00 - 15:00 | 11/2/2007 12:00 - 15:00 | 11/10/2007 12:00 - 15:00 | 11/18/2007 1 |
| Admin CORCINO, . | Done | 10/25/2007 15:00 - 18:00 | 11/2/2007 15:00 - 18:00 | 11/10/2007 15:00 - 18:00 | 11/18/2007 1 |
| Admin HITE, . | Done | 10/25/2007 18:00 - 21:00 | 11/2/2007 18:00 - 21:00 | 11/10/2007 18:00 - 21:00 | 11/18/2007 1 |
| Admin MATHES, . | Done | 10/26/2007 06:00 - 09:00 | 11/3/2007 06:00 - 09:00 | 11/11/2007 06:00 - 09:00 | 11/19/2007 0 |
| Admin REBHAN, . | Done | 10/26/2007 09:00 - 12:00 | 11/3/2007 09:00 - 12:00 | 11/11/2007 09:00 - 12:00 | 11/19/2007 0 |
| Admin WELSH, . | Done | 10/26/2007 12:00 - 15:00 | 11/3/2007 12:00 - 15:00 | 11/11/2007 12:00 - 15:00 | 11/19/2007 1 |
| Admin SICKLES, . | Done | 10/26/2007 15:00 - 18:00 | 11/3/2007 15:00 - 18:00 | 11/11/2007 15:00 - 18:00 | 11/19/2007 1 |
| Admin ANDERSON, . | Done | 10/26/2007 18:00 - 21:00 | 11/3/2007 18:00 - 21:00 | 11/11/2007 18:00 - 21:00 | 11/19/2007 1 |
| Admin ALCORN, . | Done | 10/27/2007 06:00 - 09:00 | 11/4/2007 06:00 - 09:00 | 11/12/2007 06:00 - 09:00 | 11/20/2007 0 |
| Admin ARGALAS, . | Done | 10/27/2007 09:00 - 12:00 | 11/4/2007 09:00 - 12:00 | 11/12/2007 09:00 - 12:00 | 11/20/2007 0 |
| Admin ASH, . | Done | 10/27/2007 12:00 - 15:00 | 11/4/2007 12:00 - 15:00 | 11/12/2007 12:00 - 15:00 | 11/20/2007 1 |
| Admin ZAMORA, . | Done | 10/27/2007 15:00 - 18:00 | 11/4/2007 15:00 - 18:00 | 11/12/2007 15:00 - 18:00 | 11/20/2007 1 |
| Admin SUAREZ, . | Done | 10/27/2007 18:00 - 21:00 | 11/4/2007 18:00 - 21:00 | 11/12/2007 18:00 - 21:00 | 11/20/2007 1 |
| Admin COURTNEY, . | Done | 10/28/2007 06:00 - 09:00 | 11/5/2007 06:00 - 09:00 | 11/13/2007 06:00 - 09:00 | 11/21/2007 0 |
| Admin SIMMONS, . | Done | 10/28/2007 09:00 - 12:00 | 11/5/2007 09:00 - 12:00 | 11/13/2007 09:00 - 12:00 | 11/21/2007 0 |
| Admin DODGE, . | Done | 10/28/2007 12:00 - 15:00 | 11/5/2007 12:00 - 15:00 | 11/13/2007 12:00 - 15:00 | 11/21/2007 1 |
| Admin PAIGE, . | Done | 10/28/2007 15:00 - 18:00 | 11/5/2007 15:00 - 18:00 | 11/13/2007 15:00 - 18:00 | 11/21/2007 1 |
| Admin GRAHAM, LN | Done | 10/28/2007 18:00 - 21:00 | 11/5/2007 18:00 - 21:00 | 11/13/2007 18:00 - 21:00 | 11/21/2007 1 |
| Admin COOLEY, . | Done | 10/29/2007 06:00 - 09:00 | 11/6/2007 06:00 - 09:00 | 11/14/2007 06:00 - 09:00 | 11/22/2007 0 |
| Admin STEPHEN, . | Done | 10/29/2007 09:00 - 12:00 | 11/6/2007 09:00 - 12:00 | 11/14/2007 09:00 - 12:00 | 11/22/2007 0 |
| Admin ORTIZ, . | Done | 10/29/2007 12:00 - 15:00 | 11/6/2007 12:00 - 15:00 | 11/14/2007 12:00 - 15:00 | 11/22/2007 1 |
| Admin HORWITZ, . | Done | 10/29/2007 15:00 - 18:00 | 11/6/2007 15:00 - 18:00 | 11/14/2007 15:00 - 18:00 | 11/22/2007 1 |
| Admin VEGA, . | Done | 10/29/2007 18:00 - 21:00 | 11/6/2007 18:00 - 21:00 | 11/14/2007 18:00 - 21:00 | 11/22/2007 1 |
| Admin DANIEL, HX | Done | 10/30/2007 06:00 - 09:00 | 11/7/2007 06:00 - 09:00 | 11/15/2007 06:00 - 09:00 | 11/23/2007 0 |
| Admin GREEN, . | Done | 10/30/2007 09:00 - 12:00 | 11/7/2007 09:00 - 12:00 | 11/15/2007 09:00 - 12:00 | 11/23/2007 0 |
| Admin SCHANKE, . | Done | 10/30/2007 12:00 - 15:00 | 11/7/2007 12:00 - 15:00 | 11/15/2007 12:00 - 15:00 | 11/23/2007 1 |

Southern California TRACON© ver 0.55

Page rendered in 0.296875 s (296.875 milliseconds).

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-272C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF GARY A. BUKOVSKEY**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the following is true and correct:

1. I am a current employee of the Federal Aviation Administration ("FAA") and have been working for the FAA for approximately 20 years.

2. I presently work at the Jacksonville traffic control center located in the Southern region. My job title is Air Traffic Controller. I have worked in this position at Jacksonville traffic control center for approximately 6 years.

3. All of the following statements pertain to the period of time from May 1, 2004 through the present, unless specifically noted otherwise.

4. I am regularly scheduled to work eight hour shifts for five days each week.

5. I regularly work in excess of 40 hours each week. I have not received compensation for all of the hours I have worked in excess of 40 hours each week.

## Credit Hours

6. My employer has given me what is commonly referred to as "credit hours" for some of the hours I work in excess of 40 hours per week.

7. My direct supervisor or other supervisory employee approves my accrual of these "credit hours."

8. My employer has permitted me to accrue more than 24 hours of "credit hours."

9. I have accrued "credit hours" in excess of 24 hours, however, my employer instructed me to use excess "credit hours" or risk losing the ability to use or get paid for them.

10. I work both Flextime and non-Flextime schedules.

## Bidding Time

11. I engage in bidding for work schedules and vacation dates. Since approximately September 2006, my employer has established and enforced the bidding processes and procedures.

12. My supervisor notifies me of the date and time during which I am allowed to bid for my work schedule and vacation dates.

13. The bidding dates and times are handed out by supervisors in packages. My supervisor also works in this same area.

14. My supervisor, with other supervisors, runs the bidding process.

15. I have engaged in bidding outside my scheduled hours of work. I have not been compensated for bidding performed outside my scheduled hours of work.

16. In 2004, I spent approximately 70-95 minutes bidding while off duty. I was not compensated for this time.

17. In 2005, I spent approximately 70-95 minutes bidding while off duty. I was not compensated for this time.

18. In 2006, I spent approximately 70-95 minutes bidding while off duty. I was not compensated for this time.

19. It is my understanding that other employees engage in similar bidding outside scheduled hours of work. I have observed other employees bidding outside what I know to be their scheduled hours of work.

20. Prior to 2006, bidding was performed during scheduled hours of work.

Other Activities Performed Off The Clock

21. My workplace uses the Cru-X/ART timekeeping system ("Cru-X"). My employer introduced the Cru-X system on or around approximately 2006. Prior to Cru-X, my employer maintained hand-written records of my scheduled and credited hours of work.

22. I perform the following activities prior to the scheduled start time of my shift: check in with supervisor, review any FAA-issued memoranda, exchange air-traffic control information with the employee I am relieving. A supervisor is often present in the room when I perform these activities. I am not compensated for my performance of these activities.

23. I perform these activities prior to engaging or logging into the Cru-X system or after logging in but prior to my shift.

24. I log into the Cru-X system prior to my scheduled shift start time, however, I alter the start time to indicate the start time of the shift even though I begin working prior to that time. It is my understanding that my employer expects me to alter the time on the Cru-X system to reflect the start time of my shift because I am expected to perform my pre-shift duties without compensation. Therefore, the start time indicated on the Cru-X system merely reveals the start time of my shift and not the actual time I commenced work.

25. The time recorded on the Cru-X system can be altered in increments of less than 15 minutes.

26. I only alter the time indicated on the Cru-X system when my supervisor explicitly tells me to perform duties other than those listed above prior to the scheduled start time of my shift or subsequent to the scheduled end time of my shift. These alterations would be reflected in my Cru-X time as, Time Outside Shift ("TOS"). TOS does not reflect any other duties I perform prior to the scheduled start time of my shift.

27. I have performed job duties subsequent to the scheduled end of my shift without receiving compensation for that time. For example, if my shift ends at 3:00 p.m., but I continue to perform my job duties until 3:11 p.m., I log-out of the Cru-X system at 3:11 p.m. and change the time listed on Cru-X to reflect the scheduled end of my shift (i.e., 3:00 p.m.). It is my understanding that I am not allowed to ask for compensation for those 11 minutes following the scheduled end of my shift because I am expected to work those minutes without compensation.

28. I have logged out of Cru-X/ART up to 15 minutes prior to the scheduled end of my shift. On those occasions when I have done so, I remained at my

workplace until the scheduled end of my shift. It is my understanding that whenever I log out of Cru-X/ART within 15 minutes prior to the scheduled end of my shift, I am required to remain on premises in case my employer needs me to return to a post. It is my understanding that I would be subject to discipline for leaving my workplace prior to the scheduled end of my shift, even if I have logged out of the Cru-X/ART system.

29. Prior to the implementation of the Cru-X system, my supervisor documented my scheduled and credited hours of work. My supervisor did not credit as work time the pre-shift activities described above.

30. Prior to the implementation of the Cru-X system, I performed the above pre-shift activities. Even under the system whereby my supervisor documented my scheduled and credited hours of work, I was not compensated for having performed any of my pre-shift activities. It was my understanding that my employer expected me to perform these activities off-the-clock and without compensation.

31. I am not compensated for any duties performed prior to my scheduled shift start time that have not been credited as hours worked on Cru-X or by my supervisor.

32. I often spend more than 10-20 minutes per day performing uncompensated work related duties outside the scheduled start and/or end times of my shift.

33. I have used the radar scope prior to the scheduled start time of my shift. On those occasions, I sign onto Cru-X prior to the scheduled start of my shift, manually change the time listed on Cru-X to reflect the scheduled start time of my shift and commenced using the radar scope prior to the scheduled start of my shift. I was

not compensated for this time as it took place prior to the scheduled start time of my shift.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the aforementioned is true and correct:

DATE: 12-11-07

Gary A. Bukovskey

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-272C<br>Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DECLARATION OF BARRY KRASNER**

I, Barry Krasner, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am currently the Chief Negotiator for the National Air Traffic Controllers Association ("NATCA") and have held this position since approximately 1993. Prior to 1993, I was the Eastern Region Representative for NATCA, and also was a member of the negotiation team. From 1991-1997, I served as NATCA's National President.

2. As the Chief Negotiator for NATCA, I am involved in all contract negotiations between NATCA and the Federal Aviation Administration ("FAA"). In my capacity as Chief Negotiator, I have attained personal knowledge of the bargaining agreement negotiations between NATCA and the FAA, as well as any resulting contracts or bargaining impasse between the two entities. I am aware of any and all collectively bargained agreements between NATCA and the FAA.

3. I was present at all bargaining agreement negotiation sessions between NATCA and the FAA since the first bargaining agreement between the parties in 1989 through present,

except for the negotiations regarding the 2003 agreement-extension. However, in my capacity as a leader in NATCA, I was and am familiar with the contents and substance of the 2003 agreement-extension.

4. In 1998, NATCA and FAA negotiated and ratified a collective bargaining agreement ("1998 Agreement") covering a period of 5 years. In 2003, the parties ratified an extension of the 1998 Agreement for 2 more years ("2003 Extension Agreement"). The 2003 Extension Agreement is attached to this declaration at Exhibit A (App. __ ).

5. The duration clause of the Extension Agreement acknowledges that if NATCA and FAA fail to reach agreement on a new collective bargaining agreement by September 2005, the 2003 Extension Agreement shall remain in full force until NATCA and FAA ratify a successor agreement.

6. NATCA and FAA commenced negotiations ("the negotiations") in July 2005 regarding a successor agreement to the 2003 Extension Agreement. Those negotiations continued through early April 2006.

7. NATCA and FAA did not ratify the definition of "credit hours" in 2006.

8. On or about April 5, 2006 FAA declared an impasse of the negotiations.

9. On September 3, 2006, FAA unilaterally implemented its last offer. Thus, since September 3, 20006 FAA has operated unilaterally and not subject to a collective bargaining agreement.

10. There is no 2006 bargaining agreement between NATCA and FAA.

11. NATCA and FAA have not ratified a collective bargaining agreement for Staff Support Specialists. On or around April 8, 2002, NATCA and FAA created an interim

agreement ("Interim Agreement") solely concerning Staff Support Specialists. This Interim Agreement is attached hereto at Exhibit B (App. __ ).

FAA's Unilateral Implementation of the Cru-X/Art System

12. During negotiations in 2006, neither party discussed the Cru-X/Art ("Cru-X") system.

FAA's Unilateral Implementation of Bidding Procedures

13. Subsequent to September 3, 2006, FAA unilaterally implemented bidding procedures for bargaining unit members' work schedules and vacation time.

14. The Interim Agreement for Staff Support Specialists did not address bidding procedures whatsoever.

FAA's Unilateral Implementation of Caps on Credit Hours

15. The parties did not ratify any definition of credit hours during negotiations. The parties have not ratified language for credit hours since the 1998 Agreement.

16. Prior to September 3, 2006, the FAA did not give bargaining unit members any cash value for accrued credit hours, nor was there a cap on accrual of credit hours.

17. Based on information provided to me by FAA during negotiations, prior to September 3, 2006, many employees had accrued in excess of 1,000 credit hours. Prior to one of these negation sessions, Rick Ducharme, a representative of FAA, stated that he was concerned about FAA's legal liability resulting from employees accruing large amounts of credit hours and that as such, FAA wanted to institute a cap on accrual of credit hours.

18. Subsequent to September 3, 2006, FAA implemented a cap of 24 accrued credit hours. Before September 3, 2006, there was no cap on credit hours. After September 3, 2006, employees who had already accrued credit hours in excess of 24 hours were required to use all

excess credit hours until the accrued hours level reached 24 hours. Only when their accrued credit hours dipped below 24 accrued credit hours were these employees allowed to recommence accrual of credit hours.

19. None of the documents located at Defendants' Appendix, pages 13-16 are part of any agreement ratified by FAA and NATCA subsequent to 2003.

I swear under penalty of perjury that the foregoing is true and correct.

Date: 12/10/07

Barry Krasner