IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) | No. 07-272C (Judge Emily C. Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 32 days, to and including February 18, 2008, within which to file its response to plaintiffs' motion for partial summary judgment and reply to plaintiffs' opposition to defendant's motion for summary judgment and motion to dismiss. Our response currently is due on January 17, 2008. This is our first request for an enlargement for this purpose. Plaintiffs' counsel has authorized us to state that he does not object to this motion.

As grounds for this motion, we state that we received plaintiffs' motion just before the onset of the Christmas and New Year holiday period, at a time when agency counsel were either absent or about to leave for an extended absence. As a result, Government counsel was unable to discuss the contents of plaintiffs' response with agency counsel until just yesterday, January 8, 2008.

Government counsel depends upon agency counsel to provide access to the factual information necessary to respond to the allegations in plaintiffs' brief. In addition, agency counsel

have been clear concerning their interest in having input into the preparation of all elements of our brief. Agency counsels' insights into the legal portions of our response are particularly desirable in this case, given the unique personnel management system of the Federal Aviation Administration with which agency counsel is, understandably, more familiar than Government counsel.

Based upon our conversations with agency counsel, we believe that the additional time requested in this motion would enable us to complete our response and timely file it with the Court. Accordingly, we respectfully request that the
Court grant this motion for an enlargement of time of 32 days, to and including February 18, 2008, within which to respond to plaintiffs' motion for partial summary judgment and opposition to defendant's motion for summary judgment and motion to dismiss.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Hillary A. Stern
HILLARY A. STERN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0177
Facsimile: (202) 305-7643

Attorneys for Defendant

January 9, 2008