IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-272C |
| | ) | (Judge Emily C. Hewitt) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 15 days, to and including March 5, 2008, within which to file its response to plaintiffs' motion for partial summary judgment and reply to plaintiffs' opposition to defendant's motion for summary judgment and motion to dismiss. Our response currently is due on February 19, 2008. This is our second request for an enlargement for this purpose, the Court having already granted us an additional 32 days. Plaintiffs' counsel has authorized us to state that he does not object to this motion.

In our initial request for an enlargement of time, we noted that Government counsel was depending upon agency counsel to provide access to the factual information necessary to respond to the allegations in plaintiffs' brief. In addition, we stated that agency counsel had been clear concerning their interest in having input into the preparation of all elements of our brief. We explained that agency counsels' insights into the legal portions of our response are particularly desirable in this case, given the unique personnel management system of the Federal

Aviation Administration with which agency counsel is, understandably, more familiar than Government counsel.

Unfortunately, we have not yet received the necessary information from agency counsel. Although agency counsel has represented to us that they have obtained the necessary information, it is not yet organized in a format that is presentable to Government counsel. Without this information, we cannot prepare an accurate or useful response to plaintiffs' motion.

Based upon agency counsel's representations, we anticipate that the additional 16 days requested in this motion for an enlargement of time will be sufficient to allow us to receive the necessary information and to prepare a useful and accurate response to plaintiffs' motion. Accordingly, we respectfully request that the Court grant this motion for an enlargement of time of 16 days, to and including March 5, 2008, within which to file our response to plaintiffs' motion for partial summary judgment and reply to plaintiffs' opposition to defendant's motion for summary judgment and motion to dismiss.

Respectfully submitted,

JEFFREY S. BUCHULTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0177
Facsimile: (202) 305-7643

Attorneys for Defendant

February 12, 2008