# In the United States Court of Federal Claims

No. 07-272

(E-Filed: February 13, 2008)

| | |
|---|---|
| MARK G. ABBEY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Motion). Based on the representations contained in the Motion, the Motion is GRANTED. Defendant's counsel is advised that the court does not expect to grant a future request for extension of time for defendant to file its response.

Defendant shall file its response to plaintiffs' motion for partial summary judgment and reply to plaintiffs' opposition to defendant's motion for summary judgment and motion to dismiss on or before March 5, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge