IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARK G. ABBEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-272C<br>Judge Emily C. Hewitt |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs respectfully request an enlargement of time of sixteen (16) days up to and including April 11, 2008, in which to file their reply to Defendant's Reply to Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. Specifically, plaintiffs' reply is now due on March 26, 2008. For the reasons set forth below, plaintiffs request that they be granted sixteen (16) additional days in which to respond up to and including April 11, 2008. Defendants' counsel has authorized plaintiffs to state that she does not object to this motion.

Plaintiffs need additional time in order to receive affidavits from individual plaintiffs with whom plaintiffs' counsel has spoken to counter the claims raised in defendant's motion. Some of the witnesses are on family vacations either this week or next week. In addition, due to the extensions that defendants' previously received, the current filing period includes 11 days of a long planned family vacation that plaintiffs' counsel had planned to spend with his family. Plaintiffs request 16 days because

plaintiffs' anticipate that this will ensure there is sufficient time to respond and no further requests for extension will be necessary. Accordingly, plaintiffs respectfully request that the Court grant plaintiffs' motion for an enlargement of time of sixteen days up to an including April 11, 2008 within which to respond to defendants' motion.

Respectfully submitted,

Dated: March 26, 2008

/s/ Gregory K. McGillivary

Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Unopposed Motion for an Enlargement of Time was electronically filed on this 26th day of March with the Clerk of the Court using the CM/ECF System which will send notification of such filing to defendant's attorney:

Hillary A. Stern
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
(202) 616-0177 (telephone)
(202) 305-7643 (facsimile)

/s/ Gregory K. McGillivary
Gregory K. McGillivary