# In the United States Court of Federal Claims

No. 07-272

(E-Filed: March 27, 2008)

| | |
|---|---|
| MARK G. ABBEY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Unopposed Motion for an Enlargement of Time (Motion). Based on the representations contained in the Motion, the Motion is GRANTED.

Plaintiffs shall file their reply to defendant's response to plaintiffs' motion for partial summary judgment on or before April 11, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge