# In the United States Court of Federal Claims

No. 07-272

(E-Filed: April 2, 2008)

MARK G. ABBEY, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment, Plaintiff's Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Summary Judgment and Motion to Dismiss (plaintiff's Motion), and Defendant's Reply to Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment (defendant's Reply or Def.'s Reply). Defendant's Reply references FAA Orders 3550.10 and 3550.15 as the FAA's compensatory time policies that accompany the FAA personnel management system. Def.'s Reply 9. However, defendant's briefing does not appear to contain copies of the orders and the table of contents to the appendix to plaintiffs' Motion lists an "FAA Pay Order" but it is unclear to the court which order plaintiffs have provided.

The parties shall submit to the court at or before noon on Friday, April 4, 2008, the FAA Orders including, without limitation, FAA Orders 3550.10 and 3550.15, relevant to the compensatory time policies of the FAA personnel management system.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge