IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-272C |
| | ) | (Judge Emily C. Hewitt) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO FILE A CORRECTED APPENDIX

Defendant respectfully requests the Court's permission to file a corrected version of volume I of the appendix to our response to plaintiffs' motion for partial summary judgment and reply to plaintiffs' opposition to defendant's motion for summary judgment and motion to dismiss. Plaintiffs' counsel has authorized us to state that he has no objection to the granting of this motion.

We initially filed our appendix on March 12, 2008. Since that time, it has come to our attention that we inadvertently included the wrong version of Mr. Gregory Dunne's declaration in volume I of our appendix. A revised copy of volume I of our appendix containing the proper version of Mr. Dunne's declaration is being submitted along with this motion.

Accordingly, we respectfully request that the Court grant this motion for leave to file a corrected appendix.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Hillary A. Stern
HILLARY A. STERN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0177
Facsimile: (202) 305-7643

Attorneys for Defendant

April 7, 2008

CERTIFICATE OF FILING

I hereby certify that on this 7th day of April 2008, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED APPENDIX " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court’s system.

/s/ Hillary A. Stern