# In the United States Court of Federal Claims

No. 07-272

(E-Filed: April 8, 2008)

MARK G. ABBEY, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for Leave to File a Corrected Appendix (Motion). Based on the representations contained therein, defendant's Motion is GRANTED. The court regards the corrected appendix attached to defendant's Motion, at docket entry 29, as filed. Defendant need not file the corrected appendix again.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge