# In the United States Court of Federal Claims

No. 07-272

(E-Filed: April 8, 2008)

| | |
|---|---|
| MARK G. ABBEY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the April 2, 2008 Order of the court, the court has not yet received the requested information that was due Friday, April 4, 2008. The parties are ordered to explain the omission and promptly file the requested information if it has not yet been filed.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge