IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-272C<br>Judge Emily C. Hewitt |

**PLAINTIFFS' REPLY TO COURT ORDER TO PROVIDE FAA ORDERS**

Pursuant to this Court's order of April 2, 2008, the Plaintiffs, on behalf of both parties and with the concurrence of counsel for defendant, respectfully submit the requested FAA orders, which were referenced, but not included, in Plaintiffs' Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Summary Judgment and Motion to Dismiss (Plaintiffs' Motion), and Defendant's Reply to Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment (Defendant's Reply). Defendant's Reply references FAA Orders 3550.10 and 3550.15 as the FAA's compensatory time policies that accompany the FAA personnel management system. FAA Order 3550.10 is the FAA's Pay Administration and is a document that is more than 300 pages long. The parties are submitting the index only for this document. The complete version of this document is available online on the FAA's website at: https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/compensation/. If the Court so wishes, the parties will submit a hard copy to the court of the Order in its entirety. The parties are submitting FAA Order 3550.15 (FEPCA of 1990), a 38 page document, in its entirety. The

parties also note that the "FAA Pay Order" referenced in the appendix to Plaintiffs' Motion is, in fact, an excerpt of relevant sections from FAA Order 3550.10 referenced above.

The parties inadvertently failed to respond to the Court's Order and apologize to the Court for the delay in submitting these documents referenced in their materials.

Respectfully submitted,

Dated: April 9, 2008

/s/ Gregory K. McGillivary

Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Reply to Court Order to Provide FAA Orders was electronically filed on this 9th day of April with the Clerk of the Court using the CM/ECF System which will send notification of such filing to defendant's attorney:

Hillary A. Stern
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
(202) 616-0177 (telephone)
(202) 305-7643 (facsimile)

/s/ Gregory K. McGillivary
Gregory K. McGillivary