Attachment 1

MYFAA
Employee Site

# Order 3550.10 Pay Administration

Updated: 10:23 am ET November 8, 2006

---

# Pay Administration (General)

July 9, 1970 (Revised: June 18, 2004)

Revised to incorporate changes contained in Policy Bulletin #23 - Overtime Rate for Exempt Employees.

## Forward

**1. Purpose**. This handbook contains the legal and regulatory requirements and agency rules and instructions on pay administration.

**2. Background**. This handbook will eventually replace PT P 3550.11, Overtime, Night and Holiday Pay, and other agency directives on pay administration, e.g., OA 3550.3, Advance Payments and Evacuation Payments; 3550.5, Severance Payments; 3550.7, True Time and One-Half Overtime and Standby Pay; 3550.8, Standby and Telephone Availability Policy; and 3550.9, Overtime Pay for Travel Performed Outside the Regularly Scheduled Tour of Duty. As additional chapters on premium pay and pay administration are updated, they will be incorporated in this handbook.

**3. Withdrawal**. Chapter 7, Appendices 3A and B, and Appendix 4 of PT P 3550.11, Overtime, Night and Holiday Pay Handbook are withdrawn.

**4. Explanation of Changes.**

a. The Civil Service Commission amended the regulations governing payment of the hazard pay differential. The change provides for payment of the differential to an employee who performs any irregular or intermittent duty listed in Appendix 5 when that duty is not usually involved in carrying out the duties of his position. The differential shall not be paid when the duty was taken into account in establishing the grade of the employee's position.

b. Appendix 5 contains a revised schedule of duties and pay differentials authorized by the Civil Service Commission.

c. Appendix 6 contains guidelines for determining eligibility for payment of the differential.

George T. Reeves, Jr.
Director of Personnel

## Table of Contents

**Chapter 1. General Provisions**

1. Purpose
2. References
3. Administrative responsibility
4. (4.-9.) Reserved

**Chapter 2. Premium Pay**

Section 1. General Provisions

10. Coverage
11. Definitions
12. Aggregate Salary Limitation
13. Exclusions from Aggregate Salary Limitation (5 USC 5547)
14. Authority to Authorize Overtime and Holiday Work
15. (15.-19.) Reserved

Section 2. Overtime Pay and Compensatory Time

20. Definitions
21. Guidance on Irregular or Occasional Overtime
22. Authorization of Overtime Work
23. Entitlement--General Schedule Employees
24. Entitlement--Wage Employees
25. Overtime Rates
26. Crediting and Paying for Overtime
27. Paid Overtime Versus Compensatory Time
28. Restrictions on Compensatory Time
29. Crediting Compensatory Time
30. Use of Compensatory Time
31. Accumulation of Compensatory Time
32. Payment for Compensatory Time
33. Callback Overtime
34. Refusal to Work Overtime
35. (35.-39.) Reserved

Section 3. Travel Time and Premium Pay

40. Purpose
41. Coverage
42. Policy
43. Travel During a Regularly Scheduled Tour of Duty
44. Approval and Documentation
45. Travel During Nonduty Hours
46. Computation of Travel Time During Nonduty Hours
47. Travel as Incidental Duty
48. (48.-59.) Reserved

Section 4. Night Differential for General Schedule Employees

60. Entitlement
61. Authorization of Night Pay Differential
62. General Rules
63. (63.-69.) Reserved

Section 5. Withdrawn

70. (70.-79) Withdrawn

Section 6. Holiday Pay

80. Holiday Pay
81. Basic Policy
82. Entitlement
83. Premium Pay for Holiday Work
84. Relationship to Other Premium Pay
85. Effect of Non-Pay Status on Holiday Benefits
86. Refusal to Work on Holiday
87. In Lieu of Days Observed for Holiday Benefits
88. Erroneous Designation of in Lieu of Holiday
89. Inauguration Day
90. First 40-Hour Employees
91. (91.-94.) Reserved

Section 7. Sunday Pay

95. Basic Policy
96. Eligibility
97. General Rules and Restrictions
98. Examples of Sunday Pay and restrictions on Payment
99. (99.-101.) Reserved

Section 8. Restriction on Premium Pay for Training

102. General Restriction on Premium Pay
103. Policy
104. Authorized Exceptions
105. Familiarization Flights
106. Extension of Workweek for Training
107. (107.-115.) Reserved

Section 9. Standby Duty Under Title 5 United States Code 81

116. Purpose
117. Standby Time
118. Delegations of Authority
119. Coverage
120. Annual Premium Pay Rates
121. Special Payment Provisions
122. Relationship to Other Payments
123. Aggregate Salary Limitation
124. Absence on a Holiday
125. Irregular Overtime
126. Pay for Standby Tours for Wage Employees
127. Premium Pay for Firefighters
128. Requests to Establish Standby Tour
129. Approval of Standby Tours
130. Documenting Standby Tours and Pay
131. Establishing Standby Tour
132. Changing Standby Tours
133. Temporary Absence from Standby Assignment
134. Discontinuation of Standby Tours
135. (135.-299.) Reserved

Case 1:07-cv-00272-ECH Document 32-2 Filed 04/09/2008 Page 5 of 9

**Chapter 3. Pay for Exposure to Hazards, Physical Hardships or Working Conditions of an Unusual Nature**

Section 1. General Provisions

300. Purpose
301. Objective
302. Policy
303. Background
304. (304.-309.) Reserved

Section 2. Pay for General Schedule Employees for Irregular or Intermittent Duty Involving Physical Hardship or Hazard

310. Purpose
311. Coverage
312. Definitions
313. Establishment of Pay Differentials
314. Authorization of Hazard Pay
315. Payment of Differential
316. Relationship to Other Additional Pay
317. (317.-319.) Reserved

Section 3. Environmental Differntial for Wage Employees

320. General
321. Coverage
322. Authorization of Environmental Differentials
323. Establishment of Differentials
324. Requests for Approval of a Differential
325. Computation of Pay
326. Relationship to Other Pay
327. Effect on Lump-Sum Leave Payment and Severance Pay
328. Payment of Differential
329. Differential Pay During Absence on Leave
330. Application of Appendix 8 to FAA Situation
331. Savings Provisions Upon Implementation of FWS Rules
332. FWS On-Going Savings Rules
333. (333.-349.) Reserved

**Chapter 4. Equalization Allowance**

350. Definitions
351. References
352. Eligibility
353. Documentation Requirements
354. Factors Used in Computing Equalization Allowances
355. Responsibility for Computing the Equalization Allowance
356. Method for Computing the Allowance
357. Computing the Equalization Allowance
358. (358.-363.) Reserved

**Chapter 5. Dual-Pay for Retired Members of the Uniformed Services**

364. Purpose
365. References
366. Definitions
367. Coverage
368. Responsibilities
369. Annual Review
370. Documentation
371. Notification of Uniformed Services Finance Centers
372. Retired Pay
373. Authorized Exceptions
374. (374.-383.) Reserved

**Chapter 6. Severance Payments**

384. Purpose
385. Reserved
386. Severance Pay
387. Conditions Of Eligibility
388. Employees Excluded by Law and Regulation
389. Responsibility
390. (390.-409.) Reserved

**Chapter 7. Payment of Allowances and Differentials**

410. Purpose
411. Definitions
412. Responsibility
413. Eligibility
414. Policy
415. Recommending Changes
416. Rates
417. (417.-421.) Reserved

**Chapter 8. Advance Payments and Evacuation Payments**

422. Purpose
423. Reserved
424. Regulations
425. Payment Procedures
426. (426.-430.) Reserved

**Appendix 1.** — Overtime Pay Examples

Example 1, Example 2, Example 3, Example 4, Example 5, Example 6, Example 7, Example 8, Example 9, Example 10, Example 12

**Appendix 2.** — Night Work Pay for Classification Act and Wage Employees-Significant Differences

**Appendix 3.** — Travel Result from Events Which Can or Cannot Be Scheduled or Controlled Administratively

Example 1, Example 2, Example 3, Example 4, Example 5, Example 6, Example 7, Example 8

**Appendix 4.** — True Time and One-Half Overtime and Standby Pay

**Section 1**, General Provisions
**Section 2**, Position Coverage

**Appendix 5.** — Schedule of Pay Differential Authorized for General Schedule Employees for Irregular or Intermittent Hazardous Duty Under Subpart I, Part 550, Pay Administration (General) FPM Supplement 990-1

**Appendix 6.** — Guide for Determining Eligibility for Pay for Irregular or Intermitent Duty Involving Unusual Physical Hardship or Hazard

**Appendix 7.** — Observance of Holidays for Unusual Tours Within the Basic 40-Hour Workweek

Illustration1, Illustration 2, Illustration 3, Illustration 4, Illustration 5, Illustration 6

**Appendix 8.** — Schedule of Environmental Differentials Paid Wage Employees for Exposure to Various Degrees of Hazards, Physical Hardships, and Working Conditions of an Unusual Nature (Sub-Chapter S8, FPM Supplement 532-1)

**Appendix 9.** — Questions and Answers on CFWS Environmental Differential Rules (Attachment 2 to FPM Letter 532-19)

**Appendix 10.** — Implementation of Provisions of the Fair Labor Standards Act Amendments of 1974, and Changes in FAA Premium Pay Policies

**Section 1**, General Provisions
**Section 2**, Regularly Scheduled and Irregular Overtime Work
**Section 3**, Compensatory Time Policies
**Section 4**, Pay Treatment for Various Work Situations Under Title 5 and FLSA

Situation 1, Overtime
Situation 2, Overtime
Situation 3, Overtime and Leave
Situation 4, Holiday Off
Situation 4a, Holiday Worked
Situation 5, Early Reporting - Straight Shift
Situation 6, Early Reporting - Rotating Shift
Situation 7, Callback
Situation 8, Callback
Situation 9, COLA
Situation 10, Hazardous Duty
Situation 11, Irregular Overtime
Situation 12, 10-Hour Days
Situation 13, 10-Hour Days
Situation 14, Shift Overlapping Midnight
Situation 15, Wage Grade - Overtime
Situation 15a, Age Grade - Environmental Differential (ED)
Situation 15b, Wage Grade - ED During Overtime
Situation 16, -- Solely Title 5, Agency requires use of Comp. Time
Situation 16a, -- Solely Title 5, Request for Comp. Time in same Workweek
Situation 16b, -- Comp. Time in Subsequent Workweek (Title 5 and FLSA are Equal)
Situation 16c, -- FLSA is Greater, Comp. Time is NOT Authorized
Situation 16d, -- Comp. Time for use in Subsequent Workweek (Title 5 is Greater)
Situation 16e, -- Regularly Scheduled Overtime

**Section 5**, Aggregate Salary Limitation Under Title 5

Example 1, Example 2, Example 3, Example 4, Example 5, Example 6, Example 7, Example 8

**Section 6**, Application of Fair Labor Standards Act Provisions to Employees in Fire Protection or Law Enforcement Activities
**Section 7**, Highlights of FLSA Provisions
**Section 8**, Travel Time as "Hours of Work" Under FLSA

Situation 1. Employee required to take Government car home for trip on the next day.
Situation 2. Travel home to work (work to home) at temporary duty location.
Situation 3. Travel from home to work (work to home) at temporary duty location -- driver and passengers.
Situation 4. Travel as a driver on a one-day assignment away from the official duty station.
Situation 5. Travel as a passenger by automobile on a one-day assignment away from the official duty station.
Situation 6. Passenger on a common carrier on a one-day assignment away from the official duty station. Carrier terminal is within limits of the official duty station.
Situation 7. Passenger on a common carrier -- one-day assignment away from official duty station. Carrier terminal is outside limits of official duty station.
Situation 8. Series of one-day assignments outside the limits of the official duty station -- travel by automobile.
Situation 9. Series of one-day assignments outside the limits of the official duty station -- passenger in an automobile.
Situation 10. Series of one-day assignments outside limits of the official duty station -- passenger in automobile.
Situation 11. Travel away from post of duty as a passenger. Travel time under Title 5 is greater than under FLSA.
Situation 12. Travel as passenger on common carrier to another location and stay overnight FLSA payment for "corresponding hours."
Situation 13. Travel away from post of duty during corresponding hours (within the basic workweek and on a nonworkday).
Situation 14. Travel as a passenger during regular working hours and outside regular working hours.
Situation 15. Travel as a driver during regular working hours and outside regular working hours.
Situation 16. Use of privately owned vehicle is authorized as advantageous to the Government. Travel performed during corresponding hours on nonworkday, on a workday, and during hours outside the regularly scheduled working hours.
Situation 17. Travel by privately owned vehicle is not authorized. Employee elects to use POV for personal reasons.
Situation 18. Travel during "corresponding hours" on a holiday.

**Section 9**, Application of Fair Standards Act Provisions to Employees Receiving Annual Premium Pay for Standby duty (Excluding those in fire protection and law enforcement activities)

Illustration 1, Illustration 2, Illustration 3, Illustration 4, Illustration 5, Illustration 6, Illustration 7

**Section 10**, Questions and Answers on Implementing the Fair Labor Standards Act

**Appendix 11.** - Annual Notice to Employees/Notice to New Employees Concerning Dual Pay for Retired Members of the Uniformed Services

## Chapter 1. General Provisions

**1. Purpose**. This handbook contains basic legal and regulatory requirements and agency rules and procedures on pay administration for employees in General Schedule (GS),and Wage Grade (Wage Board) positions. This includes premium pay

for overtime, night, Sunday and holiday work; payments during evacuation; pay from more than one position; pay for irregular or intermittent duty involving physical hardship or hazard; severance pay; back pay; lump-sum leave payments; fees for jury duty; and other provisions of law and regulation on pay administration.

**2. References.**

a. Chapter 55 of Title 5, United States Code, contains the provisions of law on pay administration.

b. Chapter 41, 5 U. S. C. 4109 prohibits the payment of premium pay to employees participating in training programs under the Training Act. The Civil Service Commission may authorize exceptions in certain instances (Part 410, Federal Personnel Manual Supplement 990-1).

c. Chapter 61, 5 U. S. C. 6103 identifies holidays for premium pay purposes, and establishes rules for observing holidays which fall on Saturday or on a designated day off in lieu of Saturday.

d. Executive Order 10358 of 9 June 1952 establishes rules for observing holidays which fall on Sunday, or on a designated day off in lieu of Sunday.

e. FPM Supplement 532-1 of the Civil Service Regulations establishes rules on pay administration under the Coordinated Federal Wage System.

f. Part 550 of the Civil Service Regulations (FPM Supplements 990-1 and 990-2) establishes the rules on premium pay for employees in GS positions; and the rules on severance pay, evaluation payments, pay from more than one position, back pay, and hazard pay differentials.

**3. Administrative Responsibility.** Whenever legislative, regulatory, or other authoritative changes invalidate any portion of this handbook, that portion is voided automatically. Officials authorized to take action on pay matters are responsible for compliance with all legal and regulatory requirements.

**4.-9. Reserved.**

Federal Aviation Administration

This page can be viewed online at:
https://employees.faa.gov/org/staffoffices/ahr/policy_guidance/hr_policies/order/orders/355010/