IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARK G. ABBEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-272C<br>Judge Emily C. Hewitt |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs respectfully request an enlargement of time of six (6) days up to and including April 17, 2008, in which to file their reply to Defendant's Reply to Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. Specifically, plaintiffs' reply is now due on April 11, 2008. For the reasons set forth below, plaintiffs request that they be granted six (6) additional days in which to respond up to and including April 17, 2008. Defendants' counsel has authorized plaintiffs to state that she does not object to this motion.

Plaintiffs need additional time due to an unexpected interference with the ability to complete the brief over the past 5 days. In another pending federal court action in which plaintiffs' counsel is lead counsel – *Mullins v. City of New York* No. 1:04-cv-2979 (SAS) – plaintiffs were compelled to move for contempt on April 4 for violation of a preliminary injunction entered on March 21, 2008, to prevent retaliatory actions by the City of New York and the New York City Police Department (NYPD). On that same

date, April 4, 2008, the City and NYPD moved for a stay of the preliminary injunction and moved for reconsideration of the court's decision granting the injunction. On April 8, 2008, argument was heard on the parties' motions and plaintiffs were instructed to submit papers on April 9, 2009, which plaintiffs did. On April 10, 2008, the court in *Mullins* issued a decision denying the defendants' motion for stay and for reconsideration. These unexpected actions occurred during the briefing period in the instant case for the response to defendant's brief, which as plaintiffs' previously explained could not begin until the week of March 31, 2008, due to defendants' previous extension of time. Accordingly, plaintiffs respectfully request that the Court grant plaintiffs' motion for an enlargement of time of six days up to an including April 17, 2008 within which to respond to defendants' motion.

Respectfully submitted,

Dated: April 11, 2008

/s/ Gregory K. McGillivary

Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Unopposed Motion for an Enlargement of Time was electronically filed on this 11th day of April with the Clerk of the Court using the CM/ECF System which will send notification of such filing to defendant's attorney:

Hillary A. Stern
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
(202) 616-0177 (telephone)
(202) 305-7643 (facsimile)

/s/ Gregory K. McGillivary
Gregory K. McGillivary