# In the United States Court of Federal Claims

No. 07-272

(E-Filed: April 15, 2008)

| | |
|---|---|
| MARK G. ABBEY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiffs' Unopposed Motion for an Enlargement of Time (Motion) filed on April 11, 2008. Based on the representations contained in the Motion, the Motion is GRANTED.

Plaintiffs shall file their reply to defendant's response to plaintiffs' motion for partial summary judgment on or before April 17, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge