IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARK G. ABBEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-272C<br>Judge Emily C. Hewitt |

**APPENDIX TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS**

**(Pages 112-141)**

Gregory K. McGillivary
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, DC 20005
Phone: (202) 833-8855

Counsel of Record

# TABLE OF CONTENTS

Declaration of Katherine H. Adcock ..... 112

Declaration of Richard Santa ..... 114

Declaration of Kevin Peterson ..... 118

Declaration of Vivian Lumbard ..... 121

Memorandum of Understanding – Local ZKC and FAA ..... 123

Roanoke Tower Standard Operating Procedures 7110.1B ..... 127

FAA Order JO 7210.3V ..... 131

FPM Letter 551-6 ..... 142

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARK G. ABBEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-272C<br>Judge Emily C. Hewitt |

**DECLARATION OF KATHERINE H. ADCOCK**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the following is true and correct:

1. This declaration supplements the one that I previously provided in the above-mentioned case, dated December 14, 2007. The paragraphs therein are incorporated by reference.

2. If the date and time for me to bid on my regular days off and for my prime time leave (vacation) schedules occurs outside my scheduled shift, it is not feasible to bid by proxy. My supervisors have stated that they will not be responsible for submitting any bids that are left with them; as a result, the proxy may not be acted upon.

3. It is my understanding that other employees have also been told that their supervisors would not be responsible for submitting any proxy bids.

4. Bidding for my regular days off takes me approximately fifteen minutes.

5. Each year there can be up to three rounds of bidding for the prime time leave.

6. The first round of bidding for prime time leave takes me approximately thirty minutes to one hour. For the subsequent round(s) it takes approximately thirty minutes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the aforementioned is true and correct.

DATE: 4-4-08

Katherine H. Adcock

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARK G. ABBEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-272C<br>Judge Emily C. Hewitt |

**DECLARATION OF RICHARD SANTA**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the following is true and correct:

1. I am a current employee of the Federal Aviation Administration ("FAA") and have been working for the FAA for approximately 11 years.

2. I presently work at the Washington Air Route Traffic Control Center (Washington Center) located in Leesburg, Virginia. Washington Center is the fifth busiest air traffic control center in the United States. My job title is Air Traffic Control Specialist. I have worked at Washington Center since August 2001.

3. I am also President of the Washington ARTCC Local of the National Air Traffic Controllers Association.

4. All of the following statements pertain to the period of time from May 1, 2004 through the present, unless specifically noted otherwise.

Activities Performed Off The Clock

5. My workplace uses the Cru-X/ART timekeeping system ("Cru-X"). Prior to Cru-X, my employer maintained hand-written records of my scheduled and credited hours of work.

6. I perform the following activities prior to the scheduled start time of my shift: review any FAA-issued memoranda from the Mandatory Briefing Items and Read and Initial binder; review information concerning the status information area (SIA); and conduct a position relief briefing. Until approximately late 2007, the position relief briefing was a mandatory five (5) minute briefing; after late 2007 the briefing is a mandatory two (2) minute briefing. Occasionally I will also conduct pre-briefing for individuals that I am training prior to my scheduled shift start time. I often spend over 10 minutes performing these duties each day.

7. I perform these activities prior to engaging or logging into the Cru-X system and/or after logging into the Cru-X system but prior to the shift start time.

8. I often log into the Cru-X system prior to my scheduled shift start time, however, I alter the start time to indicate the start time of the shift even though I begin working prior to that time. It is my understanding that my employer expects me to alter the time on the Cru-X system because I am expected to perform my pre-shift duties without compensation. Therefore, the start time indicated on the Cru-X system merely reveals the start time of my shift and not the actual time I commenced work.

9. The Cru-X system is located in the area in which I perform my work. My supervisor works approximately six to ten feet behind the Cru-X system. The Mandatory Briefing Items and Read and Initial binder is located on my supervisor's

desk. My supervisor is aware that I am performing work prior to my scheduled shift start time.

10. Prior to the implementation of the Cru-X system, I documented my scheduled and credited hours of work on a general sign in sheet. It is my understanding that I was required to record my shift start time rather than my actual hours of work, because I was expected to perform the pre-shift activities before my shift without compensation.

11. Prior to the implementation of the Cru-X system I performed the aforementioned pre-shift activities.

12. Approximately four to five times in the last two years I have, in my role as President of the Washington ARTCC Local of the National Air Traffic Controllers Association, informed the supervisors that employees, including myself, are performing pre-shift work. My employer has not made any substantive efforts to prohibit that work from occurring.

<u>Bidding Time</u>

13. I engage in bidding for both my regular days off and for my prime time leave (vacation) schedules. Since approximately September 2006, my employer has established and enforced the bidding processes and procedures.

14. My supervisor notifies me of the date and time during which I am allowed to bid for my prime time leave and regular days off. The date and time during which I am allowed to bid can and does occur during my off-duty hours.

15. Bidding for my regular days off takes me approximately thirty minutes.

16. Bidding for my prime time leave (vacation) takes me approximately one hour. Each year there can be numerous rounds of bidding for the prime time leave schedules.

17. I am not compensated for the time I spend bidding during my off-duty hours.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the aforementioned is true and correct.

DATE: 4/7/08

Richard Santa

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARK G. ABBEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-272C<br>Judge Emily C. Hewitt |

**DECLARATION OF KEVIN PETERSON**

I, Kevin Peterson, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am currently an employee of the Federal Aviation Administration ("FAA") and have been working for the FAA for approximately 22 years.

2. I presently work at the Kansas City, Missouri, Air Traffic Control Center (MCI ATCT). My job title is Air Traffic Controller. I have worked at MCI ATCT for approximately 18 years.

3. All of the following statements pertain to the period of time from May 1, 2004 through the present, unless specifically noted otherwise.

4. The Hot Binders, or Reading Binders as they are called at MCI ATCT, are maintained in the vestibule, which is the entryway prior to entering the TRACON (radar room). The Cru-X/ART system at MCI ATCT is located in the TRACON, in plain view of my supervisors.

5. I am required to read and sign for each item contained in the Essential Read Binder prior to assuming operational duties. *See* Attachment A (MCI ATCT Rule 7210.1H CHG 2, Section 2-2-3a(1)).

6. I am also required to become familiar with the current weather and forecasts, notices to airmen, facility equipment status, and flow restrictions prior to assuming an operational position. *See* Attachment A (Section 2-2-3a(2)(a)-(e)). These tasks are completed during my position relief briefing, which occurs before I assume control of the operational position. That briefing can take up to five or six minutes and is in addition to the activities described in paragraphs 4 and 5 above.

7. I often spend more than ten minutes daily performing these tasks, prior to the scheduled start time of my shift.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the aforementioned is true and correct.

DATE: 4-8-2008

Kevin Peterson

# SECTION 2. RESPONSIBILITIES

## 2-2-1. and 2-2-2. RESERVED

## 2-2-3. DUTY OF FAMILIARIZATION AND THE TRANSFER OF POSITION RESPONSIBILITY

a. Duty Familiarization.

(1) Reading Binders. Operations Manager (OM) or designee is responsible for the currency and maintenance of all reading binders.

(a) Essential Read Binder (ERB). The ERB contains information critical to the operation. All operations personnel are required to read, initial, and date MCI Form 3120-2, Briefing Read and Initial, for each item contained in the binder prior to assuming operational duties.

(b) Required Read Binder (RRB). The RRB contains information essential to the operation, but not time critical. Some RRB items may be upgraded to the ERB as they become time critical. All operations personnel are required to read, initial, and date MCI Form 3120-2, Briefing Read and Initial, for each item contained in the binder daily.

(c) General Information Binder (GIB). The GIB contains information considered non-essential for operational purposes, but of interest to employees.

(2) Prior to assuming an operational position, each specialist shall become familiar with the current status of the Air Traffic Control (ATC) System as it relates to MCI. The familiarization shall include:

(a) Appropriate reading binders.

(b) Current weather and forecasts. (including SIGMETS and CWAs)

(c) Notices to Airmen (NOTAMs).

(d) Facility equipment status.

(e) Flow restrictions.

b. Transfer of Position Responsibility.

(1) All positions must maintain operational continuity through a transfer of position responsibility for each position except Final Monitor East (FME), Final Monitor West (FMW), and Ground Control Meter (GCM).

(2) All personnel shall assume and/or relinquish responsibility for the position in accordance with MCI ATCT 7110.1, Standard Operating Procedures.

(3) OSs/CICs shall monitor and ensure the proper use of position relief checklists. The **Position Relief Checklist** is located on the IDS4 and listed below.

(a) STATUS INFORMATION AREAS.

1 Runway Configurations/Approaches in use (VERBALLY STATE RUNWAY STATUS: unavailable, closed, or occupied)

2 (TRACON) Verbally state status of adjacent airspace.

(b) NOTAMS and PIREPS. (Airport/Conditions) check NOTAMs on IDS4 automated system (primary system).

(c) EQUIPMENT.

1 current and planned outages

2 limitations.

(d) WEATHER.



Attachment A

PLF APP000000120

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARK G. ABBEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-272C<br>Judge Emily C. Hewitt |

**DECLARATION OF VIVIAN LUMBARD**

I, Vivian Lumbard, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am currently an employee of the Federal Aviation Administration ("FAA") and have been working for the FAA for approximately 16 years.

2. I presently work at the Youngstown Air Traffic Control Tower. My job title is Certified Professional Controller. I have worked at the Youngstown Air Traffic Control Tower since September 2002.

3. All of the following statements pertain to the period of time from May 1, 2004 through the present, unless specifically noted otherwise.

4. The Hot Binder, which contains FAA memorandum, is located at TRACON (radar room) next to the Cru-X/ART system, in plain view of any supervisors who are in TRACON.

5. I am required to review the materials in the Hot Binder prior to the start of my shift. *See* Attachment A, which is identified as PLF App 000000066.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the aforementioned is true and correct.

DATE: April 8, 2008

Vivian Lumbard

copied 11/14/07 VK

# HOT BINDER

## OPERATIONAL/ CRITICAL INFO THAT MUST BE READ AND INITIALED PRIOR TO START OF SHIFT

PLF APP000000066

**Attachment A**

**MEMORANDUM OF UNDERSTANDING**
**BETWEEN THE**
**NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION**
**AND THE**
**FEDERAL AVIATION ADMINISTRATION**

This agreement is made and entered into by the National Air Traffic Controllers Association (NATCA) Local ZKC and the Federal Aviation Administration (FAA). It represents the parties' understanding and agreement on the employee rotation through shifts, permanent/rotating shifts, permanent/rotating days-off and the procedures for bidding the basic watch schedule for 2008 scheduling year.

1. The basic watch schedule will be permanent regular days off and contain both permanent and rotating shifts. The agreed upon rotation for each area will be done as notated on each area bid board.

2. Regular Day Off (RDO) Bidding Process

   a. CPCs and developmental controllers from OZ, TR, GA, RI, and FH who have certified on 4 radar positions and developmental controllers from PR who have certified on 6 radar positions by the date bidding commences, shall be eligible to bid for Crew/RDO assignments by seniority.
   b. Developmental controllers not eligible to bid under paragraph 2. a. shall bid amongst like type employees by seniority.
   c. The Agency shall post a listing of employees by seniority, as determined by NATCA. When notified by management, each employee shall have sixty (60) minutes with no other duties assigned to submit their bid. Bidding will only be required within an employee's assigned shift and will not begin prior to 0800 nor extend past 2200 local time.
   d. An employee, who will be out of the facility for more than two (2) consecutive days during the bidding period, shall submit a proxy bid in writing to a management official. At the election of the employee, the proxy may include alternate contact information if different than the contact information currently maintained by the Agency. If all of the employee's bid choices indicated on the proxy are unavailable, the Agency will make every reasonable effort to contact the employee for another choice.
   e. When an employee's opportunity to bid is passed, the process will proceed to the next senior employee, if any of the following occurs:

      (1) Employee does not bid in the allotted time.
      (2) Employee does not provide a proxy with a Management official.
      (3) The employee cannot be reached.

      In the event of extraordinary circumstances that prohibit an employee to comply with the above, the Agency and NATCA will meet to resolve the matter.

   f. A by-passed employee may bid if no other employee is in the process of bidding or at any time during the next "non-bid time" (i.e., 2200-0800). All bids are final and may not be changed once approved

3. A Front Line Manager or Operations Manager shall record and initial all bids.

4. There will be no changes to the provisions contained in this agreement without written approval by both the Agency and NATCA. Nothing in these procedures shall be construed as a waiver of any Union or Management right.

5. In the event there is legislation which affects the provisions of this agreement, the parties shall reopen the affected provision(s) and renegotiate its contents.

6. This MOU shall expire on September 30, 2008 and may be extended by mutual agreement of the Parties in writing for another year.

Brad Schwartz
Acting Air Traffic Manager
Kansas City Air Route Traffic Control Center

9/25/07
Date

Scott Hanley
NATCA Facility Representative
Kansas City Air Route Traffic Control Center

9/25/07
Date

Agency Head Review

Johnnie T. Flemming

9/27/07
Date

# MEMORANDUM OF UNDERSTANDING BETWEEN THE NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION AND THE FEDERAL AVIATION ADMINISTRATION

This agreement outlines the Kansas City ARTCC (ZKC) policy for requesting, approving / disapproving annual leave for NATCA bargaining unit employees (BUE). This Agreement represents the complete understanding between the Parties, at the local level.

1. **General**

   a. It is the employees responsibility to ensure that their annual leave requests comply with these procedures.

   b. At no time may an employee submit annual leave requests in excess of the annual leave that they have accumulated plus what they will accrue that leave year plus any restored balance.

   c. Management will notify the employee upon determination of any leave requests that exceed these procedures. Once notified, the employee shall cancel any leave request in excess of authorized.

   d. Vacation and Non-Vacation leave is any annual leave requested prior to the posting of the schedule. Spot leave is any annual leave requested after the posting of the schedule.

   e. Employees shall notify a FLM / CIC / OMIC of intent to cancel approved leave. The FLM / CIC / OMIC shall advise the employee of the result, and make any necessary changes in WebSchedules, as soon as practicable.

   f. The 2008 leave year is defined as January 06, 2008 through January 3, 2009.

2. **Vacation leave**

   a. The scheduling supervisor for each area shall post the dates of the upcoming leave year and the vacation leave opportunities prior to commencing vacation leave bidding.

   b. Employees shall bid in sequence by seniority. Only one employee per crew per round may request leave on the same day. Employees that request vacation leave in excess of the vacation leave opportunities posted by the scheduling supervisor shall have those requests acted upon in the order requested.

   c. The first round of vacation leave bidding will begin concurrently with watch schedule bidding within the allotted 60 minutes. During subsequent rounds of bidding, each employee will be allowed 30 minutes with no other duties assigned to bid in sequence by seniority when the previous bidder has completed their bid, passed, or been bypassed (failure to submit a bid in the allotted time) for that round. Subsequent rounds of bidding will begin immediately following the completion of the previous round.

   d. If an employee fails to bid within the allotted time, the bid will be passed to the next eligible employee. After the first round of bidding, once an employee passes or has been bypassed, he/she is ineligible to bid in subsequent rounds.

   e. During the first three rounds of bidding employees may only bid up to the amount of annual leave they will accrue during the upcoming leave year. After the first three rounds employees may not bid more leave than accumulated, they will accrue by the end of the upcoming leave year, and any restored balance.

   f. If bidding continues past December 1, 2007, employees may not bid slots for January 6, 2008 through February 2, 2008. All bidding for the 2008 leave year will terminate on January 1, 2008.

   g. Leave requests shall be submitted on OPM Form 71. Front Line managers shall return a signed copy to the employee once the approval determination has been made.

   h. During any round of bidding, an employee may bid one (1) or two (2) consecutive or non-consecutive weeks of annual leave or portions thereof. In all rounds if an employee requests any portion of their workweek the request shall count as a full week. Requests may include Holiday excused absences.

Examples:

| | | |
|---|---|---|
| RDO/RDO/AL/AL/AL/AL/AL/RDO/RDO/AL/AL/AL/AL/AL | | = 1 round |
| AL/AL/RDO/RDO/AL/AL/AL | | = 1 round |
| RDO/RDO/AL/AL/AL/AL/AL/RDO/RDO<br>RDO/RDO/1500/1400/0800/AL/AL/RDO/RDO | | = 1 round |
| RDO/RDO/AL/AL/AL/AL/AL/RDO/RDO | (if no other week requested) | = 1 round |
| RDO/RDO/1500/1400/0800/0700/AL/RDO/RDO | (if no other week requested) | = 1 round |
| RDO/RDO/AL/AL/Holiday/AL/AL/RDO/RDO | (if no other week requested) | = 1 round |

i. Leave/requests may be canceled during the bidding process. Those vacation leave opportunities that are canceled will become available to the next senior bidder(s) in the next round of bidding.

Example: Round 1, bidder # 10 cancels a vacation leave request. The canceled opportunity(s) will be made available, starting with bidder # 11 in round 2.

j. Employees who transfer to an area from another area, staff, or TMU shall have their vacation leave opportunities transferred to the new area.

3. **Non-Vacation & Spot Requests**

a. Beginning October 29, 2007 employees may make requests for Non-Vacation leave for January 6, 2008 and beyond. Requests may be made for up to one year in advance. This will be a running list that does not reset.

b. BUE(s) shall be limited to fifteen (15) active Non-vacation/Spot leave requests of one (1) workweek at a time (or portion thereof)

c. Non-vacation/Spot leave requests shall be consecutive workdays, or a partial day, and cannot cross RDO(s). Requests may include Holidays (excused absence).

d. Requests remain active until cancelled, used, or expire.

e. Non-vacation and spot leave may be requested by the BUE through a FLM / CIC / OMIC - for entry into WebSchedules.

4. There will be no changes to the provisions contained in this agreement without written approval by both the Agency and NATCA. Nothing in these procedures shall be construed as a waiver of any Union or Management right.

5. In the event there is legislation that affects the provisions of the agreement, the parties shall reopen this agreement and renegotiate its contents.

6. This MOU shall expire on January 31, 2009 and may be extended by mutual agreement of the Parties in writing for another year.

[signature]
Brad Schwartz
Acting Air Traffic Manager
Kansas City Air Route Traffic Control Center

9/26/07
Date

[signature]
Scott Hanley
NATCA Facility Representative
Kansas City Air Route Traffic Control Center

9/26/07
Date

# STANDARD OPERATING PROCEDURES (SOP)

# ROANOKE TOWER (ROA)

February 01, 2008

FEDERAL AVIATION ADMINISTRATION

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

**ROA ORDER 7110.1B**

Effective Date:
February 01, 2008

SUBJ: **Standard Operating Procedures**

This handbook provides direction, guidance and air traffic procedures for the operation of the Roanoke Air Traffic Control Tower. Procedures contained herein are supplemental in nature to FAA Handbooks 7110.65 and 7210.3. The controller work force and support staff who maintain currency are expected to be familiar with the provisions set forth in this directive that pertain to their operational responsibilities. In situations that are not adequately covered, exercise good judgment.

Donald E. Clark
Manager, Roanoke Tower
Federal Aviation Administration

## TABLE OF CONTENTS

### Chapter 1. GENERAL


| Paragraph | | Page |
|---|---|---|
| 1-1. | PURPOSE | 1-1 |
| 1-2. | DISTRIBUTION | 1-1 |
| 1-3. | CANCELLATION | 1-1 |
| 1-4. | PRE-DUTY FAMILIARIZATION | 1-1 |
| 1-5. | TEAMS | 1-1 |
| 1-6. | HEADSET OPERATION | 1-1 |
| 1-7. | COORDINATION RECORDING | 1-1 |
| 1-8. | PRIMARY WIND SOURCE | 1-1 |
| 1-9 | STATUS INFORMATION AREAS (SIA) | 1-1 |
| 1-10. | INVALID MODE C REPORTING | 1-2 |
| 1-11. | CONTROLLED AREA INTRUSIONS | 1-2 |
| 1-12. | OPERATIONAL RESPONSIBILITY | 1-3 |


### Chapter 2. TOWER TEAM

#### Section 1. RESPONSIBILITIES AND INFORMATION


| | | |
|---|---|---|
| 2-1. | AIRPORT PROBLEM AREAS | 2-1 |
| 2-2. | VEHICLE OR AIRCRAFT OPERATIONS ON AN ACTIVE RUNWAY | 2-1 |
| 2-3. | RUNWAY EXITING | 2-1 |
| 2-4. | ACTIVE RUNWAYS | 2-2 |
| 2-5. | FREQUENCY ASSIGNMENTS | 2-2 |


#### Section 2. TOWER FRONTLINE MANAGER (FLM)/CONTROLLER-IN-CHARGE (CIC)


| | | |
|---|---|---|
| 2-6. | DUTIES | 2-2 |
| 2-7. | ASSIGNMENT | 2-3 |


#### Section 3. GROUND CONTROL (GC)


| | | |
|---|---|---|
| 2-8. | RESPONSIBILITIES | 2-3 |
| 2-9 | AIRPORT SPECIAL USE AREAS | 2-4 |
| 2-10. | FLOW CONTROL | 2-6 |
| 2-11. | HELICOPTER OPERATIONS | 2-6 |
| 2-12. | FLIGHT PROGRESS STRIPS | 2-7 |
| 2-13. | ATIS VERIFICATION | 2-7 |
| 2-14. | ARFF PHONE CHECK | 2-7 |
| 2-15. | CLOSED RUNWAYS | 2-7 |
| 2-16. | RUN DOWN TABULAR LIST | 2-7 |

# CHAPTER 1. GENERAL

**1-1. PURPOSE.** This order establishes standard operating procedures for the use in providing a safe, orderly and expeditious flow of air traffic in and around the Roanoke Approach Control terminal airspace.

**1-2. DISTRIBUTION.** All Roanoke Tower personnel and Manager, Washington Hub.

**1-3. CANCELLATION.** Roanoke Order 7220.1A, Standard Operating Procedures, dated October 22, 2006.

**1-4. PRE-DUTY FAMILIARIZATION.** All Roanoke Tower personnel shall, prior to assuming operational duties, review the Hot Board and Read and Initial (R&I), current weather, runway configuration, equipment condition/configuration and NOTAM information.

**1-5. TEAMS.** The Roanoke operational area consists of two teams; the Tower team and the Radar team. The First Line Manager (FLM) and/or Watch Controller-in-Charge (WCIC) are responsible for the efficient management of the operation and personnel.

**1 6. HEADSET OPERATION.** All personnel working a radio/telephone position shall be in a headset operation between the hours 0700L and 2100L, unless otherwise authorized by the FLM/CIC.

**1-7. COORDINATION RECORDING.** Controllers shall use override keys for coordination and/or control messages.

**1-8. PRIMARY WIND SOURCE.** The centerfield row of the LLWAS is designated as the primary wind source. The ASOS magnetic wind may be used when the LLWAS is not available.

**1-9. STATUS INFORMATION AREAS (SIA).**

a. Areas designated as official SIAs:

(1) ARTS system area, which shall contain, at a minimum, ATIS code.

(2) Position strip board.

(3) IDS4.

b. Facility authorized sources of information to be used during the transfer of position responsibility are IDS4, weather displays, position strip board, airport lighting panel in tower cab and overhead map panel at the radar positions.

**U.S. DEPARTMENT OF TRANSPORTATION**
FEDERAL AVIATION ADMINISTRATION

ORDER
JO 7210.3V
Effective Date:
February 14, 2008

**Subject: Facility Operation and Administration**

---

# Section 2. Responsibilities

### 2-2-1. LEGAL LIABILITIES OF PERSONNEL

**a.** Guidelines for representing Federal employees named in tort claims are promulgated by the Department of Justice (28 CFR Part 50).

**b.** When warranted, disciplinary action shall be taken without regard to possible adverse effects on the FAA position in subsequent lawsuits, enforcement proceedings, or similar actions.

**c.** In the case of an accident or incident resulting in a National Transportation Safety Board (NTSB) or a military investigation or hearing, it may be necessary to delay disciplinary action until the determination of the investigation or hearing. This is done only to ensure that all facts are known before final action is taken. The determination in such investigations shall not be used as a basis for initiating disciplinary action.

### 2-2-2. JOB REQUIREMENTS

Each person shall be familiar with the duties and responsibilities of his/her own position, those of his/her subordinates, if applicable, and to a limited extent, with those of his/her immediate supervisor. Each specialist, when designated, shall supervise and assist in training other specialists as appropriate.

### 2-2-3. POSITION RESPONSIBILITY

Air traffic managers shall ensure that only one certified air traffic controller is signed on and responsible for each open position, to include consolidated positions, at any given time.

***NOTE-***
*When a developmental and an instructor are both signed on at a position, the instructor is responsible for all activity at that position.*

### 2-2-4. DUTY FAMILIARIZATION AND THE TRANSFER OF POSITION RESPONSIBILITY

**a.** Air traffic managers shall determine which sectors or positions require "duty familiarization" for each shift and shall provide a facility directive which specifies all sources of operational information which must be read and/or discussed as a part of

the familiarization. Familiarizations should be scheduled within an 8-hour shift to the extent possible.

**b.** Air traffic managers shall determine which sectors or positions must maintain operational continuity through a transfer of position responsibility and shall:

**1.** Review each sector or position and provide a tailored checklist which lists the equipment and the operational conditions which are likely to be a factor at that position.

**(a)** Items which should be included on the checklist, if relevant, are:

**(1)** STATUS INFORMATION AREA/S.

**(2)** EQUIPMENT: NAVAIDs, Radar(s), Radios, Automated Weather Observing Systems, etc.

**(3)** AIRPORT CONDITIONS/STATUS.

**(4)** AIRPORT ACTIVITIES; e.g., snow removal, vehicles on runway, etc.

**(5)** ALTIMETER/TRENDS.

**(6)** WEATHER/TRENDS.

**(7)** FLOW CONTROL.

**(8)** SPECIAL ACTIVITIES; e.g., restricted/warning areas in use, airshows, flight checks, new procedures, etc.

**(9)** SPECIAL INSTRUCTIONS/RESTRICTIONS; e.g., due to adjacent position training, nonstandard staffing/configuration, etc.

**(10)** STAFFING.

**(11)** TRAINING IN PROGRESS.

**(12)** VERBALLY STATE RUNWAY STATUS; unavailable, closed, occupied.

**(13)** PERTINENT OPERATIONAL NOTAMs, UNLESS PREVIOUSLY COVERED.

***NOTE-***
*Air traffic managers at facilities equipped with automated NOTAM systems shall designate those systems as the primary source of NOTAM information. (This does not include AFSS legacy systems.)*

**(14)** Non-RVSM aircraft operations.

**(15)** TRAFFIC.

**(b)** The checklist for a specific position need not include those items which are incorporated into the Status Information Area/s used by that position.

**(c)** Status Information Area/s (SIA), when available, shall be the first item listed on the position checklist.

**(d)** When traffic is included on the position checklist, it shall be the last item listed. When relevant to the position, include the following sub-items under the traffic heading so that they will not be inadvertently overlooked:

**(1)** Special Activity Aircraft; e.g., aircraft operating in a special use area/airspace, helicopters on prescribed routes, etc.

**(2)** Point out aircraft.

**(3)** Holding aircraft.

**(4)** Primary targets with no associated alphanumerics.

**(5)** Aircraft handed off but still in the airspace.

**(6)** Aircraft released but not yet airborne.

**(7)** Nonradar operations.

**(8)** VFR advisory aircraft.

**(9)** Aircraft standing by for service.

**(10)** Coordination agreements with other positions.

**(11)** Special problems, requests, or instructions.

**(e)** Air traffic managers may *increase* the number of items and/or the level of detail of the position relief checklists as they deem necessary.

**2.** To the extent possible, provide a SIA/s from which specialists may obtain the operational information relevant to the position being worked. The SIA/s may consist of a single or any combination of informational sources where status information can be recorded and displayed. These areas may include, but not be limited to, facility/area/position status boards, weather status boards, "hot item" binders, clip

board information sheets, and designated areas for written notes.

**3.** Designate, through a facility directive, the position/s having responsibility for the accuracy of the various items contained on the SIA/s. The designated position/s should be the focal point for the type of status information for which they are responsible and, except for the accuracy of written notes located at the position should not be a specialist having primary and direct responsibility for the provision of service or separation to aircraft.

**c.** To the maximum extent practicable the position relief briefing shall be recorded.

**d.** Specialists manning the positions identified under subpara 2-2-4b, requiring the maintenance of operational continuity, shall conduct a position relief briefing in accordance with FAAO JO 7110.65, Air Traffic Control, Appendix D, Standard Operating Practice (SOP) for the Transfer of Position Responsibility, or FAAO JO 7110.10, Flight Services, para 1-3-3, Duty Familiarization and Transfer of Position Responsibility.

**e.** Responsibilities:

**1.** The specialist being relieved shall be responsible for ensuring that any pertinent status information of which he/she is aware is relayed to the relieving specialist and is either:

**(a)** Accurately displayed on the SIA/s for which he/she has responsibility, or

**(b)** Relayed to the position having the responsibility for accurately displaying that status information.

**2.** The relieving specialist shall be responsible for ensuring that any unresolved questions pertaining to the operation of the position are resolved prior to accepting responsibility for the position.

**3.** The relieving specialist and the specialist being relieved shall share equal responsibility for the completeness and the accuracy of the position relief briefing.

***NOTE-***
*The sharing of this responsibility means that the specialist being relieved is obligated to provide a complete, accurate briefing, and the relieving specialist is obligated to ensure that a briefing takes place and is to his/her total satisfaction.*

**4.** The specialists engaged in a position relief shall conduct the relief process at the position being relieved unless other procedures have been established and authorized by the facility air traffic manager.

**2-2-5. OPERATING INITIALS**

**a.** Specialists shall be assigned two-letter operating initials to identify the employee

for record purposes. When all combinations of letters are depleted, duplicate initials may be assigned to personnel working in different areas of specialization.

**b.** Unless signatures are specifically requested, use assigned operating initials for al operating forms, interphone contacts, marking of recorder tapes, and other records.

**c.** A current file of assigned initials shall be maintained.

**2-2-6. SIGN IN/OUT AND ON/OFF PROCEDURES**

The following is applicable to all FAA air traffic facilities, but does not apply to FAA contract facilities.

Cru-X/ART is the official time and attendance system for both signing in/out for a shif and on and off positions, not paper logs nor Common ARTS/HOST/NTML/M1FC or other Agency or local programs. Facilities may use Common ARTS/HOST/NTML/M1FC to sign on positions for position preference settings however, these systems/programs shall not be used for official time and attendance nor position times. Duplicate paper logs for sign in/out of the shift and on and of positions shall not be utilized during normal daily operations.

**a.** FAA supervisory traffic management coordinators (STMC)/operations supervisors (OS)/National Traffic Management Officers (NTMO)/controllers-in-charge (CIC) of the watch are responsible for ensuring the accuracy of the personnel log for time and attendance (T&A) recording. T&A information shall be entered into and maintained within the ATO Resource Tool (ART) system.

**1.** The facility air traffic manager shall ensure that procedures are in place so tha operational schedules are entered correctly into ART.

**2.** Employees shall use ART to sign in and out of their shifts.

**(a)** Sign in for a shift shall be accomplished no later than the shift assigned time unless the OS/STMC/NTMO/CIC and/or OMIC has approved leave at the start of the assigned shift. Sign in, using the assigned shift start time, may occur up to 15 minutes before an employee's assigned shift. Earning of, and signing in for, Time Outside Shift time at the beginning of an assigned shift must receive approval by the OS/STMC/NTMO/CIC or OMIC prior to earning or recording it into Cru-X/ART.

***NOTE-***
*Shift/Core hour changes must be in accordance with local and national policy Earning Time Outside Shift (overtime, credit hours, etc.) must be approved by the OS/STMC/NTMO/CIC or OMIC prior to entering it into Cru-X/ART or working it.*

**(b)** In situations where it is known in advance that employees will not report to the facility, such as when attending an all day meeting outside the facility, facilities should enter the employee's shift in the schedule as an Other Duty Code.

(c) Sign out shall be accomplished at the end of an employee's assigned shift. Sign

out using the assigned shift end time may be accomplished no earlier than 15 minutes prior to the end of the shift, or no later than 15 minutes after the end of the assigned shift. Any Time Outside Shift at the end of an assigned shift, or leave, must first receive OS/STMC/NTMO/CIC or OMIC approval prior to earning/using and recording such time in Cru X/ART.

**3.** The supervisor/CIC position relief briefing check list shall include:

**(a)** T&A status,

**(b)** Other Duties,

**(c)** Time Outside Shift (TOS) requests/approvals, and

**(d)** Leave requests/approvals.

***NOTE-***
*Upon signing on position the OS/STMC/NTMO/CIC assumes full responsibility of all check list items including those identified above.*

**4.** It is the employee's responsibility to notify the operations manager or OS/STMC/NTMO/CIC in charge of the watch of any changes to "Other Duty" shifts. *For example, an employee is outside of the facility on another duty and requests a day of sick leave.*

**5.** In the event of electronic system failure, scheduled system outage, or facility evacuation, the paper FAA Form 7230-10, "Position Log," shall be used to indicate position responsibility. When the ART system has been restored or the facility reoccupied, the facility shall ensure that all data collected with the paper FAA Form 7230-10's is entered into ART. In instances where the data cannot be entered into ART, the paper FAA Form 7230-10's shall be retained in accordance with document retention guidance.

**b.** The Cru-X/ART electronic logs shall be used to indicate responsibility at all operational positions and for supervisory traffic management coordinator-in-charge (STMCIC), operations supervisor-in-charge (OSIC), traffic management coordinator-in-charge (TMCIC), and CIC functions. It is the responsibility of the relieved controller to enter the correct change of position responsibility time in Cru-X/ART. In situations where there is no relieved controller, such as when opening a position, the person opening the position is responsible for entering the correct position time or notifying the supervisor/STMC/CIC of the position opening time. The supervisor/STMC/NTMO/CIC shall then enter that time into Cru-X/ART.

**2-2-7. CIRNOT HANDLING**

A CIRNOT initiated by WMSCR/NNCC shall be transmitted to all circuit users.

**a.** WMSCR/NNCC shall maintain a record of all CIRNOTs and forward a hard copy to FAA Headquarters, Terminal Safety and Operations Support by the most

expeditious means available.

**b.** AFSS/FSS air traffic managers shall provide CIRNOTs to the Terminal Operations Service Area office and/or other field facilities upon request.

**c.** CIRNOTs should be retained at the receiving facility for 120 days.

***NOTE-***
*The most expeditious means is transmitting the CIRNOT via facsimile, telephone mail, electronic mail, etc.*

**2-2-8. GENOT HANDLING**

A GENOT initiated by headquarters ATO organizations, requiring distribution to air traffic facilities, shall be transmitted to all Service Area offices, Flight Service Stations (FSS), Automated Flight Service Stations (AFSS), and ARTCC.

**a.** Terminal Operations Service Area office shall distribute GENOTs to the following using the most expeditious means available:

**1.** FAA contract and non-Federal towers.

**2.** FAA military ATREPS assigned to the service area.

***NOTE-***
*The most expeditious means is transmitting the GENOT via facsimile, telephone mail, electronic mail, etc.*

**b.** The AFSS/FSS shall distribute the GENOT to all FAA field facilities addressed except ARTCCs, within their designated areas as determined by the respective Service Area office using the most expeditious means available.

***REFERENCE-***
*FAAO JO 7210.3, Para 2-2-8a2 Note.*

**c.** Terminal Hub facilities distribute all GENOTs in plain language format to all non-Federal and contract ATCTs which are located within their Hub Area. The GENOT shall be distributed in the most expeditious means available.

***REFERENCE-***
*FAAO JO 7210.3, Para 2-2-8a2 Note.*

**d.** Air traffic managers at all facilities shall:

**1.** Disseminate GENOT information to concerned facility personnel. The content of the message will dictate the priority of the distribution.

**2.** Ensure that all employees with a need to know are thoroughly briefed on the change prior to performing their duties.

**3.** Ensure that the appropriate entry is made in the employee's Training and Proficiency Record, Form 3120-1.

**2-2-9. PERSONNEL BRIEFINGS REGARDING AIR TRAFFIC BULLETIN ITEMS**

The Air Traffic Bulletin is a means of communication between headquarters and field facilities. It is routinely published and distributed quarterly. In addition, special issues are published and distributed as necessary. It is not a directive, nor is it to implement new procedures. Its intent is to transmit "reminders" concerning proper application of procedures and other instructions. To provide continuity of communication, facility air traffic managers shall:

**a.** Ensure that the facility is on the distribution list for the Air Traffic Bulletin. Any corrections/additions/deletions should be directed thru the regional distribution officer.

**b.** Ensure that Air Traffic Bulletin items with operational/procedural impacts are verbally discussed/briefed with facility personnel. These briefings shall take place within 30 days after receipt of the bulletin. Once the briefings are given, a notation shall be inserted in each individual's FAA Form 3120-1, including the certification signature provided by the staff specialist/supervisor and the employee's initials.

**1.** The option/s for which a briefing is required will be indicated by an asterisk followed by one or more letter designators; i.e.:

**(a)** *T - Tower, combined tower/approach control;

**(b)** *R - TRACON;

**(c)** *F - AFSS/FSS;

**(d)** *E - ARTCC (En Route);

**(e)** *EF - ARTCC and FSS; etc.

**2.** The option/s for which briefings are recommended but not required will follow the option/s for which briefings are required, separated by a slash; i.e., /*T/E, indicates that for the en route option the briefing is recommended.

**c.** Solicit suggested Air Traffic Bulletin items, having operational/procedural impact from facility personnel at regular personnel or crew briefings; evaluate and forward those considered appropriate for Service Area office review. Service area offices shall evaluate and forward to System Safety Procedures those proposals considered significant and national in scope.

**2-2-10. LAW ENFORCEMENT INFORMATION**

Law enforcement information; e.g., aircraft identification, flight schedules, flight operations, procedures, aircraft lookouts, etc., is of great value to drug traffickers and others attempting to circumvent the law. Although law enforcement information is normally unclassified, it is considered to be inherently sensitive, of a confidential nature, and is to be handled on a "For Official Use Only" (FOUO) basis. Facility air traffic managers shall ensure that such information is safeguarded from disclosure in accordance with FAAO 1600.2, Safeguarding Controls and Procedures for Classified National Security Information and Sensitive Information, whether the information is physically marked with the FOUO term or not. "Safeguarded from disclosure" includes precaution against oral disclosure, prevention of visual access, and precaution against unauthorized release, gratuitously or in response to a specific request.

### 2-2-11. PERSONNEL BRIEFINGS REGARDING ORDER CHANGES

Air traffic managers shall ensure that facility air traffic personnel are verbally briefed on changes to FAAO JO 7110.65, Air Traffic Control, FAAO JO 7210.3, Facility Operation and Administration, and FAAO JO 7110.10, Flight Services, and other appropriate directives, that have operational/procedural significance.

### 2-2-12. SYSTEMS MANAGEMENT OF VSCS EQUIPMENT

Air traffic facility managers shall determine which VSCS console equipment (VCE) positions require tailored checklists. The checklist shall include as a minimum, the configuration map in use and the specific position eligibility/capability (classmark) adapted to maintain operational continuity.

### 2-2-13. REPORTING EQUIPMENT TROUBLE

Equipment trouble reports are normally delivered by air traffic personnel to Technical Operations personnel in person or by telephone. Locally developed procedures that are agreed to jointly by the air traffic and Technical Operations managers may be used for trouble reporting. In the absence of locally developed procedures, the following shall apply: Trouble reports shall specify the facility, sector and position affected and include a brief description of the problem. In addition:

**a.** For air/ground communications problems, the frequency or frequencies affected shall be specified.

***EXAMPLE-***
*"Atlanta Sector 66R side 123.4 no transmit."*

**b.** For air/ground communications problems, the calling and the called locations shall be specified.

***EXAMPLE-***
*"Seattle Sector 46D side hot line to Salt Lake City is not working."*

### 2-2-14. FACILITY DIRECTIVES REPOSITORY (FDR)

The Facility Directives Repository (FDR) provides a centralized, automated web-based library for FAA employees to access all Letters of Agreement (LOA), Standard Operating Procedures (SOP), and FAA Facility Orders (FO) for Air Traffic Facilities throughout the National Airspace System.

***NOTE-***
*Directive information for Flight Service Stations (LOAs, SOPs, FOs) will only be required for those located in Alaska.*

**a.** The Vice President's responsibility includes:

**1.** The Vice President for En Route and Oceanic Services must develop processes within the service unit to ensure repository entry functions are discharged effectively.

**2.** The Vice President for Terminal Services must develop processes within the service unit to ensure repository entry functions are discharged effectively.

**3.** The Vice President for System Operations Services must administer user functions and develop processes within the service unit to ensure repository entry functions are discharged effectively.

**4.** The Vice President for Operations Planning Services must administer system functions, provide access to the internet mirror site, and oversee the site operation and maintenance.

**5.** The Vice President for Safety Services oversees compliance.

**b.** Facility Managers must:

**1.** Ensure that current LOAs, SOPs and FOs are posted to the repository site.

**2.** Ensure that new and revised LOAs, SOPs and FOs are posted to the repository site before the effective date of the document.

**3.** Establish an internal administrative process to ensure the posting, completeness and accuracy of their facility's documents.

**4.** Ensure Classified, Contractor Propriety, and For Official Use Only information, is removed or excluded from posted documents.

**5.** Ensure that all outdated and cancelled documents are removed from the FDR database.

**c.** District Managers must:

**1.** Assist in the posting of documents, required in b1 and 2 above, for facilities that do not have FAA intranet access or automation capability.

**2.** Establish an administrative process to ensure facility compliance.

**3.** Ensure Classified, Contractor Propriety, and For Official Use Only information, is removed or excluded from posted documents.

**d.** Safety/Quality Assurance Offices must ensure facility compliance with posting LOAs, SOPs and FOs in the repository site in facility evaluation checklists.

**e.** The repository database is an intranet site within the FAA automation network firewall at https://loa.faa.gov.

**1.** Personnel with access to the FAA intranet may view documents without the need for a log-in or user account.

**2.** Personnel external to the firewall may view documents on a mirrored internet site with authorization by an FAA sponsor. Access to the mirror site requires a User ID and password that are valid for the period necessary to execute the sponsored activity. Contact information and instructions are available on the internet site.

**3.** Personnel responsible for maintaining the facility's documents must register with the site to establish a user account.

**4.** A facility may have up to three user accounts. User information is located in the user manual on the site's homepage.

**5.** Facility/District managers are the approving authority for user account privileges for their facilities.

**(a)** Users must complete an electronic registration page on the site to request access.

**(b)** The Facility/District manager will be notified via an email message when a user makes a request for account privileges. Approval must be made via the automated privilege link.

**(c)** Users will be notified of their approval by e-mail.

**(d)** Direct problems or questions to the facility point of contact identified on the facility homepage in the repository.