# In the United States Court of Federal Claims

No. 07-272

(E-Filed: April 29, 2008)

| | |
|---|---|
| MARK G. ABBEY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiffs' Reply to Defendant's Response to Plaintiffs' Proposed Findings of Uncontroverted Facts (plaintiffs' Reply). The Office of the Clerk of the Court delivered plaintiffs' Reply to chambers with a deficiency memorandum indicating that there is no provision in the Rules of the United States Court of Federal Claims (RCFC) for filing plaintiff's Reply. Defendant filed a substantially similar document titled "Defendant's Reply to Plaintiffs' Response to Defendant's Proposed Findings of Uncontroverted Facts" as an attachment to its' Reply to Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. In these circumstances, there is no unfairness in the court's accepting the filing of plaintiffs' Reply. Accordingly, the Clerk of the Court shall FILE plaintiffs' Reply.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge