IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARK G. ABBEY, et al. )
and )
7211 MATTHEW S. ALDERSON )
)
7212 DANIEL A. AMATO )
)
7213 DEBORAH K. ANDERSON )
)
7214 RONALD C. ANDREI )
)
7215 GERRY L. ANDREWS )
)
7216 JOHN S ANDREWS )
)
7217 RON AQUILINA )
)
7218 MATTHEW C. BADER )
)
7219 JAMES P. BAGLEY )
)
7220 AMANDA BALL )
)
7221 JESSE R. BARCINAS )
)
7222 JAMES A. BARNES )
)
7223 GREGORY J. BARTLETT )
)
7224 MARK E. BARWICKI )
)
7225 DAVID M. BECQUET )
)
7226 ROBERT J. BELLCHAMBERS )
)
7227 ROY K. BENOTTI )
)
7228 BRIAN KEITH BIDWELL )
)
7229 CRAIG W. BIELEK )
)
7230 JEFFREY BOHNSACK )
)

7231 CURTIS K. BRILZ )
)
7232 DANA BROMLEY )
)
7233 PATRICK K. BROOKS )
)
7234 MIKEL D. BROWNING )
)
7235 DOUG BURKE )
)
7236 DUSTIN BYERLY )
)
7237 MICHAEL J. CANNON )
)
7238 CHARLENE CAPANGPANGAN )
)
7239 DAVID C. CAPOBIANCO )
)
7240 LORENZO A. CASAS )
)
7241 FRANKLIN LIZAMA CHAMPACO )
)
7242 AIMEE CHANCE )
)
7243 JAMIE L. CHOUINARD )
)
7244 ALBERT A. CIPICCHIO )
)
7245 BRANDON CLEMENTS )
)
7246 WAYNE CLEVELAND )
)
7247 ERIC R. COLE )
)
7248 LAUREN A. CONNOLLY )
)
7249 DANIEL J. CONROY )
)
7250 RICHARD C. CORONA )
)
7251 CLAYTON B. CRAFTON )
)
7252 DANIEL A. CROWTHER )
)
7253 JEFFREY J. D'AMICO )
)

7254 PAMELA A. DANIEL )
)
7255 MOLLY SUZANNE DAVIS )
)
7256 W. CLIFFORD DEAN )
)
7257 JAMES WHITTMANN DEAR )
)
7258 PATRICK ANDREW DIEHL )
)
7259 JOSEPH MICHAEL DOUMONT )
)
7260 JOSEPH DUFFEKK III )
)
7261 CHRISTINE M. DUNKLE )
)
7262 DIANE L. DUNKMAN )
)
7263 ELMER S. FANGONIL )
)
7264 BRIAN P. FERREIRA )
)
7265 PATRICK M. FINN )
)
7266 JAMES S. GALBRAITH )
)
7267 BRIEN P. GALLAGHER )
)
7268 MICHAEL GALVAN )
)
7269 LUIS G. GARCIA )
)
7270 SHARON E. GREEN- MORGAN )
)
7271 STEVEN R. GREENHALGH )
)
7272 RAEGEN MAE GRIFFIN )
)
7273 KARA GRUTERS )
)
7274 TIMOTHY ALAN GUY )
)
7275 MARK S. GUZIK )
)
7276 THADDEUS E. HABUDA )
)

7277 SARA ELLEN HAIGHT )
)
7278 ERIC KYLE HALL )
)
7279 RICHARD M. HAMILTON )
)
7280 NEAL A. HANN )
)
7281 JOHN C. HANNON )
)
7282 DARCY LYNN HANSEN )
)
7283 BRIAN M. HARKINS )
)
7284 DAVID A. HARP )
)
7285 MIA J. HARTVIKSON )
)
7286 GEORGE WILLIAM HATLEY )
)
7287 JOHN D. HATT )
)
7288 DANIEL J. HELM )
)
7289 RAUL HEREDIA )
)
7290 ROGELIO HERNANDEZ )
)
7291 CHAD B. HILL )
)
7292 DENNIS K. HILTON )
)
7293 DEANNA M. HILTON (FORMANEK) )
)
7294 AMANDA BETH HODGE )
)
7295 HOLLY ANN HORVATH )
)
7296 TODD HOWER )
)
7297 NICOLE LYNN HRADIL )
)
7298 DAVID R. INGRAHAM )
)
7299 MICHAEL A. JANDRA )
)

7300 JOHN L. JAPEL )
)
7301 KRISTEN LEIGH JOHNSON )
)
7302 LANE DONALD JOHNSON )
)
7303 MELANIE P. JOHNSON (JONES) )
)
7304 ALLEN J. JOHNSTON )
)
7305 ERICA L. JOHNSTON )
)
7306 KRISLEEN A. JONES )
)
7307 ROBERT L. JONES )
)
7308 BRANDON D. KAISER )
)
7309 GREGORY LEE KALLA )
)
7310 DANIEL W. KAPS )
)
7311 JOHN A. KAPS )
)
7312 STEVEN H. KAUFMAN )
)
7313 JOHN DAVID KELLY )
)
7314 HOUSTON R. KENNEDY )
)
7315 CHRISTOPHER M. KEYES )
)
7316 MICHAEL E KINSELLA )
)
7317 EDWARD D. KNOX )
)
7318 CHRISTOPHER DAVID KNUEPPEL )
)
7319 ANTHONY P. KOLONIE )
)
7320 DENNIS H. KRAUS )
)
7321 DANIEL E. KREMNITZER )
)
7322 VALRI J. KRINER )
)

7323 DEBRA DEE KRING )
)
7324 TRACY L. KROETEN )
)
7325 RANDALL S. LEBLANC )
)
7326 JOHN T. LENHART )
)
7327 SCOTT T. LENORD )
)
7328 JAMES M. LEWKOWICZ )
)
7329 DAVID K. LIMA )
)
7330 JEFFREY K. LINDSEY )
)
7331 FERDINAND A. LING )
)
7332 JEFFREY J LITWIN )
)
7333 MIGUEL A. LOPEZ )
)
7334 ALAN D. MACDONALD )
)
7335 ERIKA SHERYL MAHANEY )
)
7336 PHILLIP MAHANEY )
)
7337 DAVID E. MAHNKE )
)
7338 JAMES P. MAKERS )
)
7339 DAVID D. MALONE )
)
7340 WILLIAM T. MAMOLA )
)
7341 MARK A. MARIAN )
)
7342 ANDREW MARINO )
)
7343 JERRY D. MAUS )
)
7344 ROBERT ALAN MAY )
)
7345 MARANDA LYN MCCAIN )
)

7346 BERNARD M. MCCLOSKEY )
)
7347 MARK J. MCGARRITY )
)
7348 SCOTT B. MCLAGGAN )
)
7349 JOHNNY M. MCNABB )
)
7350 MATTHEW JAMES MCNELLEY )
)
7351 JONATHAN E. MENGE )
)
7352 KEVIN J. MILLER )
)
7353 KARI R. MILTER )
)
7354 NILS SVEN MOBERG )
)
7355 ARMAND W. MOODY )
)
7356 CALEB JEDEDIAH MURRAY )
)
7357 MICHAEL P. MYERS )
)
7358 SPENCER WILLIAM MYSZKA )
)
7359 ROBERT A. NAAKTGEBOREN )
)
7360 MARI LYNN NADO )
)
7361 STACEY KEAHI NAKAMURA )
)
7362 ARSENIO L NAZARENO )
)
7363 DOUGLAS T. NELSON )
)
7364 ROBERT A. NEWRAY )
)
7365 LISA COLEEN NICHOLS )
)
7366 JON M. NOFFSINGER )
)
7367 PATRICK O'BRIEN )
)
7368 REID A. OKUMURA )
)

7369 KELLY JOANN OSTINO )
)
7370 JOHN F. OVERMAN )
)
7371 CHRISTOPHER OWENS )
)
7372 BRODERICK G. PAGE )
)
7373 REGGIE Y. PALACIOZ )
)
7374 SANDRA PAPADIMITRIOU )
)
7375 JAY J. PAULINSKI )
)
7376 NATHAN PEDERSON )
)
7377 TOM THANH PHAN )
)
7378 SHAUN PIERCE )
)
7379 JOSEPH D. PIVONKA )
)
7380 JON M. POPOW )
)
7381 STEVEN M. PORCARO )
)
7382 CHRISTOPHER L. PORTA )
)
7383 DEBORAH L. PRICE )
)
7384 JASON FRANCIS RAFFERTY )
)
7385 JEAN SIMONET RASPANTE )
)
7386 BENJAMIN A. RAWLE )
)
7387 DANIEL JOSEPH RAYNOS )
)
7388 RYAN K. REEVES )
)
7389 JEROME F. REICHENBACH )
)
7390 RONALD E. RICH )
)
7391 NOREEN M. RODENHURST )
)

7392 WILLIAM N. RODENHURST )
)
7393 JOHN C. ROMAN )
)
7394 FREDERIC C. ROMANI )
)
7395 ADAM G. ROSE )
)
7396 MCCOLL J. RUSSELL )
)
7397 RODNEY SABINO )
)
7398 TERRY B. SANDERS )
)
7399 FRANCIS J. SANTANGELO )
)
7400 LINDSEY A. SANTOS )
)
7401 JACOB A. SATHER )
)
7402 KAREN SAYLOR )
)
7403 BRIAN GERARD SCHMALING )
)
7404 LISA A. SCHOENECKER )
)
7405 WILLIAM F. SCHWANER )
)
7406 BRYAN M. SCHWARTZ )
)
7407 TYSON L. SHAKESPEARE )
)
7408 STEVEN M. SIMPSON )
)
7409 JOHN CHARLES SMITH )
)
7410 TIMOTHY D. SMITH )
)
7411 EDWARD S. SPENCER )
)
7412 SCOTT L. STRAUB )
)
7413 PAUL M. STUERTZ )
)
7414 MITCHELL S. TARNOFF )
)

7415 ROBIN E. TAYLOR )
)
7416 DENA M. THOMAS )
)
7417 KARLA THOMPSON )
)
7418 ELIJAH EDWARD TOMPKINS )
)
7419 STEVEN W. TRYON )
)
7420 STEPHANIE DENISE TYLER )
)
7421 JOSEPH R. VAN DE BOGERT )
)
7422 TIMOTHY ALAN VAN DER HEIDI )
)
7423 WILLIAM A. VAN LOAN )
)
7424 MARK F. VILLANUEVA )
)
7425 TANNER WAGNER )
)
7426 DANIEL K. WALKER )
)
7427 DARYL Y. WANNOMAE )
)
7428 JOHN MARVIN WENTZ )
)
7429 CHRISTINA D. WESTON )
)
7430 STEVEN M. WHORTON )
)
7431 LAVONZELL WILKS )
)
7432 TIMOTHY C. WILLIAMS )
)
7433 RONALD LEE WILSON )
)
7434 SONJA M. WONG )
)
7435 RUSSEL L. WYATT )
)
7436 JULIUS J. YAEGER )
)
7437 KELLY A. YAEGER )
)

| | | |
|---|---|---|
| 7438 CRAIG E. YOOS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-272C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT**

Plaintiffs respectfully request that this Court grant plaintiffs' unopposed motion to amend the Complaint filed in the above action. The First Amended Complaint merely adds 228 plaintiffs to the original 7,210 plaintiffs in the above action. Plaintiffs have received written consent of defendant's counsel, in accordance with Court of Federal Claims Rule15(a).

Respectfully submitted,

Dated: June 6, 2008

/s/ Gregory K. McGillivary
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Unopposed Motion to Amend Complaint was electronically filed on this 6th day of June with the Clerk of the Court using the CM/ECF System which will send notification of such filing to defendant's attorney:

Hillary A. Stern
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
(202) 616-0177 (telephone)
(202) 305-7643 (facsimile)

/s/ Gregory K. McGillivary
Gregory K. McGillivary