IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' Second Amended Complaint**

# Consent Forms Cannon-Dunkman

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Cannon Michael J
Last First Middle

HOME ADDRESS 76 Maryland View Drive
Address

Harpers Ferry WV 25425
City State Zip Code

PHONE (home) 304-876-1107 (work) 304-886-4678

EMAIL ADDRESS Aircannon@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 2/86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: TMC Traffic Management Coordinator

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME CAPANGPANGAN CHARLENE A
Last First Middle

HOME ADDRESS 7300 CROY LN
Address

DUBLIN CA 94568
City State Zip Code

PHONE (home) 925-828-7629 (work) ____________

EMAIL ADDRESS CHARLENE_C_C HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 4/7/2005 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Capobianco David Carmine
Last First Middle

HOME ADDRESS 6960 Snead Ct
Address

Middletown Md 21769
City State Zip Code

PHONE (home) 301 371-9662 (work) 703 771-3494

EMAIL ADDRESS Dcapo@Adelphia.net

**EMPLOYMENT HISTORY**

START DATE: 10/91 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME CASAS, Lorenzo A.
Last First Middle

HOME ADDRESS 5710 EGGERS Dr.
Address

Fremont, CA 94536
City State Zip Code

PHONE (home) (510) 739-6457 (work) (510) 745-3000

EMAIL ADDRESS lorenzocasas @ sbcglobal.net

EMPLOYMENT HISTORY

START DATE: 04/04/02 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATSS

PLAINTIFF SIGNATURE

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Champaco Franklin Lizama
Last First Middle

HOME ADDRESS 75 Amador Village Circle Apt. 12
Address

Hayward CA 94544
City State Zip Code

PHONE (home) 510-303-1213 (work) 510-745-3438

EMAIL ADDRESS Franklin.Champaco@FAA.GOV

EMPLOYMENT HISTORY

START DATE 01-30-2007 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE Developmental Controller

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Chance Aimee Elizabeth
Last First Middle

HOME ADDRESS 16 Royal Crest Dr Apt #1
Address

Nashua NH 03060
City State Zip Code

PHONE (home) 724-630-7411 (work) ____________

EMAIL ADDRESS AIMEE.CHANCE@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 6.9.06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Chouinard Jamie Lee
Last First Middle

HOME ADDRESS 96 N. River Rd #403
Address

Manchester NH 03104
City State Zip Code

PHONE (home) (603) 661-7968 (work) ________

EMAIL ADDRESS JLCD @ AOL com

EMPLOYMENT HISTORY

START DATE: 9/27/1998 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Cipicchio Albert A.
Last First Middle

HOME ADDRESS 228 Asbury Road
Address

Winchester VA 22602
City State Zip Code

PHONE (home) 540-665-9977 (work) 703-771-3495

EMAIL ADDRESS bogeymanVA@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 2-28-86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic control specialist

PLAINTIFF SIGNATURE [signature]

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Clements Brandon Paul
Last First Middle

HOME ADDRESS 18723 Stanton Ave.
Address

Castro Valley CA 94546
City State Zip Code

PHONE (home) (510)537-2937 (work) (510)745-3000

EMAIL ADDRESS ~~bclements@y~~ bclements1078@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 6/29/05 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller

PLAINTIFF SIGNATURE [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Cleveland Wayne
Last First Middle

HOME ADDRESS 10165 Hampton Park Drive
Address

Reno NV 89521
City State Zip Code

PHONE (home) 925-336-1446 (work)

EMAIL ADDRESS lArricka @ sbcglobal.NET

EMPLOYMENT HISTORY

START DATE: 10/1982 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: ATC-2152-ACS

PLAINTIFF SIGNATURE [signature]

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME COLE ERIC REED
Last First Middle

HOME ADDRESS 6099 HILLBROCK PL.
Address

DUBLIN CA 94568
City State Zip Code

PHONE (home) 925-829-1847 (work) 510-745-3000

EMAIL ADDRESS ecole4vegas@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 1-23-89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC - SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Connolly Lauren Anne
Last First Middle

HOME ADDRESS 42 Cushing Ave
Address

Nashua NH 03064
City State Zip Code

PHONE (home) 603-321-3711 (work) 603-879-6722

EMAIL ADDRESS laurenanne @msn.com

**EMPLOYMENT HISTORY**

START DATE: 9/86 END DATE (IF APPLICABLE): n/A

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME CONROY Daniel Joseph
Last First Middle

HOME ADDRESS 1225 Vienna Dr #440
Address

Sunnyvale CA 94089
City State Zip Code

PHONE (home) 408 313 5420 (work) 408 313 5420

EMAIL ADDRESS atcdanno@mac.com

EMPLOYMENT HISTORY

START DATE: Oct 1991 END DATE (IF APPLICABLE): ———

POSITION / JOB TITLE: Air traffic Controller

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME CORONA RICHARD CHRISTOPHER
Last First Middle

HOME ADDRESS 1059 LAUREL ST
Address

MENLO PARK CA 94025
City State Zip Code

PHONE (home) (267) 688-3252 (work) ______

EMAIL ADDRESS RC_CORONA@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: DEC 05 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Crafton (Last) Clayton (First) Blaine (Middle)

HOME ADDRESS: 8829 Glendale St. #18 (Address)

Juneau (City) AK (State) 99801 (Zip Code)

PHONE (home) (907) 947-6609 (work) (907) 586-7446

EMAIL ADDRESS frozenghost2@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 04 June, 2007 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC Specialist

PLAINTIFF SIGNATURE [signature]

---

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME CROWTHER DANIEL ALAN
Last First Middle

HOME ADDRESS 3509 PEPPERWOOD TER, #104
Address

FREMONT CA 94536
City State Zip Code

PHONE (home) (510) 257-4169 (work) ____________

EMAIL ADDRESS Dcrow_xk@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: OCT. 2004 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DAmico Jeffrey J
Last First Middle

HOME ADDRESS 39 Summer St
Address

Milford NH 03055
City State Zip Code

PHONE (home) (603) 249-6719 (work) ______

EMAIL ADDRESS Jeffrey.Damico@natca.net

**EMPLOYMENT HISTORY**

START DATE: 3/05/05 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DANIEL PAMELA ANN
Last First Middle

HOME ADDRESS 15013 PURCELLVILLE RD.
Address

PURCELLVILLE VA 20132
City State Zip Code

PHONE (home) 540-668-7189 (work) 703-771-3475

EMAIL ADDRESS redzilla@mac.com

**EMPLOYMENT HISTORY**

START DATE: 7/1988 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: TRAFFIC MANAGEMENT COORDINATOR

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Davis, Molly Suzanne
Last First Middle

HOME ADDRESS 4971 Janet Ct.
Address

Livermore, CA 94550
City State Zip Code

PHONE (home) (925)292-2661 (work) (510)745-3440

EMAIL ADDRESS mollykay31@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 4/11/1994 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Molly S Davis

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DEAN, W. CLIFFORD
Last First Middle

HOME ADDRESS 7961 TANGELO DRIVE
Address

BOYNTON BEACH, FL 33436
City State Zip Code

PHONE (home) (561) 738-0368 (work) (510) 673-2623

EMAIL ADDRESS cliffordddean@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 9/27/82 END DATE (IF APPLICABLE): 5/31/08

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DEAR, JAMES WITTMANN
Last First Middle

HOME ADDRESS 5 Duncan Street
Address

San Francisco, California 94110
City State Zip Code

PHONE (home) 415 970 9808 (work) 510 745 3342

EMAIL ADDRESS dk-sf@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 12-03-89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ______

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME DIEHL PATRICK ANDREW
Last First Middle

HOME ADDRESS 6380 STONERIDGE MALL RD #J103
Address

PLEASANTON CA 94588
City State Zip Code

PHONE (home) 510 468 6000 (work) 510 745 3342

EMAIL ADDRESS MYTDI4EVER@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 8/03/2005 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Doumont Joseph Michael
Last First Middle

HOME ADDRESS 108 Asbury Rd
Address

Winchester Va 22602
City State Zip Code

PHONE (home) 540 678 0046 (work) ________

EMAIL ADDRESS doumont @ adelphia.net

EMPLOYMENT HISTORY

START DATE: 9/89 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Duffek (III) Joseph
Last First Middle

HOME ADDRESS 7805 Pleasant Rd
Address

WAter Ford WI 53185
City State Zip Code

PHONE (home) 262 662 0381 (work) 414 489 2150

EMAIL ADDRESS OneLifestraveler@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 1/13/88 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air traffic Controller

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME (Dunkle) Henshaw Christine Marie
Last First Middle

HOME ADDRESS 40458 Marcia Street
Address

Fremont CA 94538
City State Zip Code

PHONE (home) 510-573-2387 (work) 510-745-3438

EMAIL ADDRESS chrisdunkle_2000@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 6/16/06 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Christine M. Henshaw

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME DUNKMAN DIANE LOUISE
Last First Middle

HOME ADDRESS 36718 PORT TIDEWOOD ST
Address

NEWARK CA 94560
City State Zip Code

PHONE (home) 510/796-2564 (work) 510/745-3442

EMAIL ADDRESS DISPRIDE@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 10/30/87 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: [illegible]

**PLAINTIFF SIGNATURE** Diane L. Dunkman