IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' Second Amended Complaint**

# Consent Forms Fangonil-Helm

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Fangonil Elmer Salumbre
Last First Middle

HOME ADDRESS 6280 Stoneridge Mall Rd. Apt. B211
Address
Pleasanton CA 94588
City State Zip Code

PHONE (home) (925) 425-9792 (work) (610) 745-3440

EMAIL ADDRESS esfangonil@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 8/30/06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME FERREIRA BRIAN P
Last First Middle

HOME ADDRESS 2549 Little Creek Lane
Address

AURORA IL 60506
City State Zip Code

PHONE (home) 630-892-3634 (work) 630-906-3371

EMAIL ADDRESS EFoxx @ AOL.com

**EMPLOYMENT HISTORY**

START DATE: 5/29/1987 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Finn Patrick Michael
Last First Middle

HOME ADDRESS 124 Old Wagon Rd.
Address

Winchester, Va. 22602
City State Zip Code

PHONE (home) 540-722-2209 (work) 703-771-3495

EMAIL ADDRESS pfinn77@gmail.com

EMPLOYMENT HISTORY

START DATE: 1/89 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE Patrick M. Finn

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME GALBRAITH JAMES SCOTT
Last First Middle

HOME ADDRESS 6128 KAVALA CT
Address

PLEASANTON CA 94566
City State Zip Code

PHONE (home) 925-426-1651 (work) 925-745-3440

EMAIL ADDRESS GH1golf @ COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 12/28/1981 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS (CPC)

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Gallagher Brien Paul
Last First Middle

HOME ADDRESS 36 Camelot Drive
Address

Bedford NH 03110
City State Zip Code

PHONE (home) 603 488 5318 (work) 603 594 5533

EMAIL ADDRESS bgallag547@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 2/90 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: TMC

**PLAINTIFF SIGNATURE** ______

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME GALVAN MICHAEL ADRIAN
Last First Middle

HOME ADDRESS 726 LA PALOMA WAY
Address

GILROY CA 95020
City State Zip Code

PHONE (home) (408) 842 8933 (work) 510 745 3000

EMAIL ADDRESS MGME772@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 7/5/06 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME GARCIA LUIS G
Last First Middle

HOME ADDRESS 424 BUTTERFLY RD
Address

BOLINGBROOK IL 60490
City State Zip Code

PHONE (home) 630 679 9709 (work) 773 884 3680

EMAIL ADDRESS faamdwatct@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: AUG 91 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS / FAA MDW

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Green Morgan Sharon Elaine
Last First Middle

HOME ADDRESS 13965 Blazer Ln
Address

Lovettsville VA 20180
City State Zip Code

PHONE (home) 540 882 3837 (work) 703 771 3491

EMAIL ADDRESS Sharonce @ Loudoun Wireless

**EMPLOYMENT HISTORY**

START DATE: 4/89 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

Print clearly, or type the following information:

NAME Greenhalgh (Last) Steven (First) Richard (Middle)

HOME ADDRESS 2780 Graniteridge Ct (Address)

Orange Park (City) FL (State) 32065 (Zip Code)

PHONE (home) 904 272-2776 (work) 904-549-1544

EMAIL ADDRESS mastelda@bellsouth.net

**EMPLOYMENT HISTORY**

START DATE: 3/8/85 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Steven R Greenhalgh

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Griffin (Last) Raegen (First) Mae (Middle)

HOME ADDRESS 19924 Upland Ter (Address)

Ashburn (City) VA (State) 20147 (Zip Code)

PHONE (home) 603-305-7542 (work) 703-771-3198

EMAIL ADDRESS rgriffin@dwc.edu

**EMPLOYMENT HISTORY**

START DATE: 10/5/2005 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE Raegen Griffin

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Greuters KARA L
Last First Middle

HOME ADDRESS 259B Calderon Ave
Address

Mountain View CA 94041
City State Zip Code

PHONE (~~home~~) cell 386-846-3436 (work) ____________

EMAIL ADDRESS KARA4041@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 5/5/05 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME GUY TIMOTHY ALAN
Last First Middle

HOME ADDRESS 44836 TROUT CT
Address

FREMONT, CA. 94539
City State Zip Code

PHONE (home) 510-402-7233 (work) 510-745-3342

EMAIL ADDRESS TIMAGUY78@YAHOO.COM

EMPLOYMENT HISTORY

START DATE: DEC 9, 2005 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME GUZIK MARK STANLEY
Last First Middle

HOME ADDRESS 103 LUCY LONG CT
Address

STEPHENS City VA 22655
City State Zip Code

PHONE (home) (540) 869-5139 (work) ____________

EMAIL ADDRESS MSGUZIK@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 01/20/1995 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HABUDA THADDEUS E
Last First Middle

HOME ADDRESS PO BOX 207
Address

CROSS JUNCTION VA 22625
City State Zip Code

PHONE (home) 540 877 4959 (work) ______

EMAIL ADDRESS tehracing@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 5/89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL (2DC)

PLAINTIFF SIGNATURE [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME HAIGHT SARA ELLEN
Last First Middle

HOME ADDRESS 20940 Panorama Drive
Address

Los Gatos CA 95033
City State Zip Code

PHONE (home) 408-353-3905 (work) 209-256-0333

EMAIL ADDRESS SROSE97@HOTMAIL.COM

EMPLOYMENT HISTORY

START DATE: 6/17/05 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCSS

PLAINTIFF SIGNATURE Sara Haight

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Hall Eric Kyle
Last First Middle

HOME ADDRESS 39511 Gallaudet Dr. # 169
Address

Fremont CA 94538
City State Zip Code

PHONE (home) (954) 729-9934 (work) (510) 745-3000

EMAIL ADDRESS kykh-1@juno.com

**EMPLOYMENT HISTORY**

START DATE: 6/31/06 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HAMILTON RICHARD M
Last First Middle

HOME ADDRESS 632 LENI LANE
Address

MOUNTAIN HOUSE CA 95391
City State Zip Code

PHONE (home) (209) 835-5947 (work) (510) 745-3542

EMAIL ADDRESS AMYRICKH@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 3 / 1995 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE**

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HANN (Last) NEAL (First) ALLEN (Middle)

HOME ADDRESS 31510 JAMES (Address)

GARDEN CITY (City) MICH. (State) 48135 (Zip Code)

PHONE (home) 734 673 2699 (CELL) (work) 517 321 1355

EMAIL ADDRESS N/A

**EMPLOYMENT HISTORY**

START DATE: 7-31-73 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Neal A. Hann Jr.

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME HANNON John charles
Last First Middle

HOME ADDRESS 743 Woodside DRive
Address

Wantagh NY 11793
City State Zip Code

PHONE (home) (516) 735-0885 (work) (973) 575-5020

EMAIL ADDRESS NYcenter@optonline.net

EMPLOYMENT HISTORY

START DATE: 6/28/05 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HANSEN (Last) DARCY (First) LYNN (Middle)

HOME ADDRESS 1958 BADGER PASS WAY (Address)

ANTIOCH (City) CA (State) 94531 (Zip Code)

PHONE (home) 925-756-1869 (work) 510-745-3000

EMAIL ADDRESS darlha @ mac . com

**EMPLOYMENT HISTORY**

START DATE: 11-15-1992 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** Darcy L Hansen

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Harkins (Last) Brian (First) Matthew (Middle)

HOME ADDRESS 9 Pickwick Ct (Address)

Stony Brook (City), NY (State) 11790 (Zip Code)

PHONE (home) 631 675-6075 ~~(work)~~ Cell 631 466-2538

EMAIL ADDRESS harkins5@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 12/05/1999 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS - Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HARP DAVID A.
Last First Middle

HOME ADDRESS 22312 PRINCETON PL.
Address

CASTRO VALLEY CA 94552
City State Zip Code

PHONE (home) (510) 538-3517 (work) (510) 745-3440

EMAIL ADDRESS DAVNDENA @ COMCAST DOT NET

**EMPLOYMENT HISTORY**

START DATE: 2/1996 END DATE (IF APPLICABLE): TO present

POSITION / JOB TITLE: ATC / 2152

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Hartvikson Mia Jane
Last First Middle

HOME ADDRESS 135 California Ave
Address

San Leandro CA 94577
City State Zip Code

PHONE (home) 510-777-1259 (work) ____

EMAIL ADDRESS miahartvikson@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 5/11/99 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: air traffic control specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Hatley George William
Last First Middle

HOME ADDRESS 742 S. Fircroft Ave
Address

Covina Ca 91723
City State Zip Code

PHONE (home) 661-478-4727 (work) 661-265-8232

EMAIL ADDRESS Soonerfan747@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 3/10/1991 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: ATCS (CPC)

PLAINTIFF SIGNATURE George Hatley

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HATT JOHN DAVID
Last First Middle

HOME ADDRESS 44 MACONDRAY LANE 1W
Address

SAN FRANCISCO CA. 94133
City State Zip Code

PHONE (home) 415-292-5714 (work) 510-745-3841

EMAIL ADDRESS DAVE_HATT@JUNO.COM

**EMPLOYMENT HISTORY**

START DATE: 11/2/82 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATC AUTOMATION SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HELM DANIEL JEFFREY
Last First Middle

HOME ADDRESS 2564 MANDELL WAY.
Address

MOUNTAIN VIEW CA 94043
City State Zip Code

PHONE (home) 650-483-9700 (work) 408 982-0750

EMAIL ADDRESS

**EMPLOYMENT HISTORY**

START DATE: 1/26/1990 END DATE (IF APPLICABLE): ~~1/26/1990~~

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]