IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' Second Amended Complaint**

# Consent Forms Heredia-Jones

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HEREDIA RAUL JAMES
Last First Middle

HOME ADDRESS 10735 DULSIE LN
Address

DUBLIN CA 94568
City State Zip Code

PHONE (home) 925-803-1363 (work) 909-576-7767

EMAIL ADDRESS 71cuda@att.net

**EMPLOYMENT HISTORY**

START DATE: 6/05 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ____

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HERNANDEZ ROGELIO
Last First Middle

HOME ADDRESS 903 owl CIR
Address

VACAVILLE CA 95687
City State Zip Code

PHONE (home) 707-447-3973 (work) 707-301-7420

EMAIL ADDRESS reyhernandez@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 4-14-03 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Hill CHAN Brian
Last First Middle

HOME ADDRESS 40055 Chelsea Ct.
Address

Palmdale CA 93551
City State Zip Code

PHONE (home) 704-942-1016 (work) 661-265-8233

EMAIL ADDRESS hillcha@iwon.com

**EMPLOYMENT HISTORY**

START DATE: 9/5/05 END DATE (IF APPLICABLE): /

POSITION / JOB TITLE: ATC Specialist

**PLAINTIFF SIGNATURE** ____________

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Hilton Jr Dennis Kevin
Last First Middle

HOME ADDRESS 1189 Mamie Anderson Lane
Address

Tracy CA 95377
City State Zip Code

PHONE (home) (209)836-5864 (work) ____________

EMAIL ADDRESS Kshilton 1999 @ yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 10/20/05 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:** Maiden Name: Formanek

NAME Hilton (Last) Deanna (First) Marie (Middle)

HOME ADDRESS 44655 Chelsea Ct. (Address)

Palmdale (City) CA (State) 93551 (Zip Code)

PHONE (~~home~~ Cell) 661-202-7759 (work) 661-265-8235

EMAIL ADDRESS ablea2fly@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: Nov. 7, 2001 END DATE (IF APPLICABLE): Current

POSITION / JOB TITLE: Air Traffic Control Specialist AT-2152

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HODGE AMANDA BETH
Last First Middle

HOME ADDRESS 45 AMADOR VILLAGE CIR APT 24
Address

HAYWARD CA 94544
City State Zip Code

PHONE (home) 909)262-0359 (work) ______

EMAIL ADDRESS Dance3311@aol.com

**EMPLOYMENT HISTORY**

START DATE: 06/16/05 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Horvath Holly Ann
Last First Middle

HOME ADDRESS 404 N. Fernwood Cir
Address

Sunnyvale CA 94085
City State Zip Code

PHONE (home) 408-774-1775 (work) 619-244-4058 (cell)

EMAIL ADDRESS horvathhy@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 9/03 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME HOWER TODD C
Last First Middle

HOME ADDRESS 1518 LA SCALA WAY
Address

MANTECA CA 95337
City State Zip Code

PHONE (home) 209 824-9727 (work) 510 745 3440

EMAIL ADDRESS todd@howerfamily.com

**EMPLOYMENT HISTORY**

START DATE: 1 OCT 2001 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME HRADIL Nicole Lynn
Last First Middle

HOME ADDRESS 2153 Ferguson RD Apt 11
Address

MANSFIELD OH 44906
City State Zip Code

PHONE (home) 419-747-5379 (work) 419-522-7272 (7077)

EMAIL ADDRESS MFDNIKKINATCA@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 12/15/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Ingraham David Ray
Last First Middle

HOME ADDRESS 6N388 Prairie Valley Dr.
Address

St. Charles IL 60175
City State Zip Code

PHONE (home) 630-365-1448 (work) __________

EMAIL ADDRESS dgingraham@prodigy.net

**EMPLOYMENT HISTORY**

START DATE: 06-07-85 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Jandra Michael Arthur
Last First Middle

HOME ADDRESS P.O. BOX 636
Address

Berkeley CA 94701
City State Zip Code

PHONE (home) (510) 206 1385 (work) ______

EMAIL ADDRESS magundus@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: March 24 2002 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME JAPEL JOHN L
Last First Middle

HOME ADDRESS 716 EAGLE CT
Address

LIVERMORE CA 94551
City State Zip Code

PHONE (home) 925 606 0699 (work) ________

EMAIL ADDRESS Johnny2Putt@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 9/28/88 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Johnson Kristen Leigh
Last First Middle

HOME ADDRESS 2019 Foothill Vista Dr.
Address

Tracy CA 95377
City State Zip Code

PHONE (home) 209-832-1882 (work) (510) 745-3438

EMAIL ADDRESS spethlk72@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 1/2/03 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic

**PLAINTIFF SIGNATURE** Kristen Johnson

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME JOHNSON LANE DONALD
Last First Middle

HOME ADDRESS 911 MIDPINE WAY
Address

SEBASTOPOL CA 95472
City State Zip Code

PHONE (home) 707 824 8904 (work) 510 745 3342

EMAIL ADDRESS JOHSN5@COMCAST.NET

EMPLOYMENT HISTORY

START DATE: 10/12/1983 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:** Maiden Name: Jones

NAME JOHNSON, MELANIE PAULINE
Last First Middle

HOME ADDRESS 152 LANTANA DR.
Address

LOCUST GROVE GA 30248
City State Zip Code

PHONE (home) 678-432-2126 (work) 770-210-7134

EMAIL ADDRESS SWEETASABISCUIT@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 7-19-89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: [illegible]

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME JOHNSTON ALLEN JOSEPH
Last First Middle

HOME ADDRESS 1635 BLUE RIDGE DR
Address

LANSING MI 48917
City State Zip Code

PHONE (home) 517 927 5004 (work) 517 321 1355

EMAIL ADDRESS AJSFUNN@JUNO.COM

**EMPLOYMENT HISTORY**

START DATE: 1-9-89 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ______

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Johnston Erica Leigh
Last First Middle

HOME ADDRESS 4850 Glacier Hwy #A4
Address

Juneau AK 99801
City State Zip Code

PHONE (home) 907-500-9911 (cell) 208-871-8212

EMAIL ADDRESS ericaleigh8990@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 9-27-2007 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Erica Leigh Johnston

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Jones KRISLEEN A
Last First Middle

HOME ADDRESS 35433 Cherokee Trail
Address

Elizabeth CO 80107
City State Zip Code

PHONE (home) 303-646-3676 (work) 720-873-2770

EMAIL ADDRESS Krisleenjones@msn.com

**EMPLOYMENT HISTORY**

START DATE: 4-17-91 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air traffic Control Specialist

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Jones Robert Leo
Last First Middle

HOME ADDRESS 2064 Mars Rd
Address

Livermore CA 94550
City State Zip Code

PHONE (home) (623)238-4333 (work) (510) 745-3342

EMAIL ADDRESS bikinbok22@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 12/4/89 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]