IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' Second Amended Complaint**

# Consent Forms Kaiser-Lopez

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME KAISER BRANDON D
Last First Middle

HOME ADDRESS 320 ARTHUR AVE
Address

Aptos CA 95003
City State Zip Code

PHONE (home) 831 688-9033 (work) ____

EMAIL ADDRESS neptonek @ yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 7/14/2000 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME KALLA GREGORY LEE
Last First Middle

HOME ADDRESS 1968 LINDA JEAN LN
Address

MANTECA CA 95337
City State Zip Code

PHONE (home) 209 824 8763 (work) 510 745 3342

EMAIL ADDRESS greg878 @ comcast.net

**EMPLOYMENT HISTORY**

START DATE: 22 APR 2002 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME KAPS DANIEL W
Last First Middle

HOME ADDRESS 18486 W 154 TERR
Address

OLATHE KS 66062
City State Zip Code

PHONE (home) 913-390-8387 (work) 913-254-8510

EMAIL ADDRESS ______

**EMPLOYMENT HISTORY**

START DATE: 10/27/81 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Daniel W Kaps

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME KAPS JOHN ALLEN
Last First Middle

HOME ADDRESS 26451 W. 295 TH ST
Address

PAOLA KS 66071
City State Zip Code

PHONE (home) 913-557-9339 (work) 913-254-8515

EMAIL ADDRESS kapsjkk@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 12/16/1988 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ZKC ATCS

**PLAINTIFF SIGNATURE** John A. Kaps

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME KAUFMAN STEVEN
Last First Middle

HOME ADDRESS 3032 RIDGELAND
Address

LISLE IL 60532
City State Zip Code

PHONE (home) 630 245-0492 (work) 630 906-8374

EMAIL ADDRESS MATTJAKEJOSH@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 8-82 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Steven H Kaufman

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME KELLY JOHN DAVID
Last First Middle

HOME ADDRESS 4419 BROADLEAF St.
Address

KINGWOOD TX 77345
City State Zip Code

PHONE (home) 281-360-2196 (work) ____________

EMAIL ADDRESS DAVEKELLY0711@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 4-1-98 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Kennedy, JR Houston Reginald
Last First Middle

HOME ADDRESS 1436 KarLin CT
Address

East Lansing, MI 48823
City State Zip Code

PHONE (home) (517) 862-9146 (work) (517) 321-1355

EMAIL ADDRESS msdonna2k4 @ Yahoo. Com
(ALL Lower Case Letters)

**EMPLOYMENT HISTORY**

START DATE: 20 SEP 1999 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR Traffic controller (2152)

PLAINTIFF SIGNATURE Houston R. Kennedy

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME KEYES CHRISTOPHER MATTHEW
Last First Middle

HOME ADDRESS 2811 ANGELA CT.
Address

FREDERICKSBURG VA 22408
City State Zip Code

PHONE (home) (540) 891-7656 (work) (703) 771-3495

EMAIL ADDRESS keyescm@cox.net

**EMPLOYMENT HISTORY**

START DATE: 10/04/2005 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER (2152)

PLAINTIFF SIGNATURE [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME KINSELLA MICHAEL E
Last First Middle

HOME ADDRESS 8801 BRACKEN CIRCLE
Address

ST. LOUIS MO 63123
City State Zip Code

PHONE (home) 314-849-0304 (work) 314-341-5815

EMAIL ADDRESS MIKEE1M@EARTHLINK.NET

EMPLOYMENT HISTORY

START DATE: 6/21/1979 END DATE (IF APPLICABLE): 1/3/2005

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Knox Edward Dean
Last First Middle

HOME ADDRESS 7023 Clearwater Dr.
Address

Plainfield IL 60586
City State Zip Code

PHONE (home) 630 217 3596 (work) 630 906 8378

EMAIL ADDRESS tarheelborn60510@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 11-3-1986 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE [signature]

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Knueppel Christopher David
Last First Middle

HOME ADDRESS 3567 Sandpebble Dr. #539
Address

San Jose CA 95136
City State Zip Code

PHONE (home) 707-342-1164 (work) ____________

EMAIL ADDRESS chris325ci@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 09/05 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME KOLONIE ANTHONY PETER
Last First Middle

HOME ADDRESS 155 HARTFORD COURT
Address

AMERICAN CYN. CA. 94503
City State Zip Code

PHONE (home) 707-552-6206 (work) 510-745-3342

EMAIL ADDRESS tonykoloni@aol.com.

**EMPLOYMENT HISTORY**

START DATE: April 1 1982 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME KRAUS DENNIS H
Last First Middle

HOME ADDRESS 1971 N MERIDIAN RD
Address

CHANA IL 61015
City State Zip Code

PHONE (home) 815-645-8819 (work) 630-906-8376

EMAIL ADDRESS DKK 65 @ YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 4/9/55 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME KREMNITZER, DANIEL ERIC
Last First Middle

HOME ADDRESS 19305 DEER PATH
Address

KNOXVILLE, MD. 21758
City State Zip Code

PHONE (home) 301-662-7818 (work) 703-904-4455

EMAIL ADDRESS GRIFFIN459 @ MYACTV.NET

**EMPLOYMENT HISTORY** FAA

START DATE: 11/1/80 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS - FV - I ATCSCC NOTAM/WX SPEC.

**PLAINTIFF SIGNATURE** Daniel E. Kremnitzer

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Kriner Valri J
Last First Middle

HOME ADDRESS 5715 Robertson Ave
Address

Newark CA 94560
City State Zip Code

PHONE (home) 510 796-0668 (work) 510 745-3396

EMAIL ADDRESS Whoacowgrl@att.net

**EMPLOYMENT HISTORY**

START DATE: 06/19/1988 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: Occupational Health Nurse (OOM)

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME KRING DEBRA DEE
Last First Middle

HOME ADDRESS 7330 CAPTIVA DR
Address

LANSING MI 48917
City State Zip Code

PHONE (home) (517)321-4138 (work) (517)321-1355

EMAIL ADDRESS DEBDKRING@aol.COM

**EMPLOYMENT HISTORY**

START DATE: 4/3/1989 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE Debra Kring

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Kroeten Tracy Lynn
Last First Middle

HOME ADDRESS 34323 Parker Ct
Address

Fremont CA 94555
City State Zip Code

PHONE (home) 510 794-6598 (work) 510 745-3342

EMAIL ADDRESS ekroeten@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 5-9-99 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic controll specialist

**PLAINTIFF SIGNATURE** Tracy Lynn Kroeten

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LeBLANC Randall SCOTT
Last First Middle

HOME ADDRESS 1 WILLIAMSBURG DR
Address

AMHERST NH 03031
City State Zip Code

PHONE (home) 603 413 6825 (work) 603 594 5532

EMAIL ADDRESS Randallleblanc@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 9/89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE Randall S LeBlanc

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Lenhart John Thomas
Last First Middle

HOME ADDRESS 36650 Burdick St
Address

Newark CA. 94560
City State Zip Code

PHONE (home) (209) 598-4565 (work) (510) 745-3342

EMAIL ADDRESS JTLenhart@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: Feb 15th 2006 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic control specialist

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Lenord Scott Thomas
Last First Middle

HOME ADDRESS Po Box 33771
Address

Juneau Ak 99803
City State Zip Code

PHONE (home) 907-590-0086 (work) 907-586-7449

EMAIL ADDRESS Chimera747@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 1/23/2007 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic control specialist

**PLAINTIFF SIGNATURE** [signature]

---

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME LEWKOWICZ JAMES MORRISON
Last First Middle

HOME ADDRESS 105 CAROLE MEADOWS CT
Address

DANVILLE CA 94506
City State Zip Code

PHONE (home) 925 964-1410 (work) 510-745-3442

EMAIL ADDRESS JMLEWKOWICZ@AOL.COM

EMPLOYMENT HISTORY

START DATE: Aug 1970 / MARCH 1998 END DATE (IF APPLICABLE): August 2008

POSITION / JOB TITLE ATCS

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LIMA DAVID KAOO
Last First Middle

HOME ADDRESS 8829 GLENDALE
Address

JUNEAU AK 99801
City State Zip Code

PHONE (home) 907-957-6499 (work) 907-586-7446

EMAIL ADDRESS mr.lima@

**EMPLOYMENT HISTORY**

START DATE: 11/06/09 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LINDSEY JEFFREY KAHEKILI
Last First Middle

HOME ADDRESS 32414 LAKE MASK PLACE
Address

FREMONT CA 94555
City State Zip Code

PHONE (home) 510-952-9344 (work) 510-745-3000

EMAIL ADDRESS WAIANAESOWN@ MSN. COM

**EMPLOYMENT HISTORY**

START DATE: 28 JUL 06 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME LING FERDINAND A
Last First Middle

HOME ADDRESS 3720 WESTVIEW CT
Address

SAN JOSE CA 95148
City State Zip Code

PHONE (home) (406) 836-8855 (work) ______

EMAIL ADDRESS ~~FERDINAND~~ FERDILING@YAHOO.COM
F.L.

**EMPLOYMENT HISTORY**

START DATE: 1/7/1992 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Litwin Jeffrey J
Last First Middle

HOME ADDRESS 5441 Midday Common
Address

Fremont CA 94555
City State Zip Code

PHONE (home) 510-364-8582 (work) —

EMAIL ADDRESS JLITWIN1@GMAIL.com

**EMPLOYMENT HISTORY**

START DATE: 1/30/07 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**<u>Print</u> clearly, or type the following information:**

NAME LOPEZ MIGUEL A.
Last First Middle

HOME ADDRESS 18603 SW 49 ST.
Address

MIRAMAR FL 33029
City State Zip Code

PHONE (home) (954) 704-2552 (work) (305) 716-1782

EMAIL ADDRESS LDGZONE@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 12/4/87 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS-2152 AIR TRAFFIC CONTROLLER

PLAINTIFF SIGNATURE [signature]