IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' Second Amended Complaint**

# Consent Forms Macdonald-Myszka

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MACDONALD ALAN DOUGLAS
Last First Middle

HOME ADDRESS 18798 W. 160th PLACE
Address

OLATHE KS 66062
City State Zip Code

PHONE (home) (913)780-3777 (work) (913)254-8514

EMAIL ADDRESS ALAN.MACDONALD@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 3/26/2000 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME (Aulwurm) MAHANEY ERIKA JHERYL
Last First Middle

HOME ADDRESS 40 SCHOONER CT
Address

RICHMOND CA 94804
City State Zip Code

PHONE (home) (510) 734-2248 (work) ____________

EMAIL ADDRESS erika.aulwurm@gmail.com

**EMPLOYMENT HISTORY**

START DATE: Aug 3, 2005 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Erika Mahaney

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME MAHANEY PHILLIP CRAIG
Last First Middle

HOME ADDRESS 40 Schooner Ct
Address

Richmond CA 94804
City State Zip Code

PHONE (home) (559) 824-9740 (work) (510) 745-3000

EMAIL ADDRESS cmahaney7 @ yahoo.com

EMPLOYMENT HISTORY

START DATE: 05/08/05 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATC Specialist - 2152

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MAHNKE DAVID EDWARD
Last First Middle

HOME ADDRESS 244 COLGATE AVE
Address

KENSINGTON CA 94708
City State Zip Code

PHONE (home) 510 528 6265 (work) 510 745 3342

EMAIL ADDRESS davmank@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 12/4/1987 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** David Mahnke

---

**REQUEST TO BECOME PARTY PLAINTIFF** (FAA)

**Print clearly, or type the following information:**

NAME MAKERS JAMES PAUL
Last First Middle

HOME ADDRESS 7742 TALBOT RUN ROAD
Address

MOUNT AIRY MD 21771
City State Zip Code

PHONE (home) 301-829-8387 (work) 703-771-3493

EMAIL ADDRESS JAMTHY @ NETSCAPE.COM

**EMPLOYMENT HISTORY**

START DATE: 11.8.88 END DATE (IF APPLICABLE). N/A

POSITION / JOB TITLE: ATC CPC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: MALONE DAVID D
Last First Middle

HOME ADDRESS: 733 MCKINLEY AVE
Address

GENEVA IL 60134
City State Zip Code

PHONE (home) 630-845-9036 (work) 630-906-8371

EMAIL ADDRESS david.malone@natca.net

**EMPLOYMENT HISTORY**

START DATE: 12/3/01 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MAMOLA WILLIAM THOMAS
Last First Middle

HOME ADDRESS 6505 LOVELY CREEK CT.
Address

SAN JOSE CA 95123
City State Zip Code

PHONE (home) 408 281 7133 (work) 510 745 3442

EMAIL ADDRESS billmamola@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 3/2/87 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

---

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Marian Mark Alexander
Last First Middle

HOME ADDRESS 941 Vendemere Ct
Address

Aurora IL 60504
City State Zip Code

PHONE (home) (630) 577 7080 (work) ____________

EMAIL ADDRESS marian1321@yahoo.com

EMPLOYMENT HISTORY

START DATE: 7-13-06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Marino Andrew M
Last First Middle

HOME ADDRESS ~~7676~~ 7672 Kilrush Ave
Address

Dublin CA 94568
City State Zip Code

PHONE (home) 925-828-3058 (work) ____________

EMAIL ADDRESS indi4surf@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: Sep 2002 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MAUS, JERRY D.
Last First Middle

HOME ADDRESS 1108 Avalon Lane
Address

Olathe KS 66062
City State Zip Code

PHONE (home) (913)829-3315 (work) (913) 254-8510

EMAIL ADDRESS jmaus@NATCA.NET

**EMPLOYMENT HISTORY**

START DATE: 7/84 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATC

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME MAY Robert AlAN
Last First Middle

HOME ADDRESS 210 HAWTHORNE Ave
Address

PACIFIC WA 98047
City State Zip Code

PHONE (home) 253-653-6039 (work) 253-351-3507

EMAIL ADDRESS 3MAY58@AOL.com

EMPLOYMENT HISTORY

START DATE: 06/30/82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE Robert A May

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Mccain Maranda Lyn
Last First Middle

HOME ADDRESS 4406 Cahill St.
Address

Fremont CA 94538
City State Zip Code

PHONE (home) 510-388-0657 (work) 510-745-3000

EMAIL ADDRESS clover_this@yahoo.com

**EMPLOYMENT HISTORY** 06-16-06 MLM

START DATE: ~~09-01-06~~ END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Maranda L. McCain

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME McCloskey Bernard M
Last First Middle

HOME ADDRESS 9 Summerfield Dr.
Address

Holtsville, NY 11742
City State Zip Code

PHONE (home) 631 627-3217 (work) 631 468-1401

EMAIL ADDRESS macsx5@optonline.net

EMPLOYMENT HISTORY

START DATE: 4/29/86 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: * ATCS

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME McGarrity Mark James
Last First Middle

HOME ADDRESS 3875 Promenade Way
Address

Pleasanton CA 94566
City State Zip Code

PHONE (home) 925 462-2654 (work) 510 745-3438

EMAIL ADDRESS MOUSEAHOLIC1955@YAHOO.com

**EMPLOYMENT HISTORY**

START DATE: 4/93 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME McLAGGAN SCOTT BRYAN
Last First Middle

HOME ADDRESS 4122 WOODFORD DR
Address

SAN JOSE CA 95124
City State Zip Code

PHONE (home) 408-799-1883 (work) 510-745-3438

EMAIL ADDRESS SCOTTMCLA@SBCGLOBAL.NET

**EMPLOYMENT HISTORY**

START DATE: 12/27/77 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS - Z

**PLAINTIFF SIGNATURE** Scott B McLaggan

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME McNABB Johnny Mitchel
Last First Middle

HOME ADDRESS 1386 Sun Marsh Dr.
Address

Jacksonville FL 32225
City State Zip Code

PHONE (home) 904-220-0063 (work) 904-549-1549

EMAIL ADDRESS gumbicat@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 11/25/85 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MCNELLEY MATTHEW JAMES
Last First Middle

HOME ADDRESS 630 N. LIVERMORE AVE.
Address

LIVERMORE CA 94551
City State Zip Code

PHONE (home) 925 · 371 · 8918 (work) 510 · 745 · 3442

EMAIL ADDRESS MMCNELLEY@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 9/2003 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Matthew McNelley

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Menge Jonathan Eugene
Last First Middle

HOME ADDRESS 8001 Magnolia Ct.
Address

Juneau AK 99801
City State Zip Code

PHONE (home) 907 586 2068 (work) 907 586 7411

EMAIL ADDRESS jonathanmenge@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 5-17-07 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic Control Specialist

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MILLER KEVIN JAMES
Last First Middle

HOME ADDRESS 1924 CRYSTAL LANE LOOP
Address

PUYALLUP WA 98372
City State Zip Code

PHONE (home) 253-841-4340 (work) 253-351-3506

EMAIL ADDRESS RUNEMTIGHT@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 4-29-1987 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE ____________

**PLAINTIFF SIGNATURE** [signature]

---

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Miller Kari Renae
Last First Middle

HOME ADDRESS PO Box 35342
Address

Juneau AK 99803
City State Zip Code

PHONE (home) 907 321 4147 (work) 907 586-7449

EMAIL ADDRESS simmskari@hotmail.com

EMPLOYMENT HISTORY

START DATE: Jan 23, 07 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME MOBERG NILS SVEN
Last First Middle

HOME ADDRESS 217 GARCIA AVE
Address

~~PAE~~ HALF MOON BAY CA 94019-1898
City State Zip Code

PHONE (home) 650 726-3791 (work) 510-745-3000

EMAIL ADDRESS NILSMOBERG @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 8-3-98 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: CS-2152 (TMCS)

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Moody Armand Walter
Last First Middle

HOME ADDRESS 37171 Sycamore St #1020
Address

Newark CA 94526
City State Zip Code

PHONE (home) 702-810-1401 (work) ____

EMAIL ADDRESS ArmandMoody@yahoo.com

EMPLOYMENT HISTORY

START DATE: Jan 2006 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Controller

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Murray Caleb Jedediah
Last First Middle

HOME ADDRESS 38858 Helen Way
Address

Fremont CA 94536
City State Zip Code

PHONE (home) 510 364 8025 (work) 510 745 3442

EMAIL ADDRESS Complacent1@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 1/9/06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Myers Michael Patrick
Last First Middle

HOME ADDRESS 8 Yanden Road
Address

Merrimack NH 03054
City State Zip Code

PHONE (home) (603) 660 0946 (work) (603) 879 6665

EMAIL ADDRESS mmyers99@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 10/04/04 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME MYSZKA SPENCER WILLIAM
Last First Middle

HOME ADDRESS 13263 CEDARBROOK WAY
Address

LATHROP CA 95330
City State Zip Code

PHONE (home) 209 983 2736 (work) ____________

EMAIL ADDRESS SWMYSZKA@YAHOO.COM

EMPLOYMENT HISTORY

START DATE: 4/8/2 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]