IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' Second Amended Complaint**

# Consent Forms Tarnoff-Yoos

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Tarnoff (Last) Mitchell (First) S (Middle)

HOME ADDRESS 2745 Carriage Way (Address)

Aurora (City) IL (State) 60504 (Zip Code)

PHONE (home) (630) 375-0104 (work) (630) 906-8378

EMAIL ADDRESS mtarnoff@sbcglobal.net

**EMPLOYMENT HISTORY**

START DATE: 4/25/1982 END DATE (IF APPLICABLE): n/a

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME TAYLOR ROBIN E
Last First Middle

HOME ADDRESS 4821 EL POCO COMMON
Address

FREMONT CA 94536
City State Zip Code

PHONE (home) 510 797 1806 (work) 510 797 1806

EMAIL ADDRESS rdontaylor@comcast.net

**EMPLOYMENT HISTORY**

START DATE: FEB 2003 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: 2152 AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME THOMAS, DENA MICHELLE
Last First Middle

HOME ADDRESS 1968 LINDA JEAN LN
Address

MANTECA CA 95337
City State Zip Code

PHONE (home) 209-824-8763 (work) 510-745-3440

EMAIL ADDRESS airtc1@comcast.net

EMPLOYMENT HISTORY

START DATE: 2/10/2003 (APPROX) END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATC SPECIALIST

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Thompson Karla M
Last First Middle

HOME ADDRESS 13601 Angelica CT
Address

Chantilly VA 20151
City State Zip Code

PHONE (home) 571-203-7997 (work) 703-771-3471

EMAIL ADDRESS Karburetor@cox.net

**EMPLOYMENT HISTORY**

START DATE: 8/87 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Traffic Management Coordinator

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Tompkins Elijah Edward
Last First Middle

HOME ADDRESS 243 Montana CT
Address

Bunker Hill WV 25413
City State Zip Code

PHONE (home) 724 513 5941 (work) ____________

EMAIL ADDRESS ELITompKins @ Yahoo

**EMPLOYMENT HISTORY**

START DATE: 4-10-2003 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Tryon Steven William
Last First Middle

HOME ADDRESS 14981 Boichot
Address

Lansing Mi 48906
City State Zip Code

PHONE (home) (517) 482-8237 (work) (517) 321-1355

EMAIL ADDRESS ____________________

**EMPLOYMENT HISTORY**

START DATE: 08-14-1988 END DATE (IF APPLICABLE): ____________________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Tyler Stephanie Denise
Last First Middle

HOME ADDRESS 4424 County Farm Rd.
Address

Saint Johns MI 48879
City State Zip Code

PHONE (home) 763 229 0148 (work) 517 321 6003

EMAIL ADDRESS sdanders@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 01/08/2007 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist Developmental

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Van De Bogert, Joseph RaymonD
Last First Middle

HOME ADDRESS 4725 Deep Creek Rd.
Address

Fremont CA 94555
City State Zip Code

PHONE (home) (510) 742-1178 (work) ______

EMAIL ADDRESS Pennie_Joe @ Hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 3/15/90 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME VAN DER HEIDE, TIMOTHY ALAN
Last First Middle

HOME ADDRESS 7131 GRAND RIVER AVE
Address

SARANAC MI 48881
City State Zip Code

PHONE (home) (616) 540-0137 (work) (517) 321-6003

EMAIL ADDRESS FLYINGTIMMY@GMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 11/05/07 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE Tim Van Der Heide

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

Von Loan

**Print clearly, or type the following information:**

NAME VANLOAN WILLIAM A
Last First Middle

HOME ADDRESS 7 SO. 641 LYNN DR
Address

NAPERVILLE IL 60540
City State Zip Code

PHONE (home) 630-961-9436 (work) 630-906-8370

EMAIL ADDRESS WMRTJVL @ COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 7-17-88 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** W. A. Van Loan

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Villanueva Mark Fredrick
Last First Middle

HOME ADDRESS 38363 Timpanogas Circle
Address

Fremont CA 94536
City State Zip Code

PHONE (home) 510-739-1745 (work) ______

EMAIL ADDRESS MTBAZ@HOTMAIL.com

**EMPLOYMENT HISTORY**

START DATE: 04-07-2002 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Wagoner Tanner Howard
Last First Middle

HOME ADDRESS 545 Centre Court Dr.
Address

Tracy Ca 95376
City State Zip Code

PHONE (home) (209) 839-1858 (work) ____________

EMAIL ADDRESS always_gmc@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 8/1/05 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Tanner Wagoner

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Walker Daniel Kevin
Last First Middle

HOME ADDRESS 90 Tanqueray St.
Address

Sharpsburg GA 30277
City State Zip Code

PHONE (home) (678) 489-3241 cell ~~(work)~~ (706) 888-1224

EMAIL ADDRESS walker.enterprises@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 11/08/88 END DATE (IF APPLICABLE): still working

POSITION / JOB TITLE: ATCS-2152 Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME WANNOMAE DARYL Y.
Last First Middle

HOME ADDRESS 640 CAMBRIDGE COURT
Address

DISCOVERY BAY CA 94505
City State Zip Code

PHONE (home) 925-240-8558 (work) 510-745-3342

EMAIL ADDRESS D1NOMY@HOTMAIL.COM

EMPLOYMENT HISTORY

START DATE: MARCH 2002 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE __________

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WENTZ JOHN MARVIN
Last First Middle

HOME ADDRESS 37540 SUMMER HOLLY CMN.
Address

FREMONT CA 94536
City State Zip Code

PHONE (home) (510) 745-4452 (work) ____________

EMAIL ADDRESS ____________

**EMPLOYMENT HISTORY**

START DATE: 9/9/89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WESTON CHRISTINA D.
Last First Middle

HOME ADDRESS 40386 FREMONT BLVD.
Address

FREMONT CA 94538
City State Zip Code

PHONE (home) 559-706-1755 (work) 510-745-3342

EMAIL ADDRESS Shevystyle@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 8/05/06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WHORTON STEVE M.
Last First Middle

HOME ADDRESS 2 LONE OAK CT.
Address

PLEASANT HILL CA 94523
City State Zip Code

PHONE (home) 925-979-1160 (work) 510-745-3000

EMAIL ADDRESS STEVEW1964@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: FEB 1985 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WILKS LAVONZELL —
Last First Middle

HOME ADDRESS 4256 BAlboA Circle
Address

Memphis TN 38116
City State Zip Code

PHONE (home) 901-345-1112 (work) 901-490-5133

EMAIL ADDRESS LAVONZell wilks@Aol.com

**EMPLOYMENT HISTORY**

START DATE: 1/90 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Lavonzell Wilks

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

Print clearly, or type the following information:

NAME WILLIAMS TIMOTHY CHARLES
Last First Middle

HOME ADDRESS 96324 HIGH POINTE DR.
Address

FERNANDINA BEACH FLA 32034
City State Zip Code

PHONE (home) 904-335-7631 (work) 904-549-1548

EMAIL ADDRESS blueace80@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 7/89 END DATE (IF APPLICABLE): __________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Wilson Ronald Lee
Last First Middle

HOME ADDRESS 38890 Almaden Pl.
Address

Fremont CA 94536
City State Zip Code

PHONE (home) 510-796-8229 (work) 510-745-3440

EMAIL ADDRESS Ron@alltouchdigital.com

**EMPLOYMENT HISTORY**

START DATE: 4/3/1989 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** Ronald Wilson

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Wong (Last) Sonja (First) Mae (Middle)

HOME ADDRESS 1117 Hester Ave. (Address)

San Jose (City) CA (State) 95126 2617 (Zip Code)

PHONE (home) (323) 377-8742 (work) (510) 745-3000

EMAIL ADDRESS sonjaw@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 8/17/05 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Sonja Wong

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME WYATT RUSSEL Lee
Last First Middle

HOME ADDRESS 231 PARKSIDE LN.
Address

Oswego IL 60543
City State Zip Code

PHONE (home) 630 554 5663 (work) 630 906 8373

EMAIL ADDRESS RUCREW2 @ COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 10/5/88 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Yaeger Julius "Jay" John L
Last First Middle

HOME ADDRESS 7613 Yale Court
Address

Frederick MD 21702
City State Zip Code

PHONE (home) 301-473-7879 (work) 703-771-3498

EMAIL ADDRESS willvectorforfood@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 11/20/88 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Yaeger (Last) Kelly (First) Allison (Middle)

HOME ADDRESS 7613 Yale Court (Address)

Frederick (City) MD (State) 21702 (Zip Code)

PHONE (home) 301·473·7879 (work) 703·771·3494

EMAIL ADDRESS willvectorforfood@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 8/28/1987 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE Kelly Yaeger

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME YOOS CRAIG E.
Last First Middle

HOME ADDRESS 8 FOXWOOD LANE
Address

LITCHFIELD NH 03052
City State Zip Code

PHONE (home) 603-594-8685 (work) 603-566-8533

EMAIL ADDRESS CRAIGYOOS@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 6-89 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]