# In the United States Court of Federal Claims

No. 07-272 C

(E-Filed: June 16, 2008)

MARK G. ABBEY, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiffs' Unopposed Motion to Amend Complaint (plaintiffs' Motion), filed June 6, 2008. For the reasons stated therein, and because it is unopposed, plaintiffs' Motion is GRANTED. Plaintiffs also filed plaintiffs' Second Amended Complaint on June 6, 2008. See Docket No. 39. The court will accept plaintiffs' Second Amended Complaint as filed, notwithstanding the fact that it was filed prior to the court's granting of plaintiffs' Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge