# In the United States Court of Federal Claims

No. 07-272 C

(E-Filed: July 1, 2008)

MARK G. ABBEY, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiffs' Second Amended Complaint, filed June 6, 2008. The court draws the parties' attention to paragraph 11 of the Second Amendment Complaint which appears to have been inadvertently omitted. If the omission was intentional, plaintiffs shall, on or before Thursday, July 3, 2008, confirm this with the court by filing a response to this order. If the omission is in fact a typographical error, plaintiffs shall file, on or before Thursday, July 3, 2008, a third amended complaint addressing the error.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge