IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 07-272-C<br>Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**Plaintiffs' Third Amended Complaint**

# Consent Forms Alderson-Byerly

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Alderson Matthew S
Last First Middle

HOME ADDRESS 13699 Venturi Ln
Address

Oak Hill VA 20171
City State Zip Code

PHONE (home) 703 463 6875 (work) 703 771 3495

EMAIL ADDRESS msalderson@yahoo.com

EMPLOYMENT HISTORY

START DATE: 13 NOV 2006 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME AMATO DANIEL ALFRED
Last First Middle

HOME ADDRESS 6280 STONERIDGE MALL RD. #308
Address

PLEASANTON CA 94588
City State Zip Code

PHONE (home) 510-378-5087 (work) 510-745-3000

EMAIL ADDRESS danielamato@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 2/15/06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: A.R. TRAFFIC CONTROL SPECIALIST TRAINEE

PLAINTIFF SIGNATURE Daniel A. Amato

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: ANDERSON, DEBORAH K.
Last, First, Middle

HOME ADDRESS: 4249 BAY LEAF CIRCLE
Address

INDIANAPOLIS, IN 46237
City, State, Zip Code

PHONE (home) 317-881-0906 (work) 317-247-2201 AREA 6

EMAIL ADDRESS one_16@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 02/88 END DATE (IF APPLICABLE): N/A (STILL WORKING)

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER / CERTIFIED PROFESSIONAL CONTROLLER

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Andrei Ronald C
Last First Middle

HOME ADDRESS 104 Gale Road
Address

Danville IN 46122
City State Zip Code

PHONE (home) 317-418-3844 (work) ____________

EMAIL ADDRESS ron@kynornet.net

**EMPLOYMENT HISTORY**

START DATE: 9/87 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS 2152

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME ANDREWS (Last) GERRY (First) L (Middle)

HOME ADDRESS 5409 BETTY CIRCLE (Address)

LIVERMORE (City) CA (State) 94550 (Zip Code)

PHONE (home) 925 373 2899 (work) 510 745 3838

EMAIL ADDRESS ~~gerry-andrews~~ gdandrews@comcast.net

EMPLOYMENT HISTORY

START DATE: 4/1986 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS - 2152

PLAINTIFF SIGNATURE Gerry L Andrews

---

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Andrews, John Stephen
Last First Middle

HOME ADDRESS 5409 Betty Circle
Address

Livermore, California 94550
City State Zip Code

PHONE (home) 925-373-2899 (work) 510-745-3849

EMAIL ADDRESS John.S.Andrews@FAA.GOV or jsandrews1@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 12-07-1981 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATC Automation Specialist

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME AQUILINA RONALD G
Last First Middle

HOME ADDRESS 3928 CHURCHILL DRIVE
Address

PLEASANTON CA 94588
City State Zip Code

PHONE (home) 925-209-4147 (work) 510-745-3813

EMAIL ADDRESS RONNAQUILINA@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 12-7-84 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Bader Matthew C
Last First Middle

HOME ADDRESS 121 Country Club Dr. # 5
Address

Manchester NH ~~033~~ 03102
City State Zip Code

PHONE (home) 603 644 6987 (work) 603 594 5551

EMAIL ADDRESS Mcbader2002@Yahoo.com

**EMPLOYMENT HISTORY**

START DATE: Dec 1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BAGLEY JAMES P
Last First Middle

HOME ADDRESS 86 TOMAHAWK TRAIL
Address

OSWEGO IL 60543
City State Zip Code

PHONE (home) (630)554-8705 (work) (630) 906-8373

EMAIL ADDRESS Coachbags@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 5-9-89 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Ball (Last) Amanda (First) Renee (Middle)

HOME ADDRESS 11885 Osborn Valley lane (Address)

Arlington (City) TN (State) 38002 (Zip Code)

PHONE (home) 901 331 6882 (work) ____________

EMAIL ADDRESS mandaball@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 3/6/05 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: air traffic control specialist

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BARCENAS, JERRY REYES
Last First Middle

HOME ADDRESS 38331 GLENVIEW DRIVE
Address

FREMONT CA 94536
City State Zip Code

PHONE (home) (510) 797 0988 (work) (510) 745 3440

EMAIL ADDRESS [illegible] @ msn.com

**EMPLOYMENT HISTORY**

START DATE: 09/14/1998 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BARNES JAMES A.
Last First Middle

HOME ADDRESS 752 PEMBRIDGE PL
Address

SUGAR GROVE IL 60554
City State Zip Code

PHONE (home) 630 466 9829 (work) ____________

EMAIL ADDRESS JIM.BARNES@MCHSI.COM

**EMPLOYMENT HISTORY**

START DATE: OCT 30, 1987 END DATE (IF APPLICABLE): 2019, MAYBE

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** James Barnes

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BARTLETT GREGORY JAY
Last First Middle

HOME ADDRESS 2735 RHETT CT
Address

TRACY CA 95376
City State Zip Code

PHONE (home) 209 830 9469 (work) 516 745 3442

EMAIL ADDRESS GJB 69 @ HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 4/90 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** Gregory J. Bartlett

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Barwick: Mark Edward
Last First Middle

HOME ADDRESS 491 Cypert Rd.
Address

Woodbourne N.Y. 12788
City State Zip Code

PHONE (home) (917) 626-2580 (work) (973) 575-2020

EMAIL ADDRESS MRKSMXMS @ AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 3/21/07 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE Mark Barwick

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Becquet David Michael
Last First Middle

HOME ADDRESS 5610 Gold Creek Drive
Address

Castro Valley CA 94552
City State Zip Code

PHONE (home) 510-727-9869 (work) 510-745-3442

EMAIL ADDRESS DSBecquet@Concast, Net

EMPLOYMENT HISTORY

START DATE: 6-2-1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

---

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME BELLCHAMBERS ROBERT JOSEPH
Last First Middle

HOME ADDRESS 7318 STAGECOACH RD
Address

DUBLIN CA 94568
City State Zip Code

PHONE (home) 925-556-1714 (work) ____________

EMAIL ADDRESS DERBBJ7 @ YAHOO.COM

EMPLOYMENT HISTORY

START DATE: 11/06/1984 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BENOTTI ROY KEVIN
Last First Middle

HOME ADDRESS 1366 WINDY VALE CT
Address

BRENTWOOD CA 94513
City State Zip Code

PHONE (home) (925) 513-1494 (work) (510) 745-3000

EMAIL ADDRESS KBRUINS @ COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: 9/14/84 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Bidwell (Last) Brian (First) Keith (Middle)

HOME ADDRESS 8106 Effingham Dr. (Address)

Germantown (City) TN (State) 38138 (Zip Code)

PHONE (home) 9017374946 (work) 901 3688234

EMAIL ADDRESS brianb38053@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: Feb 1991 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Bielek (Last) Craig (First) William (Middle)

HOME ADDRESS: 44 Olde English Rd (Address)

Bedford (City) NH (State) 03110 (Zip Code)

PHONE (home) 603-666-6679 (work) 603-594-5532

EMAIL ADDRESS Craigbielek@Yahoo.Com

**EMPLOYMENT HISTORY**

START DATE: 1/5/1991 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

PLAINTIFF SIGNATURE [signature]

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME BOHNSACK JEFFREY BRUCE
Last First Middle

HOME ADDRESS 3400 STEVENSON BLVD APT #P221
Address

FREMONT CA 94538
City State Zip Code

PHONE (home) 510 857 7455 (work) ____________

EMAIL ADDRESS bohnsack454@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 6/1/05 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE [signature]

BRILZ

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME BRILZ CURTIS KEITH
Last First Middle

HOME ADDRESS 36550 DAWSON ST
Address

FREMONT CA 94536
City State Zip Code

PHONE (home) 510-745-0695 (work) 510-745-3440

EMAIL ADDRESS CKBRILZ@COMCAST.NET

EMPLOYMENT HISTORY

START DATE NOV 1986 END DATE (IF APPLICABLE) ______

POSITION / JOB TITLE ATCS

PLAINTIFF SIGNATURE Curt K Brilz

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Bromley Dana Lewis
Last First Middle

HOME ADDRESS 104 Whipple Road
Address

South Hero VT 05486
City State Zip Code

PHONE (home) 802 372 5084 (work) 802 657 4401

EMAIL ADDRESS DLBROMLEY@AOL.COM

**EMPLOYMENT HISTORY**

START DATE: 2/17/1988 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Dana L Bromley

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME BROOKS PATRICK KEITH
Last First Middle

HOME ADDRESS 918 JANE ST.
Address

BLACKSHEAR, GEORGIA 31516
City State Zip Code

PHONE (home) (912)449-4021 (work) 904-845-1543

EMAIL ADDRESS ______

EMPLOYMENT HISTORY

START DATE: 8-86 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Traffic Mgt Specialist

PLAINTIFF SIGNATURE [signature]

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME BROWNING MIKEL DUDLEY
Last First Middle

HOME ADDRESS 8492 CR 75.5
Address

ROGGEN CO 80652
City State Zip Code

PHONE (home) 303-849-5335 (work) 303-651-4244

EMAIL ADDRESS MEKODB@RTEBB.NET

EMPLOYMENT HISTORY

START DATE: 10-5-88 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE [signature]

---

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME BURKE DOUGLAS WHITNEY
Last First Middle

HOME ADDRESS 32484 LAKE MASK PL
Address

FREMONT CA 94555
City State Zip Code

PHONE (home) 510-754-0733 (work) 510-745-3000

EMAIL ADDRESS DOUG.BURKE1@COMCAST.NET

**EMPLOYMENT HISTORY**

START DATE: AUG 26, 1986 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Byarly Dustin M
Last First Middle

HOME ADDRESS 720 Orangewood Dr
Address

Fremont CA 94536
City State Zip Code

PHONE (home) 510-648-8891 (work) ____

EMAIL ADDRESS DustinATC23@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 4/15/02 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Controller 2152

**PLAINTIFF SIGNATURE** [signature]