IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' Third Amended Complaint**

# Consent Forms Naaktgeboren-Price

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME NAAKTGEBOREN ROBERT ANDREW
Last First Middle

HOME ADDRESS 9 WASHINGTON HTS ST
Address

SELDEN NY 11784-4013
City State Zip Code

PHONE (home) 631-732-0556 (work) 516-683-2961

EMAIL ADDRESS amwasr@optonline.net

**EMPLOYMENT HISTORY**

START DATE: 4 DEC 87 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Nado Mari Lynn
Last First Middle

HOME ADDRESS 3565 Braxton Common
Address

Fremont CA 94538
City State Zip Code

PHONE (home) (510) 456-6195 (work) (510) 745-3000

EMAIL ADDRESS mlnado@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 7/5/06 END DATE (IF APPLICABLE). N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** Mari L. Nado

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME NAKAMURA STACEY KEAHI
Last First Middle

HOME ADDRESS 37938 VALLEJO ST.
Address

FREMONT CA 94536
City State Zip Code

PHONE (home) 510-894-2081 (work) 510-290-3823

EMAIL ADDRESS STACEY_NAKAMURA@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 7/19/99 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** ____________

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Nazareno Arsenio Lacson
Last First Middle

HOME ADDRESS 3400 Stevenson Blvd. #P21
Address

Fremont, CA 94538
City State Zip Code

PHONE (home) 510 709 9774 (work) ______

EMAIL ADDRESS Arsenio.Nazareno@Gmail.com

**EMPLOYMENT HISTORY**

START DATE: June 2005 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Spec.

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME NELSON, DOUGLAS TIMOTHY
Last First Middle

HOME ADDRESS 1046 FAIR OAKS DRIVE
Address

BOUNTIFUL, UT 84010
City State Zip Code

PHONE (home) 801-292-5337 (work) 801-325-9600

EMAIL ADDRESS DTNELSON@CONNECT2.COM

**EMPLOYMENT HISTORY**

START DATE: APRIL 1988 END DATE (IF APPLICABLE): —

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME NEWRAY ROBERT ALAN
Last First Middle

HOME ADDRESS 38446 OLIVER WAY
Address

FREMONT CA. 94536
City State Zip Code

PHONE (home) 510-918-6859 (work) 510-745-3438

EMAIL ADDRESS RNEWRAY @ COMCAST.NET

EMPLOYMENT HISTORY

START DATE: 12/2/82 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE R.A. [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Nichols Lisa Coleen (COYER)
Last First Middle

HOME ADDRESS 119 Sequoia Glen Lane
Address

Novato CA 94947
City State Zip Code

PHONE (home) 415 897 2107 (work) 510 745 3438

EMAIL ADDRESS ____________

**EMPLOYMENT HISTORY**

START DATE: 8/01 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Lisa Nichols (Coyer)

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME NOFFSINGER JON M.
Last First Middle

HOME ADDRESS 25611 RIVER OAKS DR.
Address

WARRENVILLE IL 60555
City State Zip Code

PHONE (home) 630-393-4388 (work) ____

EMAIL ADDRESS JONMICHAEL @ YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 4-9-1985 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME O'BRIEN PATRICK MICHAEL
Last First Middle

HOME ADDRESS 11 WOODCREEK APT D
Address

ROME NEW YORK 13440
City State Zip Code

PHONE (home) 315-337-1397 (work) 315 336-2622

EMAIL ADDRESS patrick.obrien@natca.net

**EMPLOYMENT HISTORY**

START DATE: 03/21/2003 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Okumura, Reid Allen
Last First Middle

HOME ADDRESS 2000 Walnut Ave. Apt. T-301
Address

Fremont, CA 94538
City State Zip Code

PHONE (home) (510) 449-2822 (work) (510) 745-3342

EMAIL ADDRESS Reidokumura@Yahoo.Com

**EMPLOYMENT HISTORY**

START DATE: 12/02/01 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** Reid Okumura

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Ostino Kelly Joann
Last First Middle

HOME ADDRESS 114F Ft Evans Rd SE
Address

Leesburg VA 20175
City State Zip Code

PHONE ~~(home)~~ Cell 360-920-7777 (work) ____________

EMAIL ADDRESS Ostino@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 02/11/03 END DATE (IF APPLICABLE): Present

POSITION / JOB TITLE: ATCS

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME OVERMAN JOHN FREDERICK
Last First Middle

HOME ADDRESS 421 WEST NORTHRUP ST
Address

LANSING MI 48911
City State Zip Code

PHONE (home) 260-312-3033 (work) 517-321-1355

EMAIL ADDRESS j.overman@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 4-22-01 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME OWENS CHRISTOPHER BRADLEY
Last First Middle

HOME ADDRESS 38145 ANN CT
Address

FREMONT CA 94538
City State Zip Code

PHONE (home) (510) 648-2155 (work) (510) 745-3000

EMAIL ADDRESS chris_b_owens@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 07/05/2006 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information: Broderick

NAME PAGE Broderick G.
Last First Middle

HOME ADDRESS 910 Avon Street
Address

Belmont Ca. 94002
City State Zip Code

PHONE (home) ______ (work) 510 745 3497

EMAIL ADDRESS BGPAGE@OPERAMAIL.com

EMPLOYMENT HISTORY

START DATE 11/22/82 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: Air Traffic Control Specialist ATCS 2152 -

PLAINTIFF SIGNATURE [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print** clearly, or type the following information:

NAME PALACIOZ REGGIE YNEZ
Last First Middle

HOME ADDRESS 945 FLETCHER LN #310
Address

HAYWARD CA 94544
City State Zip Code

PHONE (home) 559-706-4590 (work) ____________

EMAIL ADDRESS MADMEXPZ @ YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 05 JUL 06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: A.T.C.S. Dev.

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Papadimitriou, Sandra M.
Last First Middle

HOME ADDRESS 959 2nd St
Address

Hermosa Beach, CA 90254
City State Zip Code

PHONE (home) (310)372-2777 (work)

EMAIL ADDRESS Sandramoenop@yahoo.

**EMPLOYMENT HISTORY**

START DATE: 1/4/87 END DATE (IF APPLICABLE): April 2007

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** S. Papas

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME PAULINSKI JAY J.
Last First Middle

HOME ADDRESS 609 SPRUCE COURT
Address

OSWEGO IL 60543
City State Zip Code

PHONE (home) 630-636-6740 (work) 630-906-8371

EMAIL ADDRESS Jaypfore@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 1/13/1988 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS ZAU

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Pederson Nathan Alan
Last First Middle

HOME ADDRESS 37670 Carriage Circle Common
Address

Fremont CA 94536
City State Zip Code

PHONE (home) 925-202-4043 (work) ____________

EMAIL ADDRESS nathan_pederson@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: July 5, 2006 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Phan (Last) Tom (First) Thanh (Middle)

HOME ADDRESS 28980 Vagabond Lane (Address)

Hayward (City) CA (State) 94544 (Zip Code)

PHONE (home) (510) 265-1368 (work) (510) 745-3438

EMAIL ADDRESS tomphan32@yahoo.com

**EMPLOYMENT HISTORY**

START DATE: 4/11/1994 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: ATC - 2152

**PLAINTIFF SIGNATURE** Tom Thanh Phan

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Pierce, Shaun Emerson
Last First Middle

HOME ADDRESS 1321 Brookcliff Circle
Address

San Ramon, CA 94582
City State Zip Code

PHONE (home) (252) 269-0104 (work) ____________

EMAIL ADDRESS shaunep23@yahoo.com

EMPLOYMENT HISTORY

START DATE: 8/4/2006 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE Shaun Emerson Pierce

---

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME PIVONKA JOSEPH DEE
Last First Middle

HOME ADDRESS 1039 WELLINGTON CT.
Address

SYCAMORE IL 60178
City State Zip Code

PHONE (home) 815 899 4143 (work) 630 906 8372

EMAIL ADDRESS DAISY0061963@COMCAST.NET

EMPLOYMENT HISTORY

START DATE: 1/87 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

Print clearly, or type the following information:

NAME POPOW JON MICHAEL
Last First Middle

HOME ADDRESS 52 WINTERBERRY DR
Address

MIDDLE ISLAND NY 11953
City State Zip Code

PHONE (home) (631) 714-4921 (work) (631) 468-1401

EMAIL ADDRESS JPITCH@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 9/1/98 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Porcaro Steven Michael
Last First Middle

HOME ADDRESS 7705 Briarbrook Dr. Apt #1B
Address

Lansing MI 48917
City State Zip Code

PHONE (home) 630-484-4995 (work) ____________

EMAIL ADDRESS steveporcaro@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 9/1/2007 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Porta Christopher Louis
Last First Middle

HOME ADDRESS 41816 Inspiration Ter
Address

Aldie VA 20105
City State Zip Code

PHONE (home) 703-722-2294 (work) __________

EMAIL ADDRESS chris.porta@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 8/3/05 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME: Price (McGarrity) Deborah Lynn
(Last / First / Middle)

HOME ADDRESS: 3456 Touriga Dr
(Address)

Pleasanton CA 94566
(City / State / Zip Code)

PHONE (home): 925-462-3288 (work): 510-745-3000

EMAIL ADDRESS: Debbie @ ptownprices.com

**EMPLOYMENT HISTORY**

START DATE: 2/95 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC Controller

**PLAINTIFF SIGNATURE** [signature]