IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-272-C |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Plaintiffs' Third Amended Complaint**

# Consent Forms Rafferty-Stuertz

---

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME RAFFERTY JASON Francis
Last First Middle

HOME ADDRESS 1220 Brahms Terrace #205
Address

Fremont CA 94538
City State Zip Code

PHONE (home) 267-446-4204 (work) ____________

EMAIL ADDRESS jasonrafferty@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 7/5/2006 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATC Specialist

**PLAINTIFF SIGNATURE** ____________

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Raspante Jean Simonet
Last First Middle

HOME ADDRESS 4019 Regatta Drive
Address

Discovery Bay Ca 94505
City State Zip Code

PHONE (home) 925-240-5425 (work) ____________

EMAIL ADDRESS JRaspante Yahoo.Com

**EMPLOYMENT HISTORY**

START DATE: 5-5-2002 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic Control Specialist

**PLAINTIFF SIGNATURE** Jean

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Rawle Benjamin Alan
Last First Middle

HOME ADDRESS 7302 PARKWOOD Circle APT #C
Address

Dublin CA. 94568
City State Zip Code

PHONE (home) (925) 577 7593 (work) ____________

EMAIL ADDRESS Bensbroke@yahoo.Com

**EMPLOYMENT HISTORY**

START DATE: 28 July 06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Raynor Daniel Joseph
Last First Middle

HOME ADDRESS 12501 Oakland Hills Dr
Address

DeWitt MI 48820
City State Zip Code

PHONE (home) (517) 669-5161 (work) (517) 321-1300

EMAIL ADDRESS dan.raynor@us.army.mil

**EMPLOYMENT HISTORY**

START DATE: 8/26/86 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** ____________

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME REEVES RYAN KEONI
Last First Middle

HOME ADDRESS 4273 CENTRAL AVE #4
Address

FREMONT, CA 94536
City State Zip Code

PHONE (home) (510) 894-4968 (work) (510) 745-3000

EMAIL ADDRESS ALWAYSGR81983@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 7/5/08 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS – DEVELOPMENTAL

**PLAINTIFF SIGNATURE** Ryan K. R[signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME REICHENBACH JEROME FAYETTE
Last First Middle

HOME ADDRESS 5620 JOHNSON AVE S/W APT 131
Address

CEDAR RAPIDS IA 52404
City State Zip Code

PHONE (home) 319-390-7634 (work) 319-366-0830

EMAIL ADDRESS SKYGUARDIAN1@MCHSI.COM

**EMPLOYMENT HISTORY**

START DATE: 03/31/1987 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME: Rich (Last) Ronald (First) E (Middle)

HOME ADDRESS: 49 Mountain Rd (Address)

Brookline (City) NH (State) 03033 (Zip Code)

PHONE (home) (603) 672-4898 (work) (603) 879-6666

EMAIL ADDRESS aiykas @ charter. net

**EMPLOYMENT HISTORY**

START DATE: 8/21/95 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Traffic Management Coordinator

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Rodenhurst Noreen M.
Last First Middle

HOME ADDRESS 32 St. Pierre Ct
Address
San Ramon CA 94583
City State Zip Code

PHONE (home) 925-479-0257 (work) 510-445-3000

EMAIL ADDRESS NoreenR@comcast.net

EMPLOYMENT HISTORY

START DATE: 8/29/1997 END DATE (IF APPLICABLE):

POSITION / JOB TITLE: Air Traffic Controller

PLAINTIFF SIGNATURE [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

Print clearly, or type the following information:

NAME Rodenhurst William Nawaalehua
Last First Middle

HOME ADDRESS 32 St. Pierre Ct
Address

San Ramon CA 94583
City State Zip Code

PHONE (home) 925 479 0257 (work) 510 745 3000

EMAIL ADDRESS Rodenw@ comcast.net

EMPLOYMENT HISTORY

START DATE: 5/27/97 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME ROMAN JOHN CHRISTOPHER
Last First Middle

HOME ADDRESS 219 MONTVILLE CT
Address

VACAVILLE CA 95688
City State Zip Code

PHONE (home) 707-455-8300 (work) 510-745-3342

EMAIL ADDRESS JOHN.ROMAN@ATT.NET

**EMPLOYMENT HISTORY**

START DATE: 8/2/1991 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Romani Frederic Charles
Last First Middle

HOME ADDRESS 161 High Road
Address

Newbury MA. 01951-2211
City State Zip Code

PHONE (home) 978-255-3166 (work) 603-879-6656

EMAIL ADDRESS Fred.Romani@NATCA.net

**EMPLOYMENT HISTORY**

START DATE: 12/1990 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: ATCS FPL/CPC

**PLAINTIFF SIGNATURE** [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Rose Adam G
Last First Middle

HOME ADDRESS 104 Bauer Ave
Address

Manorville NY 11949
City State Zip Code

PHONE (home) (631) 874-4050 (work) (631) 468-1402

EMAIL ADDRESS adam52396@aol.com

**EMPLOYMENT HISTORY**

START DATE: 12-4-86 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: Air traffic controller

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Russell McColl Jennifer
Last First Middle

HOME ADDRESS 23 Floghole Rd.
Address

Franklin NH 03235
City State Zip Code

PHONE (home) 603-934-5288 (work) 603-879-6668

EMAIL ADDRESS mccollrussell@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 9/19/01 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Control Specialist (or CPC)

**PLAINTIFF SIGNATURE** McColl Russell

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SABINO RODNEY SCOTT
Last First Middle

HOME ADDRESS 862 W 200 N
Address

SALT LAKE CITY UT 84116
City State Zip Code

PHONE (home) 801-347-9842 (work) ____________

EMAIL ADDRESS RODSABINO@HOTMAIL.COM

**EMPLOYMENT HISTORY**

START DATE: 12/29/2003 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE. AIR TRAFFIC CONTROL SPECIALIST AT 2152

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME SANDERS TERRY B
Last First Middle

HOME ADDRESS 224 wedgwood AVE
Address

LOS GATOS CA 95032
City State Zip Code

PHONE (home) 408-833-9518 (work) ____________

EMAIL ADDRESS TNDHUMR@COMCAST.NET

EMPLOYMENT HISTORY

START DATE 1-7-1992 END DATE (IF APPLICABLE) ____________

POSITION / JOB TITLE ATC

PLAINTIFF SIGNATURE [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME SANTANGELO FRANCIS John
Last First Middle

HOME ADDRESS 36000 FREMONT BLVD Apt #138
Address

FREMONT CA 94536
City State Zip Code

PHONE (home) 510-557 5578 (work) SAME

EMAIL ADDRESS ATCSO82@yahoo.com

EMPLOYMENT HISTORY

START DATE: 6/15/06 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air traffic Controller

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SANTOS, LINDSEY AVINANTE
Last First Middle

HOME ADDRESS 40386 FREMONT BLVD
Address

FREMONT, CA 94536
City State Zip Code

PHONE (home) (570)789-5426 (work)(570) 745-3342

EMAIL ADDRESS LINDSEYASANTOS@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 08/04/2006 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: ________

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Sather Jacob Andrew
Last First Middle

HOME ADDRESS 6477 Potrero Drive
Address

Newark CA 94560
City State Zip Code

PHONE (home) 510-979-9343 (work) ______

EMAIL ADDRESS jsather@mail.com

EMPLOYMENT HISTORY

START DATE 2/14/2003 END DATE (IF APPLICABLE) N/A

POSITION / JOB TITLE Air Traffic Controller Specialist

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Saylor Karen Sue
Last First Middle

HOME ADDRESS 26451 W 295th St.
Address

Paola KS 66071
City State Zip Code

PHONE (home) (913)557-9339 (work)(913)254-8500

EMAIL ADDRESS kapsjkk@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: 9/13/1998 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST at ZKC ARTCC

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SCHMALING BRIAN GERARD
Last First Middle

HOME ADDRESS 226 N CLINTON ST APT 420
Address

CHICAGO IL 60661
City State Zip Code

PHONE (home) 312-207-0612 (work) ____________

EMAIL ADDRESS BRIAN_SCHMALING@YAHOO.COM

**EMPLOYMENT HISTORY**

START DATE: 3/17/2003 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

**PLAINTIFF SIGNATURE** ____________

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

**Print clearly, or type the following information:**

NAME Schoenecker Lisa Ann
Last First Middle

HOME ADDRESS 36650 Burdick St.
Address

Newark CA 94560
City State Zip Code

PHONE (home) 302-242-1260 (work) 510-745-3342

EMAIL ADDRESS lisa.schoenecker@hotmail.com

**EMPLOYMENT HISTORY**

START DATE: Feb. 2006 END DATE (IF APPLICABLE): N/A

POSITION / JOB TITLE Air Traffic Controller - Oakland Center

PLAINTIFF SIGNATURE [signature]

## REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Schwaner William Frederick
Last First Middle

HOME ADDRESS 47 Pilgrim Dr.
Address

Litchfield NH 03052
City State Zip Code

PHONE (home) 603 881 5722 (work) 603 594 5532

EMAIL ADDRESS PT-KMHT@ATT.NET

EMPLOYMENT HISTORY

START DATE: 12/04/1986 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AIR TRAFFIC CONTROL SPECIALIST

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Schwartz Bryan Michael
Last First Middle

HOME ADDRESS 6267 Joaquin Murieta Ave Apt. E
Address

Newark CA 94560
City State Zip Code

PHONE (home) 510 789 7024 (work) 510 745 3342

EMAIL ADDRESS SchwartzB25@Yahoo.Com

**EMPLOYMENT HISTORY**

START DATE: 23 July 06 END DATE (IF APPLICABLE): ____

POSITION / JOB TITLE: Air Traffic Control Apprentice

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME SHAKESPEARE TYSON LEE
Last First Middle

HOME ADDRESS 1527 DEERPARK DR.
Address

MANTECA CA 94536
City State Zip Code

PHONE (home) 510-299-7214 (work) 510-299-7214

EMAIL ADDRESS ShakeyT@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 11/7/01 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: ATCS

**PLAINTIFF SIGNATURE** [signature]

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME SIMPSON STEVEN MATTHEW
Last First Middle

HOME ADDRESS 4836 STONERIDGE CT.
Address

FAIRFIELD CA 94534
City State Zip Code

PHONE (home) (707) 207-3819 (work) N/A

EMAIL ADDRESS NOKANDY4U@COMCAST.NET

EMPLOYMENT HISTORY

START DATE: 31 AUG 00 END DATE (IF APPLICABLE): ______

POSITION / JOB TITLE: AIR TRAFFIC CONTROLLER

PLAINTIFF SIGNATURE [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Smith John Charles
Last First Middle

HOME ADDRESS 2040 Merrill rd.
Address

Mason Mi 48854
City State Zip Code

PHONE (home) 517-628-2770 (work) 517-321-1355

EMAIL ADDRESS Smecker99@AOL.com

**EMPLOYMENT HISTORY**

START DATE: 8-2-1991 END DATE (IF APPLICABLE): To Present

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Smith Timothy David
Last First Middle

HOME ADDRESS 358 Cold Creek Way
Address

Layton UT 84041
City State Zip Code

PHONE (home) 801-292-1419 (work) 801-320-2562

EMAIL ADDRESS smithzlc@comcast.net

**EMPLOYMENT HISTORY**

START DATE: 1 DEC 2002 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: AT-2152-JH Air Traffic Control Specialist

**PLAINTIFF SIGNATURE** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME Edward Spencer Scott
Last First Middle

HOME ADDRESS 2152 C Lawson Creek Road
Address

Douglas AK 99824
City State Zip Code

PHONE (home) 7862529775 (work) ____________

EMAIL ADDRESS ScottSpencer@Live.Com

**EMPLOYMENT HISTORY**

START DATE: 1/23/08 END DATE (IF APPLICABLE): –

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

---

**REQUEST TO BECOME PARTY PLAINTIFF (FAA)**

**Print clearly, or type the following information:**

NAME STRAUB SCOTT L.
Last First Middle

HOME ADDRESS 133 Morning Glory Drive
Address

Winchester VA 22602
City State Zip Code

PHONE (home) (540) 539-6424 (work) (703) 771-3494

EMAIL ADDRESS scottstraub@gmail.com

**EMPLOYMENT HISTORY**

START DATE: 11-2-82 END DATE (IF APPLICABLE): ____________

POSITION / JOB TITLE: Air Traffic Controller

**PLAINTIFF SIGNATURE** [signature]

---

REQUEST TO BECOME PARTY PLAINTIFF (FAA)

Print clearly, or type the following information:

NAME Stuertz Paul Martin
Last First Middle

HOME ADDRESS 15 Brewin Court
Address

San Ramon CA 94583
City State Zip Code

PHONE (home) 925 556-6202 (work) 510 745-3000

EMAIL ADDRESS paul.stuertz@gmail.com

EMPLOYMENT HISTORY

START DATE: 10/2/83 END DATE (IF APPLICABLE): ________

POSITION / JOB TITLE: Air Traffic Control Specialist

PLAINTIFF SIGNATURE Paul M. Stuertz