# In the United States Court of Federal Claims

No. 07-272 C

(E-Filed: July 9, 2008)

| | |
|---|---|
| MARK G. ABBEY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to telephone calls to each of the parties, the court shall hold oral argument on Defendant's Partial Motion to Dismiss and Partial Motion for Summary Judgment on Tuesday, July 29, 2008 at 3:00 p.m. EDT at the National Courts Building.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge