IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARK G. ABBEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-272C |
| | ) | (Judge Emily C. Hewitt) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 21 days, to and including September 4, 2008, within which to file its answer or otherwise respond to the complaint. Our response currently is due on August 14, 2008, the Court having denied our dispositive motions by decision dated July 31, 2008. This is our first request for an enlargement of time for this purpose after the Court's ruling on our dispositive motion. Plaintiffs' counsel has authorized us to state that he does not object to this motion.

As grounds for this motion, we state that counsel of record for the United States is out of the office on previously-scheduled leave and will return to the office on August 21, 2008. Upon counsel's return, she will work diligently with the agency to prepare defendant's answer to the complaint. Counsel anticipates that the additional 21 days requested in this motion will be sufficient to allow us to prepare the answer to the

complaint.

Accordingly, we respectfully request that the Court grant this motion for an enlargement of time of 21 days, to and including September 4, 2008, within which to respond to plaintiffs' complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Hillary A. Stern by Jane W. Vanneman
HILLARY A. STERN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0177
Facsimile: (202) 305-7643

Attorneys for Defendant

August 13, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.