# In the United States Court of Federal Claims

No. 07-272

(E-Filed: August 14, 2008)

| | |
|---|---|
| MARK G. ABBEY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (defendant's Motion) filed on August 13, 2008. Based on the representations contained therein, and because it is unopposed, defendant's Motion is GRANTED. Defendant shall file its response to plaintiffs' complaint on or before Thursday, September 4, 2008.

IT IS SO ORDERED.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge
FOR
EMILY C. HEWITT
Judge